# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, et al., | No. CV-20-01192-PHX-SPL (JZB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

Pending before the Court is Petitioners' Motion to Exceed Page Limit. (Doc. 9.) The Court will grant the Motion.

**IT IS ORDERED**:

1. Petitioner's Motion (doc. 9) is **granted**.
2. The Clerk is directed to file Petitioner's proposed Ex Parte Application for Temporary Restraining Order (lodged at doc. 10).

Dated this 30th day of June, 2020.

Honorable John Z. Boyle
United States Magistrate Judge