Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Kevin L. Nguyen, Bar No. 027870
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
knguyen@strucklove.com

*Attorneys for Defendants-Respondents Sheriff Paul Penzone and Maricopa County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, et al.,<br><br>               Plaintiffs-Petitioners,<br><br>       v.<br><br>Sheriff Paul Penzone, et al.,<br><br>               Defendants-Respondents. | NO. 2:20-cv-01192-PHX-SPL (JZB)<br><br>**DEFENDANTS-RESPONDENTS' NOTICE OF SERVICE** |

NOTICE IS HEREBY GIVEN that on April 2, 2021, undersigned counsel for Defendants-Respondents served Plaintiff-Petitioners' counsel with the following documents electronically:

1. Defendants-Respondents' Second Supplemental Responses to Plaintiffs-Petitioners' First Set of Request for Production.

DATED this 2nd day of April, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Ashlee B. Hesman
      Daniel P. Struck
      Rachel Love
      Nicholas D. Acedo
      Ashlee B. Hesman
      Kevin L. Nguyen
      3100 West Ray Road, Suite 300
      Chandler, Arizona 85226

      *Attorneys for Defendants-Respondents
      Sheriff Paul Penzone and Maricopa County*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Casey Arellano | carellano@acluaz.org |
| Allison Ozurovich | allie.ozurovich@dechert.com |
| Benjamin M. Sadun | benjamin.sadun@dechert.com |
| Brian Raphel | brian.raphel@dechert.com |
| Ethan Sanders | ethan.sanders@stinson.com |
| Jared G. Keenan | jkeenan@acluaz.org |
| Lawrence J. Wulkan | Larry.wulkan@stinson.com |
| Leah Watson | lwatson@aclu.org |
| Olga Akselrod | oakselrod@aclu.org |
| Patrick Andriola | pat.andriola@dechert.com |
| Shari R. Lahlou | shari.lahlou@dechert.com |
| Somil Trevedi | strivedi@aclu.org |
| Timothy Ly | timothy.ly@dechert.com |
| Zoe Brennan-Krohn | zbrennan-krohn@aclu.org |
| Corene T Kendrick | ckendrick@aclu.org |
| Victoria Lopez | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

/s/ Tamela S. Gation