Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Kevin L. Nguyen, Bar No. 027870
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
knguyen@strucklove.com

*Attorneys for Defendants-Respondents Sheriff Paul Penzone and Maricopa County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, et al.,<br><br>　　　　Plaintiffs-Petitioners,<br><br>v.<br><br>Sheriff Paul Penzone, et al.,<br><br>　　　　Defendants-Respondents. | NO. 2:20-cv-01192-PHX-SPL (JZB)<br><br>**DEFENDANTS-RESPONDENTS' NOTICE OF SERVICE** |

NOTICE IS HEREBY GIVEN that on June 11, 2021, undersigned counsel for Defendants-Respondents served Plaintiff-Petitioners' counsel with the following document electronically:

　　　1.　　Defendants-Respondents' First Supplemental Response to Plaintiffs-Petitioners' First Set of Interrogatories.

///

///

1 | DATED this 11th day of June, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Ashlee B. Hesman
   Daniel P. Struck
   Rachel Love
   Nicholas D. Acedo
   Ashlee B. Hesman
   Kevin L. Nguyen
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

*Attorneys for Defendants-Respondents Sheriff Paul Penzone and Maricopa County*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Casey Arellano | carellano@acluaz.org |
| Allison Ozurovich | allie.ozurovich@dechert.com |
| Benjamin M. Sadun | benjamin.sadun@dechert.com |
| Brian Raphel | brian.raphel@dechert.com |
| Ethan Sanders | ethan.sanders@stinson.com |
| Jared G. Keenan | jkeenan@acluaz.org |
| Lawrence J. Wulkan | Larry.wulkan@stinson.com |
| Leah Watson | lwatson@aclu.org |
| Olga Akselrod | oakselrod@aclu.org |
| Patrick Andriola | pat.andriola@dechert.com |
| Shari R. Lahlou | shari.lahlou@dechert.com |
| Somil Trevedi | strivedi@aclu.org |
| Timothy Ly | timothy.ly@dechert.com |
| Corene T Kendrick | ckendrick@aclu.org |
| Victoria Lopez | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Ashlee B. Hesman