
Larry J. Wulkan (# 021404)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 212-8511
Fax: (602) 240-6925
Email:  larry.wulkan@stinson.com

Counsel for Plaintiffs
*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, Brian Stepter, Douglas Crough, Edward Reason, Jesus Tequida, Ramon Avenenti, Anthony Scroggins, Dale Perez, and Tamara Ochoa on behalf of themselves and those similarly situated,<br><br>Plaintiff-Petitioners,<br><br>Puente Human Rights Movement,<br><br>Plaintiff,<br><br>v.<br><br>Paul Penzone, in his official capacity, and Maricopa County, a municipal entity,<br><br>Defendants. | Case No. 2:20-cv-01192-SPL-JZB<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

- 1 -

Ethan J. Sanders (MO 71151)*
**STINSON LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 691-2628
ethan.sanders@stinson.com

Shari Ross Lahlou (DC 476630) *
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006 - 1110
Telephone: (202) 261-3300
Shari.lahlou@dechert.com

Brian Raphel (NY 5592308)
Pat Andriola (NY 5406327) *
Timothy Ly (NY 5478540) *
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
brian.raphel@dechert.com
pat.andriola@dechert.com
timonty.ly@dechert.com

Benjamin M. Sadun (CA 287533) *
Allison Ozurovich (CA 312797) *
**DECHERT LLP**
633 West 5th Street. Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
benjamin.sadun@dechert.com
allie.ozurovich@dechert.com

Jared G. Keenan (AZ 027068)
Casey Arellano (AZ 031242)
**ACLU FOUNDATION OF ARIZONA**
P.O. Box 17148
Phoenix, AZ 85011
Telephone: (602) 650-1854
jkeenan@acluaz.org
casey.arellano@acluaz.org

Corene T. Kendrick (CA 226642) *
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco CA 94111
Telephone (202) 393-4930
ckendrick@aclu.org

Olga Akselrod (NY 4132825) *
Leah Watson (DC 1010886) *
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569
oakselrod@aclu.org

Somil Trivedi (NY 4834495) *
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. NW, 7th Floor
Washington, DC 20005
Telephone: (202) 393-4930
strivedi@aclu.org

** Admitted Pro Hac Vice

CORE/3502877.0004/167555859.1

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs certify that they emailed and mailed Plaintiffs' Response to Defendants' Second Set of Requests for Production of Documents to Defendant on June 14, 2021.

RESPECTFULLY SUBMITTED this 14th day of June, 2021.

**STINSON LLP**

By: */s/ Larry J. Wulkan*
Larry J. Wulkan
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

Ethan J. Sanders
**STINSON LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

Shari Ross Lahlou
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006 – 1110

Brian Raphael
Pat Andriola
Timothy Ly
**DECHERT LLP**
3 Bryant Park, 1095 Ave. of the Americas
New York, NY 10036

Benjamin M. Sadun
Allison Ozurovich
**DECHERT LLP**
633 West 5th Street. Suite 4900
Los Angeles, CA 90071

Jared G. Keenan
Casey Arellano
**ACLU FOUNDATION OF ARIZONA**
P.O. Box 17148
Phoenix, AZ 85011

Olga Akselrod
Zoe Brennan-Krohn
Leah Watson
Corene T. Kendrick
Somil Trivedi
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

CORE/3502877.0004/167555859.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF, and served the counsel of record via the Court's CM/ECF System.

/s/     Kathleen Kaupke

- 2 -

CORE/3502877.0004/167555859.1