Larry J. Wulkan (Bar No. 021404)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 212-8511
Fax: (602) 240-6925
Email: larry.wulkan@stinson.com

*Additional counsel listed on following page*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Fenty, Brian Stepter, Douglas Crough, Edward Reason, Jesus Tequida, Ramon Avenenti, Anthony Scroggins, Dale Perez, and Tamara Ochoa on behalf of themselves and those similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>Puente Human Rights Movement,<br><br>Plaintiff,<br>v.<br>Sheriff Paul Penzone, in his official capacity, and Maricopa County, a municipal entity,<br><br>Defendants. | No. 2:20-cv-01192-SPL-JZB<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

CORE/3502877.0004/160068983.1

| | |
|---|---|
| Ethan J. Sanders (MO 71151)* <br> **STINSON LLP** <br> 1201 Walnut Street, Suite 2900 <br> Kansas City, MO 64106 <br> Telephone: (816) 691-2628 <br> ethan.sanders@stinson.com | Shari Ross Lahlou (DC 476630) * <br> **DECHERT LLP** <br> 1900 K Street, N.W. <br> Washington, DC 20006 - 1110 <br> Telephone: (202) 261-3300 <br> Shari.lahlou@dechert.com |
| Brian Raphel (NY 5592308) <br> Pat Andriola (NY 5406327) * <br> Timothy Ly (NY 5478540) * <br> **DECHERT LLP** <br> Three Bryant Park <br> 1095 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 698-3500 <br> brian.raphel@dechert.com <br> pat.andriola@dechert.com <br> timonty.ly@dechert.com | Benjamin M. Sadun (CA 287533) * <br> Allison Ozurovich (CA 312797) * <br> **DECHERT LLP** <br> 633 West 5th Street, Suite 4900 <br> Los Angeles, CA 90071 <br> Telephone: (213) 808-5700 <br> benjamin.sadun@dechert.com <br> allie.ozurovich@dechert.com |
| Jared G. Keenan (AZ 027068) <br> Casey Arellano (AZ 031242) <br> **ACLU FOUNDATION OF ARIZONA** <br> P.O. Box 17148 <br> Phoenix, AZ 85011 <br> Telephone: (602) 650-1854 <br> jkeenan@acluaz.org <br> casey.arellano@acluaz.org | Corene T. Kendrick (CA 226642) * <br> **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> Telephone: (202) 393-4930 <br> ckendrick@aclu.org |
| Olga Akselrod (NY 4132825) * <br> Leah Watson (DC 1010886) * <br> **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** <br> 125 Broad Street, 18th Floor <br> New York, NY 10014 <br> Telephone: (212) 549-2569 <br> oakselrod@aclu.org <br> lwatson@aclu.org | Somil Trivedi (NY 4834495) * <br> **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** <br> 915 15th Street, N.W. <br> Washington, D.C. 20005 <br> Telephone (202) 715-0802 <br> strivedi@aclu.org |

* Admitted *Pro Hac Vice*

CORE/3502877.0004/160068983.1

Pursuant to the Court's Orders (Doc. 73 at 5; Doc. 86), the parties hereby submit their Joint Report on Settlement Talks.

**Plaintiffs' Position**

The parties engaged in good-faith settlement talks on January 25, 2021, and May 18, 2021. Since those meetings, the parties were unable to reach settlement on the issues in this case. Plaintiffs are agreeable to referral by the Court to the magistrate judges' mediation program, but do not agree to any preemptive waivers of their rights or a stay of the discovery schedule, as a precondition to engaging in the mediation process.

**Defendants' Position**

On May 18, 2021, the parties engaged in good-faith settlement discussions via video conference. Since that time, the parties have exchanged correspondence regarding potential settlement. The parties were unable to reach a resolution. Due to the parties' inability to reach preliminary agreements related to the recovery of Plaintiffs' counsels' fees and structure of any settlement agreement, Defendants do not believe assistance from the Court is likely to be beneficial. Defendants have not proposed or requested a stay as a precondition to engaging in the mediation process.

RESPECTFULLY SUBMITTED this 15th day of June, 2021.

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** |
| /s/ Ashlee B. Hesman (with permission)<br>Ashlee B. Hesman | By: /s/ Corene T. Kendrick<br>Corene T. Kendrick<br>39 Drumm Street<br>San Francisco, CA 94111 |
| Daniel P. Struck<br>Rachel Love<br>Nicholas D. Acedo<br>Ashlee B. Hesman<br>Kevin L. Nguyen<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226 | *Attorneys for Plaintiffs-Petitioners Jason Fenty, et al., and Puente Human Rights Movement* |
| *Attorneys for Defendants-Respondents Sheriff Paul Penzone and Maricopa County* | |

CORE/3502877.0004/160068983.1

Larry J. Wulkan
**STINSON LLP**
1850 North Central Ave., Suite 2100
Phoenix, Arizona 85004-4584

Ethan J. Sanders
**STINSON LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

Shari Ross Lahlou
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006 – 1110

Brian Raphael
Pat Andriola
Timothy Ly
**DECHERT LLP**
3 Bryant Park, 1095 Ave. of the Americas
New York, NY 10036

Benjamin M. Sadun
Allison Ozurovich
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071

Jared G. Keenan
Casey Arellano
Victoria Lopez
**ACLU FOUNDATION OF ARIZONA**
P.O. Box 17148
Phoenix, AZ 85011

Olga Akselrod
Leah Watson
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014

Somil Trivedi
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th Street
Washington, D.C. 20005

CORE/3502877.0004/160068983.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF, and served the counsel of record via the Court's CM/ECF System.

/s/     C. Kendrick

CORE/3502877.0004/160068983.1