# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, et al., | No. CV-20-01192-PHX-SPL (JZB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

This matter is before the Court on its own review. On July 30, 2021, pursuant to Section 6(a) of the Court's Scheduling Order (doc. 73 at 4), the parties contacted the Court via email to request a telephonic hearing regarding a discovery dispute related to the disclosure of ESI.

Accordingly,

**IT IS ORDERED** that the parties shall appear for a **telephonic**[1] discovery dispute hearing before the Court at **3:30 p.m.** on **Tuesday**, **August 10, 2021**, in Courtroom 302 of the Sandra Day O'Connor Federal Courthouse in Phoenix, Arizona.

Dated this 2nd day of August, 2021.

Honorable John Z. Boyle
United States Magistrate Judge

---

[1] The Court will call each party at the phone numbers provided on the docket a few minutes prior to the hearing and transfer them into the Courtroom.