IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, et al., | No. CV-20-01192-PHX-SPL (JZB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

On August 10, 2021, the parties appeared before the Court for a telephonic discovery dispute hearing. (Doc. 121.) At issue is a subset of approximately 11,000 to 12,000 emails responsive to narrowed-discovery search terms crafted by the parties in compliance with the Court's July 22, 2021 Order. (*See* Doc. 111.) Specifically, Plaintiffs seek to have the responsive subset of emails "threaded" to further de-duplicate the results, and seeks a privilege log for emails sent or received from both Defendants' counsel's law firm, Struck Love Bojanowski & Acedo PLC, and the Maricopa County Attorney's Office. Defendants oppose Plaintiffs' requests.

After discussion with the parties at the hearing, the Court directed on the record that the discovery proceed as follows.

**IT IS ORDERED**:

1. Defendants shall conduct threading of the responsive emails as discussed at the hearing.

2. The parties shall evenly split the cost of threading the responsive emails (estimated to be $1400).

3. Defendants are not required to create and produce a privilege log for emails sent to or received by Struck Love Bojanowski & Acedo PLC, or the Maricopa County Attorney's Office.

4. Defendants shall in good faith review the responsive emails to or from Maricopa County Attorney's Office domains and disclose any non-privileged emails to Plaintiffs.

Dated this 10th day of August, 2021.

Honorable John Z. Boyle
United States Magistrate Judge