Shari Ross Lahlou (DC 476630) *
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 261-3300
Fax: (602) 261-3333
Email:  shari.lahlou@dechert.com

Counsel for Plaintiffs
*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, Brian Stepter, Douglas Crough, Edward Reason, Jesus Tequida, Ramon Avenenti, Anthony Scroggins, Dale Perez, and Tamara Ochoa on behalf of themselves and those similarly situated, | Case No. 2:20-cv-01192-SPL-JZB |
| | **NOTICE OF SERVICE OF DISCOVERY** |
| Plaintiff-Petitioners, | |
| Puente Human Rights Movement, | |
| Plaintiff, | |
| v. | |
| Paul Penzone, in his official capacity, and Maricopa County, a municipal entity, | |
| Defendants. | |

Brian Raphel (NY 5592308)
Pat Andriola (NY 5406327) *
Timothy Ly (NY 5478540) *
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
brian.raphel@dechert.com
pat.andriola@dechert.com
timothy.ly@dechert.com

Benjamin M. Sadun (CA 287533) *
Allison Ozurovich (CA 312797) *
**DECHERT LLP**
633 West 5th Street. Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
benjamin.sadun@dechert.com
allie.ozurovich@dechert.com

Larry J. Wulkan (No. 021404)
**ZWILLINGER WULKAN, PLC**
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004
Tel: (602) 962-0089
Fax: (602) 962-0089
Email:  larry.wulkan@zwfirm.com

Olga Akselrod (NY 4132825) *
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569
oakselrod@aclu.org

Corene T. Kendrick (CA 226642) *
Kyle Vergien (CA 278747) *
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (202) 393-4930
ckendrick@aclu.org

Jared G. Keenan (AZ 027068)
**ACLU FOUNDATION OF ARIZONA**
P.O. Box 17148
Phoenix, AZ 85011
Telephone: (602) 650-1854
jkeenan@acluaz.org

* Admitted Pro Hac Vice

1       Notice is hereby given that on August 23, 2021, undersigned counsel for Plaintiffs-

2   Petitioners electronically served the discovery requests listed below to Defendants-Respondents'

3   counsel:

4       1.    Plaintiffs' Second Set of Requests for Production;

5       2.    Plaintiffs' Second Set of Interrogatories; and

6       3.    Plaintiffs' First Set of Requests for Admission.

7       RESPECTFULLY SUBMITTED this 24th day of August, 2021

8                              **DECHERT LLP**

9                    By:    */s/ Shari Ross Lahlou*

10                              Shari Ross Lahlou
                              1900 K Street, N.W.

11                                Washington, DC 20006

12

13                         **CERTIFICATE OF SERVICE**

14

15      I hereby certify that on August 24, 2021, I caused the foregoing document to be filed

16  electronically with the Clerk of the Court through ECF, and served the counsel of record via the

17  Court's CM/ECF System.

18

19                          */s/    Timothy Ly*

20

21

22

23

24

25

26

27

28