Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Kevin L. Nguyen, Bar No. 027870
Anne M. Orcutt, Bar No. 029387
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
knguyen@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants-Respondents Sheriff*
*Paul Penzone and Maricopa County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, et al., | NO. 2:20-cv-01192-PHX-SPL (JZB) |
| Plaintiffs-Petitioners, | **DEFENDANTS' NOTICE OF DEPOSITION OF PUENTE HUMAN RIGHTS MOVEMENT PURSUANT TO FED. R. CIV. P 30(B)(6)** |
| v. | |
| Sheriff Paul Penzone, et al., | |
| Defendants-Respondents. | |

**TO:  Puente Human Rights Movement**

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants will take the deposition of Puente Human Rights Movement, through one or more of its designated representatives, about the topics listed herein.  The deposition will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths.

**DATE & TIME OF DEPOSITION:**   Tuesday, September 28, 2021 at 10:00 a.m. (MST)

**PLACE OF DEPOSITION:**   <u>Appearance Via Zoom</u>

**TRANSCRIPTIONIST BEFORE WHOM DEPOSITION WILL BE TAKEN:**

Griffin & Associates, LLC
d/b/a Griffin Group International
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

**Conducted at**
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

The deposition will commence on September 28, 2021 at 10:00 a.m. and will continue from day to day thereafter until the examination is completed.  The deposition will be taken remotely via videoconference software for which a link and instructions for accessing the videoconference shall be provided in advance of the deposition. The deposition will be recorded stenographically by a certified shorthand reporter who is duly authorized to take and transcribe the deposition.  Defendants reserve the right to use the written transcript as evidence in this case.

Pursuant to Rule 30(b)(6), Plaintiff is directed to designate a person or persons knowledgeable and prepared to testify on its behalf regarding the deposition topics described below.

For purposes of the deposition topics below, the following terms apply:

**<u>DEFINITIONS</u>**

1.    "Puente Human Rights Movement" includes "Puente Arizona," and any other name it does business as or by which it is known.

**<u>DEPOSITION TOPICS</u>**

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the deponent must have knowledge and be able to competently testify regarding the following topics, which are subject to amendment with notice:

**Topic No. 1: Puente Human Rights Movement's organizational mission.**


**Topic No. 2: Puente Human Rights Movement's organizational structure.**

**Topic No. 3: Puente Human Rights Movement's organizational members who, at any time during the COVID-19 pandemic, were or had family members who were in Maricopa County Sheriff's Office custody.**

**Topic No. 4: Puente Human Rights Movement's organizational resources.**

**Topic No. 5: Puente Human Rights Movement's work, such as the programs and advocacy on behalf of incarcerated people at Maricopa County Jails.**

**Topic No. 6: Puente Human Rights Movement's decision to launch a full-fledged public campaign to support incarcerated people at the Maricopa County Jails and to raise public awareness about COVID-19.**

**Topic No. 7:  Puente Human Rights Movement's full-fledged public campaign to support incarcerated people at the Maricopa County Jails and to raise public awareness about COVID-19.**

**Topic No. 8: The resources Puente Human Rights Movement was allegedly forced to spend to support incarcerated people at the Maricopa County Jails during the COVID-19 pandemic.**

**Topic No. 9: The resources Puente Human Rights Movement has had to divert from other work and programming to mobilize its full-fledged public campaign to support incarcerated people at the Maricopa County jails and to raise public awareness about COVID-19 for incarcerated people and their families.**

**Topic No. 10: Puente Human Rights Movement's understanding of conditions inside Maricopa County Jails since February 2020.**

**Topic No. 11:  Puente Human Rights Movement's awareness of the alleged injuries of incarcerated people at the Maricopa County Jails.**

**Topic No. 12: Puente Human Rights Movement's hotline to monitor conditions inside of Maricopa County Jails concerning COVID-19 since February 2020.**

**Topic No. 13. The protests, petitions, letters to public officials, and communications materials Puente Human Rights Movement organized and/or issued in response to the conditions inside Maricopa County Jails concerning COVID-19 since February 2020.**

**Topic No. 14:  Puente Human Rights Movement's alleged injury caused by the conditions at Maricopa County Jails during the COVID-19 pandemic.**

**Topic No. 15:  The relief Puente Human Rights Movement seeks in this lawsuit.**

**Topic No. 16:  Puente's Responses to Defendants' discovery requests.**

1

DATED this 8th day of September, 2021.

2

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4

By /s/ Ashlee B. Hesman
Daniel P. Struck
Rachel Love
Nicholas D. Acedo
Ashlee B. Hesman
Kevin L. Nguyen
Anne M. Orcutt
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

5

6

7

8

9

*Attorneys for Defendants-Respondents Sheriff
Paul Penzone and Maricopa County*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Allison Ozurovich | allie.ozurovich@dechert.com |
| Benjamin M. Sadun | benjamin.sadun@dechert.com |
| Brian Raphel | brian.raphel@dechert.com |
| Jared G. Keenan | jkeenan@acluaz.org |
| Lawrence J. Wulkan | larry.wulkan@zwfirm.com |
| Olga Akselrod | oakselrod@aclu.org |
| Patrick Andriola | pat.andriola@dechert.com |
| Shari R. Lahlou | shari.lahlou@dechert.com |
| Timothy Ly | timothy.ly@dechert.com |
| Corene T Kendrick | ckendrick@aclu.org |
| Victoria Lopez | vlopez@acluaz.org |
| Kyle Virgien | kvirgien@aclu.org |

I hereby certify that on this same date, I served the attached document by e-mail on the following, who is not a registered participant of the CM/ECF System:

Griffin & Associates, LLC

d/b/a Griffin Group International

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018
calendar@griffinreporters.com

*Court Reporter*

/s/ Tamela S. Gation