1  Larry J. Wulkan (SBN 021404)
   **Zwillinger Wulkan PLC**
2  2020 North Central Avenue, Suite 675
   Phoenix, Arizona 85004
3  Tel: (602) 962-0089
   Fax: (602) 962-0089
4  Email: larry.wulkan@zwfirm.com

5  Counsel for Plaintiffs
   *Additional counsel listed on following page*
6

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF ARIZONA**

10

11 Jason Fenty, Brian Stepter, Douglas Crough, Edward Reason, Jesus Tequida, Ramon Avenenti, Anthony Scroggins, Dale Perez, and Tamara Ochoa on behalf of themselves and those similarly situated,

   Case No. 2:20-cv-01192-SPL-JZB

   **PLAINTIFFS' NOTICE OF DEPOSITION OF PAUL PENZONE**

   Plaintiff-Petitioners,

   Puente Human Rights Movement,

   Plaintiff,

   v.

   Paul Penzone, in his official capacity, and Maricopa County, a municipal entity,

   Defendants.

1  Brian Raphel (NY 5592308) *
   Pat Andriola (NY 5406327) *
2  Timothy Ly (NY 5478540) *
   **DECHERT LLP**
3  Three Bryant Park
   1095 Avenue of the Americas
4  New York, NY 10036
   Telephone: (212) 698-3500
5  brian.raphel@dechert.com
   pat.andriola@dechert.com
6  timothy.ly@dechert.com

7  Benjamin M. Sadun (CA 287533) *
   Allison Ozurovich (CA 312797) *
8  **DECHERT LLP**
   633 West 5th Street. Suite 4900
9  Los Angeles, CA 90071
   Telephone: (213) 808-5700
10 benjamin.sadun@dechert.com
   allie.ozurovich@dechert.com
11

12 Shari Ross Lahlou (DC 476630) *
   **DECHERT LLP**
13 1900 K Street, N.W.
   Washington, DC 20006 - 1110
14 Telephone: (202) 261-3300
   Shari.lahlou@dechert.com
15
   * Admitted Pro Hac Vice
16

Olga Akselrod (NY 4132825) *
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569
oakselrod@aclu.org

Corene T. Kendrick (CA 226642) *
Kyle Virgien (CA 278747) *
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (202) 393-4930
ckendrick@aclu.org

Jared G. Keenan (AZ 027068)
**ACLU FOUNDATION OF ARIZONA**
P.O. Box 17148
Phoenix, AZ 85011
Telephone: (602) 650-1854
jkeenan@acluaz.org

17

18

19

20

21

22

23

24

25

26

27

28

**TO: DEFENDANTS AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

| | |
|---|---|
| **DEPONENT:** | Paul Penzone |
| **DATE OF DEPOSITION:** | September 29, 2021 |
| **TIME OF DEPOSITION:** | 9:30 a.m. |
| **PLACE OF DEPOSITION:** | **Legal Video Specialists**<br>3033 N Central Ave #100<br>Phoenix, AZ 85012 |

Testimony shall be recorded by stenographic and video means.

RESPECTFULLY SUBMITTED this 17th day of September, 2021.

*/s/ Shari Ross Lahlou*
Shari Ross Lahlou
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006 - 1110

Brian Raphel
Pat Andriola
Timothy Ly
**DECHERT LLP**
Three Bryant Park, 1095 Avenue of the Americas
New York, NY 10036

Benjamin M. Sadun
Allison Ozurovich
**DECHERT LLP**
633 West 5th Street. Suite 4900
Los Angeles, CA 90071

Larry J. Wulkan
**Zwillinger Wulkan PLC**
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004

Jared G. Keenan
**ACLU FOUNDATION OF ARIZONA**
P.O. Box 17148
Phoenix, AZ 85011

Olga Akselrod
Corene T. Kendrick
Kyle Virgien
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

125 Broad Street, 18th Floor
New York, NY 10014

39 Drumm Street
San Francisco, CA 94111

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF, and served the counsel of record via the Court's CM/ECF System.

/s/ *Timothy Ly*