1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF ARIZONA

8   Jason Fenty, et al.,                    )    No.  CV-20-01192-PHX-SPL (JZB)
9                                           )
                      Plaintiffs,           )    **ORDER**
10  vs.                                     )
11                                          )
    Paul Penzone, et al.,                   )
12                                          )
                      Defendants.           )
13                                          )
                                            )
14  _____)

15          Before the Court is Plaintiff's Objection (Doc. 135) to Judge Boyle's August 11,

16  2021 Order (Doc. 126) requiring the parties to evenly split the cost of threading responsive

17  emails.

18          Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, a District Court

19  Judge may modify or set aside the order of a Magistrate Judge on a non-dispositive matter

20  when it is "clearly erroneous or contrary to law." The Court has reviewed Judge Boyle's

21  Order. Nothing contained therein could be characterized as clearly erroneous or contrary

22  to law.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1       **IT IS ORDERED** that Plaintiff's Objections (Doc. 135) are **overruled** and the

2   August 11, 2021 Order (Doc. 126) is **affirmed**.

3       Dated this 23rd day of September, 2021.

Honorable Steven P. Logan
United States District Judge