**VICTORIA LOPEZ** (330042)
**JARED G. KEENAN** (027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
vlopez @acluaz.org
jkeenan@acluaz.org
Larry J. Wulkan (021404)
**ZWILLINGER WULKAN PLC**
2020 North Central Avenue, Suite 675 |
Phoenix, Arizona 85004
Telephone: (602) 962-0089
larry.wulkan@zwfirm.com

Counsel for Plaintiffs
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Fenty, Brian Stepter, Douglas Crough, Edward Reason, Jesus Tequida, Ramon Avenenti, Anthony Scroggins, Dale Perez, and Tamara Ochoa on behalf of themselves and those similarly situated, | Case No. 2:20-cv-01192-SPL-JZB |
| Plaintiffs-Petitioners, | **NOTICE OF FILING WRIT OF MANDAMUS** |
| Puente Human Rights Movement, | |
| Plaintiff, | |
| v. | |
| Paul Penzone, in his official capacity, and Maricopa County, a municipal entity, | |
| Defendants. | |

| | |
|---|---|
| Shari Ross Lahlou* | Benjamin M. Sadun (CA 287533) * |
| **DECHERT LLP** | Allison Ozurovich (CA 312797) * |
| 1900 K Street, N.W. | **DECHERT LLP** |
| Washington, DC 20006 - 1110 | 633 West 5th Street, Suite 4900 |
| Telephone: (202) 261-3300 | Los Angeles, CA 90071 |
| shari.lahlou@dechert.com | Telephone: (213) 808-5700 |
| | benjamin.sadun@dechert.com |
| | allie.ozurovich@dechert.com |
| | |
| Brian Raphel (NY 5592308) | Corene T. Kendrick (CA 226642)* |
| Pat Andriola (NY 5406327)* | Kyle Virgien (CA 267646)* |
| Timothy Ly  (NY 5478540)* | **AMERICAN CIVIL LIBERTIES** |
| **DECHERT LLP** | **UNION FOUNDATION** |
| Three Bryant Park | 39 Drumm Street |
| 1095 Avenue of the Americas | San Francisco, CA 94111 |
| New York, NY 10036 | Telephone: (202) 393-4930 |
| Telephone: (212) 698-3500 | ckendrick@aclu.org |
| Brian.raphel@dechert.com | |
| pat.andriola@dechert.com | |
| timothy.ly@dechert.com | |

Olga Akselrod (NY 4132825)*
**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569
oakselrod@aclu.org

*Admitted Pro Hac Vice

*Attorneys for Plaintiffs-Petitioners Jason Fenty, et al., and Puente Human Rights Movement*

Notice is hereby given that the Plaintiffs-Petitioners filed a Writ of Mandamus with the Ninth Circuit Court of Appeals on October 27, 2021. A copy of the Writ of Mandamus and supporting Exhibits 1-12 are attached as Exhibit A.

DATED: October 27, 2021

**ACLU Foundation of Arizona**

*/s/ Jared G. Keenan*
Victoria Lopez
Jared G. Keenan

Larry J. Wulkan
**Zwillinger Wulkan, PLC**

Shari Ross Lahlou*
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006-1110

Brian Raphael
Pat Andriola *
Timothy Ly*
**DECHERT LLP**
3 Bryant Park,
1095 Ave. of the Americas
New York, NY 10036

Benjamin M. Sadun*
Allison Ozurovich*
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071

Corene T. Kendrick*
Kyle Virgien*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111

Olga Akselrod*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014

*Attorneys for Plaintiffs-Petitioners Jason Fenty, et al., and Puente Human Rights Movement*

*(Admitted Pro Hac Vice)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ *Jared G. Keenan*
Jared G. Keenan