UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, *et al.*,<br><br>    Plaintiffs-Petitioners,<br><br>Puente Human Rights Movement,<br><br>    Plaintiff,<br><br>v.<br><br>Sheriff Paul Penzone, in his official capacity, and Maricopa County, a municipal entity,<br><br>    Defendants. | Case No. 2:20-cv-01192-SPL-JZB<br><br>**[PROPOSED] ORDER GRANTING INJUNCTIVE RELIEF** |

    Before this Court is Plaintiffs-Petitioners' motion for a preliminary injunction on behalf of class member Loretta Johnson. After consideration of Plaintiffs-Petitioners' Memorandum of Points and Authorities, all supporting documents filed with the motion, and arguments and evidence presented at the hearing, the Court orders as follows:

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

    Plaintiffs-Petitioners' Motion for Preliminary Injunction is GRANTED.

    Consistent with this Order, Defendants, their agents, representatives, and all persons

or entities acting in concert with them are hereby required to immediately provide Loretta Johnson a COVID-19 vaccine, including any additional doses consistent with guidance by the Food and Drug Administration ("FDA") and the U.S. Centers for Disease Control and Prevention ("CDC").

DATED this ____ day of _____, 2022.