# DECLARATION OF ASHLEY WILKEYSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Ashley Wilkeyson, do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am a 34-year-old woman currently being held in pre-trial detention at the Estrella Jail in Maricopa County. I have been detained in the Estrella Jail since February 9, 2021.

2. In March 2021, I was offered the Johnson & Johnson COVID-19 vaccine but declined to take it as I was provided with no information about that vaccine's efficacy or side effects. Despite being provided information about the Moderna vaccine, I was not offered the Moderna vaccine at that time.

3. I have medical conditions that make me vulnerable to a COVID-19 infection. These include hypertension, chronic bronchitis, and premature ventricular contractions (PVCs).

4. Around October 2021, I contracted COVID-19 while detained at the Estrella Jail.

5. Since October 2021, I have requested that I be vaccinated four or five times by submitting health needs requests (HNRs) through my tablet on October 13, 2010 and on December 18, 2021. I have also submitted paper HNRs, but paper HNRs only allow you to make a generic "medical" or "mental health" request.

6. Following the submission of the paper HNRs, I informed medical staff that I want to be vaccinated against COVID-19. I changed my mind and decided I want to be vaccinated because I received more information about the Moderna and Pfizer vaccines from my family and was informed that the Moderna and Pfizer vaccines were FDA approved. I wanted the COVID-19 vaccine to protect my health and safety while I am in detention, especially given my medical vulnerabilities that put me in higher risk of a serious

1

reaction if I catch COVID-19 again. Every time I requested to be vaccinated, I was told that I will be placed on the waiting list.

7. Jail staff has offered the Moderna vaccine, but only to certain prisoners who are older or who had medical conditions that make them especially vulnerable to COVID-19 infection.

8. Despite repeated requests, I had not been offered the Moderna vaccine until February 1, 2022 despite my medical conditions that make me vulnerable to a COVID-19 infection. Nor was I offered the J&J vaccine since the first time I was in March 2021.

9. On February 1, 2022, I received the first dose of the Moderna vaccine. I requested the second dose and was told that I "should" received the second in 30 days, but that jail staff did not know specifically when I would receive it. Other women who have received the first dose of the Moderna vaccine in my pod have waited 40-50 days to receive the second dose. Jail staff provides the second dose of the Moderna vaccine at inconsistent intervals.

I, Jared G. Keenan, certify that I reviewed the information contained in this declaration with Ashley Wilkeyson by video on January 21, 2022 and February 10, 2022, and that she certified that the information contained in this declaration was true and correct to the best of her knowledge.

    Executed this 10th day of February 2022.
    <u>/s/ Jared G. Keenan</u>