# DECLARATION OF DESIREE RODRIGUEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Desiree Rodriguez, do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am currently detained at the Estrella Jail in Maricopa County, and I have been detained here since October 26, 2020.

2. I have asthma. Before entering the jail, I used a prescription inhaler. I have filled out multiple requests to be seen by medical for my asthma, have requested an inhaler from medical staff multiple times, and gave medical staff the information for my pharmacy where I filled my inhaler prescription before entering the jail. The jail has still not given me an inhaler. There is mold in the dorm where I am housed, and it makes my asthma worse.

3. I worry that if I get sick with COVID, my asthma will cause me to suffer a serious reaction. I felt sick earlier this month. I tested negative for COVID at the time, so I assume I just had a cold. Even though I only had a cold, I had serious trouble breathing. Normally I would have been able to deal with this trouble breathing by taking my inhaler, but I was not able to do that. I worry that if I get COVID, I will get seriously sick or die because of my asthma, particularly if I still do not have access to my inhaler.

4. Medical staff came by my unit to vaccinate people in March of 2021. I do not recall receiving any piece of paper giving any information about the vaccine, and I did not have the chance to talk to any medical staff about the vaccine. The only thing that I remember medical staff telling us about the vaccine was that if we took the vaccine, we would be able to go to court even if our unit was on quarantine. This is very important to people in the jail because going to court means that we might be released. We are on quarantine so often that we miss most of our court dates. I have missed six court dates in the 16 months that I have been in the jail, and at one point I had to wait over a year between

1

court dates. It turned out that this statement that we could go to court while on quarantine if we were vaccinated was not true. In Estrella jail, even people who are vaccinated still cannot go to court when their units are on quarantine. No medical staff member spoke to me in 2020 about vaccination.

5. In October of 2021, I put in two requests to see medical staff to be vaccinated for COVID-19. The first request was around October 13, 2021. The second was later in the month of October.

6. I saw a nurse to try to get an inhaler in October of 2021. She did not mention vaccination to me. I also did not mention it to her because I thought I would be more likely to get my inhaler if I kept these issues separate. I still have not gotten my inhaler.

7. Some army medical workers came to my dorm to vaccinate people in November of 2021. They only took five people at a time to be vaccinated, so I did not have a chance to get vaccinated by them. Medical staff finally gave me a vaccine in January of 2022. They stopped by my dorm with a list of people to vaccinate, and I was on that list. They did not offer the vaccine to anyone other than the people on the list. Others in my dorm have expressed interest in the vaccine, so if these medical staff had offered the vaccine to anyone who wanted it, I believe more people could have been vaccinated.

8. I was particularly worried about the long delay to vaccinate me because I have seen the jail take some steps that have put my health and the health of others around me at serious risk. Most serious was a COVID outbreak that I think the jail caused.

9. In late September of 2021, the jail mistakenly placed someone who had come into the jail directly from the outside in my dorm. That person turned out to be COVID-positive. The jail removed her from the dorm and placed the dorm on quarantine status.

10. The jail then combined my dorm with another dorm that was also on quarantine. We were eventually 136 people housed in a in a dorm with 150 beds in bunk configuration. Since most of the beds were full, we were unable to sleep six feet apart from

others in the dorm. We were also unable to socially distance within the dorm during the day. The jail also removed people for medical visits, where they were exposed to other quarantine units, and then returned them to our dorm. We were given one mask per week. We were not allowed to ask for replacement masks, even if our masks broke or became dirty.

11. The dorm in Estrella that houses workers was also placed on quarantine around when our dorm was placed on quarantine. Those workers continued to work even though they were on quarantine. As part of their jobs, several of these workers entered my dorm to bring towels and clothes from the laundry. The pregnant women in my dorm get milk as a nutritional supplement, and these quarantined workers also brought those pregnant women in our dorm milk.

12. A few days after the person mistakenly placed in our dorm was removed, some of the people whose bunks had been near hers started to get sick. More people in the combined dorm began to get sick as well. I managed to avoid getting sick or testing positive over the course of the outbreak, but many people in my dorm became sick. Some were seriously ill.

13. The jail has also moved people into and out of my dorm who I don't believe are supposed to be here. For example, a few people in my dorm work. Currently, they are going to work every day with people who are in a quarantined workers' dorm, and then they come back to my dorm every evening.

I, Kyle A. Virgien, certify that I reviewed the information contained in this declaration with Desiree Rodriguez by video on January 27, 2022, and that she certified that the information contained in this declaration was true and correct to the best of her knowledge.

Executed this 27th day of January 2022.

/s/ Kyle A. Virgien

3