# EXHIBIT 6

# Kyle Virgien

| | |
|---|---|
| **From:** | Ashlee Hesman <ahesman@strucklove.com> |
| **Sent:** | Tuesday, December 28, 2021 10:20 AM |
| **To:** | Kyle Virgien |
| **Cc:** | Fenty Team; Corene Kendrick; External - Jordan Carpenter; External - Kaitlyn Marasi; External - Larry Wulkan; Jared Keenan; Olga Akselrod; Shari Ross Lahlou; Timothy Ly |
| **Subject:** | RE: Delays in Receiving Vaccinations |

Kyle,

Our position is that individual inmates' complaints regarding their conditions of confinement need to be raised at the facility level through the grievance process and not through counsel.  Indeed, our review of inmates Rodriguez, Wilkeyson, and Cranmer's files confirm your claims are unsubstantiated.

1. T662659 Rodriguez – She refused the vaccine on March 25 via written refusal.  While she submitted two health requests in October, neither requested vaccination.
2. T681295 Wilkeyson –  She also refused the vaccine on March 25 via written refusal. On September 29, she had a chronic care visit where she was again educated on the vaccine.  She again declined.  She first requested a vaccine on December 18.  She will receive it.
3. T681430 Cranmer –  She received the vaccine on March 25, 2021.  At Estrella, boosters were offered twice in late October and November.  Since September 13, this inmate was seen 6 times by nursing in response to health requests, none of which were to request a booster.  Additionally, since September 9, she was seen 6 times by medical providers.  At no time did she request a booster.  Flu shots are also available.  If she requests one, she will receive it.

We will not provide substantive responses to future allegations.  Please instruct your clients to utilize the grievance process.

Ashlee

**From:** Kyle Virgien <kvirgien@aclu.org>
**Sent:** Wednesday, December 22, 2021 5:00 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>
**Cc:** Fenty Team <FentyTeam@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; External - Jordan Carpenter <Jordan.Carpenter@dechert.com>; External - Kaitlyn Marasi <Kaitlyn.Marasi@dechert.com>; External - Larry Wulkan <larry.wulkan@zwfirm.com>; Jared Keenan <jkeenan@acluaz.org>; Olga Akselrod <OAkselrod@aclu.org>; Shari Ross Lahlou <shari.lahlou@dechert.com>; Ly, Timothy <timothy.ly@dechert.com>
**Subject:** RE: Delays in Receiving Vaccinations

Ashlee,

These class members have already made multiple medical requests to be vaccinated, and they have not received a vaccine. Is it your clients' position that they must now go through the formal grievance process to receive a vaccine? Please let us know your clients' position on this question by December 24.

We reiterate our request that these class members be provided the vaccine without any further delay, and that you confirm these class members have received the vaccine by December 24.

**Kyle Virgien** | he/him | 310.801.3459

1

**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Tuesday, December 21, 2021 4:24 PM
**To:** Kyle Virgien <kvirgien@aclu.org>
**Cc:** Fenty Team <FentyTeam@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; External - Jordan Carpenter <Jordan.Carpenter@dechert.com>; External - Kaitlyn Marasi <Kaitlyn.Marasi@dechert.com>; External - Larry Wulkan <larry.wulkan@zwfirm.com>; Jared Keenan <jkeenan@acluaz.org>; Olga Akselrod <OAkselrod@aclu.org>; Shari Ross Lahlou <shari.lahlou@dechert.com>; Timothy Ly <Timothy.Ly@dechert.com>
**Subject:** RE: Delays in Receiving Vaccinations

Kyle,

Thank you for your correspondence.  Please instruct your clients to utilize the facility grievance process to raise these or other issues regarding their conditions of confinement.

Thanks,
Ashlee

**From:** Kyle Virgien <kvirgien@aclu.org>
**Sent:** Friday, December 17, 2021 3:53 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>
**Cc:** Fenty Team <FentyTeam@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; External - Jordan Carpenter <Jordan.Carpenter@dechert.com>; External - Kaitlyn Marasi <Kaitlyn.Marasi@dechert.com>; External - Larry Wulkan <larry.wulkan@zwfirm.com>; Jared Keenan <jkeenan@acluaz.org>; Olga Akselrod <OAkselrod@aclu.org>; Shari Ross Lahlou <shari.lahlou@dechert.com>; Ly, Timothy <timothy.ly@dechert.com>
**Subject:** Delays in Receiving Vaccinations

Ashlee,

We have learned that multiple class members have requested to be vaccinated against COVID-19 but have been waiting for months for their vaccinations. We list specific information for some of these class members below. Pease follow up with your clients to ensure that these specific class members receive the vaccine and to determine more generally if anything can be done about these long waiting periods for vaccination, and please provide us an update as soon as possible on these specific class members' vaccinations and on long waiting periods more generally.

- Desiree Rodriguez (T662659) submitted a sick call request to be vaccinated against COVID-19 on October 13 but has yet to be vaccinated. She should be offered a vaccination immediately.
- Ashley Wilyeson (T681295) has requested the vaccine three times but has never received it. She should be offered a vaccination immediately.
- Jeanie Cranmer (T681430) has an auto-immune disorder and requested a booster three times and a flu shot twice. She should be offered a booster and a flu shot immediately.

Thank you.

**Kyle Virgien**
Pronouns: he/him

Senior Litigation Advisor
National Prison Project
American Civil Liberties Union
39 Drumm St., San Francisco, CA 94111
310.801.3459 | kvirgien@aclu.org



This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.