# DECLARATION OF ADITI SHAH IN SUPPORT OF EXHIBITS IN SUPPORT OF PLAINTIFFS-PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION

1. My name is Aditi Shah. I am an attorney at the American Civil Liberties Union Foundation, and I am counsel of record for Plaintiffs-Petitioners Jason Fenty, *et al.*, and Plaintiff Puente Human Rights Movement.

2. I submit this declaration in support of Plaintiffs-Petitioners' Motion and Memorandum in Support of Motion for Preliminary Injunction.

3. Attached as Exhibit 1 is, to the best of my knowledge, a true and correct copy of a document titled "Declaration of Homer Venters, M.D., M.S. Regarding COVID-19 Inspection of Maricopa County Jail" dated January 27, 2022.

4. Attached as Exhibit 2 is, to the best of my knowledge, a true and correct copy of the transcript of the deposition of Dr. David Crutchfield taken on December 10, 2021.

5. Attached as Exhibit 3 is, to the best of my knowledge, an unedited rough draft copy of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Dr. David Crutchfield taken on January 21, 2022.

6. Attached as Exhibit 4 is, to the best of my knowledge, a true and correct copy of the transcript of the deposition of Dr. Victor Gan taken on January 12, 2022.

7. Attached as Exhibit 5 is, to the best of my knowledge, a true and correct copy of a document titled "COVID-19 in County Jails" downloaded by Plaintiffs-Petitioners' counsel from Maricopa County's website on January 20, 2022.

8. Attached as Exhibit 6 is, to the best of my knowledge, a true and correct copy of an email thread between Kyle Virgien, counsel for Plaintiffs-Petitioners, and Ashlee Hesman, counsel for Defendants, between December 17 and December 28, 2021.

9. Attached as Exhibit 7 is, to the best of my knowledge, a true and correct copy of an email thread between Kyle Virgien, counsel for Plaintiffs-Petitioners, and Rachel

1 | Love, counsel for Defendants, between January 24 and February 10, 2022.

3 | I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of February, 2022.

/s/ *Aditi D. Shah*