Shari Ross Lahlou (DC 476630) *
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 261-3300
Fax: (602) 261-3333
Email: shari.lahlou@dechert.com

*Additional counsel listed on following page*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Fenty, *et al.*, <br><br>    Plaintiffs-Petitioners, <br><br> Puente Human Rights Movement, <br><br>    Plaintiff, <br><br> v. <br><br> Sheriff Paul Penzone, in his official capacity, and Maricopa County, a municipal entity, <br><br>    Defendants. | No. 2:20-cv-01192-SPL-JZB <br><br> **PLAINTIFFS-PETITIONERS' MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS JESUS TEQUIDA (Dkt. 253)** |

Brian Raphel (NY 5592308)
Pat Andriola (NY 5406327) *
Timothy Ly (NY 5478540) *
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
brian.raphel@dechert.com
pat.andriola@dechert.com
timothy.ly@dechert.com

Benjamin M. Sadun (CA 287533) *
Allison Ozurovich (CA 312797) *
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 808-5700
benjamin.sadun@dechert.com
allie.ozurovich@dechert.com

Shari Ross Lahlou (DC 476630) *
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006 - 1110
Telephone: (202) 261-3300
Shari.lahlou@dechert.com

Olga Akselrod (NY 4132825) *
Aditi Shah (NY 5886254)*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
oakselrod@aclu.org
ashah@aclu.org

Corene T. Kendrick (CA 226642) *
Kyle Virgien (CA 278747) *
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (202) 393-4930
ckendrick@aclu.org
kvirgien@aclu.org

Jared G. Keenan (AZ 027068)
Benjamin L. Rundall (AZ 031661)
**ACLU FOUNDATION OF ARIZONA**
P.O. Box 17148
Phoenix, AZ 85011
Telephone: (602) 650-1854
jkeenan@acluaz.org
brundall@acluaz.org

* Admitted *Pro Hac Vice*

Plaintiffs-Petitioners move under L.R. Civ. 7.2(m)(1) to strike Defendants' Reply in Support of Motion to Dismiss Jesus Tequida (Dkt. 253), which was filed contrary to a court order.

The parties discussed the Defendants' intent to seek dismissal of Mr. Tequida's individual claims with Magistrate Judge Boyle on January 14, 2022. *See* Dkt. 253 at 1 ("Pursuant to … Magistrate Judge Boyle's direction at the January 14, 2022 discovery hearing, Defendants submit their Reply in Support of their Motion to Dismiss Plaintiff Jesus Tequida…."). At that hearing, Magistrate Judge Boyle directed: "We don't need a reply." Declaration of Kyle Virgien in Support of Plaintiffs-Petitioners' Motion to Strike, Ex. 1 at 19:9. Defendants made no objection. *Id.* at 19. Magistrate Judge Boyle then issued a minute entry directing opening and responsive briefs on this issue and stating: "No reply may be filed." Dkt. 230.

Defendants filed a reply brief contrary to Magistrate Judge Boyle's orders. They did not seek leave to do so. This reply brief (Dkt. 253) should be stricken.

RESPECTFULLY SUBMITTED this 25th day of February, 2022.

<u>*/s/ Kyle Virgien*</u>
Olga Akselrod
Aditi Shah
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004

Corene T. Kendrick
Kyle Virgien
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111

Jared G. Keenan
Benjamin Rundall
**ACLU FOUNDATION OF ARIZONA**
P.O. Box 17148
Phoenix, AZ 85011

Larry J. Wulkan
**ZWILLINGER WULKAN, PLC**
2020 North Central Avenue, Suite 675
Phoenix, AZ 85004

Shari Ross Lahlou
**DECHERT LLP**
1900 K Street, N.W.
Washington, DC 20006 - 1110

Brian Raphel
Pat Andriola
Timothy Ly
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036

Benjamin M. Sadun
Allison Ozurovich
**DECHERT LLP**
633 West 5th Street, Suite 4900
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF, and served the counsel of record via the Court's CM/ECF System.

*/s/ Jessica Carns*