1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**
7                  **FOR THE DISTRICT OF ARIZONA**
8

9    Jason Fenty, et al.,                              No. CV-20-01192-PHX-SPL (JZB)

10                  Plaintiffs,                         **ORDER**

11   v.

12   Paul Penzone, et al.,

13                  Defendants.

14
15
16          Pending before the Court is Defendants' Motion to Withdraw Reply in Support of

17   their Motion to Dismiss. (Doc. 265.) The Court will grant the Motion. Because the Court

18   will grant Defendants' Motion to Withdraw, Plaintiffs' pending Motion to Strike that Reply

19   is moot.

20          **IT IS ORDERED**:

21          1.      Defendants' Motion to Withdraw Reply in Support of their Motion to

22   Dismiss (doc. 265) is **granted**. Defendants' Reply (doc. 253) is **withdrawn**.

23          2.      Plaintiffs' Motion to Strike Defendants' Reply (doc. 262) is **denied** as moot.

24          Dated this 3rd day of March, 2022.

25
26                                                     _____
                                                       Honorable John Z. Boyle
27                                                     United States Magistrate Judge
28