# EXHIBIT 1

# EXHIBIT 1

1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Nicholas D. Acedo, Bar No. 021644
    Ashlee B. Hesman, Bar No. 028874
3   Kevin L. Nguyen, Bar No. 027870
    STRUCK LOVE BOJANOWSKI & ACEDO, PLC
4   3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
5   Telephone: (480) 420-1600
    dstruck@strucklove.com
6   rlove@strucklove.com
    nacedo@strucklove.com
7   ahesman@strucklove.com
    knguyen@strucklove.com
8

9   *Attorneys for Defendants-Respondents Sheriff*
    *Paul Penzone and Maricopa County*

10            **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF ARIZONA**

|  |  |
|---|---|
| Jason Fenty, et al., | NO. 2:20-cv-01192-PHX-SPL (JZB) |
|         Plaintiffs-Petitioners, | |
| v. | **DECLARATION OF OWEN MURRAY, M.D.** |
| Sheriff Paul Penzone, et al., | |
|         Defendants-Respondents. | |

I, Owen Murray, state the following based upon my personal knowledge.

    1.     I am over the age of 18 years old and competent to testify to the matters set forth in this Declaration based upon my own personal knowledge, review of records, and tours of the facilities.

    2.     I am a physician board certified in the field of Family Practice.

    3.     I have considerable expertise in correctional healthcare, with more than 30 years of experience in correctional medicine. Specifically, for the past 26 years, I have worked for the University of Texas Medical Branch (UTMB) Offender Health Services Program.

    4.     I currently serve as the Vice President of Offender Health Services, in which

capacity I am responsible for ensuring the provision of all medical, mental health, and dental services for approximately 98,000 adult offenders in the Texas Department of Criminal Justice state jails and prisons (i.e., approximately 80% of the state's correctional facility population), as well the delivery of such services to juvenile offenders in the Texas Juvenile Justice Department facilities.

5.     I oversee a staff of approximately 3,500 healthcare and clinical support employees located at more than 100 correctional facilities throughout the state of Texas as well as the prison hospital on the Galveston campus.

6.     Before joining UTMB in 1995, I served as a Divisional Medical Director of Chicago's Cook County Jail and several correctional facilities operated by the Illinois Department of Corrections.

7.     In addition, I have served as a healthcare consultant for a number of correctional systems, including the California Department of Corrections and Rehabilitation and the Arizona Department of Corrections, Rehabilitation and Reentry.

8.     I currently serve as a Commissioner for Accreditation for the American Correctional Association.

9.     In my role as Vice President of Offender Health Services for UTMB Correctional Managed Care (CMC), I have significant experience evaluating the management of infectious disease, to include COVID-19, in the correctional setting, consistent with standards and guidance promulgated by the American Correctional Association and the U.S. Centers for Disease Control and Prevention (CDC).

10.     Since the start of the pandemic, I have been focused on the planning and implementation of the COVID-19 mitigation strategies implemented in the TDCJ and TJJD. This involvement has included the development of applicable COVID-19 testing protocols and strategies for patients and staff; the development of policy and practice consistent with Centers of Disease Control (CDC) Interim Guidance in Correctional and Detention Facilities; and the oversight and healthcare coordination of acute care hospital and Intensive Care services for over 1,000 TDCJ patients in both community and the prison hospital (HG)

1    on the UTMB Galveston campus.

2        11.    I have also assisted with acquisition and utilization of Remdesivir and

3    convalescent plasma therapy for TDCJ patients hospitalized at HG. I have worked with my

4    TDCJ colleagues to create and staff hundreds of additional infirmary and sheltered housing

5    beds throughout the state to manage the care requirements for COVID-19 hospital

6    discharged patients. I have worked with our CMC leadership team to coordinate the staffing,

7    personal protective equipment, and testing necessary to manage COVID-19 care at over 83

8    facilities across the state of Texas.

9        12.    Since May 2020 I have reviewed the adequacy of the COVID-19 mitigation

10   strategies in multiple jails and detention centers throughout the country, including:

11       • Irwin County Detention Center, GA

12       • Stewart Detention Center, GA

13       • Eloy Detention Center, AZ

14       • La Palma Correctional Center, AZ

15       • Krome Detention Center, FL

16       • Glades County Detention Center, FL

17       • Broward Transitional Center, FL

18       • Adelanto Detention Center, CA

19       • Metrowest Detention Center, FL

20       • Shelby County Jail, TN

21       • North Carolina Department of Corrections, NC

22       13.    My curriculum vitae is attached as Attachment A.

23       14.    I was provided the following materials for my review in this case:

24       • Expert Report of Homer Venters, MD

25       • Rebuttal Report of Homer Venters, MD

26       • SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease dated

27         03/13/2020 (FPP-MSCO-ESI000027312736)

28       • SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease dated

3

03/27/2020 (FPP-MSCO-ESI00001498 – 1505)

- SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease dated 04/09/2020 (FPP-MSCO-ESI00012918 – 12927)

- SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease dated 05/14/2020 (FPP-MSCO-ESI00008088 – 8098)

- SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease dated 07/10/2020 (FPP-MSCO-ESI00002004 – 2019)

- SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease dated 09/04/2020 (FPP-MSCO-ESI00005699 – 5724)

- SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease dated 04/05/2021 (MCSO-FENTY003913 – 3938)

- SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease dated 02/08/2022 (MCSO-FENTY017453 – 17480)

- June 22, 2020, L. Leslie email (FPP-MSCO-ESI00009395 – 9396)

- March 1, 2021, D. Valdavia email (FPP-MSCO-ESI00021075)

- MCSO Computer Login – COVID Acknowledgement (MCSO-FENTY004052)

- Defendant's First Supplemental Response to Plaintiffs' First Requests for Admission dated 01/14/2022

- Depositions with exhibits of the following deponents:

  - o B. Williams dated 12/14/2021
  - o G. Harsha dated 01/05/2022
  - o B. Roska dated 12/17/2021
  - o L. Leslie dated 12/21/2021
  - o 30(b)(6) Deposition of L. Leslie dated 01/19/2022
  - o D. Crutchfield dated 12/10/2021
  - o 30(b)(6) Deposition of D. Crutchfield dated 01/21/2022
  - o G. Phillips dated 12/16/2021
  - o V. Gan dated 01/12/2022
  - o V. Gales dated 01/06/2022

15.     In forming my expert opinions in this case, I also conducted a tour of each MCSO facility, which is discussed in greater detail below, and spoke with personnel from both CHS and MCSO.

16.     I was also recently provided an update on an impending change to MCSO and CHS procedures based on the newest revisions to the CDC Guidance dated May 3, 2020.

17.     The CDC now recommends that facilities provide testing of all inmates at intake *or* utilize a routine observation period (i.e., the intake cohort process used by MCSO and CHS).

18.     Based on this revision to the guidance, beginning in late June 2022, MCSO and CHS will now be implementing universal testing of all inmates at intake in lieu of intake cohorting.  Any inmates who test positive at intake or are symptomatic will be transferred to medical observation and observe the same protocols as CHS has been employing.

19.     I find this change in MCSO and CHS procedures to be reasonable and appropriate in light of the revisions to the CDC Guidance, and it does not change my overall opinions as reflected in my March 18, 2022 expert report submitted in this case.

20.     Despite the proposed change, I included facts and opinions in this Declaration regarding intake cohorting procedures that have been employed by MCSO and CHS throughout the course of the pandemic as part of their overall approach to the management of COVID-19 in the Jails.

**Background on COVID-19 and CDC Interim Guidance**

21.     Illness caused by SARS-CoV-2 has been termed COVID-19 by the World Health Organization (WHO), an acronym derived from "Coronavirus Disease 2019."

22.     Set forth below is an abbreviated timeline of events in connection with the initial public health response to COVID-19 following its discovery in the United States.

- January 17, 2020: CDC implements health screenings in three U.S. airports.
- January 29, 2020: WHO declares a Public Health Emergency.
- February 29, 2020: Dr. Anthony Fauci, Director of the National Institute

of Allergies and Infectious Diseases, reports that the country remains at "very low risk."

- March 11, 2020: WHO declares COVID-19 a global pandemic.
- March 15, 2020: CDC recommends canceling events of 50 or more people.
- March 16, 2020: CDC introduces social distancing guidelines.
- March 23, 2020: CDC issues Interim Guidance for Management of COVID-19 in Correctional and Detention Facilities. *See* "Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities," attached as Attachment B.

23.     This abbreviated timeline reflects how rapidly COVID-19 affected the country, including its correctional and detention institutions.

24.     Most correctional and detention systems already had a pandemic flu policy in place to assist with planning and practice associated with the management of influenza, norovirus, and other infectious illnesses. However, COVID-19 has required a more protracted and evolving response when compared to these other infectious agents.

25.     At present, the CDC's Guidance is the "best practice" standard to which correctional and detention facilities in the United States are attempting to conform.

26.     This guidance has spurred correctional/detention systems and institutions to effectuate monumental changes in their policies, practices, and physical plant.   In a relatively short time, they have had to examine their operations and confront the challenges of COVID-19 infection control in a variety of facility settings, with no two facilities being exactly alike.

27.     While implementation of the various recommended best practices is important, the Interim Guidance does not set forth a hierarchy of priorities. Rather, it contains a series of considerations and recommended practices intended to provide guiding principles for correctional and detention facilities to mitigate the spread of COVID-19 in such institutional environments.

28.     The guiding principles will not, and are not intended to, address every possible custodial setting; rather, they affirmatively require tailoring to the individual environment.

29.     In this regard, the Interim Guidance acknowledges up front that its guiding principles "may need to be adapted based on individual facilities' physical space, staffing, population, operations, and other resources and conditions."

30.     Since their promulgation, time has not allowed for rigorous review of COVID-19 outcomes to determine the relative criticality of each of the guidelines and recommendations contained in the CDC's Interim Guidance.

31.     In the absence of such evidence-driven data, any given facility's implementation of the Interim Guidance must be reviewed relative to the facility's particular circumstances, attributes, and limiting factors.

32.     In other words, it is an individual facility's adherence to the guidance in totality—relative to the limitations created by physical space, staffing, population, operations, and other resources and conditions—and the organization's demonstrable commitment to modify over time, that ultimately yields the best outcome.

33.     Indeed, as information is learned about the transmissibility, testability, and treatment of COVID-19 on a day-to-day basis, any reliable measure of adherence to the Interim Guidance must be assessed with full awareness of this rapidly changing dynamic.

**Inspection**

34.     On March 7, 2022, I toured and reviewed all facilities comprising the Maricopa County jail system, accompanied by Maricopa County Sheriff's Office ("MCSO") Lieutenant Commander B. Williams.

35.     At each facility, I asked to see exemplar housing units, recreation areas, medical clinics, and Personal Protective Equipment ("PPE") storage.  I also toured the intake process at the intake facility.

36.     At each facility, we were accompanied by 1 to 2 members of the MCSO facility leadership who guided me through the facility, provided statistics on the facility,

1   explained the facility's COVID-19 procedures, and answered any questions I had during

2   the tour.

3           37.     I also spoke with Correctional Health Services ("CHS") medical personnel

4   on-site.

5           38.     I did not speak with any inmates, other than in passing to one inmate in the

6   LBJ medical clinic who called out to me while he was waiting for an x-ray of his broken

7   hand.  I did not discuss this case or anything to do with COVID-19 with him.

8           39.     There was ample evidence visible on the tour and through the conversations

9   I had with security and healthcare staff from which I was able to conclude that MCSO and

10  CHS are committed to and have implemented to the greatest extent possible the

11  recommendations from the CDC Interim Guidance on Management of Coronavirus Disease

12  2019 (COVID-19) in Correctional and Detention Facilities.

13          40.     Relevant background and my impressions regarding the current conditions of

14  each of the MCSO facilities as of March 2022 are as follows.

15  **Lower Buckeye Jail (LBJ)**

16          41.     LBJ has a capacity of 2100, and a population of approximately 1500.

17          42.     LBJ is primarily male adult inmates, but female inmates may be housed at the

18  Mental Health Unit and Infirmary, and juveniles are also housed at LBJ.

19          43.     The Infirmary has 60 beds, and the Mental Health Unit has 255 beds.

20          44.     We were accompanied on the tour by MCSO staff member C. Burden.

21          45.     We first visited T14B, which houses inmates who are classified as essential

22  workers.  The unit has a capacity of 70 and houses 64.  At the time of our visit, shift 1 of

23  the workers had already been picked up.

24          46.     The unit consists of two levels of cells with a large open dayroom area.  There

25  is a row of telephones in the dayroom, but inmates also have the ability to make video calls

26  using the tablets in their cells.  Recreation takes place in an outdoor rec yard attached to the

27  unit.

28          47.     Meals at LBJ are produced centrally by the food factory and distributed out

to the housing units.  Inmates have the option of eating in either the day room or their cells, which allows for social distancing.

48.   Inmates are responsible for cleaning the day room and their own cells, and custodians clean the showers.

49.   There is a cleaning closet on each level of the housing unit which the officer can open for the inmates upon request.  Custodial staff dilutes the cleaning supplies in accordance with the manufacturer's instructions.  Cleaning supplies include Triad and Virex.

50.   MCSO has decided not to do temperature checks of all inmate workers at the start of their shifts.  However, inmates are educated to report any symptoms, including fever, to either custody or medical staff, and the officers on duty are vigilant about observing symptoms.

51.   If an essential inmate worker becomes symptomatic and/or tests positive for COVID-19, the entire pod is held back from work for testing, which typically takes place the next day, with results available in 36-48 hours.  The pod will be retested on the 10th[1] day.  Asymptomatic essential inmate workers with a negative test are permitted to work but are required to be masked throughout their shifts.

52.   Every housing unit has a supply closet on the unit with necessary PPE for officer use, and there is a red bio waste container for used PPE in the housing unit sallyports.

53.   In most areas, officers are permitted to wear surgical masks, N95 masks, or cloth masks with an N95 filter insert.  Surgical masks and N95 masks are readily available to custody staff, and fit testing for N95 masks is done for all officers.  Goggles, face shields, gloves, and gowns are also available.

54.   Medical observation cells are deep cleaned in between each inmate using

---

[1] I am aware that MCSO and CHS changed the timing intervals for testing of intake cohorts and quarantine units after my inspection to reflect the February 2022 revisions to the CDC Interim Guidance, which reduced the recommended timing from 14 days to 10 days.  I have accordingly updated the timing throughout this Declaration to the current practice as of the date of this Declaration.  The updated timing does not change the substance of any of my opinions as expressed in my expert report.

1  CDC-approved cleaning supplies and either hand-held, large-capacity sprayers or foggers.
2  The same procedure is employed throughout COVID-positive housing units prior to being
3  occupied by a new group of inmates.  All mattresses throughout the jails are disinfected in
4  between each inmate.

5       55.    There is a small medical clinic on each level of LBJ that is staffed by nurses
6  and Correctional Health Technicians (CHTs) and a larger main clinic.  The providers can
7  come up to the smaller clinics if needed to see patients, and that is the typical procedure for
8  inmates suspected of having COVID-19.  The smaller clinics also have a lab tech and mental
9  health staff.

10       56.    COVID-19 rapid tests are available at all of the clinics with a provider's order.

11       57.    I spoke with RN B. Everly, who has been at LBJ for three years, and CHT A.
12  Rau, who has been at LBJ since August 2021.

13       58.    They informed me that they test and isolate anyone with cold-like symptoms
14  for COVID-19.

15       59.    Inmates who are in isolation for suspected or confirmed COVID-19 infections
16  are assessed daily by nursing staff, including temperature checks, vital signs, and pulse
17  oximeter readings.

18       60.    CHS nursing staff know their patients and are cognizant of those who are at
19  higher risk for COVID-19.  They gave an example of an inmate with a history of
20  hypertension who had been sent to medical observation for a full evaluation following a
21  report of shortness of breath.

22       61.    They explained that TechCare, their electronic health record (EHR) system,
23  also includes flags for high-risk inmates.

24       62.    There are two med passes per day, although a third pass can be done on an
25  as-needed basis for any inmates who require additional dosing.  CHTs also perform daily
26  blood pressure and blood sugar checks on chronic care patients.

27       63.    Both RN Everly and CHT Rau reported that they receive updates by email on
28  any policy revisions.  They also receive ongoing training, and new core medical staff get a

1   least a month of on-the-job training.

2        64.    We also visited T12A, which was a COVID-19 positive house at the time of

3   my visit.   Medical goes to the housing unit daily for assessments and to take vitals

4   (temperature and pulse oximeter checks) of everyone on the unit.  For symptomatic inmates,

5   full vitals can be taken using the vitals machine if needed based on clinical judgment.  For

6   inmates experiencing complications, medical visits more than once a day.

7        65.    We also visited T11A and T11B, which was symptomatic housing at the time

8   of my visit.  These inmates receive a full assessment daily, including temperature and pulse

9   oximeter checks, with full vitals taken as clinically needed.

10        66.    We visited the main medical clinic at LBJ, which includes x-ray services,

11   dental, dialysis, methadone administration, and provider visits.   I spoke with RN D.

12   Mapierski, who has been at LBJ for four years and an RN for 27 years.

13        67.    RN Mapierski explained the HNR process to me.   The paper HNR forms

14   allow an inmate to select the type of service needed (i.e., medical, mental health, or dental),

15   but for patient confidentiality purposes, the form does not include an area for a description

16   of the inmate's health concerns.  Inmates can also submit HNRs through the tablets, which

17   allows them to include more information about their health concerns.

18        68.    At night, CHTs input paper HNRs into the queue to be seen the next day.

19   HNRs submitted through the tablets are electronically transmitted to medical.

20        69.    If an inmate reports COVID-19 symptoms, they will be seen the same day.

21        70.    RN Mapierski reported that Arizona State University ("ASU") does PCR

22   testing and is on-site most days.  Test results are usually back within 36 hours.  Medical can

23   also utilize Garcia Labs or T-Gen for PCR testing.  The clinics have BinaxNOW rapid tests

24   available, which are typically used for inmates going out for surgeries or other outside

25   medical procedures.

26        71.    RN Mapierski reported that medical has no problem with getting PPE and that

27   while supplies were limited at the beginning of the pandemic, they always had what they

28   needed.

72.     I also spoke with MCSO Transport Officer L. Ortiz in the medical clinic.  He has been at LBJ for 2.5 years and was at intake before that.  He has not experienced any issues with getting appropriate PPE throughout the pandemic and reported that PPE is readily available.  He also reported that regular cleaning of the medical and housing units takes place.

**Intake, Transfer, and Release (ITR)**

73.     I next visited the intake facility, known as ITR.  MCSO CPT E. Williams and LT J. York accompanied me on the tour.  ITR does not house any inmates but is averaging around 150+ bookings per day.

74.     We started in the self-surrender area, where inmates come in directly from the streets.  No one was present in self-surrender when I went through.  Thursday and Friday nights are the busiest times at self-surrender.  At these times, medical is present along with custody staff to do an initial assessment.  When medical is not present, self-surrender inmates proceed through to the regular intake area, where they will be seen by medical.

75.     All incoming individuals are offered a mask, and gloves and masks are available at the self-surrender intake counter.

76.     Inmates who report COVID-19 symptoms or are observed to have symptoms at self-surrender are taken directly to an individual cell in the isolation hallway and administered a rapid test.  If the test comes back positive, they remain in the isolation cell and are seen by a provider.  If the test comes back negative, they are returned to the intake process.  All isolation cells are cleaned after use.

77.     During my tour, I observed the isolation hallway, which has two negative air flow rooms, 18 safe cells, and 15 holding cells.

78.     We next proceeded through the regular intake area, where incoming inmates go through security and property screening.  One incoming inmate was going through security while I was there.

79.     Gloves and masks are available on the counter, and inmates are given a mask and a sack of food before moving into the booking area.

80.     As with self-surrender, any inmates who report COVID-19 symptoms or are observed to have symptoms at intake are taken directly to an individual cell in the isolation hallway for rapid testing.

81.     Signage on the doors leading into the booking area clearly states that masks are required.

82.     In the booking area, multiple inmates were present and were observing social distancing while waiting to be processed.  It was explained that during booking, inmates are not considered to be in the custody of MCSO, but rather of the arresting agency.

83.     After booking, inmates are taken to the court waiting area for their initial appearance, which takes place within the first 24 hours.  There were several inmates in this waiting area, and they were also observing social distancing.

84.     There are four fully functional court rooms at ITR.  Superior Court does initial appearances via video at 2:00, 5:00, 8:00, and 11:00.  Phoenix Municipal Court does initial appearances via video at 10:00 and 4:00.

85.     After initial appearances, inmates are directed to either the release waiting area, where they will be processed and released, or the processing area, where they get dressed out and proceed through classification and medical.

86.     Classification can take up to 24 hours.

87.     All inmates are also seen by medical within the first 24 hours.

88.     While policy provides for this visit to be conducted by either nursing or a provider, all high-risk inmates are being seen by a provider.

**512 Facility**

89.     I next visited the new 512 facility, which is attached to ITR and serves as a temporary holding facility.

90.     The 512 facility has a capacity of 512 beds and is 67,000 square feet.  The 512 facility replaced the Central Intake processing center that was previously located at the 4th Avenue Jail.

91.     This facility is designed to house short-term inmates (72 hours or less, but up

13

1    to 5 days).

2        92.    Keeping them adjacent to ITR removes the need to transport them to and from

3    another facility and reduces the risk of spread of COVID-19.

4        93.    Pre-COVID, approximately 50-60% of the MCSO population released within

5    a week, compared to 70% currently.  The average stay for all MCSO inmates is now 26-27

6    days.

7        94.    If an inmate housed in the 512 facility tests positive, they are moved to the

8    isolation hallway and then transported by themselves to another facility with a medical

9    observation unit.

10       95.    Each housing unit within the 512 facility includes a medical exam room.

11   **Watkins Jail**

12       96.    I next visited Watkins Jail, which houses minimum and medium security

13   inmates and is connected to ITR by a long corridor.

14       97.    Watkins has a capacity of 1600 beds with 258,000 square feet.  Thepopulation

15   is approximately 1478 inmates.

16       98.    I was accompanied by MCSO Sgt. Solace and I. Laborde.

17       99.    Watkins does not currently have any medical observation units.

18       100.   I visited W1A pod, which has a capacity of 80 and is set up as an open dorm

19   with a large dayroom area.  Inmates are encouraged to sleep head to toe.  They are permitted

20   to eat at tables in the dayroom or on their bunks.

21       101.   Inmates are issued surgical masks weekly but can get a replacement upon

22   request at any time if needed.

23       102.   All pods have the same design.  Each pod has an on-site medical exam room

24   where inmates are seen by medical.  There is also an officer's station with ample PPE,

25   including surgical masks, gloves, and a red bio waste container.  There is a raised central

26   control area outside the housing pods which has additional supplies of PPE and a supply

27   closet with backup supplies.

28       103.   I also toured Unit 5, where pods 5 A, B, and C were cleared recovered housing

1    and pod 5D was on quarantine.   I observed ample supplies of gowns, masks, gloves,

2    goggles, and disinfectant wipes.   Recreation was being limited to one hour per day to

3    encourage social distancing.

4         104.   The Watkins medical clinic has provider rooms, lab, x-ray, medication room,

5    and mental health office space.

6         105.   COVID-19 rapid tests are available in the medication room and provider

7    rooms.  Providers decide in their clinical judgment whether to order rapid testing or PCR

8    testing for inmates suspected of having COVID-19.

9         106.   I spoke with CHS Family Nurse Practitioner (FNP) M. Kuhn, a provider

10   assigned to Watkins.  She reported that new policy changes are communicated clearly, and

11   she considers the communication flow with the CHS Medical Director to be very effective.

12   She appreciates that CHS has had a very structured COVID-19 policy since the beginning

13   of the pandemic.

14   **Towers Jail**

15        107.   At Towers Jail I was accompanied by MCSO LT Valdivia.

16        108.   Towers has a capacity of 720 beds and is 90,000 square feet.  The population

17   as of March 2022 was approximately 590 inmates.

18        109.   Inmates come to Towers directly from ITR and go through the cohort housing

19   process there.

20        110.   Once a pod is full, the cohort is closed, and the entire pod is tested.  The pod

21   is retested on the 10th day, and if no one tests positive, the pod is designated as cleared.

22   Any inmate who tests positive is moved.  The pod is placed on quarantine status and retested

23   until all inmates test negative.  Medical determines when a cohort closes, when inmates are

24   tested, and when a cohort is cleared.

25        111.   The pods have 3-person cells, but due to COVID-19, only two inmates are

26   assigned per cell to promote social distancing.

27        112.   All but one of the pods is general population, where the inmates have full

28   dayroom access.  The other pod is used for protective custody/administrative segregation.

15

1  Inmates stay in the pods except for legal visits, which are conducted in divided single rooms

2  with solid glass panels between the inmate and the attorney, or court visits.

3       113.   Inmates in quarantine housing units are not transported for legal visits or

4  court.

5       114.   The control room has ample supplies of PPE and disinfectants, and radios and

6  keys are sprayed with disinfectant between each shift change.   Each housing pod has

7  additional PPE and cleaning supplies.

8       115.   The facility uses foggers with Triad III to disinfect mattresses, cells, and

9  common areas in between inmates.

10      116.   All inmates are issued new surgical masks every Saturday but can receive

11  additional masks at any time upon request.

12      117.   In the Towers medical clinic, I spoke with CHS Nurse Manager A. Dickerson,

13  an RN with 15 years of experience.

14      118.   The clinic has 24-hour staffing for nursing and CHTs.

15      119.   The Towers clinic had ample supplies of rapid tests, including both QuickVue

16  and BinaxNOW.   As with the other facilities, ASU does PCR testing at Towers.

17      120.   Nursing visits each of the pods at least twice per day, and on morning shift,

18  three nurses do rounds on the housing units.   Inmates who are withdrawing or

19  immunocompromised are seen twice daily.

20      121.   COVID-19 vaccinations are done on the housing units.  Inmates can request

21  a vaccination via paper HNR, on the tablets, during a medical visit, or when medical staff

22  come to the housing units to administer vaccines.

23      122.   Officers round in the pods at least every 25 minutes.

24  **Estrella Jail**

25      123.   Estrella houses all female inmates in MCSO custody, except for female

26  inmates housed in the Mental Health Unit and infirmary at LBJ.

27      124.   Estrella has a capacity of 1503 beds and is 281,072 square feet.   The

28  population is approximately 821 inmates.

125.    There are five tower housing units and ten dorms.  I was accompanied at Estrella by MCSO Field Training Officer (FTO) K. Acosta, who has been at MCSO for eight years.

126.    I visited E dorm, which is an open dorm setting with bunk beds in the middle of the room and a large surrounding dayroom space.  There is a TV room on the housing unit, and recreation is done in an attached rec yard.  Inmates in this unit are minimum and medium security.

127.    Symptomatic inmates are moved to medical and then transferred to B Tower for medical observation.

128.    I also visited the medical clinic at Estrella.  The lab has ample supplies of BinaxNOW rapid tests.  Waiting capacity is limited at the clinic to promote social distancing, and inmates are brought in separated by housing unit.

129.    I observed A tower, which has three max custody pods and one close custody pod.

130.    I also visited J dorm, which is a direct supervision design, where the officer's area is open to the rest of the pod.  The dorm is considered a privilege dorm, and the inmates have access to games and arts and crafts.  The dorm has triple stacked bunk beds in the middle and large surrounding dayroom space.  Recreation is done in a dedicated, attached rec yard, and recreation times are staggered so that adjacent housing units do not recreate at the same time.

**4th Avenue Jail**

131.    I was accompanied at 4th Avenue Jail by MCSO LT Hallett, who has been there for 3.5 years.

132.    4th Avenue has a capacity of 2,064 beds with 1,152 cells and is 577,883 square feet.  The population is approximately 1,557 inmates.

133.    We toured the main medical clinic, which is located in the basement and has an RN on duty 24/7.  There is also a medical clinic on each of the other levels (2, 3, and 4) of the Jail which is staffed by nursing.

134.   Each housing pod has two classrooms, four video visitation booths, an attorney visitation room, a dayroom, and a recreation yard, thereby limiting the amount of inmate movement required throughout the facility.

135.   We visited 2F2, which is a medical observation unit.  Inmates housed on this unit are either COVID-19 positive, symptomatic, or on pre-release quarantine for specific circumstances (e.g., extradition, Reach Out).

136.   This unit consists of two-bunk cells, but inmates are only double bunked if both are COVID-19 positive. Otherwise, all inmates in medical observation are single-celled.

137.   These inmates are assessed daily by CHS staff for temperature and symptom checks.  Both medical and mental health conduct daily rounds on the unit, there are twice-daily medication passes on the unit, and inmates can also submit an HNR to be seen by a provider.  Symptomatic inmates are seen on the unit.

138.   The house officer walks through the unit at least every 25 minutes and can summon medical if needed.

139.   Single-celled inmates are taken out of their cells individually every 7 days for a shower.

140.   Double-celled inmates are taken out of their cells individually every 3 days for a shower.

141.   Meals and medications are delivered to the cell front.

142.   All cells are sprayed down with approved disinfectants after each inmate is released.

143.   We next visited 4B1, which is a closed custody unit.  All inmates on this housing unit are single-celled.  Each cell contains a telephone and a tablet docking station. Inmates are taken out individually for recreation in an open-air enclosure that is directly attached to the unit.  Inmates are also taken out individually for showers.

144.   We also visited SM2, which is a maximum custody unit.  All inmates are single celled with an in-cell shower and toilet, and each cell has an attached day room which

1   contains a phone and a tablet docking station.  There is a recreation room between each cell

2   which is used for individual recreation.  These inmates are permitted one-hour per day of

3   individual day room time and recreation room time.

4   **Meeting with CHS**

5       145.   During my tour I also met with CHS Medical Director Dr. Crutchfield and

6   Director of Nursing (DON) V. Gales at the CHS offices, which are co-located with LBJ in

7   an administrative wing.

8       146.   DON Gales is part of the Housing Management Committee, which is

9   comprised of CHS staff, MCSO leadership, and representatives from each of the facilities.

10   Committee members include the following:

11        • IMSD: G. Harsha (May 2020-June 30, 2021), D. Flaherty, Lt. B. Beckwith

12        • Classification: C. Ajir, L. Chacon

13        • CBO: Lt. B. Sajonia, Sgt. J. Von Reeden, Ofc. D. Darling, J. Townsend,

14        De La Meyers y Vega

15        • Estrella: Lt. C. Walters, Lt. T. Cocciardi, Sgt. M. Rios, Sgt. S. Down

16        • 4AJ: Lt. R. Hallett, Lt. L. Payne, Sgt. J. Redfern

17        • Watkins: Sgt. I. Laborde

18        • LBJ: Lt. E. Maxwell, Ofc. C. Burden

19        • Towers: Lt. B. Marty

20        • CHS: V. Gales, T. Watts

21       147.   The committee was created in July 2020 and meets virtually daily to manage

22   the COVID-19 response at the Jails, including review of test results, contract tracing, inmate

23   transfers and movements, and updates to housing unit statuses and testing schedules.

24       148.   DON Gales maintains a COVID-19 tracker in Excel format, which is updated

25   on an ongoing basis and is accessible to all members of the committee.

26       149.   High-risk COVID-19 positive patients are moved to the infirmary if space

27   permits.  If they cannot be transferred to the infirmary, providers go cell-front to monitor

28   them.

1     150.   CHS does not maintain a separate list of high-risk patients because the EHR

2     system contains flags for all high-risk patients directly in their charts.   However, it is

3     possible to conduct an advanced search in TechCare to identify high-risk patients.

4     151.   As of my visit in March, CHS had just hired a COVID-19 nurse, A. Garcia.

5     Some of her duties include monitoring the COVID-19 tracker and testing queue and

6     conducting cell-side visits with all high-risk patients.

7     152.   When COVID-19 vaccines became available at the Jails, Dr. Crutchfield

8     personally went out to every housing dorm to offer the vaccine to inmates.

9     153.   Dr. Crutchfield also directs his providers to ask inmates at every encounter if

10    they have had a vaccine.

11    154.   Nurse P. Brooks goes out to housing units every Tuesday to administer

12    vaccines.

13    155.   Vaccines are offered to all inmates at the initial health assessment following

14    intake.   Inmates can also request a vaccine through submitting an HNR, during a medical

15    encounter, or when CHS staff is on the housing units.

16    156.   Higher-risk patients or those with a pressing health condition (e.g., current

17    medications, mental health issues, or substance abuse issues) are seen by a provider within

18    24 hours of intake.   These patients are labeled with a red dot.   Other patients are labelled

19    with a green dot and are seen within 14 days by a provider.

20    157.   Approximately 200-250 inmates are booked daily, and 67-70% of these

21    intakes are identified as higher-risk (red dot).

22    158.   Approximately 45-47% of all intakes get released at their initial court

23    appearance.

24    159.   Medical providers perform about 95-100 health assessments daily for higher-

25    risk patients.

26    160.   Dr. Crutchfield told me that CHS and MCSO discussed doing pre-release

27    quarantining and testing for the inmate population, but releases are done 24/7 and often

28    without advanced notice, which would make doing so virtually impossible from a planning

1    perspective.

2        161.    There are also significant space constraints within the Jails that would

3    preclude them from creating separate pre-release pods.

4        162.    CHS also considered pre-release quarantining and testing for ADCRR

5    transfers, but they determined that the medical resources needed to manage such a process

6    would be better directed toward caring for patients.

7        163.    MCSO uses N95 and KN95 masks for inmates going out to court.   The

8    Maricopa County Superior Court has agreed that inmates on quarantine status can go out to

9    court if they have no symptoms and are wearing a quality (e.g., N95 or KN95) mask.

10       164.    CHS has received 24 courses of molnupiravir antiviral treatment.   The State

11   is controlling distribution, but CHS has the ability to get more, if necessary.

12       165.    High-risk patients and patients over 50 (Tier 1 and 2) are given priority for

13   antiviral treatment.   If supplies permit, CHS will open treatment up to Tier 3 patients.

14       166.    CHS has historically used Visient for registry staffing but as of August are

15   now also using Acro.   They are currently at approximately 70% staffing with the use of

16   agency staffing and overtime.   Provider staffing is 100%, and provider turnover is non-

17   existent.

18       167.    MCSO staff who test positive for COVID-19 or are exposed to a known

19   COVID-19 positive individual are required to stay home for 10 days.

20       168.    MCSO staff are not required to be vaccinated or report their vaccination

21   status, but staff who choose to become vaccinated and report their status receive a day off

22   and $100 as an incentive.

23       169.    All of the MCSO jails are NCCHC accredited.   They have also obtained

24   opioid accreditation through NCCHC.

25   **Findings and Opinions**

26       170.    Below are my findings and opinions with respect to key aspects of MCSO's

27   COVID-19 prevention strategies and procedures.

28       **Social Distancing**

21

171.   According to the CDC, "Social distancing is the practice of increasing the space between individuals and decreasing their frequency of contact to reduce the risk of spreading a disease (ideally to maintain at least 6 feet between all individuals, even those who are asymptomatic). Social distancing strategies can be applied on an individual level (e.g., avoiding physical contact), a group level (e.g., canceling group activities where individuals will be in close contact), and an operational level (e.g., rearranging chairs in the dining hall to increase distance between them). Although social distancing is challenging to practice in correctional and detention environments, it is a cornerstone of reducing transmission of respiratory diseases such as COVID-19."

172.   At the start of the pandemic, Maricopa County took aggressive measures to reduce the jail population.  While the population has increased over the course of the pandemic, as of March 2022, most facilities are still operating at between 50-70% of full capacity, providing additional space between individuals for social distancing.

173.   All male intakes are tested at the Towers Jail for COVID-19 and cohorted for at least 10 days after arrival before being transferred to other facilities.

174.   All female intakes (except for those housed in the Mental Health Unit at LBJ) are tested at Estrella and cohorted with other inmates for at least 10 days after arrival before being moved to their permanent housing location at that facility.

175.   Perhaps the greatest challenge in accomplishing social distancing in a correctional setting is that associated with sleeping quarters.

176.   The tour of the jails demonstrated that the physical distance between bunk beds and potential sleeping arrangements was at times less than six feet in many of the facilities.

177.   While the CDC Interim Guidance does not require detention facilities to provide six feet of separation between beds, it states: "If space allows, reassign bunks to provide more space between individuals, ideally 6 feet or more in all directions."

178.   Inmates may position themselves in their bunks in a way that maximizes distance between them, for example in a head to foot arrangement, which is encouraged at

the jails.

179.   Additionally, where possible, bunk assignments are staggered at the jails to increase distance between inmates.

180.   In other housing units, inmates are individually celled, which allows for social distancing.

181.   The jails have provided education and reinforcement for inmates on the importance of sleeping head to toe and maximizing space between individuals, and inmates are encouraged to stagger their phone calls, showers, and meals where possible in open dorm areas.

182.   In single-cell environments, inmates are brought out for showers and recreation on an individual or small-group basis, allowing for social distancing.

183.   MCSO has canceled all in-person social visitation, replacing it with video visitation through the inmate tablets.  While in-person visitation remains available for attorney visits, video visitation is encouraged.

184.   Entrance to the facilities has also been restricted to essential correctional staff, medical, attorneys, and contractors, with volunteer programs cancelled.

185.   MCSO has also canceled group programming and replaced it with virtual programming available on-demand on the inmate tablets.

186.   All meals are served in the housing units, reducing movement throughout the facility.

187.   Most inmates are seen at the smaller medical clinics or the medical exam rooms located directly on the housing units, which reduces movement outside the housing units and reduces the volume of patients waiting to be seen at the main clinics.

188.   Earlier in the pandemic, the jails postponed non-critical medical and dental care, which further reduced movement and created additional staff capacity to address the health services workload associated with COVID-19 management.

189.   Commissary items are delivered to detainees in the housing unit, thereby reducing movement within the facility.

190.   Recognizing that "social distancing is challenging to practice in correctional and detention environments," the Interim Guidance *recommends* the measure of "at least six feet between all individuals" as the "ideal" amount of space to reduce the risk of spreading COVID-19.  Significantly, the Interim Guidance does not call for six feet of space between fixtures within a detention housing unit to accomplish meaningful social distancing.

191.   If social distancing could only be achieved by creating six feet of physical space between bunks, showers, tables, toilets, phones, and other typical living elements found in the facilities, most correctional and detention facilities in the United States would never reach compliance.

192.   The inability to provide six feet of space between these necessary accoutrements would also be true for most buildings, courthouses, and other places of public accommodation in the United States. That is why it is imperative to understand social distancing as a function of human input, rather than a measure of inches or feet between inanimate objects.

193.   Social distancing is a practice which requires personal accountability and recognition of the structural challenges.  MCSO inmates, not unlike everyone else in the world, are responsible for their choices regarding social distancing, whenever possible, in accordance with the guidance that has been provided to them through appropriate signage, education, and instruction.

194.   To this end, inmates, again, like everyone else, must exercise appropriate discretion.

195.   Choices such as waiting for the appropriately spaced phone or shower to be available or electing not to sit at a dayroom table with others, might be less satisfactory, but such personal accountability is necessary to provide the best opportunity for accomplishing six feet of separation.

**Masking**

196.   Wearing a mask is an essential component of reducing the transmission of

1    COVID-19.

2    197.   The jails provide inmates with surgical masks upon entry at ITR and

3    replacement surgical masks on a weekly basis.  If an inmate needs another surgical mask,

4    he or she can get one upon request.

5    198.   Inmates are encouraged to wear a mask when in their housing unit.  Inmates

6    on quarantine status are required to wear a mask at all times while outside the housing unit.

7    If an inmate cannot be seen by medical on the unit, the inmate is required to wear a mask

8    while being transferred to the medical clinic.  If it is necessary to transport an inmate to an

9    offsite facility, staff and inmates are required to wear a mask throughout the process.

10   Inmates going out to court are now provided N95 or KN95 masks.

11   199.   Staff who interact with inmates are required to wear PPE, which includes a

12   mask.  If staff are working with COVID-positive detainees, they must wear an N95 mask.

13   200.   My inspection provided convincing evidence that masks were being worn

14   consistently by all MCSO and CHS staff and most inmates.

15   **Personal Hygiene and Cleaning**

16   201.   The jails provide disinfectant spray, soap, and hot water in every housing unit.

17   202.   Hand sanitizer is available for staff use at officer's stations, control rooms,

18   and medical clinics.

19   203.   I saw ample supplies of cleaning supplies, including disinfectant sprays and

20   wipes, in the supply areas of each housing unit, and I also inspected back-up supply areas

21   to confirm the sufficiency of the overall supplies available.

22   204.   Cleaning occurs several times per day using CDC-approved and EPA-

23   registered disinfectants.

24   205.   Attention is paid to all common areas, "high touch" areas, and housing units.

25   Each facility has multiple foggers and large-capacity sprayers for use when turning over

26   individual inmate cells and housing units.

27   206.   On the date of my inspection, all the facilities were clean and had adequate

28   supplies of cleaning, hygiene, and PPE products available for staff and inmate use.

25

207.   My inspection was scheduled with only one business day's notice, which makes it highly unlikely that any additional cleaning regime could be undertaken, and there is no evidence that any of the facilities was in a substantially different condition at the time of the inspection than it would be otherwise.

**Other PPE**

208.   My tour guides amply demonstrated the availability and appropriate use of PPE for all categories of staff (e.g., housing unit staff, security, and medical) and patients.

209.   Both MCSO and CHS have planned for potential shortages. We toured the PPE storage areas located directly on the housing units and backup storage areas in each jail facility.

210.   Staff who interact with suspected or confirmed COVID-19 positive individuals wear full PPE, including surgical or N95 mask, gown/poncho, face shields, and gloves.  Staff in other units are required to wear a surgical mask and gloves.

211.   Staff are aware of how PPE is accessed, and staff are fit-tested on respirators.

212.   The facility tours confirmed that all encountered MCSO and CHS staff were wearing masks and gloves as appropriate for the situation.

**Education**

213.   The jails provide extensive educational material for staff and inmates. Signage is visible at ITR, as well as in the common areas, medical departments, staff/administrative areas, and housing units. Educational materials regarding symptoms, hand hygiene, mask use, cleanliness, and social distancing were visibly posted on the housing area walls and are also available on the inmate tablets.  I noted signage available in both English and Spanish.

214.   Upon intake, CHS staff educate inmates on the proper use of masks, hand hygiene, and social distancing.  CHS staff also educate inmates on the common signs and symptoms of COVID-19 and how to report them (e.g., via paper HNR, inmate tablets, or personal contact with medical or custody staff).

215.   Dr. Crutchfield and DON Gales both indicated that medical staff are

1  providing education and answering questions from the inmate population on a regular basis

2  during medical encounters.

3      216.    At the jails, all medication administration takes place on the housing units,

4  and CHS staff take that opportunity to answer any questions regarding COVID-19 during

5  their rounds.

6      **Medical High-Risk Detainees**

7      217.    Like most correctional and detention health systems, the jails have a defined

8  chronic care program.

9      218.    Through flags on the TechCare EHR system, CHS providers and nursing staff

10  can rapidly identify patients who have a chronic disease, such as hypertension, asthma, or

11  diabetes, to ensure that they are seen regularly to optimize clinical outcomes.

12      219.    In addition to the flags that exist within the EHR, the nurses and providers I

13  spoke with are knowledgeable about their patients and know which patients are at higher

14  risk.

15      220.    RNs visit the housing units daily for medication administration, and CHTs

16  visit the housing units daily for blood pressure and vital checks, allowing for regular

17  assessment and monitoring for potential COVID-19 symptoms.

18      221.    This safeguards those patients who might be at additional risk of a poor

19  outcome from a COVID-19 infection by ensuring they are known and visible to the facility

20  staff.

21      222.    While extra attention is paid to chronic care patients and others at higher-risk

22  of COVID-19 complications, CHS essentially treat every inmate in MCSO custody as high-

23  risk.

24      223.    All inmates on quarantine status or in medical observation are assessed and

25  have their temperatures and vitals taken daily.

26      Medical Isolation and Quarantine

27      224.    The jails have established appropriate processes to identify and manage

28  COVID-19 positive patients, symptomatic inmates, and asymptomatic contacts.

27

225.   The facility provides contact tracing through the Housing Management Committee, which is chaired by DON Gales, utilizing the continuously updated COVID-19 tracker.

226.   CHS and MCSO have also implemented appropriate local public health reporting mechanisms, reporting COVID-19 positive results to the Maricopa County Department of Public Health.

227.   The jails have a process for cohorting intakes into housing units based on their intake dates.  Once a housing unit is filled, the cohort is closed, and all inmates in the housing unit are tested for COVID-19.  If anyone tests positive, that inmate is removed to medical observation, and the remaining inmates are retested. A cohort is released when all members test negative a second time.

228.   Any inmates who have confirmed cases of COVID-19 are immediately moved to medical observation for continued care and monitoring.

229.   High-risk COVID-19 positive patients are moved to the Infirmary where possible.

230.   Inmates with COVID-19 symptoms are labeled as Persons Under Investigation ("PUI") and transferred to medical observation pending COVID-19 test results.

231.   Housing pods where a positive or suspected COVID-19 case originates are quarantined for a minimum of 10 days after the PUI has been removed.

232.   While on quarantine status, inmates are placed on movement restriction and can only leave the housing unit for attorney visits, court, release from custody, or an emergency.

233.   If an inmate develops COVID-19 symptoms, the individual is moved immediately to medical isolation for further evaluation and testing.

**COVID-19 Testing**

234.   The CDC Interim Guidance recommends testing based on the presence of symptoms, including fever, cough, and shortness of breath.  It encourages clinicians, based

1   upon the changing nature of the symptom profile, to use their best judgment in determining

2   the need for COVID-19 testing.

3       235.   CHS follows these guidelines and has sufficient access to both off-site PCR

4   testing and on-site rapid test kits. CHS primarily relies on a contract with ASU to provide

5   PCR testing, although testing capacity is also available through Garcia Labs and TGen if

6   needed. Consistent with the outside community at large, the turnaround time for receiving

7   results from ASU's testing regime is 1-2 days.

8       236.   Inmates who screen positive upon intake for being at risk for COVID-19 are

9   isolated and offered rapid antigen testing.  All inmates are tested using PCR testing upon

10  closure of their cohort and retested following a 10-day quarantine period.

11      237.   Inmates testing positive on admission or during the initial cohort process are

12  medically isolated at a medical observation unit and treated as clinically required.

13  **COVID-19 Vaccinations**

14      238.   The jails have ample supplies of COVID-19 vaccinations and have the ability

15  to administer Johnson & Johnson and Modena as clinically indicated.

16      239.   Inmates are provided with a paper CDC vaccination card so that they can

17  continue their vaccination series if transferred to another correctional system (e.g.,

18  ADCRR) or released to the free world.

19      240.   Dr. Crutchfield personally undertook a vaccination education and

20  administration drive in all the housing units after CHS received its initial supply of

21  vaccinations from Maricopa County.

22      241.   CHS providers also visit the housing units on a weekly basis to educate

23  inmates and administer vaccines.

24      242.   Dr. Crutchfield indicated that he encourages ongoing education about

25  vaccinations at all provider appointments.

26      243.   He expressed some frustration that inmate acceptance of the vaccination is

27  not higher, but he believes that some of the hesitation is due to the newness of the

28  vaccinations.

**Medical Care**

244.   CHS provides medical coverage 7 days a week, 24-hours per day.

245.   The tour demonstrated that CHS has the appropriate and necessary space and equipment to provide high quality healthcare.

246.   Dr. Crutchfield confirmed that CHS has the necessary staffing to provide health services to the population.  He noted that CHS was not experiencing any provider staffing shortages as of the date of the facility tour and that nursing staffing shortages are not impacting the ability to provide care.

247.   All patients are screened for chronic diseases, such as diabetes or hypertension.

248.   Frequency of care services is defined by policy or at the discretion of the provider based on the patient's clinical stability and outcome metrics (i.e., blood pressure control).

249.   CHS utilizes an electronic health record that facilitates care and data collection.

250.   Inmates can request care through a variety of means, and inmates who submit HNRs are seen within 24 hours or less.

251.   Inmates reporting COVID-19 symptoms are seen the same day.

252.   If emergent care or hospitalization is required, CHS typically sends patients to the Valleywise Hospital, but patients could be diverted to any local hospital depending on various factors.

253.   Dr. Crutchfield stated unequivocally that CHS was providing excellent care to all patients and specifically, to those who have encountered COVID-19.

**Rebuttal of Dr. Venters' Opinions**

254.   In my experience in Texas, temperature and symptom checks are of extremely limited utility, particularly in light of the resources needed to perform them and the high number of asymptomatic COVID-19 cases found in both correctional and community settings.

255.    As of March 7, 2022 in Texas, we had administered 6,258,922 temperature and symptom checks, which identified only a .001% COVID-19 positive rate.

256.    Given this, I do not find MCSO and CHS's decision not to conduct daily temperature and symptom checks of all inmates to be concerning or reflect any indifference to the health of the inmate population. Rather, I find their decision to focus resources on inmates who are COVID-19 positive, suspected of being positive, or high risk to be reasonable.

257.    Additionally, Dr. Venters has not pointed to any adverse outcomes resulting from not conducting temperature and symptom checks of all inmates.

258.    Dr. Venters also claims that inmates reported having to wait several days to a week for their cohorts to close and that on occasions inmates transferred in and out during the cohort period.

259.    I do not find transfers *out* of cohort pods to be of concern, and I presume that these transfers are generally being made to medical observation units for confirmed or suspected positive cases, which would not be communicated to the other inmates in the cohort pod.

260.    Transfers *into* a cohort pod could potentially create some risk, but it is my understanding from reviewing the depositions of Dr. Crutchfield, Dr. Phillips, and DON Gales that this is an extraordinarily rare occurrence and that when discovered, the clock is restarted for the cohort period.

261.    While prolonging the cohort period can be understandably frustrating for the inmates involved, there are necessarily going to be some tradeoffs made in a jail setting to minimize the risk of exposure to the inmate population as a whole.  I find that MCSO and CHS' approach to cohorting strikes a reasonable balance.

262.    Dr. Venters further notes that inmates in quarantine settings reported they were subject to multiple quarantines that at times delayed their court appearances and extended their time in jail.

263.    It is no doubt unfortunate that placement on quarantine may result in a delay

1  in court proceedings that may on occasion prolong the amount of time that an individual

2  remains in MCSO custody before being transferred to another correctional system or

3  released to the community.

4  264.   However, as with cohorting, placing inmates on quarantine status is a

5  necessary reality of COVID-19 management in a jail setting.

6  265.   MCSO is sensitive to the situation, and they are working with the courts to

7  make changes to court procedures that will allow inmates to go to court while on quarantine

8  status, provided that both these inmates and the officers transporting them are wearing a

9  high-quality (N95 or KN95) mask.

10  266.   Again, I find this to be a reasonable balancing act.

11  267.   Dr. Venters states that two people in the mental health unit reported not being

12  tested for COVID-19 within the first few weeks of their arrival.  Because he failed to

13  provide the names of these two inmates, I am unable to verify the accuracy of his claim,

14  and there is no indication that he conducted any review of records or asked any questions

15  of staff to confirm this report.

16  268.   Dr. Venters does not assert that either of these inmates contracted COVID-19

17  or experienced any adverse outcomes based on this claim.

18  269.   Moreover, inmates on the dedicated mental health unit are single-celled and

19  spend the majority of their time in their cells, thereby limiting their exposure to other

20  potentially positive individuals and minimizing the risk that they could infect others if they

21  were infected themselves.  These individuals also receive daily rounding from both medical

22  and mental health staff, which allows for monitoring of potential COVID-19 symptoms by

23  trained staff and provides ample opportunity for these inmates to report any symptoms.

24  270.   Dr. Venters also states that he has been told by Plaintiffs' counsel that

25  "multiple" detained people have requested to be vaccinated and have waited months to

26  receive the vaccine.

27  271.   It is my understanding that Plaintiffs filed a Motion for Preliminary Injunction

28  requesting an order directing Defendants to vaccinate a female inmate, which they later

withdrew when Defendants pointed out that she had been offered and refused the vaccination on multiple occasions prior to accepting it.  I was told that the other inmates had similarly been offered but refused the vaccine on multiple occasions.

272.    Plaintiffs' counsel also told Dr. Venters that the jail "frequently" combines different quarantine units that have different start/end dates and has placed "multiple" COVID-19 positive inmates into cleared dorms.

273.    In reviewing the deposition testimony in this case from Dr. Crutchfield and DON Gales, there have been some occasions when MCSO and CHS determined it was necessary to combine different cohort units or different quarantine units due to space limitations.  However, they both testified that when units are combined, the end date is adjusted to allow for a full cohort or quarantine period.

274.    I agree with Dr. Crutchfield and DON Gales that combining units and adjusting the end date is the best, and often only, option under such circumstances.

275.    I also noted testimony during the depositions that there have been a few isolated instances where an individual who was later determined to be COVID-19 positive was placed into a cleared dorm.  In those circumstances, the housing unit was placed on quarantine status, with all inmates tested.  Again, I find this to be a reasonable response to what by all accounts was an innocent mistake.

276.    The fact that prompt action was taken to address the issue is reflective of a leadership team that cares about the inmates within their custody.

**Dr. Venters' Findings and Recommendations**

277.    Dr. Venters notes a few strengths of MCSO and CHS in his report, including efforts to procure and provide vaccinations to "some" inmates, testing inmates during the intake cohort period and other quarantines, conducting surveillance testing of people in cleared housing units, providing surgical masks to inmates, and arranging medical isolation units to house COVID-19 positive inmates away from others.

278.    However, he then claims, without any support, that these measures are "far below the guidelines of the CDC and basic correctional practices."

279.    I disagree with his conclusion on both accounts, and I find the jail's policies and practices regarding vaccination, testing, provision of surgical masks, and placement of COVID-19 positive inmates into single cells in medical observation housing units to be consistent with CDC guidelines and the policies and practices I have observed in other correctional systems and in my own system in Texas.

280.    Dr. Venters identifies a number of alleged deficiencies at the jails and makes recommendations for changes to policies and practices.  I address each below.

**Medical Isolation**

281.    Dr. Venters is critical that the jails house multiple categories of inmates in medical observation units.

282.    As previously stated, these units are predominantly single-celled, unless both inmates are COVID-19 positive, and inmate movement within these housing units is severely restricted and requires masking.

283.    I find this practice to be reasonable and consistent with CDC guidance to the extent possible within the specific physical plant and space constraints of the MCSO jails.

284.    Dr. Venters also claims that he observed staff in these units lacking N95 masks and other basic PPE.

285.    I cannot speak to what Dr. Venters encountered during his tour, which occurred more than a year ago on May 4-5, 2021, and he has not provided any photographs documenting his claim.

286.    However, during my tour in March 2022, I observed ample supplies of PPE, including both surgical and N95 masks, gloves, and gowns, on the housing units.

287.    I did not see any staff working in medical observation that lacked appropriate PPE, and the CHS and MCSO staff that I spoke with all reported that they have access to the necessary PPE.

288.    Dr. Crutchfield told me that CHS had recently acquired an additional supply of 30,000 N95 and KN95 masks for staff and inmate use.

289.    I am firmly convinced that the jails have adequate supplies of PPE and that

1   staff are utilizing the appropriate PPE.

2       290.   Dr. Venters acknowledges that the jails have a pre-release protocol for

3   inmates who are awaiting extradition or transfer to specific programs/facilities.  However,

4   he is critical that the jails have not implemented a pre-release quarantine protocol for people

5   who are in cleared housing or have a known release date for a short sentence.

6       291.   He recommends establishing a pre-release protocol that houses all inmates

7   known to be in their final two weeks of confinement in a separate housing area and

8   providing them with daily symptom and temperature checks and testing.

9       292.   I disagree with his recommendations for several reasons.

10      293.   First, this is in excess of the CDC guidelines, and Dr. Venters does not provide

11  any other support for this recommendation.

12      294.   Additionally, in a jail setting as opposed to a prison, an individual's release

13  date is rarely known in advance, making it impossible to plan for release dates two weeks

14  in advance.

15      295.   Approximately 60-70% of MCSO inmates are released within a week of their

16  intake, and the average stay is only 26-27 days.

17      296.   As a result, the majority of MCSO inmates will be released during their initial

18  cohort period or at most within only days or weeks of testing negative and being cleared.

19  Creating an additional category of housing under these circumstances is impractical and

20  unnecessary.

21  **Intake Screening and Testing**

22      297.   Dr. Venters recommends that MCSO conduct daily symptom and temperature

23  checks during intake cohorting and in quarantine housing units.

24      298.   He does not point to, and I have not seen any outcome data to show that

25  performing symptom and temperature checks has yielded significant identification of

26  positives.

27      299.   As noted above, my experience in Texas is that symptom and temperature

28  checks net an extremely low rate of COVID-19 positives and are quite labor intensive.

300.   At this point in the pandemic, everyone is fairly self-aware as to the common symptoms of COVID-19 and capable of self-reporting any concerning symptoms.

301.   Given the staffing and logistical burden of conducting daily symptom and temperature checks and the very low yield from doing them, I find CHS's decision to direct its resources to focus on providing direct patient care to be reasonable and appropriate.

**Intake Cohorts**

302.   Dr. Venters also recommends that cohorts in open dorms be limited to people admitted within 72 hours of each other.

303.   He provides no citation to CDC guidelines or any other support for this recommendation, and I am not aware of any.

304.   Following processing at ITR, MCSO has shifted intakes to Towers Jail, where the housing units have a capacity of only 30, versus housing them during the cohort process at units at other facilities that may have capacity of up to 128 inmates as was previously done.

305.   This has the effect of shortening the time needed for a cohort unit to close, and in most instances, cohorts close within a few days.

306.   While some cohorts (e.g., higher custody levels) may remain open longer due to lower volumes, in my opinion keeping a cohort open longer when needed due to space constraints and security concerns is reasonable.

307.   MCSO has made efforts to reduce the time for cohorts to close by reducing cohort sizes.  There may be some minor inconvenience to some inmates from remaining in a cohort unit for a few extra days, but erring on the side of infection control and safety benefits both the inmate population and the system.

**Infection Control in Holding Pens**

308.   Dr. Venters claims that he observed a crowded holding enclosure during his tour at Watkins Jail and was told by inmates that facility practice is to group people from multiple housing units in one small enclosure when awaiting transfer to/from court or to outside medical appointments.

309.    He recommends that all inmates leaving and returning to the jails from court or outside medical appointments should have symptom and temperature checks and be placed in enclosures with others from the same housing unit where possible, social distancing should be maintained in holding areas and on transport vehicles, and mask wearing should be promoted.

310.    During my tour, I did not see any crowded holding enclosures for inmates coming or going from court or outside specialty appointments, and I observed ample holding areas at the different jails.

311.    I agree that inmates should be grouped with individuals from the same housing unit to the extent possible when awaiting and during transport, and it is my understanding from my conversations during my tour that this generally occurs in the MCSO jails.

312.    During my tour, I also observed a fleet of vans and buses of varying sizes for transporting inmates.  Using a larger capacity vehicle, which is available at MCSO, allows for social distancing during transport.

313.    I agree that masking is important while awaiting and during transport, and MCSO has ample supplies of N95 or KN95 masks to use for outside transports.

314.    As with other aspects of incarceration, there is some element of personal responsibility required, and ultimately it is up to the individual inmate to wear the mask, but staff do encourage their use.

315.    I believe the infection control processes and program in place at MCSO are reasonable and do not create demonstrably additional risk for inmates or staff.

**Worker and Staff Screening**

316.    Dr. Venters recommends daily screening of staff and is critical that MCSO and CHS have not implemented such a process.  He also states that relying on workers to report their own symptoms is less reliable than affirmatively asking about them, but he does not provide any evidence or support for this assertion.

317.    In speaking with MCSO and CHS leadership, the determination was made not

to require daily screening of staff because doing so creates bottlenecks coming into the facilities at the start of a shift, which results in a large number of people congregating in one area, making social distancing difficult and potentially increasing the risk of spread of COVID-19.

318.   Daily briefings have been changed from in-person to virtual for the same reason.

319.   Custody staff must complete a form at the start of their shift acknowledging that they are not experiencing COVID-19 symptoms.

320.   CHS staff were all required to sign an attestation at the start of the pandemic or upon hire that they will not work if symptomatic.

321.   As I've said before, performing daily temperature and symptom checks in Texas has resulted in identifying only a very small percentage of positives due to the high number of asymptomatic cases.

322.   Relying on staff, particularly CHS staff who are medically trained, to recognize and self-report symptoms is reasonable.

323.   Dr. Venters also recommends daily screening of inmate workers who work outside their housing units.

324.   In many cases, inmate workers are housed together in the MCSO jails, and inmates who work in congregate settings, such as the food factory, are housed and transported together, reducing the potential for spread of COVID-19.

325.   For other inmate workers who work outside their housing units and encounter a wider range of individuals with whom they do not live, the jails could consider implementing a formalized process of screening workers before they leave for work, but during my tours the security staff indicated that in practice they do observe inmate workers for potential symptoms prior to escorting them to work.

326.   Inmates have been educated on potential symptoms have a variety of avenues of reporting anything concerning.

327.   Additionally, Dr. Venters has not identified any specific examples of adverse

1   outcomes stemming from the current practice.

2       **Staff Testing**

3       328.   Dr. Venters recommends weekly staff testing for COVID-19 and requiring a

4   rapid test prior to entering the facility for any staff member who has been exposed to a

5   COVID-19 positive individual.

6       329.   The CDC guidelines do recommend staff testing, but I have not seen any data

7   showing the value of doing so, particularly when compared to the associated costs and

8   staffing burden.

9       330.   In Texas, we have scaled back our testing significantly and are now doing

10   only limited, random testing of staff.

11       331.   In speaking with MCSO and CHS, they considered implementing staff

12   testing, but found that there were too many encumbrances, including some financial and

13   political.

14       332.   At this stage in the pandemic, and with the ready access to information and

15   education on potential symptoms, it is reasonable to rely on personal accountability from

16   staff to self-report symptoms and potential exposures.

17       **Staff PPE Practices in Quarantined Units**

18       333.   Dr. Venters states that staff should change their gloves and gowns after

19   leaving a quarantine or medical isolation unit.

20       334.   I observed red bio containers in the sally ports of multiple housing units,

21   which are used for discarding used PPE.

22       335.   Fresh supplies of PPE are also kept in storage closets off the sally ports so

23   that staff can don new PPE when entering a unit.

24       336.   I did not see any instances of staff at any of the jails exiting quarantine or

25   medical observation units still wearing gowns or gloves.

26       **Identification and Protection of High-Risk Patients**

27       337.   Dr. Venters opines that it is essential for the jails "to have the ability to know

28   and follow high-risk patients" and recommends that health staff run a weekly list of people

1   meeting the CDC criteria.

2       338.   I confirmed that CHS assesses patients at intake and assigns them either a red

3   dot (high risk) or green dot (not high risk).  The TechCare EHR includes flags for high-risk

4   patients and those with chronic medical conditions that enables providers and nursing staff

5   to easily identify high-risk patients for enhanced monitoring.

6       339.   An advanced search can also be performed in TechCare to identify high-risk

7   patients.

8       340.   Individual providers, nurses, and CHTs I spoke with during my tours were

9   knowledgeable about their patients, including which patients are at higher risk, and were

10  actively taking steps to monitor them.

11      341.   In light of this, I don't believe that running a weekly list is necessary or that

12  it would yield better information than what is currently available to CHS staff.

13      342.   Dr. Venters further recommends that the jails review the vaccination status of

14  all intakes and conduct an in-person counseling encounter to address questions or concerns

15  regarding vaccination.

16      343.   This is being done by CHS providers during either the initial medical

17  evaluation at ITR for high-risk patients or during the first provider encounter with non-high-

18  risk patients that is conducted within the first 14 days after intake.

19      344.   Dr. Venters also recommends daily vitals and symptom checks for each high-

20  risk patient in quarantine.

21      345.   In speaking with nursing staff at the jails, this is already being done by CHTs,

22  and RNs are also checking in with each high-risk patient during twice daily medication

23  administration on the housing units.  CHS has also recently hired a COVID-19 nurse who

24  will conduct additional monitoring of high-risk patients.

25      346.   Dr. Venters recommends modification of nursing assessments being

26  conducted for suspected or confirmed positives to include whether the person is high-risk

27  and modify the action steps to reflect a lower threshold for these patients.

28      347.   This is already being done.  When high-risk patients test positive, they are

1   typically moved to the infirmary where they receive 24/7 monitoring, and there is an on-

2   site provider who can order hospital transfer if needed.  If they cannot be moved to the

3   infirmary, providers do daily rounding on the housing units for high-risk COVID-19

4   positive inmates.

5   348.   Dr. Venters also suggests that the Veteran's Administration has developed a

6   useful tool for stratifying mortality risk.  I have not personally used the tool or seen it

7   employed in other correctional systems, but it is my understanding that Dr. Crutchfield has

8   reviewed this tool and discussed its potential use with his providers.

9   349.   While Dr. Venters asserts that he has investigated "numerous" deaths of high-

10  risk individuals in quarantine who were apparently ignored by nursing in other correctional

11  systems, there have been no COVID-19 related deaths at any of the MCSO facilities.

12  350.   Of the three total deaths that have occurred over the duration of the pandemic,

13  all of have occurred at an outside hospital.  One of these inmates refused all treatment

14  recommended by the hospital.  Another died of drug overdose with COVID-19 listed as a

15  contributing factor.

16  351.   In my opinion, the low death rate at MCSO due to COVID-19 is indicative of

17  a medical system that effectively identifies, monitors, and cares for its higher-risk patients.

18  **Sick Call Requests**

19  352.   Dr. Venters recommends that paper and electronic sick call requests should

20  be reviewed at the end of each day for expedited response to potential COVID-19

21  symptoms.  In speaking with CHS staff, this is already being done.

22  **Masks**

23  353.   Dr. Venters states that when two or more cases have been detected among

24  inmates or staff during a 14-day period, KN95 masks should be provided for all inmates

25  and staff.

26  354.   This is far beyond CDC guidance, and Dr. Venters does not provide any

27  citation to any other source for this recommendation beyond his own personal opinion.

28  355.   He also opposes storing masks in bags that have been used for food due to the

41

1  potential for damage to the mask from exposure to moisture.  Although this may have been

2  an issue early on in the pandemic when mask supplies were more limited, inmates are

3  regularly issued new surgical masks at all the jails, and I consistently heard from staff that

4  an inmate can request a replacement for a mask that becomes damaged at any time.

5  **Testing**

6  356.   Dr. Venters recommends testing of all new intakes and inmates on quarantine

7  status, with a minimum of two negative tests before clearing a quarantine period.

8  357.   I confirmed that this is already being done – under the current procedures, all

9  new intakes are cohorted and tested at least twice before the cohort can be cleared; all

10  quarantine units are similarly tested at least twice.

11  358.   Dr. Venters recommends that inmates who return from court or outside

12  medical appointments be administered rapid tests before returning to their housing areas.

13  359.   As with other items, much of what he recommends is hypothetical and not

14  based on any data.  Administering rapid tests to returning inmates who have been out of the

15  facility for short durations and masked is not likely to identify COVID-19 infections, given

16  the available data on when viral loads become detectable with antigen testing.

17  **Vaccinations**

18  360.   Dr. Venters recommends improving vaccination rates, with special emphasis

19  on high-risk patients, through one-on-one encounters with health staff and in-person

20  briefings by health staff in housing areas to answer questions.

21  361.   This is already being done.  Dr. Crutchfield encourages his providers to

22  counsel all patients, without regard to their risk status, regarding COVID-19 vaccinations

23  during each medical encounter.  CHS staff is also available to answer inmate questions

24  during vaccination administration on the housing units.

25  362.   The inmate tablets also contain educational materials regarding the vaccines.

26  363.   Dr. Venters suggests that the jails should track vaccine dates and

27  offer/administer booster shots when inmates are eligible rather than upon request.

28  364.   This is also being done.   Dr. Crutchfield confirmed that vaccine

administration dates are recorded in the EHR, and inmates are automatically scheduled within the EHR for their next dose within 30 days.

365.   Inmates also receive a paper CDC vaccination card, and vaccine administration is reported to the public health department, enabling future providers to view their vaccination status if the inmate loses the paper card.

366.   Dr. Venters further recommends that the jail should prioritize boosters for high-risk patients and the "fourth-shot" for immunocompromised inmates.

367.   In speaking with Dr. Crutchfield, CHS prioritized high-risk patients for vaccine administration earlier in the pandemic when vaccine supplies were more limited.

368.   CHS now has ample supplies of vaccines to accommodate any inmate, high-risk or not, who wishes to receive a booster, and the "fourth-shot" can also be administered as clinically indicated.

369.   Given the duration of the average stay of MCSO inmates is less than 30 days, however, the demand for booster and "fourth-shot" is likely to remain low.

370.   Dr. Venters recommends that the jails have weekly vaccination clinics, which CHS is doing.

371.   Unfortunately, vaccination rates in most jail settings are low, despite the best efforts of both medical and security to increase patient acceptance.

372.   My conversations with Dr. Crutchfield and the CHS healthcare staff I spoke with confirm that inmates are provided the necessary education and an abundance of opportunities to receive a vaccine.

373.   Improving vaccination acceptance is a priority issue for CHS and MCSO, and I believe they are making every reasonable effort to accomplish that goal.

**Contract Tracing**

374.   I agree with Dr. Venters that contact tracing is important.

375.   DON Gales explained that the Housing Management Committee meets daily and utilizes an excel spreadsheet that he maintains to track positive test results, identify close contacts, and initiate quarantines where needed.

376.   I find this to be a reasonable approach to contract tracing.

**COVID-19 Policies and Protocols**

377.   Dr. Venters states that the current version of the COVID-19 protocols should be available to staff and updates communicated by supervisors.

378.   During my tour, I spoke with staff at each facility and confirmed that they had ready access to the current COVID-19 SOP and that any updates or changes were regularly communicated down the chain of command.  I did not identify any deficiencies in this regard.

**Combining Cohorted Units**

379.   Dr. Venters claims that when the jails combine cohort or quarantine units with different end dates due to space constraints, they use the earlier of the two end dates.

380.   I confirmed with DON Gales, who is responsible for determining and communicating end dates, as well with leadership at Towers Jail, where the majority of the cohorts and quarantines are housed, that when combining units, the later end date is always used so that all members of the combined unit are subject to the full cohort or quarantine period.

**Conclusion**

381.   Since the CDC's Interim Guidance was promulgated in response to the COVID-19 pandemic, MCSO and CHS have largely implemented, and continue to actively implement, the CDC's recommendations and best practices pertaining to operational preparedness, prevention, and management.

382.   The CDC's guidance and recommendations are intended to mitigate, not eliminate, the risk of COVID-19.

383.   Correctional facilities, as consistent with the community, will have to address sporadic episodes of COVID-19 infections despite the best mitigation efforts.  MCSO and CHS have demonstrated the ability to manage these sporadic events when they arise.

384.   The jails have sufficient COVID-19 testing, medical resources, cohort and isolation space, and staffing to ensure that appropriate assessment and care is provided.

385.   The COVID-19 mortality rate for MCSO inmates is dramatically lower than the current state and community metrics, reflecting a competent COVID-19 mitigation and healthcare program.

386.   This also contradicts any claim that inmates are more likely to have an adverse outcome from a COVID-19 infection while in MCSO custody.

387.   It is my opinion that on the whole, MCSO and CHS have successfully implemented CDC's Interim Guidance for Jails and Detention Facilities.

388.   In the few areas where they have not fully implemented the guidelines, they have done so based on a reasoned balancing of risk and available resources.

389.   They have also clearly demonstrated an organizational commitment to modifying these practices as further information is learned and additional guidance is developed.

390.   I recommend the continued implementation of the precautions already in place at the jails with reasonable modifications as needed to address changing circumstances and revisions to CDC and local public health guidance.

391.   I do not believe that the additional recommendations by Dr. Venters are supported based on available CDC guidance and the inspection, but rather are based on isolated and unverified inmate claims and his own personal standards and expectations, unsupported by objective data or referenced standards.

392.   In my view, the healthcare and security staff at the jails operate with a high degree of professionalism and integrity, and the clinical outcomes for the patients in their charge reflect that commitment to excellence.

1        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

2    TRUE AND CORRECT.

3

4

5        Executed this __17th__ day of June, 2022.

6

7                _____

8                Owen J. Murray

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# INDEX OF EXHIBITS TO DR. MURRAY'S DECLARATION

*Fenty, et al. v. Penzone, et al.*
No. 2:20-cv-01192-PHX-SPL

| ATTACHMENT | DESCRIPTION |
|:---:|---|
| A | Curriculum Vitae |

# ATTACHMENT A

# ATTACHMENT A

# CURRICULUM VITAE

**NAME: Owen J. Murray, D.O., MBA**

**PRESENT POSITION AND ADDRESS:**

| | |
|---|---|
| 07/2009 - Present | Vice President, Offender Health Services |
| | Correctional Managed Care |
| | University of Texas Medical Branch at Galveston |
| | 301 University Boulevard |
| | Galveston, Texas 77555-1008 |

**BIOGRAPHICAL:**

Office Phone: 936-494-4170
Cell Phone: 936-436-2046
Email: ojmurray@utmb.edu

**EDUCATION:**

| | |
|---|---|
| 9/1979 – 5/1983 | B.S. (Biology), Boston College, Chestnut Hill, Massachusetts |
| 8/1984 – 6/1988 | D.O., Chicago College of Osteopathic Medicine, Chicago, Illinois |
| 7/1988 – 6/1989 | Internship (Osteopathy), Chicago Osteopathic Hospital, Chicago, Illinois |
| 7/1989 – 6/1991 | Residency (Family Practice), Borgess Medical Center, Michigan State University Kalamazoo Center for Medical Studies, Kalamazoo, Michigan |
| 8/1997 – 8/1999 | MBA, University of Houston–Clear Lake, Houston, Texas |

**BOARD CERTIFICATION:**

American Board of Family Medicine, July 12, 1991–present

Certified Correctional Health Professional (National Commission on Correctional Health Care), 1996–2000

**LICENSURE INFORMATION:**

Texas Medical Board: License no. J8070 (Expiration date: 08/31/2021)

**PROFESSIONAL WORK HISTORY AND TEACHING EXPERIENCE:**

| | |
|---|---|
| 1983–1984 | Postgraduate Research Assistant (Molecular Biology)<br>Northwestern University, Chicago, Illinois |
| 1989–1991 | Emergency Department Physician<br>Pipp Community Hospital, Plainwell, Michigan |
| 1989–1991 | Coverage Physician<br>Kalamazoo Neuro Imaging, Kalamazoo, Michigan |
| 1991–1992 | Division Physician<br>Cook County Department of Corrections, Chicago, Illinois |
| 1992–1993 | Medical Director<br>Pontiac Correctional Center, Illinois Department of Corrections, Pontiac, Illinois |
| 1991–1995 | Medical Director<br>Western Illinois Correctional Center, Illinois Department of Corrections, Mt. Sterling, Illinois |
| 1993–1994 | Medical Director<br>Robinson Correctional Center, Illinois Department of Corrections, Robinson, Illinois |
| 1995–2005 | Medical Director<br>Correctional Managed Care, University of Texas Medical Branch at Galveston |
| 1996–2001 | Instructor in Institutional and Correctional Health<br>Department of Preventive Medicine and Community Health<br>University of Texas Medical Branch at Galveston |
| 2001–present | Assistant Professor (N-T Trk Clin)<br>Department of Preventive Medicine and Community Health<br>University of Texas Medical Branch at Galveston |
| 2005–2009 | Executive Director for Clinical Services & Chief Physician Executive, Correctional Managed Care<br>University of Texas Medical Branch at Galveston |
| 2009–present | Vice President, Offender Health Services<br>Correctional Managed Care, University of Texas Medical Branch at Galveston |

**RESEARCH ACTIVITIES:**

MCSO-FENTY024777

**A. Major Research Interests**

- Medical and psychiatric disorders in the correctional setting
- Correctional health care utilization and delivery

**B. Extramural Funding**

| | |
|---|---|
| 2006 | Genzyme. CMC Operations. "SYNVISC Joint Injection Teaching." Project Director. |
| 2012–2013 | Texas Department of State Health Services/HRSA Subcontract. CMC Operations. "Texas DSHS Contract for Discharge Planning." Project Director, $120,000.00/1yr. |

## COMMITTEE RESPONSIBILITIES:

| | |
|---|---|
| 1996 | Committee to Revise Standards, National Commission on Correctional Health Care |
| 1996–2001 | UTMB-CMC Utilization Review Committee |
| 1996–1998 | Chairman, UTMB-CMC Pharmacy & Therapeutics Committee |
| 1996–2008 | Chairman, UTMB-CMC Physician Peer Review Committee |
| 1997–1999 | UTMB Telemedicine Committee |
| 1997–1998 | Work Group on HIV/AIDS Education Programs (UTMB) |
| 2002–2005 2009–2011 | Chairman, UTMB-CMC System Leadership Council |
| 2010–present | UTMB Strategic Executive Council |
| 2014–2015 | UTMB 340B Compliance Committee |
| 2015–2017 | Steering Committee, UTMB Training Council |

## OTHER PROFESSIONAL ACTIVITIES:

Consultant, Cermak Health Services of Cook County Survey, National Commission on Correctional Health Care, Chicago, IL, January 1997.

Member, Focus Group on Prison Health Care, National Institute of Corrections, U.S. Department of Justice, Washington, DC, August 1997.

MCSO-FENTY024778

Consultant, HIV Education Behind Bars, Meeting the Challenges in the Year 2000. World Health Direct, November 1999

Course Director and Moderator, Managing HIV in the Correctional Setting [Series of CME-Accredited Conference Calls], World Health Direct, Ft. Lauderdale, FL, November 1999.

Consultant, J Allen Correctional Healthcare Management, LLC, 2013–present.

Elected to seat on American Correctional Association Commission on Accreditation for Corrections (Health Care) 2017–2021

**MEMBERSHIP IN SCIENTIFIC SOCIETIES/PROFESSIONAL ORGANIZATIONS**:

American Academy of Family Physicians

American Correctional Association

Texas Osteopathic Medical Association

**HONORS:**

Chief Resident, Family Practice Residency, Michigan State University Kalamazoo Center for Medical Studies, Borgess Medical Center (1990–1991)

Resident Director of Recruiting, Family Practice Residency, Michigan State University Kalamazoo Center for Medical Studies, Borgess Medical Center (1989–1991)

Illinois Department of Public Health Medical Student Scholarship, Chicago College of Osteopathic Medicine (1986–1989)

**PUBLISHED:**

**A.   Articles in Peer-Reviewed Journals**

1.   Baillargeon J, Contreras S, Grady JJ, Black SA, **Murray O**. Compliance with antidepressant medication among prison inmates with depressive disorders. *Psychiatric Services* 51:1444–1446; 2000.

2.   Baillargeon J, Ducate S, Pulvino J, Bradshaw P, **Murray O**, Olvera R. The association of psychiatric disorders and HIV infection in the correctional setting. *Annals of Epidemiology* 13:606–612; 2003.

3.   Baillargeon J, Black SA, Leach CT, Jenson H, Pulvino J, Bradshaw P, **Murray O**. The infectious disease profile of Texas prison inmates. *Preventive Medicine* 38:607–612; 2004.

MCSO-FENTY024779

4.  Baillargeon J, Soloway RD, Paar D, Giordano TP, **Murray O**, Grady J, Williams B, Pulvino JS, Raimer BG. End-stage liver disease in a state prison population. *Annals of Epidemiology* 17:808–813; 2007.

5.  Baillargeon J, Paar DP, Wu ZH, Giordano TP, **Murray OJ**, Raimer BG, Avery EN, Diamond PM, Pulvino JS. Psychiatric disorders, HIV infection, and HIV/hepatitis co-infection in the correctional setting. *AIDS Care* 20:124–129; 2008.

6.  Baillargeon J, Thomas CR, Williams B, Begley CE, Sharma S, Pollock BH, **Murray OJ**, Pulvino JS, Raimer B. Medical emergency department utilization patterns among uninsured patients with psychiatric disorders. *Psychiatric Services* 59:808–811; 2008.

7.  **Murray OJ**. Assessing demand for wheelchair use. *Virtual Mentor* 10:84–87; 2008.

8.  Harzke AJ, Baillargeon J, Paar DP, Pulvino J, **Murray OJ**. Chronic liver disease mortality among male prison inmates in Texas, 1989–2003. *American Journal of Gastroenterology* 104:1414–1419; 2009.

9.  Baillargeon J, Penn JV, Thomas CR, Temple JR, Baillargeon G, **Murray OJ**. Psychiatric disorders and suicide in the nation's largest state prison system. *Journal of the American Academy of Psychiatry and the Law* 37:188–193; 2009.

10. Baillargeon J, Binswanger IA, Penn JV, Williams BA, **Murray OJ**. Psychiatric disorders and repeat incarcerations: The revolving prison door. *American Journal of Psychiatry* 166:103–109; 2009.

11. Raimer BG, **Murray OJ**, Pulvino JS. Health care in the Texas prison system: A looming fiscal crisis. *Texas Public Health Journal* 62(4):12–17; 2010.

12. Schneider BC, Harzke AJ, Ivanitskaya L, **Murray OJ**. Prioritization of inpatient hospital services to prisoners: A method for justifying care and costs. *Journal of Health Care for the Poor and Underserved* 25:863–876; 2014

B.  **Other Publications**

1.  **Murray OJ**. Hurricane Rita leaves lessons in its wake [Guest Editorial]. *CorrectCare* 20(1):3; 2006.

2.  **Murray OJ**, Pulvino J, Baillargeon J, Paar D, Raimer BG. Managing hepatitis C in our prisons: Promises and challenges. *CorrectCare* 21(2):1, 16–17; 2007.

3.  **Murray OJ,** Pulvino J, Baillargeon J, Paar D, Raimer BG. Treating all prisoners with hepatitis C may not be feasible. In: Langwith J, ed. *Hepatitis: Perspectives on Diseases and Disorders*. Farmington Hills, MI: Greenhaven Press; 2009: pp. 74–81.

C.  **Abstracts**

1.  Li H, Dang M, Johnson CW, Appel DJ, Pulvino JS, **Murray OJ**, Johnson L, Chao GC, Calhoun JH, Clements LM, Raimer BG. Evaluation of preferences and attitudes toward telemedicine evaluation of diabetic retinopathy. *Telemedicine Journal and e-Health* 7(2):147; 2001.

MCSO-FENTY024780

2.  Li HK, Dang M, Uwaydat S, Horna J, Appel DJ, Pulvino JS, **Murray OJ**, Johnson L, Chao GC, Clements LM, Raimer BG. Operational challenges and outcomes of store-and-forward telemedicine evaluation of diabetic retinopathy in a prison health care system. *Telemedicine Journal and e-Health* 7(2):182; 2001.

3.  Baillargeon J, **Murray O**, Pulvino J. Applying epidemiologic methods to the study of Texas prison inmates. Abstracts of the National Symposium on Correctional Health Care, Houston, Texas, September 2002.

4.  Baillargeon J, Ducate S, **Murray O**, Pulvino, J. The association of HIV infection and psychiatric disorders among Texas prison inmates. Abstracts of the National Symposium on Correctional Health Care, Houston, Texas, September 2002.

5.  Garza−Gutierrez G, Sharma G, Cardenas V, Baillargeon G, **Murray O**, Williams B, Baillargeon J. Use of intensive care at the end of life among a state prison population. *American Journal of Respiratory and Critical Care Medicine* 179:2009; A5226.

6.  Raimer B, **Murray O**. Health care in the Texas prison system: A looming fiscal crisis. Proceedings of the 4th Academic and Health Policy Conference on Correctional Health, Boston, Massachusetts, March 10–11, 2011.

7.  Tong EK, Zepeda SD, Gonzalez J, Sandmann RM, Fisher DR, **Murray O**, Khan J. Effectiveness of switching virologically suppressed HIV-infected patients from emtricitabine and emtricitabine-containing products to lamivudine. Presented at the Alcalde XXVII Southwestern Leadership Conference, San Marcos, Texas, April 24–25, 2013.

## INVITED PRESENTATIONS:

Comprehensive correctional pharmaceutical program. 1st Annual Health Care Education Program for Pharmaceutical Companies, Houston, Texas, November 1995

Correctional managed health care. 19th National Conference on Correctional Health Care, Washington, DC, November 13–15, 1995.

Fast food mentality in a managed care world. American Correctional Health Services Association Multidisciplinary Training Conference, Houston, Texas, February 1996.

Correctional managed health care. 21st National Conference on Correctional Health Care, San Antonio, Texas, November 10–12, 1997.

Primary approach to managing depression in a correctional environment. Prime Works Symposium, Houston, Texas, January 1998.

Correctional managed health care. 22nd National Conference on Correctional Health Care, Long Beach, California, November 2–4, 1998.

Improving care and lowering cost in a correctional medical facility. American Correctional Association Winter Conference, San Antonio, Texas, January 19–21, 1998.

MCSO-FENTY024781

CyberCare: The virtual physician's office. The National Healthcare Congress, Miami, Florida, November 6, 1999.

CyberCare: The correctional medical delivery systems of the future. 23rd National Conference on Correctional Health Care, Fort Lauderdale, Florida, November 8–10, 1999.

HIV care in the Texas Department of Criminal Justice. Texas/Oklahoma AIDS Education and Training Center (AETC) HIV Conference, Austin, Texas, October 2003.

Chronic care/disease case management. American Correctional Health Services Association Multidisciplinary Training Conference, Houston, Texas, March 25–28, 2004.

HIV care in the Texas Department of Criminal Justice. Texas Department of State Health Services 14th Texas HIV-STD Conference, Austin, Texas, December 13–17, 2004.

Addressing end stage liver disease. Hepatitis Summit (Sponsors: Texas Board of Criminal Justice & Correctional Managed Health Care Committee), Houston, Texas, September 7, 2006.

Texas Department of Criminal Justice healthcare and HIV programs. Department of State Health Services HIV/STD Program 15th Texas HIV-STD Conference, Austin, Texas, December 11–15, 2006.

Correctional health: Disaster management preparedness [moderator & speaker]. American Correctional Association 2007 Winter Conference, Tampa, Florida, January 20–24, 2007.

Developing a critical incident medical plan - from the healthcare administrator's perspective [moderator]. American Correctional Association 2007 Winter Conference, Tampa, Florida, January 20–24, 2007.

*In omnia paratus*—"Ready for anything" [moderator]. American Correctional Association 2007 Summer Conference, Kansas City, Missouri, August 11–15, 2007.

Cracks: Finding and fixing unintended and unfortunate places our patients fall. National Conference on Correctional Health Care. Chicago, Illinois, October 18–22, 2008.

Telemedicine: Not just a subspecialty tool [with Stephen R. Smock and Glenn Hammack]. National Commission on Correctional Health Care Updates in Correctional Health Care Conference, San Antonio, TX, May 19–22, 2012.

Life in the big house: A look at medicine behind bars. UTMB Healthy Health Policy Lunch & Lecture Series, Galveston, TX, November 28, 2012.

Cost savings and care innovations for prisoner health [with Matt McKillop and Aaron Edwards]. National Conference of State Legislatures Webinar, November 1, 2013.

MCSO-FENTY024782

Telehealth innovations–Transforming medical practice models [panel discussion with Kirk Gillis and Monica Fernandez]. American Osteopathic Association of Medical Informatics Conference, Seattle, WA, October 26, 2014.

Tele-Health: Pioneering new models for care [moderator]. American Correctional Association 146th Congress of Correction, Boston, MA, August 6, 2016.

## INVITED TESTIMONY

UTMB Correctional Managed Care [joint presentation with William R. Elger]. Texas Senate Committee on Finance, Austin, TX, February 21, 2011.

House Bill 25, correctional health care cost containment. Texas House of Representatives Corrections Committee, Austin, TX, June 7, 2011.

UTMB Correctional Managed Care update. Texas Senate Committee on Finance, Austin, TX, July 9, 2012.

Correctional Managed Health Care system. Texas House of Representatives Appropriations Subcommittee on Articles I, IV & V. Austin, TX, August 24, 2012.

House Bill 512, relating to the eligibility of certain inmates for release on medically recommended intensive supervision. Texas House Corrections Committee, Austin, TX, March 13, 2013.

Correctional Managed Health Care population and cost trends. Texas House of Representatives Appropriations Subcommittee on Articles I, IV & V and House Corrections Committee Joint Hearing, Austin, TX, May 29, 2014.

Telemedicine in Correctional Managed Care & the UT System Virtual Health Network. Senate Committee on Health & Human Services, Austin, TX, June 16, 2016.

## LITIGATION

Vice President UTMB CMC Cases: Deposed

1. McCollum v. Livingston U.S.D.C. (S.D. Texas), Case No. 4:14-cv-03253; 2017 U.S. Dist. LEXIS 19602 2018
2. Roppollo v. Linthicum U.S.D.C. (S.D. Tex.), Case No. 2:19-cv-00262
3. Kazee, Inc. v Callender CIVIL ACTION NO. 4:19-CV-31-SDJ

Expert Witness Cases: Deposed
4. Ashker v. Brown 4:09-cv-05796 (N.D. Cal.) 2018
5. Lippert v. Ghosh, U.S.D.C. (N.D. Ill.), Case No. 1:10-cv-04603; 2017 U.S. Dist. LEXIS 646
6. Kelvin Hernandez Roman, et al., v Chad F. Wolf, et al Case No. 5:20-cv-00768

MCSO-FENTY024783

7. Patrick Gayle, et al., v. Michael W. Meade et al. Case No. 20-21553-Civ-COOKE/GOODMAN
8. Victor Antonio Parsons v. Charles L. Ryan No. 18-16358


General Expert Witness Litigation Work

9. Plata v. Newsom No. 4:01-cv-01351-JST
10. Estate of Gerardo Cruz-Sanchez v. United States of America Case No. 17-cv-569-AJB-NLS
11. Jeremy Laintz v. Correctional Health Partners LLC, et al. Civil Action No. 18-cv-02122-RM-STV
12. Ray Carpenter Jr. v. CoreCivic of Tennessee LLC. CV-19-16-GF-BMM
13. Aristoteles Sanchez Martinez, et al., v. Michael Donahue Case No. 7:20-cv-00062 CDL-MSH
14. Kelvin Hernandez Roman, et al., v. Chad F. Wolf et al. Case No. 5:20-cv-00768
15. Veenaben Dhirubhai Patel, et al., v. William P. Barr et al. Case No. CV-20-00709-PHX-DLR
16. Janet Malam, v. Rebecca Adducci, et al. Civil No. 20-10829
17. United States of America v. Miami Dade County Case No. 13-21570-CIV ZLOCH
18. NAACP v. Cooper, No. 20 CVS 500110
19. Favian Busby, et al. V. Floyd Bonner Jr. et al. Case No. 2:20-cv-02359

MCSO-FENTY024784

# EXHIBIT 2

# EXHIBIT 2

 Centers for Disease
Control and Prevention

## Coronavirus Disease 2019 (COVID-19)

# Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities

Printer friendly version ▇

PowerPoint Presentation: Managing COVID-19 in Correctional and Detention Facilities ▇ [25 pages, 1 MB]

This interim guidance is based on what is currently known about the transmission and severity of coronavirus disease 2019 (COVID-19) as of the date of posting, March 23, 2020.

The US Centers for Disease Control and Prevention (CDC) will update this guidance as needed and as additional information becomes available. Please check the CDC website periodically for updated interim guidance.

This document provides interim guidance specific for correctional facilities and detention centers during the outbreak of COVID-19, to ensure continuation of essential public services and protection of the health and safety of incarcerated and detained persons, staff, and visitors. Recommendations may need to be revised as more information becomes available.

## Who is the intended audience for this guidance?

This document is intended to provide guiding principles for healthcare and non-healthcare administrators of correctional and detention facilities (including but not limited to federal and state prisons, local jails, and detention centers), law enforcement agencies that have custodial authority for detained populations (i.e., US Immigration and Customs Enforcement and US Marshals Service), and their respective health departments, to assist in preparing for potential introduction, spread, and mitigation of COVID-19 in their facilities. In general, the document uses terminology referring to correctional environments but can also be applied to civil and pre-trial detention settings.

This guidance will not necessarily address every possible custodial setting and may not use legal terminology specific to individual agencies' authorities or processes. The guidance may need to be adapted based on individual facilities' physical space, staffing, population, operations, and other resources and conditions. Facilities should contact CDC or their state, local, territorial, and/or tribal public health department if they need assistance in applying these principles or addressing topics that are not specifically covered in this guidance.

## Why is this guidance being issued?

Correctional and detention facilities can include custody, housing, education, recreation, healthcare, food service, and workplace components in a single physical setting. The integration of these components presents unique challenges for

control of COVID-19 transmission among incarcerated/detained persons, staff, and visitors. Consistent application of specific preparation, prevention, and management measures can help reduce the risk of transmission and severe disease from COVID-19.

- Incarcerated/detained persons live, work, eat, study, and recreate within congregate environments, heightening the potential for COVID-19 to spread once introduced.
- In most cases, incarcerated/detained persons are not permitted to leave the facility.
- There are many opportunities for COVID-19 to be introduced into a correctional or detention facility, including daily staff ingress and egress; transfer of incarcerated/detained persons between facilities and systems, to court appearances, and to outside medical visits; and visits from family, legal representatives, and other community members. Some settings, particularly jails and detention centers, have high turnover, admitting new entrants daily who may have been exposed to COVID-19 in the surrounding community or other regions.
- Persons incarcerated/detained in a particular facility often come from a variety of locations, increasing the potential to introduce COVID-19 from different geographic areas.
- Options for medical isolation of COVID-19 cases are limited and vary depending on the type and size of facility, as well as the current level of available capacity, which is partly based on medical isolation needs for other conditions.
- Adequate levels of custody and healthcare staffing must be maintained to ensure safe operation of the facility, and options to practice social distancing through work alternatives such as working from home or reduced/alternate schedules are limited for many staff roles.
- Correctional and detention facilities can be complex, multi-employer settings that include government and private employers. Each is organizationally distinct and responsible for its own operational, personnel, and occupational health protocols and may be prohibited from issuing guidance or providing services to other employers or their staff within the same setting. Similarly, correctional and detention facilities may house individuals from multiple law enforcement agencies or jurisdictions subject to different policies and procedures.
- Incarcerated/detained persons and staff may have medical conditions that increase their risk of severe disease from COVID-19.
- Because limited outside information is available to many incarcerated/detained persons, unease and misinformation regarding the potential for COVID-19 spread may be high, potentially creating security and morale challenges.
- The ability of incarcerated/detained persons to exercise disease prevention measures (e.g., frequent handwashing) may be limited and is determined by the supplies provided in the facility and by security considerations. Many facilities restrict access to soap and paper towels and prohibit alcohol-based hand sanitizer and many disinfectants.
- Incarcerated persons may hesitate to report symptoms of COVID-19 or seek medical care due to co-pay requirements and fear of isolation.

CDC has issued separate COVID-19 guidance addressing healthcare infection control and clinical care of COVID-19 cases as well as close contacts of cases in community-based settings. Where relevant, community-focused guidance documents are referenced in this document and should be monitored regularly for updates, but they may require adaptation for correctional and detention settings.

This guidance document provides additional recommended best practices specifically for correctional and detention facilities. At this time, different facility types (e.g., prison vs. jail) and sizes are not differentiated. Administrators and agencies should adapt these guiding principles to the specific needs of their facility.

# What topics does this guidance include?

The guidance below includes detailed recommendations on the following topics related to COVID-19 in correctional and detention settings:

- Operational and communications preparations for COVID-19

- Enhanced cleaning/disinfecting and hygiene practices
- Social distancing strategies to increase space between individuals in the facility
- How to limit transmission from visitors
- Infection control, including recommended personal protective equipment (PPE) and potential alternatives during PPE shortages
- Verbal screening and temperature check protocols for incoming incarcerated/detained individuals, staff, and visitors
- Medical isolation of confirmed and suspected cases and quarantine of contacts, including considerations for cohorting when individual spaces are limited
- Healthcare evaluation for suspected cases, including testing for COVID-19
- Clinical care for confirmed and suspected cases
- Considerations for persons at higher risk of severe disease from COVID-19

# Definitions of Commonly Used Terms

**Close contact of a COVID-19 case** – In the context of COVID-19, an individual is considered a close contact if they a) have been within approximately 6 feet of a COVID-19 case for a prolonged period of time or b) have had direct contact with infectious secretions from a COVID-19 case (e.g., have been coughed on). Close contact can occur while caring for, living with, visiting, or sharing a common space with a COVID-19 case. Data to inform the definition of close contact are limited. Considerations when assessing close contact include the duration of exposure (e.g., longer exposure time likely increases exposure risk) and the clinical symptoms of the person with COVID-19 (e.g., coughing likely increases exposure risk, as does exposure to a severely ill patient).

**Cohorting** – Cohorting refers to the practice of isolating multiple laboratory-confirmed COVID-19 cases together as a group, or quarantining close contacts of a particular case together as a group. Ideally, cases should be isolated individually, and close contacts should be quarantined individually. However, some correctional facilities and detention centers do not have enough individual cells to do so and must consider cohorting as an alternative. See Quarantine and Medical Isolation sections below for specific details about ways to implement cohorting to minimize the risk of disease spread and adverse health outcomes.

**Community transmission of COVID-19** – Community transmission of COVID-19 occurs when individuals acquire the disease through contact with someone in their local community, rather than through travel to an affected location. Once community transmission is identified in a particular area, correctional facilities and detention centers are more likely to start seeing cases inside their walls. Facilities should consult with local public health departments if assistance is needed in determining how to define "local community" in the context of COVID-19 spread. However, because all states have reported cases, all facilities should be vigilant for introduction into their populations.

**Confirmed vs. Suspected COVID-19 case** – A **confirmed case** has received a positive result from a COVID-19 laboratory test, with or without symptoms. A **suspected case** shows symptoms of COVID-19 but either has not been tested or is awaiting test results. If test results are positive, a suspected case becomes a confirmed case.

**Incarcerated/detained persons** – For the purpose of this document, "incarcerated/detained persons" refers to persons held in a prison, jail, detention center, or other custodial setting where these guidelines are generally applicable. The term includes those who have been sentenced (i.e., in prisons) as well as those held for pre-trial (i.e., jails) or civil purposes (i.e, detention centers). Although this guidance does not specifically reference individuals in every type of custodial setting (e.g., juvenile facilities, community confinement facilities), facility administrators can adapt this guidance to apply to their specific circumstances as needed.

**Medical Isolation** – Medical isolation refers to confining a confirmed or suspected COVID-19 case (ideally to a single cell with solid walls and a solid door that closes), to prevent contact with others and to reduce the risk of transmission.

Medical isolation ends when the individual meets pre-established clinical and/or testing criteria for release from isolation, in consultation with clinical providers and public health officials (detailed in guidance below). In this context, isolation does NOT refer to punitive isolation for behavioral infractions within the custodial setting. Staff are encouraged to use the term "medical isolation" to avoid confusion.

**Quarantine** – Quarantine refers to the practice of confining individuals who have had close contact with a COVID-19 case to determine whether they develop symptoms of the disease. Quarantine for COVID-19 should last for a period of 14 days. Ideally, each quarantined individual would be quarantined in a single cell with solid walls and a solid door that closes. If symptoms develop during the 14-day period, the individual should be placed under medical isolation and evaluated for COVID-19. If symptoms do not develop, movement restrictions can be lifted, and the individual can return to their previous residency status within the facility.

**Social Distancing** – Social distancing is the practice of increasing the space between individuals and decreasing the frequency of contact to reduce the risk of spreading a disease (ideally to maintain at least 6 feet between all individuals, even those who are asymptomatic). Social distancing strategies can be applied on an individual level (e.g., avoiding physical contact), a group level (e.g., canceling group activities where individuals will be in close contact), and an operational level (e.g., rearranging chairs in the dining hall to increase distance between them). Although social distancing is challenging to practice in correctional and detention environments, it is a cornerstone of reducing transmission of respiratory diseases such as COVID-19. Additional information about social distancing, including information on its use to reduce the spread of other viral illnesses, is available in this CDC publication ▇ .

**Staff** – In this document, "staff" refers to all public sector employees as well as those working for a private contractor within a correctional facility (e.g., private healthcare or food service). Except where noted, "staff" does not distinguish between healthcare, custody, and other types of staff including private facility operators.

**Symptoms** – Symptoms of COVID-19 include fever, cough, and shortness of breath. Like other respiratory infections, COVID-19 can vary in severity from mild to severe. When severe, pneumonia, respiratory failure, and death are possible. COVID-19 is a novel disease, therefore the full range of signs and symptoms, the clinical course of the disease, and the individuals and populations most at risk for disease and complications are not yet fully understood. Monitor the CDC website for updates on these topics.

# Facilities with Limited Onsite Healthcare Services

Although many large facilities such as prisons and some jails usually employ onsite healthcare staff and have the capacity to evaluate incarcerated/detained persons for potential illness within a dedicated healthcare space, many smaller facilities do not. Some of these facilities have access to on-call healthcare staff or providers who visit the facility every few days. Others have neither onsite healthcare capacity nor onsite medical isolation/quarantine space and must transfer ill patients to other correctional or detention facilities or local hospitals for evaluation and care.

The majority of the guidance below is designed to be applied to any correctional or detention facility, either as written or with modifications based on a facility's individual structure and resources. However, topics related to healthcare evaluation and clinical care of confirmed and suspected COVID-19 cases and their close contacts may not apply directly to facilities with limited or no onsite healthcare services. It will be especially important for these types of facilities to coordinate closely with their state, local, tribal, and/or territorial health department when they encounter confirmed or suspected cases among incarcerated/detained persons or staff, in order to ensure effective medical isolation and quarantine, necessary medical evaluation and care, and medical transfer if needed. The guidance makes note of strategies tailored to facilities without onsite healthcare where possible.

Note that all staff in any sized facility, regardless of the presence of onsite healthcare services, should observe guidance on recommended PPE in order to ensure their own safety when interacting with confirmed and suspected COVID-19 cases. Facilities should make contingency plans for the likely event of PPE shortages during the COVID-19 pandemic.

COVID-19 Guidance for Correctional Facilities

Guidance for correctional and detention facilities is organized into 3 sections: Operational Preparedness, Prevention, and Management of COVID-19. Recommendations across these sections can be applied simultaneously based on the progress of the outbreak in a particular facility and the surrounding community.

- Operational Preparedness. This guidance is intended to help facilities prepare for potential COVID-19 transmission in the facility. Strategies focus on operational and communications planning and personnel practices.
- Prevention. This guidance is intended to help facilities prevent spread of COVID-19 from outside the facility to inside. Strategies focus on reinforcing hygiene practices, intensifying cleaning and disinfection of the facility, screening (new intakes, visitors, and staff), continued communication with incarcerated/detained persons and staff, and social distancing measures (increasing distance between individuals).
- Management. This guidance is intended to help facilities clinically manage confirmed and suspected COVID-19 cases inside the facility and prevent further transmission. Strategies include medical isolation and care of incarcerated/detained persons with symptoms (including considerations for cohorting), quarantine of cases' close contacts, restricting movement in and out of the facility, infection control practices for individuals interacting with cases and quarantined contacts or contaminated items, intensified social distancing, and cleaning and disinfecting areas visited by cases.

# Operational Preparedness

Administrators can plan and prepare for COVID-19 by ensuring that all persons in the facility know the symptoms of COVID-19 and how to respond if they develop symptoms. Other essential actions include developing contingency plans for reduced workforces due to absences, coordinating with public health and correctional partners, and communicating clearly with staff and incarcerated/detained persons about these preparations and how they may temporarily alter daily life.

## Communication & Coordination

- Develop information-sharing systems with partners.
  - Identify points of contact in relevant state, local, tribal, and/or territorial public health departments before cases develop. Actively engage with the health department to understand in advance which entity has jurisdiction to implement public health control measures for COVID-19 in a particular correctional or detention facility.
  - Create and test communications plans to disseminate critical information to incarcerated/detained persons, staff, contractors, vendors, and visitors as the pandemic progresses.
  - Communicate with other correctional facilities in the same geographic area to share information including disease surveillance and absenteeism patterns among staff.
  - Where possible, put plans in place with other jurisdictions to prevent confirmed and suspected COVID-19 cases and their close contacts from being transferred between jurisdictions and facilities unless necessary for medical evaluation, medical isolation/quarantine, clinical care, extenuating security concerns, or to prevent overcrowding.
  - Stay informed about updates to CDC guidance via the CDC COVID-19 website as more information becomes known.
- Review existing pandemic flu, all-hazards, and disaster plans, and revise for COVID-19.
  - Ensure that physical locations (dedicated housing areas and bathrooms) have been identified to isolate confirmed COVID-19 cases and individuals displaying COVID-19 symptoms, and to quarantine known close contacts of cases. (Medical isolation and quarantine locations should be separate). The plan should include contingencies for multiple locations if numerous cases and/or contacts are identified and require medical isolation or quarantine simultaneously. See Medical Isolation and Quarantine sections below for details

regarding individual medical isolation and quarantine locations (preferred) vs. cohorting.

- ○ Facilities without onsite healthcare capacity should make a plan for how they will ensure that suspected COVID-19 cases will be isolated, evaluated, tested (if indicated), and provided necessary medical care.

- ○ Make a list of possible social distancing strategies that could be implemented as needed at different stages of transmission intensity.

- ○ Designate officials who will be authorized to make decisions about escalating or de-escalating response efforts as the epidemiologic context changes.

- Coordinate with local law enforcement and court officials.
  - ○ Identify lawful alternatives to in-person court appearances, such as virtual court, as a social distancing measure to reduce the risk of COVID-19 transmission.
  - ○ Explore strategies to prevent over-crowding of correctional and detention facilities during a community outbreak.

- Post signage throughout the facility communicating the following:
  - ○ For all: symptoms of COVID-19 and hand hygiene instructions
  - ○ For incarcerated/detained persons: report symptoms to staff
  - ○ For staff: stay at home when sick; if symptoms develop while on duty, leave the facility as soon as possible and follow CDC-recommended steps for persons who are ill with COVID-19 symptoms including self-isolating at home, contacting their healthcare provider as soon as possible to determine whether they need to be evaluated and tested, and contacting their supervisor.
  - ○ Ensure that signage is understandable for non-English speaking persons and those with low literacy, and make necessary accommodations for those with cognitive or intellectual disabilities and those who are deaf, blind, or low-vision.

## Personnel Practices

- Review the sick leave policies of each employer that operates in the facility.
  - ○ Review policies to ensure that they actively encourage staff to stay home when sick.
  - ○ If these policies do not encourage staff to stay home when sick, discuss with the contract company.
  - ○ Determine which officials will have the authority to send symptomatic staff home.

- Identify staff whose duties would allow them to work from home. Where possible, allowing staff to work from home can be an effective social distancing strategy to reduce the risk of COVID-19 transmission.
  - ○ Discuss work from home options with these staff and determine whether they have the supplies and technological equipment required to do so.
  - ○ Put systems in place to implement work from home programs (e.g., time tracking, etc.).

- Plan for staff absences. Staff should stay home when they are sick, or they may need to stay home to care for a sick household member or care for children in the event of school and childcare dismissals.
  - ○ Allow staff to work from home when possible, within the scope of their duties.
  - ○ Identify critical job functions and plan for alternative coverage by cross-training staff where possible.
  - ○ Determine minimum levels of staff in all categories required for the facility to function safely. If possible, develop a plan to secure additional staff if absenteeism due to COVID-19 threatens to bring staffing to minimum levels.
  - ○ Consider increasing keep on person (KOP) medication orders to cover 30 days in case of healthcare staff shortages.

- Consider offering revised duties to staff who are at higher risk of severe illness with COVID-19. Persons at higher

risk may include older adults and persons of any age with serious underlying medical conditions including lung disease, heart disease, and diabetes. See CDC's website for a complete list, and check regularly for updates as more data become available to inform this issue.

- Facility administrators should consult with their occupational health providers to determine whether it would be allowable to reassign duties for specific staff members to reduce their likelihood of exposure to COVID-19.

- Offer the seasonal influenza vaccine to all incarcerated/detained persons (existing population and new intakes) and staff throughout the influenza season. Symptoms of COVID-19 are similar to those of influenza. Preventing influenza cases in a facility can speed the detection of COVID-19 cases and reduce pressure on healthcare resources.

- Reference the Occupational Safety and Health Administration website ☒ for recommendations regarding worker health.

- Review CDC's guidance for businesses and employers to identify any additional strategies the facility can use within its role as an employer.

## Operations & Supplies

- Ensure that sufficient stocks of hygiene supplies, cleaning supplies, PPE, and medical supplies (consistent with the healthcare capabilities of the facility) are on hand and available, and have a plan in place to restock as needed if COVID-19 transmission occurs within the facility.
  - Standard medical supplies for daily clinic needs
  - Tissues
  - Liquid soap when possible. If bar soap must be used, ensure that it does not irritate the skin and thereby discourage frequent hand washing.
  - Hand drying supplies
  - Alcohol-based hand sanitizer containing at least 60% alcohol (where permissible based on security restrictions)
  - Cleaning supplies, including EPA-registered disinfectants effective against the virus that causes COVID-19 ☒
  - Recommended PPE (facemasks, N95 respirators, eye protection, disposable medical gloves, and disposable gowns/one-piece coveralls). See PPE section and Table 1 for more detailed information, including recommendations for extending the life of all PPE categories in the event of shortages, and when face masks are acceptable alternatives to N95s. Visit CDC's website for a calculator to help determine rate of PPE usage.
  - Sterile viral transport media and sterile swabs to collect nasopharyngeal specimens if COVID-19 testing is indicated

- Make contingency plans for the probable event of PPE shortages during the COVID-19 pandemic, particularly for non-healthcare workers.
  - See CDC guidance optimizing PPE supplies.

- Consider relaxing restrictions on allowing alcohol-based hand sanitizer in the secure setting where security concerns allow. If soap and water are not available, CDC recommends cleaning hands with an alcohol-based hand sanitizer that contains at least 60% alcohol. Consider allowing staff to carry individual-sized bottles for their personal hand hygiene while on duty.

- Provide a no-cost supply of soap to incarcerated/detained persons, sufficient to allow frequent hand washing. (See Hygiene section below for additional detail regarding recommended frequency and protocol for hand washing.)
  - Provide liquid soap where possible. If bar soap must be used, ensure that it does not irritate the skin and thereby discourage frequent hand washing.

- If not already in place, employers operating within the facility should establish a respiratory protection program as appropriate, to ensure that staff and incarcerated/detained persons are fit tested for any respiratory

protection they will need within the scope of their responsibilities.

- Ensure that staff and incarcerated/detained persons are trained to correctly don, doff, and dispose of PPE that they will need to use within the scope of their responsibilities. See Table 1 for recommended PPE for incarcerated/detained persons and staff with varying levels of contact with COVID-19 cases or their close contacts.

# Prevention

Cases of COVID-19 have been documented in all 50 US states. Correctional and detention facilities can prevent introduction of COVID-19 from the community and reduce transmission if it is already inside by reinforcing good hygiene practices among incarcerated/detained persons, staff, and visitors (including increasing access to soap and paper towels), intensifying cleaning/disinfection practices, and implementing social distancing strategies.

Because many individuals infected with COVID-19 do not display symptoms, the virus could be present in facilities before cases are identified. Both good hygiene practices and social distancing are critical in preventing further transmission.

## Operations

- Stay in communication with partners about your facility's current situation.
    - State, local, territorial, and/or tribal health departments
    - Other correctional facilities
- Communicate with the public about any changes to facility operations, including visitation programs.
- Restrict transfers of incarcerated/detained persons to and from other jurisdictions and facilities unless necessary for medical evaluation, medical isolation/quarantine, clinical care, extenuating security concerns, or to prevent overcrowding.
    - Strongly consider postponing non-urgent outside medical visits.
    - If a transfer is absolutely necessary, perform verbal screening and a temperature check as outlined in the Screening section below, before the individual leaves the facility. If an individual does not clear the screening process, delay the transfer and follow the protocol for a suspected COVID-19 case – including putting a face mask on the individual, immediately placing them under medical isolation, and evaluating them for possible COVID-19 testing. If the transfer must still occur, ensure that the receiving facility has capacity to properly isolate the individual upon arrival. Ensure that staff transporting the individual wear recommended PPE (see Table 1) and that the transport vehicle is cleaned thoroughly after transport.
- Implement lawful alternatives to in-person court appearances where permissible.
- Where relevant, consider suspending co-pays for incarcerated/detained persons seeking medical evaluation for respiratory symptoms.
- Limit the number of operational entrances and exits to the facility.

## Cleaning and Disinfecting Practices

- Even if COVID-19 cases have not yet been identified inside the facility or in the surrounding community, begin implementing intensified cleaning and disinfecting procedures according to the recommendations below. These measures may prevent spread of COVID-19 if introduced.
- Adhere to CDC recommendations for cleaning and disinfection during the COVID-19 response. Monitor these recommendations for updates.
    - Several times per day, clean and disinfect surfaces and objects that are frequently touched, especially in common areas. Such surfaces may include objects/surfaces not ordinarily cleaned daily (e.g., doorknobs, light switches, sink handles, countertops, toilets, toilet handles, recreation equipment, kiosks, and telephones).

- Staff should clean shared equipment several times per day and on a conclusion of use basis (e.g., radios, service weapons, keys, handcuffs).
- Use household cleaners and EPA-registered disinfectants effective against the virus that causes COVID-19 ⧉ as appropriate for the surface, following label instructions. This may require lifting restrictions on undiluted disinfectants.
- Labels contain instructions for safe and effective use of the cleaning product, including precautions that should be taken when applying the product, such as wearing gloves and making sure there is good ventilation during use.

- Consider increasing the number of staff and/or incarcerated/detained persons trained and responsible for cleaning common areas to ensure continual cleaning of these areas throughout the day.
- Ensure adequate supplies to support intensified cleaning and disinfection practices, and have a plan in place to restock rapidly if needed.

# Hygiene

- Reinforce healthy hygiene practices, and provide and continually restock hygiene supplies throughout the facility, including in bathrooms, food preparation and dining areas, intake areas, visitor entries and exits, visitation rooms and waiting rooms, common areas, medical, and staff-restricted areas (e.g., break rooms).
- Encourage all persons in the facility to take the following actions to protect themselves and others from COVID-19. Post signage throughout the facility, and communicate this information verbally on a regular basis. Sample signage and other communications materials are available on the CDC website. Ensure that materials can be understood by non-English speakers and those with low literacy, and make necessary accommodations for those with cognitive or intellectual disabilities and those who are deaf, blind, or low-vision.
  - Practice good cough etiquette: Cover your mouth and nose with your elbow (or ideally with a tissue) rather than with your hand when you cough or sneeze, and throw all tissues in the trash immediately after use.
  - Practice good hand hygiene: Regularly wash your hands with soap and water for at least 20 seconds, especially after coughing, sneezing, or blowing your nose; after using the bathroom; before eating or preparing food; before taking medication; and after touching garbage.
  - Avoid touching your eyes, nose, or mouth without cleaning your hands first.
  - Avoid sharing eating utensils, dishes, and cups.
  - Avoid non-essential physical contact.

- Provide incarcerated/detained persons and staff no-cost access to:
  - Soap – Provide liquid soap where possible. If bar soap must be used, ensure that it does not irritate the skin, as this would discourage frequent hand washing.
  - Running water, and hand drying machines or disposable paper towels for hand washing
  - Tissues and no-touch trash receptacles for disposal
- Provide alcohol-based hand sanitizer with at least 60% alcohol where permissible based on security restrictions. Consider allowing staff to carry individual-sized bottles to maintain hand hygiene.
- Communicate that sharing drugs and drug preparation equipment can spread COVID-19 due to potential contamination of shared items and close contact between individuals.

## Prevention Practices for Incarcerated/Detained Persons

- Perform pre-intake screening and temperature checks for all new entrants. Screening should take place in the sallyport, before beginning the intake process, in order to identify and immediately place individuals with symptoms under medical isolation. See Screening section below for the wording of screening questions and a recommended procedure to safely perform a temperature check. Staff performing temperature checks should wear

recommended PPE (see PPE section below).

- ○ If an individual has symptoms of COVID-19 (fever, cough, shortness of breath):
  - Require the individual to wear a face mask.
  - Ensure that staff who have direct contact with the symptomatic individual wear recommended PPE.
  - Place the individual under medical isolation (ideally in a room near the screening location, rather than transporting the ill individual through the facility), and refer to healthcare staff for further evaluation. (See Infection Control and Clinical Care sections below.)
  - Facilities without onsite healthcare staff should contact their state, local, tribal, and/or territorial health department to coordinate effective medical isolation and necessary medical care.

- ○ If an individual is a close contact of a known COVID-19 case (but has no COVID-19 symptoms):
  - Quarantine the individual and monitor for symptoms two times per day for 14 days. (See Quarantine section below.)
  - Facilities without onsite healthcare staff should contact their state, local, tribal, and/or territorial health department to coordinate effective quarantine and necessary medical care.

- Implement social distancing strategies to increase the physical space between incarcerated/detained persons (ideally 6 feet between all individuals, regardless of the presence of symptoms). Strategies will need to be tailored to the individual space in the facility and the needs of the population and staff. Not all strategies will be feasible in all facilities. Example strategies with varying levels of intensity include:
  - ○ Common areas:
    - Enforce increased space between individuals in holding cells, as well as in lines and waiting areas such as intake (e.g., remove every other chair in a waiting area)
  - ○ Recreation:
    - Choose recreation spaces where individuals can spread out
    - Stagger time in recreation spaces
    - Restrict recreation space usage to a single housing unit per space (where feasible)
  - ○ Meals:
    - Stagger meals
    - Rearrange seating in the dining hall so that there is more space between individuals (e.g., remove every other chair and use only one side of the table)
    - Provide meals inside housing units or cells
  - ○ Group activities:
    - Limit the size of group activities
    - Increase space between individuals during group activities
    - Suspend group programs where participants are likely to be in closer contact than they are in their housing environment
    - Consider alternatives to existing group activities, in outdoor areas or other areas where individuals can spread out
  - ○ Housing:
    - If space allows, reassign bunks to provide more space between individuals, ideally 6 feet or more in all directions. (Ensure that bunks are cleaned thoroughly if assigned to a new occupant.)
    - Arrange bunks so that individuals sleep head to foot to increase the distance between them
    - Rearrange scheduled movements to minimize mixing of individuals from different housing areas
  - ○ Medical:
    - If possible, designate a room near each housing unit to evaluate individuals with COVID-19 symptoms, rather than having them walk through the facility to be evaluated in the medical unit. If this is not feasible,

> consider staggering sick call.
>
> - Designate a room near the intake area to evaluate new entrants who are flagged by the intake screening process for COVID-19 symptoms or case contact, before they move to other parts of the facility.

- Communicate clearly and frequently with incarcerated/detained persons about changes to their daily routine and how they can contribute to risk reduction.

- Note that if group activities are discontinued, it will be important to identify alternative forms of activity to support the mental health of incarcerated/detained persons.

- Consider suspending work release programs and other programs that involve movement of incarcerated/detained individuals in and out of the facility.

- Provide up-to-date information about COVID-19 to incarcerated/detained persons on a regular basis, including:
  - Symptoms of COVID-19 and its health risks

  - Reminders to report COVID-19 symptoms to staff at the first sign of illness

- Consider having healthcare staff perform rounds on a regular basis to answer questions about COVID-19.

## Prevention Practices for Staff

- **Remind staff to stay at home if they are sick.** Ensure that staff are aware that they will not be able to enter the facility if they have symptoms of COVID-19, and that they will be expected to leave the facility as soon as possible if they develop symptoms while on duty.

- **Perform verbal screening (for COVID-19 symptoms and close contact with cases) and temperature checks for all staff daily on entry.** See Screening section below for wording of screening questions and a recommended procedure to safely perform temperature checks.
  - In very small facilities with only a few staff, consider self-monitoring or virtual monitoring (e.g., reporting to a central authority via phone).
  - Send staff home who do not clear the screening process, and advise them to follow CDC-recommended steps for persons who are ill with COVID-19 symptoms.

- Provide staff with up-to-date information about COVID-19 and about facility policies on a regular basis, including:
  - Symptoms of COVID-19 and its health risks

  - Employers' sick leave policy

  - If staff develop a fever, cough, or shortness of breath while at work: immediately put on a face mask, inform supervisor, leave the facility, and follow CDC-recommended steps for persons who are ill with COVID-19 symptoms.

  - If staff test positive for COVID-19: inform workplace and personal contacts immediately, and do not return to work until a decision to discontinue home medical isolation precautions is made. Monitor CDC guidance on discontinuing home isolation regularly as circumstances evolve rapidly.

  - If a staff member is identified as a close contact of a COVID-19 case (either within the facility or in the community): self-quarantine at home for 14 days and return to work if symptoms do not develop. If symptoms do develop, follow CDC-recommended steps for persons who are ill with COVID-19 symptoms.

- If a staff member has a confirmed COVID-19 infection, the relevant employers should inform other staff about their possible exposure to COVID-19 in the workplace, but should maintain confidentiality as required by the Americans with Disabilities Act.
  - Employees who are close contacts of the case should then self-monitor for symptoms (i.e., fever, cough, or shortness of breath).

- When feasible and consistent with security priorities, encourage staff to maintain a distance of 6 feet or more from an individual with respiratory symptoms while interviewing, escorting, or interacting in other ways.

Case 2:20-cv-01192-SPL-JZB   Document 292-2   Filed 06/17/22   Page 71 of 266

- Ask staff to keep interactions with individuals with respiratory symptoms as brief as possible.

## Prevention Practices for Visitors

- If possible, communicate with potential visitors to discourage contact visits in the interest of their own health and the health of their family members and friends inside the facility.
- Perform verbal screening (for COVID-19 symptoms and close contact with cases) and temperature checks for all visitors and volunteers on entry. See Screening section below for wording of screening questions and a recommended procedure to safely perform temperature checks.
  - Staff performing temperature checks should wear recommended PPE.
  - Exclude visitors and volunteers who do not clear the screening process or who decline screening.
- Provide alcohol-based hand sanitizer with at least 60% alcohol in visitor entrances, exits, and waiting areas.
- Provide visitors and volunteers with information to prepare them for screening.
  - Instruct visitors to postpone their visit if they have symptoms of respiratory illness.
  - If possible, inform potential visitors and volunteers before they travel to the facility that they should expect to be screened for COVID-19 (including a temperature check), and will be unable to enter the facility if they do not clear the screening process or if they decline screening.
  - Display signage outside visiting areas explaining the COVID-19 screening and temperature check process. Ensure that materials are understandable for non-English speakers and those with low literacy.
- Promote non-contact visits:
  - Encourage incarcerated/detained persons to limit contact visits in the interest of their own health and the health of their visitors.
  - Consider reducing or temporarily eliminating the cost of phone calls for incarcerated/detained persons.
  - Consider increasing incarcerated/detained persons' telephone privileges to promote mental health and reduce exposure from direct contact with community visitors.
- Consider suspending or modifying visitation programs, if legally permissible. For example, provide access to virtual visitation options where available.
  - If moving to virtual visitation, clean electronic surfaces regularly. (See Cleaning guidance below for instructions on cleaning electronic surfaces.)
  - Inform potential visitors of changes to, or suspension of, visitation programs.
  - Clearly communicate any visitation program changes to incarcerated/detained persons, along with the reasons for them (including protecting their health and their family and community members' health).
  - If suspending contact visits, provide alternate means (e.g., phone or video visitation) for incarcerated/detained individuals to engage with legal representatives, clergy, and other individuals with whom they have legal right to consult.

NOTE: Suspending visitation would be done in the interest of incarcerated/detained persons' physical health and the health of the general public. However, visitation is important to maintain mental health. If visitation is suspended, facilities should explore alternative ways for incarcerated/detained persons to communicate with their families, friends, and other visitors in a way that is not financially burdensome for them. See above suggestions for promoting non-contact visits.

- Restrict non-essential vendors, volunteers, and tours from entering the facility.

## Management

If there has been a suspected COVID-19 case inside the facility (among incarcerated/detained persons, staff, or visitors who have recently been inside), begin implementing Management strategies while test results are pending. Essential Management strategies include placing cases and individuals with symptoms under medical isolation, quarantining their

close contacts, and facilitating necessary medical care, while observing relevant infection control and environmental disinfection protocols and wearing recommended PPE.

## Operations

- Implement alternate work arrangements deemed feasible in the Operational Preparedness
- Suspend all transfers of incarcerated/detained persons to and from other jurisdictions and facilities (including work release where relevant), unless necessary for medical evaluation, medical isolation/quarantine, care, extenuating security concerns, or to prevent overcrowding.
  - If a transfer is absolutely necessary, perform verbal screening and a temperature check as outlined in the Screening section below, before the individual leaves the facility. If an individual does not clear the screening process, delay the transfer and follow the protocol for a suspected COVID-19 case – including putting a face mask on the individual, immediately placing them under medical isolation, and evaluating them for possible COVID-19 testing. If the transfer must still occur, ensure that the receiving facility has capacity to appropriately isolate the individual upon arrival. Ensure that staff transporting the individual wear recommended PPE (see Table 1) and that the transport vehicle is cleaned thoroughly after transport.
- If possible, consider quarantining all new intakes for 14 days before they enter the facility's general population (SEPARATELY from other individuals who are quarantined due to contact with a COVID-19 case). Subsequently in this document, this practice is referred to as routine intake quarantine.
- When possible, arrange lawful alternatives to in-person court appearances.
- Incorporate screening for COVID-19 symptoms and a temperature check into release planning.
  - Screen all releasing individuals for COVID-19 symptoms and perform a temperature check. (See Screening section below.)
    - If an individual does not clear the screening process, follow the protocol for a suspected COVID-19 case – including putting a face mask on the individual, immediately placing them under medical isolation, and evaluating them for possible COVID-19 testing.
    - If the individual is released before the recommended medical isolation period is complete, discuss release of the individual with state, local, tribal, and/or territorial health departments to ensure safe medical transport and continued shelter and medical care, as part of release planning. Make direct linkages to community resources to ensure proper medical isolation and access to medical care.
    - Before releasing an incarcerated/detained individual with COVID-19 symptoms to a community-based facility, such as a homeless shelter, contact the facility's staff to ensure adequate time for them to prepare to continue medical isolation, or contact local public health to explore alternate housing options.
- Coordinate with state, local, tribal, and/or territorial health departments. ☑
  - When a COVID-19 case is suspected, work with public health to determine action. See Medical Isolation section below.
  - When a COVID-19 case is suspected or confirmed, work with public health to identify close contacts who should be placed under quarantine. See Quarantine section below.
  - Facilities with limited onsite medical isolation, quarantine, and/or healthcare services should coordinate closely with state, local, tribal, and/or territorial health departments when they encounter a confirmed or suspected case, in order to ensure effective medical isolation or quarantine, necessary medical evaluation and care, and medical transfer if needed. See Facilities with Limited Onsite Healthcare Services section.

## Hygiene

- Continue to ensure that hand hygiene supplies are well-stocked in all areas of the facility. (See above.)
- Continue to emphasize practicing good hand hygiene and cough etiquette. (See above.)

# Cleaning and Disinfecting Practices

- Continue adhering to recommended cleaning and disinfection procedures for the facility at large. (See above.)
- Reference specific cleaning and disinfection procedures for areas where a COVID-19 case has spent time (below).

# Medical Isolation of Confirmed or Suspected COVID-19 Cases

NOTE: Some recommendations below apply primarily to facilities with onsite healthcare capacity. Facilities without onsite healthcare capacity, or without sufficient space to implement effective medical isolation, should coordinate with local public health officials to ensure that COVID-19 cases will be appropriately isolated, evaluated, tested (if indicated), and given care.

- As soon as an individual develops symptoms of COVID-19, they should wear a face mask (if it does not restrict breathing) and should be immediately placed under medical isolation in a separate environment from other individuals.
- Keep the individual's movement outside the medical isolation space to an absolute minimum.
  - Provide medical care to cases inside the medical isolation space. See Infection Control and Clinical Care sections for additional details.
  - Serve meals to cases inside the medical isolation space.
  - Exclude the individual from all group activities.
  - Assign the isolated individual a dedicated bathroom when possible.
- Ensure that the individual is wearing a face mask at all times when outside of the medical isolation space, and whenever another individual enters. Provide clean masks as needed. Masks should be changed at least daily, and when visibly soiled or wet.
- Facilities should make every possible effort to place suspected and confirmed COVID-19 cases under medical isolation individually. Each isolated individual should be assigned their own housing space and bathroom where possible. Cohorting should only be practiced if there are no other available options.
  - If cohorting is necessary:
    - Only individuals who are laboratory confirmed COVID-19 cases should be placed under medical isolation as a cohort. Do not cohort confirmed cases with suspected cases or case contacts.
    - Unless no other options exist, do not house COVID-19 cases with individuals who have an undiagnosed respiratory infection.
    - Ensure that cohorted cases wear face masks at all times.
  - In order of preference, individuals under medical isolation should be housed:
    - Separately, in single cells with solid walls (i.e., not bars) and solid doors that close fully
    - Separately, in single cells with solid walls but without solid doors
    - As a cohort, in a large, well-ventilated cell with solid walls and a solid door that closes fully. Employ social distancing strategies related to housing in the Prevention section above.
    - As a cohort, in a large, well-ventilated cell with solid walls but without a solid door. Employ social distancing strategies related to housing in the Prevention section above.
    - As a cohort, in single cells without solid walls or solid doors (i.e., cells enclosed entirely with bars), preferably with an empty cell between occupied cells. (Although individuals are in single cells in this scenario, the airflow between cells essentially makes it a cohort arrangement in the context of COVID-19.)
    - As a cohort, in multi-person cells without solid walls or solid doors (i.e., cells enclosed entirely with bars), preferably with an empty cell between occupied cells. Employ social distancing strategies related to housing in the Prevention section above.
    - Safely transfer individual(s) to another facility with available medical isolation capacity in one of the above

> arrangements
> (NOTE – Transfer should be avoided due to the potential to introduce infection to another facility; proceed
> only if no other options are available.)

If the ideal choice does not exist in a facility, use the next best alternative.

- If the number of confirmed cases exceeds the number of individual medical isolation spaces available in the
  facility, be especially mindful of cases who are at higher risk of severe illness from COVID-19. Ideally, they should
  not be cohorted with other infected individuals. If cohorting is unavoidable, make all possible accommodations to
  prevent transmission of other infectious diseases to the higher-risk individual. (For example, allocate more space for
  a higher-risk individual within a shared medical isolation space.)
    ○ Persons at higher risk may include older adults and persons of any age with serious underlying medical
      conditions such as lung disease, heart disease, and diabetes. See CDC's website for a complete list, and check
      regularly for updates as more data become available to inform this issue.
    ○ Note that incarcerated/detained populations have higher prevalence of infectious and chronic diseases and are
      in poorer health than the general population, even at younger ages.
- Custody staff should be designated to monitor these individuals exclusively where possible. These staff should
  wear recommended PPE as appropriate for their level of contact with the individual under medical isolation (see
  PPE section below) and should limit their own movement between different parts of the facility to the extent possible.
- Minimize transfer of COVID-19 cases between spaces within the healthcare unit.
- Provide individuals under medical isolation with tissues and, if permissible, a lined no-touch trash receptacle.
  Instruct them to:
    ○ Cover their mouth and nose with a tissue when they cough or sneeze
    ○ Dispose of used tissues immediately in the lined trash receptacle
    ○ Wash hands immediately with soap and water for at least 20 seconds. If soap and water are not available, clean
      hands with an alcohol-based hand sanitizer that contains at least 60% alcohol (where security concerns permit).
      Ensure that hand washing supplies are continually restocked.
- Maintain medical isolation until all the following criteria have been met. Monitor the CDC website for updates to
  these criteria.
    ○ For individuals who will be tested to determine if they are still contagious:
        ■ The individual has been free from fever for at least 72 hours without the use of fever-reducing medications
          AND
        ■ The individual's other symptoms have improved (e.g., cough, shortness of breath) AND
        ■ The individual has tested negative in at least two consecutive respiratory specimens collected at least 24
          hours apart
    ○ For individuals who will NOT be tested to determine if they are still contagious:
        ■ The individual has been free from fever for at least 72 hours without the use of fever-reducing medications
          AND
        ■ The individual's other symptoms have improved (e.g., cough, shortness of breath) AND
        ■ At least 7 days have passed since the first symptoms appeared
    ○ For individuals who had a confirmed positive COVID-19 test but never showed symptoms:
        ■ At least 7 days have passed since the date of the individual's first positive COVID-19 test AND
        ■ The individual has had no subsequent illness
- Restrict cases from leaving the facility while under medical isolation precautions, unless released from custody or
  if a transfer is necessary for medical care, infection control, lack of medical isolation space, or extenuating
  security concerns.
    ○ If an incarcerated/detained individual who is a COVID-19 case is released from custody during their medical
      isolation period, contact public health to arrange for safe transport and continuation of necessary medical care

and medical isolation as part of release planning.

# Cleaning Spaces where COVID-19 Cases Spent Time

- Thoroughly clean and disinfect all areas where the confirmed or suspected COVID-19 case spent time. Note – these protocols apply to suspected cases as well as confirmed cases, to ensure adequate disinfection in the event that the suspected case does, in fact, have COVID-19. Refer to the Definitions section for the distinction between confirmed and suspected cases.
  - Close off areas used by the infected individual. If possible, open outside doors and windows to increase air circulation in the area. Wait as long as practical, up to 24 hours under the poorest air exchange conditions (consult CDC Guidelines for Environmental Infection Control in Health-Care Facilities for wait time based on different ventilation conditions), before beginning to clean and disinfect, to minimize potential for exposure to respiratory droplets.
  - Clean and disinfect all areas (e.g., cells, bathrooms, and common areas) used by the infected individual, focusing especially on frequently touched surfaces (see list above in Prevention section).
- Hard (non-porous) surface cleaning and disinfection
  - If surfaces are dirty, they should be cleaned using a detergent or soap and water prior to disinfection.
  - For disinfection, most common EPA-registered household disinfectants should be effective. Choose cleaning products based on security requirements within the facility.
    - Consult a list of products that are EPA-approved for use against the virus that causes COVID-19 ☒ . Follow the manufacturer's instructions for all cleaning and disinfection products (e.g., concentration, application method and contact time, etc.).
    - Diluted household bleach solutions can be used if appropriate for the surface. Follow the manufacturer's instructions for application and proper ventilation, and check to ensure the product is not past its expiration date. Never mix household bleach with ammonia or any other cleanser. Unexpired household bleach will be effective against coronaviruses when properly diluted. Prepare a bleach solution by mixing:
      - 5 tablespoons (1/3rd cup) bleach per gallon of water or
      - 4 teaspoons bleach per quart of water
- Soft (porous) surface cleaning and disinfection
  - For soft (porous) surfaces such as carpeted floors and rugs, remove visible contamination if present and clean with appropriate cleaners indicated for use on these surfaces. After cleaning:
    - If the items can be laundered, launder items in accordance with the manufacturer's instructions using the warmest appropriate water setting for the items and then dry items completely.
    - Otherwise, use products that are EPA-approved for use against the virus that causes COVID-19 ☒ and are suitable for porous surfaces.
- Electronics cleaning and disinfection
  - For electronics such as tablets, touch screens, keyboards, and remote controls, remove visible contamination if present.
    - Follow the manufacturer's instructions for all cleaning and disinfection products.
    - Consider use of wipeable covers for electronics.
    - If no manufacturer guidance is available, consider the use of alcohol-based wipes or spray containing at least 70% alcohol to disinfect touch screens. Dry surfaces thoroughly to avoid pooling of liquids.

Additional information on cleaning and disinfection of communal facilities such can be found on CDC's website.

- Ensure that staff and incarcerated/detained persons performing cleaning wear recommended PPE. (See PPE section below.)
- Food service items. Cases under medical isolation should throw disposable food service items in the trash in their medical isolation room. Non-disposable food service items should be handled with gloves and washed with hot water

or in a dishwasher. Individuals handling used food service items should clean their hands after removing gloves.

- **Laundry from a COVID-19 cases can be washed with other individuals' laundry.**
  - Individuals handling laundry from COVID-19 cases should wear disposable gloves, discard after each use, and clean their hands after.
  - Do not shake dirty laundry. This will minimize the possibility of dispersing virus through the air.
  - Launder items as appropriate in accordance with the manufacturer's instructions. If possible, launder items using the warmest appropriate water setting for the items and dry items completely.
  - Clean and disinfect clothes hampers according to guidance above for surfaces. If permissible, consider using a bag liner that is either disposable or can be laundered.
- Consult cleaning recommendations above to ensure that transport vehicles are thoroughly cleaned after carrying a confirmed or suspected COVID-19 case.

## Quarantining Close Contacts of COVID-19 Cases

NOTE: Some recommendations below apply primarily to facilities with onsite healthcare capacity. Facilities without onsite healthcare capacity, or without sufficient space to implement effective quarantine, should coordinate with local public health officials to ensure that close contacts of COVID-19 cases will be effectively quarantined and medically monitored.

- Incarcerated/detained persons who are close contacts of a confirmed or suspected COVID-19 case (whether the case is another incarcerated/detained person, staff member, or visitor) should be placed under quarantine for 14 days (see CDC guidelines).
  - If an individual is quarantined due to contact with a suspected case who is subsequently tested for COVID-19 and receives a negative result, the quarantined individual should be released from quarantine restrictions.
- In the context of COVID-19, an individual (incarcerated/detained person or staff) is considered a close contact if they:
  - Have been within approximately 6 feet of a COVID-19 case for a prolonged period of time OR
  - Have had direct contact with infectious secretions of a COVID-19 case (e.g., have been coughed on)

Close contact can occur while caring for, living with, visiting, or sharing a common space with a COVID-19 case. Data to inform the definition of close contact are limited. Considerations when assessing close contact include the duration of exposure (e.g., longer exposure time likely increases exposure risk) and the clinical symptoms of the person with COVID-19 (e.g., coughing likely increases exposure risk, as does exposure to a severely ill patient).

- **Keep a quarantined individual's movement outside the quarantine space to an absolute minimum.**
  - Provide medical evaluation and care inside or near the quarantine space when possible.
  - Serve meals inside the quarantine space.
  - Exclude the quarantined individual from all group activities.
  - Assign the quarantined individual a dedicated bathroom when possible.
- **Facilities should make every possible effort to quarantine close contacts of COVID-19 cases individually.** Cohorting multiple quarantined close contacts of a COVID-19 case could transmit COVID-19 from those who are infected to those who are uninfected. Cohorting should only be practiced if there are no other available options.
  - If cohorting of close contacts under quarantine is absolutely necessary, symptoms of all individuals should be monitored closely, and individuals with symptoms of COVID-19 should be placed under medical isolation
  - If an entire housing unit is under quarantine due to contact with a case from the same housing unit, the entire housing unit may need to be treated as a cohort and quarantine in place.
  - Some facilities may choose to quarantine all new intakes for 14 days before moving them to the facility's general population as a general rule (not because they were exposed to a COVID-19 case). Under this scenario, avoid

mixing individuals quarantined due to exposure to a COVID-19 case with individuals undergoing routine intake quarantine.

- ○ If at all possible, do not add more individuals to an existing quarantine cohort after the 14-day quarantine clock has started.

- If the number of quarantined individuals exceeds the number of individual quarantine spaces available in the facility, be especially mindful of those who are at higher risk of severe illness from COVID-19. Ideally, they should not be cohorted with other quarantined individuals. If cohorting is unavoidable, make all possible accommodations to reduce exposure risk for the higher-risk individuals. (For example, intensify social distancing strategies for higher-risk individuals.)

- In order of preference, multiple quarantined individuals should be housed:
  - ○ Separately, in single cells with solid walls (i.e., not bars) and solid doors that close fully
  - ○ Separately, in single cells with solid walls but without solid doors
  - ○ As a cohort, in a large, well-ventilated cell with solid walls, a solid door that closes fully, and at least 6 feet of personal space assigned to each individual in all directions
  - ○ As a cohort, in a large, well-ventilated cell with solid walls and at least 6 feet of personal space assigned to each individual in all directions, but without a solid door
  - ○ As a cohort, in single cells without solid walls or solid doors (i.e., cells enclosed entirely with bars), preferably with an empty cell between occupied cells creating at least 6 feet of space between individuals. (Although individuals are in single cells in this scenario, the airflow between cells essentially makes it a cohort arrangement in the context of COVID-19.)
  - ○ As a cohort, in multi-person cells without solid walls or solid doors (i.e., cells enclosed entirely with bars), preferably with an empty cell between occupied cells. Employ social distancing strategies related to housing in the Prevention section to maintain at least 6 feet of space between individuals housed in the same cell.
  - ○ As a cohort, in individuals' regularly assigned housing unit but with no movement outside the unit (if an entire housing unit has been exposed). Employ social distancing strategies related to housing in the Prevention section above to maintain at least 6 feet of space between individuals.
  - ○ Safely transfer to another facility with capacity to quarantine in one of the above arrangements (NOTE – Transfer should be avoided due to the potential to introduce infection to another facility; proceed only if no other options are available.)

- Quarantined individuals should wear face masks if feasible based on local supply, as source control, under the following circumstances (see PPE section and Table 1):
  - ○ If cohorted, quarantined individuals should wear face masks at all times (to prevent transmission from infected to uninfected individuals).
  - ○ If quarantined separately, individuals should wear face masks whenever a non-quarantined individual enters the quarantine space.
  - ○ All quarantined individuals should wear a face mask if they must leave the quarantine space for any reason.
  - ○ Asymptomatic individuals under routine intake quarantine (with no known exposure to a COVID-19 case) do not need to wear face masks.

- Staff who have close contact with quarantined individuals should wear recommended PPE if feasible based on local supply, feasibility, and safety within the scope of their duties (see PPE section and Table 1).
  - ○ Staff supervising asymptomatic incarcerated/detained persons under routine intake quarantine (with no known exposure to a COVID-19 case) do not need to wear PPE.

- Quarantined individuals should be monitored for COVID-19 symptoms twice per day, including temperature checks.
  - ○ If an individual develops symptoms, they should be moved to medical isolation immediately and further evaluated. (See Medical Isolation section above.)
  - ○ See Screening section for a procedure to perform temperature checks safely on asymptomatic close contacts of

COVID-19 cases.

- If an individual who is part of a quarantined cohort becomes symptomatic:
  - If the individual is tested for COVID-19 and tests positive: the 14-day quarantine clock for the remainder of the cohort must be reset to 0.
  - If the individual is tested for COVID-19 and tests negative: the 14-day quarantine clock for this individual and the remainder of the cohort does not need to be reset. This individual can return from medical isolation to the quarantined cohort for the remainder of the quarantine period.
  - If the individual is not tested for COVID-19: the 14-day quarantine clock for the remainder of the cohort must be reset to 0.
- Restrict quarantined individuals from leaving the facility (including transfers to other facilities) during the 14-day quarantine period, unless released from custody or a transfer is necessary for medical care, infection control, lack of quarantine space, or extenuating security concerns.
- Quarantined individuals can be released from quarantine restrictions if they have not developed symptoms during the 14-day quarantine period.
- Meals should be provided to quarantined individuals in their quarantine spaces. Individuals under quarantine should throw disposable food service items in the trash. Non-disposable food service items should be handled with gloves and washed with hot water or in a dishwasher. Individuals handling used food service items should clean their hands after removing gloves.
- Laundry from quarantined individuals can be washed with other individuals' laundry.
  - Individuals handling laundry from quarantined persons should wear disposable gloves, discard after each use, and clean their hands after.
  - Do not shake dirty laundry. This will minimize the possibility of dispersing virus through the air.
  - Launder items as appropriate in accordance with the manufacturer's instructions. If possible, launder items using the warmest appropriate water setting for the items and dry items completely.
  - Clean and disinfect clothes hampers according to guidance above for surfaces. If permissible, consider using a bag liner that is either disposable or can be laundered.

# Management of Incarcerated/Detained Persons with COVID-19 Symptoms

NOTE: Some recommendations below apply primarily to facilities with onsite healthcare capacity. Facilities without onsite healthcare capacity or without sufficient space for medical isolation should coordinate with local public health officials to ensure that suspected COVID-19 cases will be effectively isolated, evaluated, tested (if indicated), and given care.

- If possible, designate a room near each housing unit for healthcare staff to evaluate individuals with COVID-19 symptoms, rather than having them walk through the facility to be evaluated in the medical unit.
- Incarcerated/detained individuals with COVID-19 symptoms should wear a face mask and should be placed under medical isolation immediately. Discontinue the use of a face mask if it inhibits breathing. See Medical Isolation section above.
- Medical staff should evaluate symptomatic individuals to determine whether COVID-19 testing is indicated. Refer to CDC guidelines for information on evaluation and testing. See Infection Control and Clinical Care sections below as well.
- If testing is indicated (or if medical staff need clarification on when testing is indicated), contact the state, local, tribal, and/or territorial health department. Work with public health or private labs as available to access testing supplies or services.
  - If the COVID-19 test is positive, continue medical isolation. (See Medical Isolation section above.)

○ If the COVID-19 test is negative, return the individual to their prior housing assignment unless they require further medical assessment or care.

## Management Strategies for Incarcerated/Detained Persons without COVID-19 Symptoms

- Provide clear information to incarcerated/detained persons about the presence of COVID-19 cases within the facility, and the need to increase social distancing and maintain hygiene precautions.
  ○ Consider having healthcare staff perform regular rounds to answer questions about COVID-19.
  ○ Ensure that information is provided in a manner that can be understood by non-English speaking individuals and those with low literacy, and make necessary accommodations for those with cognitive or intellectual disabilities and those who are deaf, blind, or low-vision.
- Implement daily temperature checks in housing units where COVID-19 cases have been identified, especially if there is concern that incarcerated/detained individuals are not notifying staff of symptoms.See Screening section for a procedure to safely perform a temperature check.
- Consider additional options to intensify social distancing within the facility.

## Management Strategies for Staff

- Provide clear information to staff about the presence of COVID-19 cases within the facility, and the need to enforce social distancing and encourage hygiene precautions.
  ○ Consider having healthcare staff perform regular rounds to answer questions about COVID-19 from staff.
- Staff identified as close contacts of a COVID-19 case should self-quarantine at home for 14 days and may return to work if symptoms do not develop.
  ○ See above for definition of a close contact.
  ○ Refer to CDC guidelines for further recommendations regarding home quarantine for staff.

# Infection Control

Infection control guidance below is applicable to all types of correctional facilities. Individual facilities should assess their unique needs based on the types of exposure staff and incarcerated/detained persons may have with confirmed or suspected COVID-19 cases.

- All individuals who have the potential for direct or indirect exposure to COVID-19 cases or infectious materials (including body substances; contaminated medical supplies, devices, and equipment; contaminated environmental surfaces; or contaminated air) should follow infection control practices outlined in the CDC Interim Infection Prevention and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings. Monitor these guidelines regularly for updates.
  ○ Implement the above guidance as fully as possible within the correctional/detention context. Some of the specific language may not apply directly to healthcare settings within correctional facilities and detention centers, or to facilities without onsite healthcare capacity, and may need to be adapted to reflect facility operations and custody needs.
  ○ Note that these recommendations apply to staff as well as to incarcerated/detained individuals who may come in contact with contaminated materials during the course of their work placement in the facility (e.g., cleaning).
- Staff should exercise caution when in contact with individuals showing symptoms of a respiratory infection. Contact should be minimized to the extent possible until the infected individual is wearing a face mask. If COVID-19 is suspected, staff should wear recommended PPE (see PPE section).
- Refer to PPE section to determine recommended PPE for individuals persons in contact with confirmed COVID-19

cases, contacts, and potentially contaminated items.

# Clinical Care of COVID-19 Cases

- Facilities should ensure that incarcerated/detained individuals receive medical evaluation and treatment at the first signs of COVID-19 symptoms.
  - If a facility is not able to provide such evaluation and treatment, a plan should be in place to safely transfer the individual to another facility or local hospital.
  - The initial medical evaluation should determine whether a symptomatic individual is at higher risk for severe illness from COVID-19. Persons at higher risk may include older adults and persons of any age with serious underlying medical conditions such as lung disease, heart disease, and diabetes. See CDC's website for a complete list, and check regularly for updates as more data become available to inform this issue.
- Staff evaluating and providing care for confirmed or suspected COVID-19 cases should follow the CDC Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19) and monitor the guidance website regularly for updates to these recommendations.
- Healthcare staff should evaluate persons with respiratory symptoms or contact with a COVID-19 case in a separate room, with the door closed if possible, while wearing recommended PPE and ensuring that the suspected case is wearing a face mask.
  - If possible, designate a room near each housing unit to evaluate individuals with COVID-19 symptoms, rather than having them walk through the facility to be evaluated in the medical unit.
- Clinicians are strongly encouraged to test for other causes of respiratory illness (e.g., influenza).
- The facility should have a plan in place to safely transfer persons with severe illness from COVID-19 to a local hospital if they require care beyond what the facility is able to provide.
- When evaluating and treating persons with symptoms of COVID-19 who do not speak English, using a language line or provide a trained interpreter when possible.

# Recommended PPE and PPE Training for Staff and Incarcerated/Detained Persons

- Ensure that all staff (healthcare and non-healthcare) and incarcerated/detained persons who will have contact with infectious materials in their work placements have been trained to correctly don, doff, and dispose of PPE relevant to the level of contact they will have with confirmed and suspected COVID-19 cases.
  - Ensure that staff and incarcerated/detained persons who require respiratory protection (e.g., N95s) for their work responsibilities have been medically cleared, trained, and fit-tested in the context of an employer's respiratory protection program.
  - For PPE training materials and posters, please visit the CDC website on Protecting Healthcare Personnel.
- Ensure that all staff are trained to perform hand hygiene after removing PPE.
- If administrators anticipate that incarcerated/detained persons will request unnecessary PPE, consider providing training on the different types of PPE that are needed for differing degrees of contact with COVID-19 cases and contacts, and the reasons for those differences (see Table 1). Monitor linked CDC guidelines in Table 1 for updates to recommended PPE.
- Keep recommended PPE near the spaces in the facility where it could be needed, to facilitate quick access in an emergency.
- Recommended PPE for incarcerated/detained individuals and staff in a correctional facility will vary based on the type of contact they have with COVID-19 cases and their contacts (see Table 1). Each type of recommended PPE is defined below. As above, note that PPE shortages are anticipated in every category during the COVID-19 response.

- ○ N95 respirator

  See below for guidance on when face masks are acceptable alternatives for N95s. N95 respirators should be prioritized when staff anticipate contact with infectious aerosols from a COVID-19 case.

- ○ Face mask

- ○ Eye protection – goggles or disposable face shield that fully covers the front and sides of the face

- ○ A single pair of disposable patient examination gloves

  Gloves should be changed if they become torn or heavily contaminated.

- ○ Disposable medical isolation gown or single-use/disposable coveralls, when feasible

  - ■ If custody staff are unable to wear a disposable gown or coveralls because it limits access to their duty belt and gear, ensure that duty belt and gear are disinfected after close contact with the individual. Clean and disinfect duty belt and gear prior to reuse using a household cleaning spray or wipe, according to the product label.

  - ■ If there are shortages of gowns, they should be prioritized for aerosol-generating procedures, care activities where splashes and sprays are anticipated, and high-contact patient care activities that provide opportunities for transfer of pathogens to the hands and clothing of staff.

- • Note that shortages of all PPE categories are anticipated during the COVID-19 response, particularly for non-healthcare workers. Guidance for optimizing the supply of each category can be found on CDC's website:

  - ○ Guidance in the event of a shortage of N95 respirators

    - ■ Based on local and regional situational analysis of PPE supplies, face masks are an acceptable alternative when the supply chain of respirators cannot meet the demand. During this time, available respirators should be prioritized for staff engaging in activities that would expose them to respiratory aerosols, which pose the highest exposure risk.

  - ○ Guidance in the event of a shortage of face masks

  - ○ Guidance in the event of a shortage of eye protection

  - ○ Guidance in the event of a shortage of gowns/coveralls

| Classification of Individual Wearing PPE | N95 respirator | Face mask | Eye Protection | Gloves | Gown/ Coveralls |
|---|---|---|---|---|---|
| **Incarcerated/Detained Persons** | | | | | |
| Asymptomatic incarcerated/detained persons (under quarantine as close contacts of a COVID-19 case*) | Apply face masks for source control as feasible based on local supply, especially if housed as a cohort | | | | |
| Incarcerated/detained persons who are confirmed or suspected COVID-19 cases, or showing symptoms of COVID-19 | | X | | | |
| Incarcerated/detained persons in a work placement handling laundry or used food service items from a COVID-19 case or case contact | | | | X | X |

Classification of Individual Wearing PPE

| Classification of Individual Wearing PPE | N95 respirator | Face mask | Eye Protection | Gloves | Gown/ Coveralls |
|---|---|---|---|---|---|
| Incarcerated/detained persons in a work placement cleaning areas where a COVID-19 case has spent time | Additional PPE may be needed based on the product label. See CDC guidelines for more details. | | | X | X |
| **Staff** | | | | | |
| Staff having direct contact with asymptomatic incarcerated/detained persons under quarantine as close contacts of a COVID-19 case* (but not performing temperature checks or providing medical care) | Face mask, eye protection, and gloves as local supply and scope of duties allow. | | | | |
| Staff performing temperature checks on any group of people (staff, visitors, or incarcerated/detained persons), or providing medical care to asymptomatic quarantined persons | | X | X | X | X |
| Staff having direct contact with (including transport) or offering medical care to confirmed or suspected COVID-19 cases (see CDC infection control guidelines) | X** | | X | X | X |
| Staff present during a procedure on a confirmed or suspected COVID-19 case that may generate respiratory aerosols (see CDC infection control guidelines) | X | | X | X | X |
| Staff handling laundry or used food service items from a COVID-19 case or case contact | | | | X | X |
| Staff cleaning an area where a COVID-19 case has spent time | Additional PPE may be needed based on the product label. See CDC guidelines for more details. | | | X | X |

# Verbal Screening and Temperature Check Protocols for Incarcerated/Detained Persons, Staff and Visitors

The guidance above recommends that screening and temperature checks be performed on staff, volunteers, and visitors who enter correctional and detention facilities, as well as incarcerated/detained persons who are transferred to another facility or released from custody. Below, verbal screening questions for COVID-19 symptoms and contact with known cases, and a safe temperature check procedure are detailed.

- Verbal screening for symptoms of COVID-19 and contact with COVID-19 cases should include the following questions:
  - *Today or in the past 24 hours, have you had any of the following symptoms?*

- - - *Fever, felt feverish, or had chills?*
    - *Cough?*
    - *Difficulty breathing?*
  - *In the past 14 days, have you had contact with a person known to be infected with the novel coronavirus (COVID-19)?*
- The following is a protocol to safely check an individual's temperature:
  - Perform hand hygiene
  - Put on a face mask, eye protection (goggles or disposable face shield that fully covers the front and sides of the face), gown/coveralls, and a single pair of disposable gloves
  - Check individual's temperature
  - If performing a temperature check on multiple individuals, ensure that a clean pair of gloves is used for each individual and that the thermometer has been thoroughly cleaned in between each check. If disposable or non-contact thermometers are used and the screener did not have physical contact with an individual, gloves do not need to be changed before the next check. If non-contact thermometers are used, they should be cleaned routinely as recommended by CDC for infection control.
  - Remove and discard PPE
  - Perform hand hygiene

Page last reviewed: April 18, 2020

EXHIBIT 3

EXHIBIT 3

1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Nicholas D. Acedo, Bar No. 021644
    Ashlee B. Hesman, Bar No. 028874
3   Kevin L. Nguyen, Bar No. 027870
    STRUCK LOVE BOJANOWSKI & ACEDO, PLC
4   3100 West Ray Road, Suite 300
    Chandler, Arizona  85226
5   Telephone:  (480) 420-1600
    dstruck@strucklove.com
6   rlove@strucklove.com
    nacedo@strucklove.com
7   ahesman@strucklove.com
    knguyen@strucklove.com
8
    *Attorneys for Defendants-Respondents Sheriff*
9   *Paul Penzone and Maricopa County*

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF ARIZONA**

12  Jason Fenty, et al.,                    NO. 2:20-cv-01192-PHX-SPL (JZB)

13                  Plaintiffs-Petitioners,

14          v.                              **DECLARATION OF D.**
                                            **CRUTCHFIELD**
15  Sheriff Paul Penzone, et al.,

16                  Defendants-Respondents.

17

18          I, D. Crutchfield, state the following based upon my personal knowledge.

19          1.      I am over the age of 18 years old and competent to testify to the matters set

20  forth in this Declaration based upon my own personal knowledge, my duties as Medical

21  Director for Correctional Health Services ("CHS"), and my review of the relevant

22  documents maintained by CHS in the usual course of business.

23          2.      Through the course of my role, I am familiar with CHS' evolving policies and

24  procedures in response to the COVID-19 pandemic, along with the medical services

25  provided to inmates in the custody of the Maricopa County Sheriff's Office ("MCSO"). I

26  have also reviewed the allegations made by Plaintiffs in their Complaint.

27

28

3.     I am a physician and have been the Medical Director at CHS since November 2020. I was previously the Assistant Medical Director at CHS.

4.     Prior to joining CHS, I was an Emergency Room Staff Physician for nearly 20 years and in the United States Air Force Reserve Medical Service Corps for three years.

5.     At CHS, I supervise the Assistant Medical Director, Dr. Gan, the quality manager/utilization manager, NP Taylor, and all of the medical providers.

6.     CHS provides medical services to all MCSO inmates incarcerated at any of the MCSO Jails.

7.     Throughout the course of the pandemic, I have regularly reviewed and relied upon guidance from the Centers for Disease Control and Prevention ("CDC"), including the CDC website and the CDC Interim Guidance for Prevention and Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities ("CDC Interim Guidance"), to inform my decision-making.  I also receive and regularly review COVID-19 updates from the American Medical Association and various professional feeds to which I subscribe, including Doximity and Medscape.  Additionally, I have attended several CDC and National Commission on Correctional Health Care ("NCCHC") sessions (both online and in-person) on COVID-19 vaccines and management of COVID-19 within correctional and detention settings.

8.     Additionally, my colleagues at CHS and I regularly consult with the Maricopa Department of Public Health regarding appropriate COVID-19 response operations.

9.     All documents attached to this Declaration are true and accurate copies of documents generated and/or maintained in the normal course of CHS operations.

**CDC Guidance**

10.     The CDC first issued its Interim Guidance on March 23, 2020.  The CDC has subsequently issued revisions on July 14, 2020, February 19, 2021, May 6, 2021, June 9, 2021, February 10, 2022, and May 3, 2022.

11.     The May 3, 2022 revision is now titled "Guidance on Prevention and Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention

Facilities" ("May 3, 2022 CDC Guidance") and provides guidance for designing a "flexible, long-term" COVID-19 prevention plan that takes into account community COVID-19 levels and facility-level factors.  Attachment A is a true and correct copy of the May 3, 2022 CDC Guidance.

12.    The May 3, 2022 CDC Guidance recognizes that "[b]ecause of variations across facilities (e.g., differences in layout, infrastructure, security level, mission, population health needs, on-site healthcare, and staffing levels) and shifting epidemiologic trends due to new SARS-CoV-2 variants and other factors, there is no single COVID-19 prevention plan that will apply across all facilities or time periods."

13.    As with the prior revisions, the May 3, 2022 CDC Guidance notes that it "may need to be adapted based on an individual facility's physical space, staffing, population, operations, history of SARS-CoV-2 outbreaks, community factors, and other resources and conditions."

**CHS Standard Operating Procedures**

14.    The CHS Infection Control Coordinator, Director of Nursing, and my predecessor, Dr. Phillips, worked together with MCSO and Maricopa County Department of Public Health to create a Standard Operating Procedure for CHS in response to the COVID-19 pandemic, which was titled "SOP J-B-02-23 Management Plan for Novel Coronavirus Disease" ("Management Plan SOP").  The first version of the Management Plan SOP was issued on March 13, 2022, even before the CDC Interim Guidance.

15.    The Management Plan SOP is a comprehensive approach and provides CHS with the tools and information necessary to prevent and mitigate spread of COVID-19 among staff and inmates.  Components of the Management Plan SOP include educating on COVID-19, identifying criteria for potential cases of COVID-19, and implementation of surveillance, prevention, and control measures.

16.    The CHS Management Plan SOP has been revised six times (3/27/2020, 4/9/2020, 5/14/2020, 7/10/2020, 9/4/2020, and 2/8/2022) since the original March 13, 2020 version to reflect the implementation of, and subsequent revisions to, the CDC Interim

Guidance; guidance from other federal, state, and local agencies; development of testing, treatment, and vaccine technologies; and other rapidly evolving circumstances impacting jail and medical operations.

17.     The most recent version was issued on February 8, 2022.  See Attachment B, which is a true and correct copy of the February 8, 2022 Management Plan SOP.

18.     All CHS staff are expected to review, understand, and comply with procedures identified in the Management Plan SOP.

19.     Although the Management Plan SOP is not binding on MCSO staff, all housing decisions and inmate moves are made by a housing committee comprised of both CHS and MCSO leadership in accordance with the procedures set forth in the Management Plan SOP, and MCSO also follows CHS recommendations on COVID-19 testing, screening, and prevention strategies.

**Inmate Screening and Health Assessment**

20.     Even before the start of the pandemic, all inmate intakes coming into MCSO have been screened by CHS for medical and mental health conditions, current medications, and disabilities.  This intake screening includes full vitals.

21.     Beginning in March 2020, CHS developed and implemented additional intake screening procedures to identify symptomatic inmates and those with potential exposure to COVID-19.  These procedures include symptom checks, in addition to the temperature checks that have always been included as part of the intake screening.

22.     Any inmate who is identified during the initial intake screening as having a medical condition or current medications is flagged and receives a prioritized health assessment.  Approximately 70% or more of the incoming MCSO inmates are flagged.

23.     During the health assessment, any chronic medical conditions are identified and flagged, and the inmate is scheduled for regular follow-ups in the appropriate chronic care clinic(s).  These flags are readily visible when logging into an inmate's chart in TechCare.

4

24.     Because they have regular contacts with chronic care inmates, CHS providers and nursing staff become well acquainted with their medical conditions and risk factors. They know where their higher-risk patients are housed and proactively follow-up with them on a daily basis if their units are placed on quarantine for COVID-19.  Higher-risk patients can also be moved to the infirmary, where they will receive 24/7 care.

25.     Severely immunocompromised patients are generally housed in the infirmary throughout their incarceration at MCSO.

**Staff Screening**

26.     Early on in the pandemic, CHS and MCSO evaluated whether to conduct symptom checks and temperature checks of all staff prior to entry at the facilities.

27.     CHS and MCSO were concerned that having large numbers of employees congregating at a central point at shift changes would create potential for spread of COVID-19.

28.     Additionally, temperature checks were expected to have limited utility in identifying potential COVID-19 cases, given that fever may be present in a number of other situations, and a number of COVID-19 positive individuals are not symptomatic.  Balancing the limited anticipated utility of the temperature checks with the heavy outlay of resources that would be required to perform them (e.g., having CHS staff designated to cover each of the employee entrance points at each facility, which would take them away from their mission of treating patients), CHS and MCSO decided to rely on employee self-screening and reporting.

29.     This is consistent with the CDC Interim Guidance, which includes a recommendation that facilities may choose to utilize self-screening and/or virtual screening of staff for COVID-19.

30.     This decision was also made in consultation with Maricopa County Department of Public Health.

**COVID-19 Testing**

31.     Initial testing for COVID-19 at the MCSO jails was conducted by CHS staff, and I personally participated in mass testing of all MCSO inmates in June and July 2020. These efforts kicked off in May 2020.

32.     CHS also issued a Request for Proposal ("RFP") to obtain COVID-19 testing services from a third-party vendor to enable CHS staff to focus their efforts on preventing and treating COVID-19 cases while continuing to provide general medical and mental health care to the MCSO inmate population.

33.     CHS now contracts with CSRV to perform the majority of the COVID-19 testing in the MCSO jails.  CSRV obtains the samples, and Arizona State University ("ASU") runs the lab tests.

34.     The vendor uses saliva PCR testing and comes on-site six days per week. Test results are generally available within 24-36 hours.

35.     Each medical clinic also maintains a supply of rapid COVID-19 test kits that can be used when clinically indicated.

36.     Starting in late June 2022, CHS will begin administering rapid COVID-19 tests to all intakes admitted to the jails following their initial court appearance.  Any inmates testing positive will be isolated and transferred to a medical observation unit or the infirmary (for inmates at high risk of severe COVID-19).  Inmates who refuse to test will be placed in medical observation housing.

37.     CHS is currently finalizing the contract with a third-party vendor to perform the rapid testing at intake.

**COVID-19 Housing Strategies**

38.     Beginning in the early phases of the pandemic, CHS and MCSO worked together to create new housing categories to assist in mitigating the spread of COVID-19 in the MCSO jails.

39.     These new housing categories include (1) intake cohort housing, which is used to keep new intakes separate from the established jail population while they are

screened for potential COVID-19 infections; (2) quarantine housing, which is used to separate inmates who have been identified as having contact with a COVID-19 positive inmate while they are screened for potential COVID-19 infection; (3) medical observation (or medical isolation) housing, which is used to separate COVID-19 positive inmates and Persons Under Investigation ("PUI") who are displaying COVID-19 symptoms or have a known or suspected exposure to COVID-19 until they recover in accordance with CDC guidelines or are cleared; (4) recovered housing, which is used for inmates who have recovered from a COVID-19 infection as defined by the CDC; (5) negative housing, which is used for inmates who went to medical observation and tested negative; and (6) quarantine cleared housing, which is used for inmates who have completed a quarantine period without additional positive patients being identified or have received two or more negative tests.

40.     COVID-19 positive inmates remain in medical observation housing until 10 days after symptom onset and they have been fever free for at least 24 hours.  Severely ill and immunocompromised inmates remain in medical observation for 21 days.

41.     Inmates who are placed in medical observation housing due to potential exposure remain there for 10 days or until they receive a negative test.

42.     When CHS first implemented intake cohort and quarantine housing units, consistent with CDC guidance, we used 14 days as the initial end point. We conducted testing on day 4 or 5 and again on day 14.

43.     When CDC guidance changed to 10-day intake cohorting and quarantining in the February 2022 revision, we followed suit. We have been conducting testing on day 4 or 5 and again on day 10.

44.     During the 30(b)(6) deposition of Maricopa County in which I testified on behalf of CHS in this case, I misspoke when asked about the end dates for cohort or quarantine housing units with two different end dates that are combined. While I stated that combined units are deemed to have the least restrictive (i.e., the earlier) of the two end dates, I was mistaken. In actuality, the latter of the two dates is used to ensure that the combined cohort or quarantine unit receives the full recommended monitoring/testing period.

45.     The scenario of combining cohort housing units or quarantine housing units is generally rare; however, there have been times when it has been necessary to do so to open up pods to form cohorts of new intakes. This is due to the transient nature of the jail population. At MCSO, the average length of stay is less than 30 days. While cohort housing units are generally filled at or close to capacity before closing, over time inmates are released, leaving empty beds. An initial pod of 30 inmates may dwindle to 11, leaving more than half the beds empty. At the same time, another pod with inmates of the same classification level and with the same or similar cohort ending date may also have dropped to less than half capacity. If there are no empty pods in that same classification level, it may be necessary to combine the two cohort pods to create an empty pod for incoming intakes. The alternative would be to move the new intakes directly into general population without knowing their COVID-19 status, which would be against CDC guidance, which would not be clinically advisable or defensible.

46.     None of these decisions is taken lightly or on a whim. The housing committee carefully weighs all available options and makes a reasoned decision based on the clinical judgment of CHS and the security expertise of MCSO. Throughout the pandemic as new situations like this have arisen, CHS has also consulted with Maricopa County Public Health to get their guidance.

47.     Beginning in late June, and consistent with the revised May 3, 2022 version of the CDC Guidance, CHS and MCSO are implementing universal testing at intake and eliminating intake cohorting for inmates who test negative.  Inmates who refuse to test or who test positive at intake will be transferred to medical observation.

**COVID-19 Vaccines**

48.     CHS worked with MCSO to get vaccine educational materials made available on the inmate tablets and posted in the housing units at the jails.

49.     These educational materials include handouts from the CDC website. Attachments C and D are true and correct copies of the CDC handout (English and Spanish versions) provided on the inmate tablets.

8

50.     I personally participated in the Pfizer vaccination trial and shared my experiences with the CHS providers and medical staff.

51.     I also attended several workshops regarding vaccinations and developed a presentation for all CHS providers and staff regarding the available vaccinations. Attachment E is a true and correct copy of that presentation.

52.     CHS staff and inmates were also provided vaccine information sheets from the respective vaccine manufacturers. Attachments F though J are true and correct copies of the manufacturers' information sheets.

53.     I also make sure when offering vaccines to explain the information provided by the CDC and vaccine manufacturers in "lay" terms for the MCSO inmate population.

54.     At the beginning of vaccination administration availability, we received limited supplies from the Arizona Department of Health Services ("ADHS"), and in accordance with guidance from the CDC, we initially prioritized vaccinations for inmates who were deemed to be at higher risk for adverse outcomes due to their age and/or medical conditions.

55.     I created a report by running an advanced search in TechCare, the electronic health record used by CHS, to identify these inmates.

56.     As soon as we were allocated more vaccines, we began offering them to all interested inmates.

57.     During the initial vaccine rollout which occurred in late 2020 and early 2021, in those housing units where security classifications allow for dayroom access, I made presentations on the vaccines during vaccine clinics and answered any questions posed by inmates, no matter how long it took. In maximum custody and segregation housing units where inmates are not allowed open dayroom access, I went cell to cell during vaccine clinics to explain the vaccines, answer questions, counsel on the benefits and any contraindications, and offer the vaccine to all interested inmates.

58.     During the first several months after vaccines became available at MCSO, I held vaccine clinics nearly every day, as did several other members of the CHS administrative staff.

59.     I also requested and received assistance from a group of Army National Guard medics, who canvassed the housing units, educated inmates, and administered the vaccines.

60.     We still hold vaccine clinics nearly every week.  I personally participated in most of them through December 2021.  Now they are primarily run by our dedicated COVID-19 Nurse Practitioner with assistance from a License Practical Nurse.  Site level staff also run local vaccine clinics as needed.  During vaccine clinics, we also offer and educate inmates on boosters.

61.     Inmates are asked about their COVID-19 vaccination status at intake and are offered vaccines or boosters as applicable based on their prior vaccination history.

62.     Inmates who indicate an interest in vaccines or boosters at intake are scheduled for the next vaccine clinic.  An inmate who initially refuses the vaccine can later request and receive one.

63.     Inmates can request a vaccine or booster through placing a health needs request (HNR), during a sick call or chronic care appointment, or during a vaccine clinic.

64.     I regularly remind the CHS providers to discuss vaccines/boosters with all patients during sick calls and chronic care appointments.

65.     ADHS determines our vaccine allocations.  At first when vaccine supplies were limited nationwide, we were primarily allocated the one-shot Johnson & Johnson ("J&J") vaccine, along with a smaller supply of Moderna.

66.     There are several clinical and practical benefits associated with the J&J vaccine that made it a strong choice at the beginning of the vaccine rollout nationwide.

67.     The J&J vaccine was considered to be preferable in a jail setting, where the population is transient, and the majority of inmates will not be in custody long enough to complete the primary series of either of the mRNA (Moderna or Pfizer) vaccines.

68.    The J&J vaccine is also based on a more established vaccine technology, which can result in greater acceptance from individuals who are skeptical of the long-term implications of the newer mRNA vaccine technology used in both the Moderna and Pfizer vaccines.

69.    While the J&J vaccine trials showed a lower efficacy rate than Moderna or Pfizer (approximately 70%, 94.1%, and 95%, respectively), the full immunity benefits are achieved sooner from the single-shot primary series, and the immunity afforded by the J&J vaccine does not wane as quickly as Moderna or Pfizer.

70.    Earlier on in the vaccine administration process, CHS administered more doses of the J&J vaccine than Moderna (approximately 70% versus 30%, respectively).

71.    As more information became available to the medical community regarding the potential for development of rare but serious blood clotting disorders, particularly among women, CHS gave first priority for its limited Moderna supplies to female inmates.

72.    Now that we have been allocated sufficient supplies of Moderna by ADHS, we are almost exclusively administering Moderna.  Consistent with CDC recommendations, we will still administer the J&J vaccine to inmates who specifically request it.

73.    CHS is also offering boosters to all eligible inmates.  Consistent with CDC guidance, we allow for mixing and matching between vaccines, which enables us to offer boosters to inmates who have had been previously administered the Pfizer vaccine before entering MCSO custody.

**Monoclonal Antibodies and Antivirals**

74.    While there was initially no treatment available for COVID-19, the Food and Drug Administration (FDA) issued emergency use authorizations (EUAs) for monoclonal antibodies for treatment of mild-to-moderate COVID-19 in individuals who are at high risk for progression to severe COVID-19.

75.    CHS applied for and was allocated doses of monoclonal antibodies by ADHS, but before they could be prescribed for any MCSO inmates, the EUA for REGEN was revoked because it has been found to not be effective against the Omicron variant.

76.     The FDA has also issued EUAs for several antivirals for use in patients with mild to moderate symptoms who are at high risk for progression to severe COVID-19.

77.     Paxlovid is an oral medication which has significant interactions with a number of other drugs and is not recommended for use in patients with severe renal or hepatic impairment.

78.     Remdesivir requires an intravenous infusion daily for three days, which is challenging in a jail setting.

79.     Molnupiravir is an oral medication recommended by the CDC as an alternative where Paxlovid and Remdesivir are not available, feasible to use, or clinically appropriate.

80.     CHS applied for and has received allocations of both Paxlovid and Molnupiravir from ADHS.  We initially ordered several doses of both antivirals for each clinic and are able to order more at any time.  We received our initial orders of Molnupiravir in February 2022 and Paxlovid in April 2022.  These doses were made immediately available for prescription to eligible inmates.

81.     The initial guidance from ADHS and the CDC, which mirrors the criteria identified in the EUAs, is that antivirals may be clinically indicated for inmates who are 50 years or older, with co-morbidities, and mild to moderate symptoms.

82.     To date, CHS has recommended treatment with antivirals to seven MCSO inmates.  Of these, four have completed treatment (three with Paxlovid and one with Molnupiravir), another is beginning treatment with Paxlovid as of today, and two refused the recommended treatment.

83.     The vast majority of the COVID-19 positives at MCSO in recent months have been among young inmates with no co-morbidities who are either asymptomatic or only experiencing minimal symptoms (e.g., headache, congestion).

84.     Our own experience at MCSO has been consistent with reported data that the Omicron variant is more transmissible, but is not as virulent, as other variants.

85.     CHS continues to assess all COVID-19 positive patients for potential antiviral treatment and will prescribe them as clinically indicated; however, thus far there have not been many MCSO inmates who were determined by a treating provider to be a suitable candidate for antiviral therapy and who have accepted the offered antiviral therapy.

**COVID-19 Statistics/Outcomes**

86.     Throughout the course of the COVID-19 pandemic, there have been only three deaths of MCSO inmates that have been found to have been caused or contributed to by COVID-19.  None of these deaths occurred at MCSO, but rather at outside hospitals.

87.     Of these three, one decedent refused nearly all treatment, including high flow oxygen, recommended by the outside hospital and elected against medical advice to accept only comfort care/palliative measures.  His causes of death were reported as pneumonia and COVID-19.

88.     Another inmate died six days after his release from MCSO custody of a drug overdose, with environmental heat exposure with hyperthermia, COVID-19, and pneumonia listed as contributing causes.

89.     The third inmate had three causes of death: acute respiratory failure with hypoxia, pneumonia, and COVID-19 with two contributing causes of death: paroxysmal atrial fibrillation and type 2 diabetes.

90.     To date in 2022, we have administered 33,817 tests and retests, with 2,121 positive results.  There have been no COVID-related hospitalizations or deaths of MCSO inmates in 2022.

91.     In 2021, we administered 63,766 tests and retests, with 3,101 positive results. There were two COVID-19-related hospitalizations, one death in which COVID-19 was listed as the cause of death, and one death in which COVID-19 was a contributing factor.

92.     In 2020, we administered 27,756 tests and retests, with 1,871 positive results. There were 0 hospitalizations and 0 deaths.

93.     I regularly review COVID-19 statistics for Maricopa County as part of my duties.  Maricopa County is currently reporting a 25% positivity rate.  MCSO's positivity

rate for the year is 6.27%.  The County's hospitalization rate through the pandemic is 5%. MCSO's hospitalization rate is less than .05%.

94.    MCSO's mortality rate is significantly lower than the community rate in Maricopa County and demonstrates that the preventative strategies employed by CHS and MCSO are working.

**Named Plaintiffs**

95.    I have reviewed the named Plaintiffs' medical records in TechCare for COVID-19 positive test results and associated care, as well as their COVID-19 vaccination status.

96.    Plaintiff Fenty tested positive for COVID-19 on August 5, 2020 and was transferred from Watkins to medical observation at Lower Buckeye Jail.  He did not report any COVID-19 symptoms while in medical observation and was released from the unit on August 15, 2020.  Plaintiff Fenty refused the COVID-19 vaccine on 6/23/2021.  Attachment K is a true and correct copy of the vaccine refusal form he signed on that date.  He was released from MCSO custody on 12/02/2021.

97.    Plaintiff Stepter received his first dose of the Moderna vaccine on 02/17/2021 and his second dose on 03/17/2021.  He was released from MCSO custody on 10/19/2021.

98.    Plaintiff Crough refused the vaccine on 4/30/21 but subsequently received J&J on 5/4/2021.  Plaintiff Crough was released on 5/11/2021.

99.    Plaintiff Scroggins received the J&J vaccine on 4/29/2021.  Attachment L is a true and correct copy of the vaccine consent form he filled out and signed on 4/28/2021. Plaintiff Scroggins was released on 12/21/2021.

100.    Plaintiff Perez was transferred to Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") custody on 4/29/2021 and received two doses of Moderna while at ADCRR.

101.    Plaintiff Ochoa tested positive for COVID-19 on 7/7/2020 and was asymptomatic.  She received the J&J vaccine on 3/25/2021 and was released on 5/25/2021.

1   It is my understanding from counsel that Plaintiff Ochoa has been dismissed from this

2   lawsuit.

3       102.   Plaintiff Reason was released on probation on July 11, 2020.   He was

4   rebooked in April 2021 and received the J&J vaccine on 5/4/2021.  He was transferred to

5   ADCRR on 6/30/2021.

6       103.   Plaintiff Tequida was released on 9/22/2020 before COVID-19 vaccines were

7   available.

8       104.   Plaintiff Avenenti tested positive for COVID-19 on 6/4/2020 and was

9   asymptomatic.  He was released on 10/23/2020 before COVID-19 vaccines were available.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Phoenix, Arizona on June 15 , 2022.

_____

D. Crutchfield

**INDEX OF EXHIBITS TO DR. CRUTCHFIELD'S DECLARATION**

*Fenty, et al. v. Penzone, et al.*
No. 2:20-cv-01192-PHX-SPL

| ATTACHMENT | DESCRIPTION |
|:---:|---|
| A | SOP J-B-02-23 Management Plan for Novel Coronavirus dated February 8, 2022 |
| B | Facts about COVID-19 vaccines (English) |
| C | Facts about COVID-19 vaccines (Spanish) |
| D | PowerPoint Presentation on Vaccinations |
| E | Moderna Fact Sheet |
| F | Moderna Fact Sheet for Providers |
| G | Janssen Fact Sheet for Providers |
| H | Pfizer Fact Sheet |
| I | Pfizer Fact Sheet for Providers |
| J | Fenty Refusal Form |
| K | Scroggins Consent Form |

# ATTACHMENT A

# ATTACHMENT A



# MARICOPA COUNTY CORRECTIONAL HEALTH SERVICES

## STANDARD OPERATING PROCEDURES

**TITLE OF PROCEDURE:**  SOP J-B-02-23 MANAGEMENT PLAN FOR NOVEL CORONAVIRUS DISEASE

**CLINICAL POLICY:**  *J-B-02 Infectious Disease Prevention and Control*

CHS has a comprehensive infection control program that includes surveillance, prevention, and  control of communicable disease, which minimizes the incidence of infectious and communicable diseases among patients and staff. CHS has an exposure control plan approved by the Medical Director that is updated annually.

**REFERENCES**:

- NCCHC Standard J-B-02 Infectious Disease Prevention and Control
- CHS Clinical Policies: J-B-02, Infectious Disease Prevention and Control
- Maricopa County Department of Public Health, COVID-19 Testing: Healthcare Provider Guidance, retrieved 8/2020
- Maricopa County Department of Public Health, 2019 Novel Coronavirus  Outbreak, Update and Healthcare Provider Guidance, retrieved 7/2020
- Centers for Disease Control and Prevention, Interim Guidance for  Healthcare Professionals, retrieved 7/2020 from  https://www.cdc.gov/coronavirus/2019-nCoV/clinical-criteria.html
- Centers for Disease Control and Prevention, Interim Infection Prevention  and Control Recommendations for Patients with Suspected or Confirmed Coronavirus Disease 2019 (COVID-19) in Healthcare Settings, retrieved 4/2020 from https://www.cdc.gov/coronavirus/2019-ncov/infection-control/controlrecommendations.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fhcp%2Finfection-control.html
- Centers for Disease Control and Prevention, Symptoms of Coronavirus, retrieved 5/2020 from https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html

**APPLICABILITY**:

Correctional Health Services (CHS) Staff

MCSO-FENTY017453

**PROCEDURE:**

**A. Coronavirus disease 2019 or COVID-19 is a new respiratory virus first identified in Wuhan, China**.

1) There are several known coronaviruses that infect people and usually only cause mild respiratory disease, such as the common cold.

2) COVID-19 is thought to spread mainly through respiratory droplets produced when an infected person coughs, sneezes, or talks.

3) Most people who contract COVID-19 will experience mild symptoms; however, like the flu, individuals who have the highest risk for severe illness are older adults and those with chronic conditions like heart or lung disease or diabetes.

4) Since the onset of this worldwide pandemic, several strains and mutations have been identified. The most recent of these is now Omicron, which is much more transmissible, but causes milder disease in general.

**B. Criteria for Persons Under Investigation (PUI) for COVID-19 include patients who have:**

1) Fever (≥38°C, 100.4°F), **OR**

2) Symptoms of lower respiratory illness (cough or shortness of breath), **OR**

3) Close contact with a laboratory-confirmed COVID-19 patient within 14 days of symptom onset.

4) In addition, criteria for PUI include one or more of the following symptoms:
   - Fever
   - Chills
   - Repeated shaking with chills
   - Muscle pain
   - Headache
   - Sore Throat
   - New loss of taste or smell
   - Congestion or runny nose
   - Nausea or vomiting
   - Diarrhea

5) Given the wide range of symptom presentations, CHS personnel should consider patients with even mild symptoms as possible PUI.

**C. All inmates shall be screened for symptoms of COVID-19 upon arrival to the Maricopa County Sheriff's Office (MCSO) jail facility.**

1) This will take place at jail Intake or Self-Surrender.

2) If a patient in MCSO custody is awaiting transport to jail (from a medical or psychiatric treatment facility, arrest location, or prison) and is complaining of symptoms of fever, cough, shortness of breath, or other symptoms of acute illness:

   a) MCSO staff will contact the CHS facility nurse manager.

MCSO-FENTY017454

b) The on duty CHS provider will be consulted if needed.

c) If the report from MCSO indicates a high suspicion for a possible COVID-19 infection, the CHS staff member will advise MCSO staff to provide the patient with a surgical mask during the transport. MCSO staff should also wear masks.

d) MCSO staff will notify CHS staff of the patient's arrival and will await further instruction from CHS staff about where to evaluate the patient.

**D. Early isolation of the patient with suspected COVID-19**

1) Patients are provided with a surgical mask upon entering the facility and instructed on mask application, hand hygiene, and cough etiquette.

2) Patients who screen positive for being at risk for COVID-19 will be immediately isolated in a private room and placed on droplet precautions, contact precautions, and standard precautions. All such patients will be offered rapid antigen testing.

3) All persons entering the suspected COVID-19 room shall wear at a minimum:

    1) Surgical (medical) mask
    2) Gown
    3) Gloves
    4) Face shield and/or eye protection

4) Only essential healthcare personnel with designated roles should enter the patient's room to evaluate or care for the patient.

5) The provider shall evaluate the patient and decide whether the patient is at risk for COVID-19.

**E. Housing Options**:

1) Medical Observation Housing**:**

Patients presenting with symptoms of a COVID-19 infection are to be transported to a medical isolation unit wearing a surgical mask.

a) A 'speed letter' is created in Techcare, indicating **'Medical Observation – Mask Patient'**, and transmitted to <u>MCSO Classification</u>.

- Patients at higher risk for complications (age >60 or diabetes, heart problems, lung problems, or other conditions that can lead to immunocompromise) will be housed in the Infirmary.

- Patients at lower risk for complications will be housed in a housing unit with cells designated for symptomatic patients.

b) COVID-19 testing will be offered to patients housed in Medical Observation Housing.

- While awaiting the results of the COVID-19 test, the patient will remain housed alone in Medical Observation, in order to prevent the spread of a potential infection.

c) Patients who test positive for COVID-19 may be housed with other patients who test positive for COVID-19.

MCSO-FENTY017455

- In these situations, a 'speed letter' is created in Techcare, indicating **'Medical Observation- Mask Patient. May Double Bunk'** and transmitted to <u>MCSO Classification</u>.

d) When entering the patient's <u>housing unit</u> (and not entering the cell), a surgical mask should be worn by CHS staff members. Disposable gloves should be worn if the staff member will be touching anything.

e) Segregation checks will be performed per CHS Standard Operating Procedure J-G-02 for patients housed in Medical Observation, using routine questions on the Segregation Rounds form.

- Medical staff will check on each patient daily and ask about symptoms of fever, cough, shortness of breath, or any additional signs of acute illness.
- This information will be documented in a quick note in Techcare.
- The provider will be notified of any health concerns.

f) **Daily temperature checks will be performed by a CHT or nurse. If the patient must be brought out of their cell for the temperature check, then the CHT/nurse shall wear appropriate PPE (surgical mask, gown, gloves, and face shield/goggles).**

- The temperature will be documented in Techcare.

g) Providers shall order medications to control fever (e.g., acetaminophen or ibuprofen) and respiratory secretions (e.g., loratadine or cetirizine), when indicated. Keep on Person (KOP) is preferred in patients who are not likely to misuse their medications.

h) Differential diagnosis, in addition to COVID-19, should include other etiologies of respiratory tract infections based on the clinical presentation of the patient.

- At the medical provider's discretion, a nursing visit or provider visit can be scheduled to check on the clinical status of the patient. A visit should be initiated at the patient's cell-front to determine whether the patient will need to be moved outside of their cell for further assessment.

i) Inmates/patients in Medical Observation housing are placed on Movement Restriction, which prohibits their movement outside of the housing unit (including court dates), except in the case of an emergency or a release date from custody.

- **Patients who have previously tested positive for COVID-19 and become symptomatic again after 90 days for possible COVID-19 should be placed in Medical Observation for testing and monitoring of symptoms.**

j) Patients who refuse COVID-19 testing and have been in Medical Observation for a period of 10 days (and are asymptomatic and afebrile) should be sent to Cohort housing, where they will be reoffered testing.

2) Medical Observation for patients with acute mental health needs**:**

Suicidal patients presenting with symptoms of a COVID-19 infection are to be transported to a Medical Observation unit wearing a surgical mask.

a) **See Appendix A ('COVID-19 Speed Letter Reference Guide) at the end of this document for specific wording to use in speed letters for PUI on MHU status.**

b) Efforts to minimize patient contact with CHS and MCSO staff members, as well as other inmates, should be made.

- MCSO should be notified about suicidal patients who meet criteria for a Person Under Investigation for COVID-19 symptoms.

- If a patient is actively self-harming, then the use of an injection for the treatment of agitation may be preferable to placement in a restraint bed, in order to reduce the risk of infection transmission.

c) When a suicidal patient who is a Person Under Investigation (or positive for COVID-19) is housed in the MHU (Mental Health Unit) or Infirmary, then Level of Care (LOC) assessments can be performed at a patient's cell front, in order to reduce the risk of infection transmission.

- **However, daily temperature checks should be performed, if possible, by a CHT or nurse. If the patient must be brought out of their cell for the temperature check, then the CHT/nurse shall wear appropriate PPE (surgical mask, gown, gloves, and face shield/goggles).**

- The temperature will be documented in Techcare.

- Per nursing/provider discretion, the patient may need to be brought out of their cell for further assessment, if their clinical status warrants this.

3) 'Close Contacts' Prior to Incarceration:

Asymptomatic patients who were a 'close contact' (within 6 feet for longer than 10 minutes) prior to incarceration to an individual with COVID-19 will be offered rapid antigen testing and if positive, or the test is refused, placed in Medical Observation.

a) A 'speed letter' is created in Techcare, indicating **'Medical Observation- Mask Patient'**, and transmitted to <u>MCSO Classification.</u>

b) COVID-19 testing will be offered to patients housed in Medical Observation Housing.

c) Segregation checks will be performed per CHS Standard Operating Procedure J-G-02 for patients housed in Medical Observation, using routine questions on the Segregation Rounds form.

- Medical staff will check on each patient daily and ask about symptoms of fever, cough, shortness of breath, or any additional signs of acute illness.

- This information will be documented in a quick note in Techcare.

- The provider will be notified of any health concerns.

d) **Daily temperature checks will be performed by a CHT or nurse. If the patient must be brought out of their cell for the temperature check, then the CHT/nurse shall wear appropriate PPE (surgical mask, gown, gloves, and face shield/goggles).**

MCSO-FENTY017457

- The temperature will be documented in Techcare.

4) Cohort Housing**:**

MCSO places inmates who are new to jail (<14 days in custody) into **'Cohort Housing'**, in order to keep new inmates, separate from the established population.

a) The purpose of 'Cohort Housing' is to prevent asymptomatic or pre-symptomatic patients with COVID-19 from infecting inmates in the established population, per CDC guidelines.

b) COVID-19 testing of individuals residing in Cohort Housing will be performed based upon the recommendations of the Maricopa County Department of Public Health.

c) Patients who present with symptoms of possible COVID-19 will be transferred to Medical Observation housing for testing and monitoring, per provider order.

5) Quarantine Housing**:**

Housing units will be placed on **'Quarantine'** status if an inmate/patient who was housed in that unit tests positive for COVID-19.

a) All inmates in the Quarantine housing unit may be offered COVID-19 testing if symptomatic within 1-2 business days and isolated based on recommendations from the Maricopa County Department of Public Health.

b) If additional inmate/patients test positive for COVID-19 in the Quarantine Housing unit, the quarantine will reset to 'Day 1'.

c) Quarantine status will be tentatively set for 30 days, which allows for 3 incubation periods of COVID-19 (each incubation period is 10 days).

- Quarantine status may end sooner than 30 days, if no other positive individuals in the housing unit are identified with COVID-19.

- Quarantine status may need to be extended beyond 30 days, if one or more individuals test positive at the end of the 30-day quarantine period.

- All inmates in the Quarantine housing unit will be offered COVID-19 testing if the quarantine period is extended 2 or more times due to symptomatic cases being identified.

d) Inmates/patients who test positive for COVID-19 will be transported to Medical Observation housing.

e) Inmates who refuse testing on day 10 in Quarantine housing will be moved to Medical Observation for 10 days.

- Daily temperature checks and symptom assessments will be done.

- COVID-19 testing will be offered to inmates who refused testing in Quarantine housing.

f) Patients who must leave Quarantine housing for <u>suicide watch</u> will be upgraded to medical observation and referred for COVID-19 testing ASAP.  The MHU medical provider(s) will work with the COVID-19 Nurse practitioner and Infection

MCSO-FENTY017458

Control to arrange that testing. Patient must remain on medical observation status while in MHU until cleared by provider staff (as "NEGATIVE" or "RECOVERED."

If a quarantine patient is being discharged from MHU, discharging provider and RN on duty should confirm that the patient came to MHU from a quarantine, and check that patient is not febrile or reporting COVID symptoms.

If these criteria are met, the patient should be discharged from medical observation and may return to original quarantine (usually outside of MHU but this could even apply to an MHU stepdown unit that is on quarantine).

If a quarantine patient, who is on medical observation in MHU, becomes symptomatic or has concerning vital signs, that inmate should remain on medical observation status regardless of whether they are staying or discharging from MHU.

- Recommended speed letter verbiage: "Discharge from MHU. Discontinue medical observation. Inmate may return to quarantine.

g) Patients who must leave Quarantine housing for <u>disciplinary reasons</u> may be offered a rapid antigen test and if positive or refuses testing admitted to Medical Observation. This is in order to ensure that a patient exposed to COVID-19 is not mixed in with unexposed individuals in general population.

h) Inmates/patients in Quarantine housing are placed on Movement Restriction, which prohibits their movement outside of the housing unit (except court dates or other essential appointments), except in the case of an emergency or a release date from custody.

i) Quarantine housing status will only be discontinued by MCSO through direct communication from CHS Infection Control.

6) Recovered Housing:

This is a housing unit where patients who have tested positive for COVID-19 and have recovered from the infection, based on CDC guidelines, are housed together. Since these individuals have met requirements for recovery from COVID-19 per CDC criteria, <u>they are no longer on Movement Restriction.</u>

a) Requirements for 'Recovered Housing':

- Positive COVID-19 test

- 10 days have passed since the onset of symptoms

- At least 24 hours have passed since resolution of fever, and improvement of cough, shortness of breath, or other symptoms of acute illness.

b) Special Circumstances:

- Severely ill (Intensive Care Unit admission): the patient should be in Medical Observation for **20 days** from the onset of symptoms.

- Immunocompromised: the patient should be in Medical Observation for **20 days** from the onset of symptoms (or, if asymptomatic, 20 days since the first positive test was done).

MCSO-FENTY017459

     c) A 'speed letter' is created in Techcare indicating **'Discontinue Medical Observation- Recovered'.**

7) 'Negative' Housing:

     a) These units house inmates who went to Medical Observation and tested negative one time.

     b) They were released from Medical Observation after confirmation of the negative test results and verification that there was no fever.

     c) They are NOT on Movement Restriction.

     d) They CANNOT mix with inmates from Quarantine Cleared houses.

     e) For patients who tested negative for COVID-19 and are being released from Medical Observation, the 'speed letter' should state, **'Discontinue Medical Observation- Negative'.**

- These patients cannot go to 'Recovered Housing', since they do not meet criteria for an individual who has recovered from a COVID-19 infection.

8) 'Quarantine Cleared' Housing:

     a) These units house inmates who have completed a ten-day quarantine period without additional positive patients identified or had **2 or more negative COVID-19 tests.**

     b) They are NOT on Movement Restriction.

     c) They can only be in close proximity of other inmates from Quarantine Cleared houses (including any time spent outside of their housing units).

9) Inmates/patients who are eligible for Elective Surgeries, Extradition, or 'Reach-Out' (early release program) will be moved to Medical Observation as follows**:**

     a) A 'speed letter' is created in Techcare, indicating **'Medical  Observation – Mask Patient'**, and transmitted to <u>MCSO Classification</u>.

     b) **Preoperative, Extradition, and Reach-Out inmates/patients must be housed alone in Medical Observation.**

- The move to Medical Observation will generally take place 3-5 days prior to the planned procedure or planned release.

- **Identification of a patient's status will be identified in the 'notes' section of the Techcare queue, entitled 'COVID-19/Med-Obs/Isolation', as follows:**

  - **'Preop' for preoperative patients**

  - **'Extradition' for inmates awaiting extradition**

  - **'Reach-Out' for early release Reach-Out inmates**

     c) Coordination of preoperative patients will take place between CHS Utilization Management and MCSO.

MCSO-FENTY017460

d) Coordination of Extradition inmates will take place between the CHS Medical Director or designee, transporting agency, and the receiving facility.

e) Coordination of Reach-Out patients will take place between the CHS Community Transitions team and Maricopa County Adult Probation.

f) While awaiting the results of the COVID-19 test, the patient will remain housed alone in Medical Observation, in order to prevent the spread of a potential infection.

g) When entering the patient's housing unit (and not entering the cell), a surgical mask should be worn by CHS staff members. Disposable gloves should be worn if the staff member will be touching anything. Segregation checks will be performed per CHS Standard Operating Procedure J-G-02 for patients housed in Medical Observation, using routine questions on the Segregation Rounds form.

- Medical staff will check on each patient daily and ask about symptoms of fever, cough, shortness of breath, or any additional signs of acute illness.
- This information will be documented in a quick note in Techcare.
- The provider will be notified of any health concerns.

h) **Daily temperature checks will be performed by a CHT or nurse. If the patient must be brought out of their cell for the temperature check, then the CHT/nurse shall wear appropriate PPE (surgical mask, gown, gloves, and face shield/goggles).**

- The temperature will be documented in Techcare.

i) At the medical provider's discretion, a nursing visit or provider visit can be scheduled to check on the clinical status of the patient. A visit should be initiated at the patient's cell-front to determine whether the patient will need to be moved outside of their cell for further assessment.

F. <u>**Contact with confirmed COVID-19 or suspected COVID-19 in conjunction with aerosol-generating procedures:**</u>

a) When in a room with a patient with, or suspected to have, COVID- 19 and aerosol-generating procedures (e.g., tracheal intubation, non-invasive ventilation, tracheostomy, **cardiopulmonary resuscitation, nebulizer therapy, nasopharyngeal swab testing**, manual ventilation before intubation, bronchoscopy) are being performed, all healthcare personnel should wear:

1) N95 respirator
2) Gown
3) Gloves
4) Eye protection (e.g., goggles or face shield)

b) Because the administration of **small volume nebulizers (SVN's)** is an aerosol-generating procedure, efforts should be made to avoid this form of therapy in Persons Under Investigation during the COVID-19 pandemic, if that patient's condition does not warrant this.

1) Per provider order, alternative treatments (e.g., levalbuterol HFA) may

MCSO-FENTY017461

be prescribed.

2) If an SVN is performed, then it should be done in a private room at a maximum distance from other people.

3) After the treatment, the room should remain vacant for 1 hour.

**G.   Test Results:**

a) CHS Infection Control (IC) will track results on COVID-19 testing and the Business Integration Team (BIT) will update the patient's medical record. Notifications of the following people will take place via email Monday-Friday except holidays: CHS Director, Medical Director, and the Directors of Nursing.

b) <u>Patients who test positive for COVID-19 will remain in Medical Observation.</u>

- The patient will be notified of their positive results by a nurse or provider as soon as possible, but within one business day of the test results being received from the lab.

- Patients who test negative for COVID-19 will be notified via paper notification-form is available in the 'forms' menu in Techcare.

- Patients with indeterminate test results should have the COVID-19 test reordered under the direction of CHS Infection Control. The need for repeat testing will be communicated with the personnel who will be reoffering the test to the patient.

- CHS IC will communicate information on positive test results to the designated MCSO contact.

- Transportation officers should wear a surgical mask, gown, gloves, and face shield or eye protection when transporting PUI and patients with a confirmed positive COVID-19 test.

- Movement restriction in patients who test positive for COVID-19 will be in place until:

  i.   10 days have elapsed since the onset of symptoms  (or, if asymptomatic, 10 days since the first positive test was done), AND

  ii.  At least 24 hours have passed since the resolution of fever (including fever, chill, rigors, and body/muscle aches) without the use of fever reducing medications AND improvement of respiratory symptoms (including cough, shortness of breath/difficulty breathing, sore throat, and loss of taste or smell).

  iii. Severely ill (Intensive Care Unit admission): the patient should be in Medical Observation for **20 days** from the onset of symptoms.

  iv.  Immunocompromised: the patient should be in Medical Observation for **20 days** from the onset of symptoms (or, if asymptomatic, 20 days since the first positive test was done).

MCSO-FENTY017462

- Release from Medical Observation will occur based on a nursing or provider assessment to screen for a fever, cough, shortness of breath, or other symptoms of acute illness. This visit will be documented in a SOAPE note or quick note in Techcare.

c) <u>Patients who test negative for COVID-19 may be released to Negative housing, if</u>:

1) At least 24 hours have passed since the resolution of fever (including fever, chill, rigors, and body/muscle aches) without the use of fever reducing medications AND improvement of respiratory symptoms (including cough, shortness of breath/difficulty breathing, sore throat, and loss of taste or smell).

2) Per provider discretion, patients who have clinical or radiologic findings that are consistent with a COVID-19 infection, but have a negative test, should be placed in Medical Observation housing (Infirmary if symptoms warrant) for 10 days from the onset of symptoms.

i. In addition, at least 24 hours must pass since the resolution of fever and improvement of respiratory symptoms.

3) Patients will be notified of negative test results through a Patient Notification of Lab or X-ray Result form completed by the provider.

d) <u>If a patient is asymptomatic and has a positive COVID-19 test:</u>

1) The patient should be isolated until at least 10 days have passed since the date of their first positive COVID-19 diagnostic test, assuming they have not developed symptoms since that last test.

2) Immunocompromised: the patient should be in Medical Observation for **20 days** from the onset of symptoms (or, if asymptomatic, 20 days since the first positive test was done).

**H. <u>Patient Tracking in Techcare:</u>**

Per provider order, patients who are transported to Medical Observation are admitted to the 'COVID-19 Med-Obs/Isolation' queue in Techcare.

1) This queue is accessed under the 'Group Management' tab, then 'Admissions/Discharge' tab.

2) The following individuals are admitted to the COVID-19 Med-Obs/Isolation queue:

a) Persons Under Investigation for COVID-19

b) Persons who test positive for COVID-19

c) Preoperative patients who are in Medical Observation for COVID-19 screening and isolation.

d) Extradition inmates who are in Medical Observation for COVID-19 screening and isolation, awaiting transportation to another facility.

e) Reach-Out patients who are in Medical Observation for COVID-19 screening and isolation.

MCSO-FENTY017463

f) Patients in a Quarantine unit who need to go on suicide watch.

g) Patients in a Quarantine unit who need to go to disciplinary restriction or administrative restriction housing per MCSO who refuse testing or test positive on a rapid test.

h) Patients in a quarantine unit who refused a second (day 10) COVID-19 test.

**3)** Admission to the COVID-19 Med-Obs/Isolation queue causes a quick note to pop up. **The documentation should indicate the reason that the patient is being admitted to Medical Observation (e.g. 'Person Under Investigation for COVID-19').**

a) The 'timer' should be set for 10 days. After 10 days, then the patient's name is highlighted in red, indicating the upper limit of time that most patients would need to be in Medical Observation.

b) In the 'comments' section, the reason that the patient is being admitted to Medical Observation should be documented.

c) Discharge from the COVID-19 Med-Obs/Isolation queue takes place after a patient no longer needs to be in Medical Observation. A quick note will pop up. The documentation should indicate the reason that the patient is being discharged from Medical Observation (e.g. '10 days have elapsed since positive COVID-19 test was obtained; afebrile for 24 hours and improvement or symptom-free for 72 hours').

4) COVID-19 'flags'

a) When a patient's test results have arrived from the lab, the provider who is reviewing the results should document the results in a quick note, as well as starting a Techcare 'flag' with the results.

b) The flags are as follows:

1) 'COVID-19 positive' is used for patients who test positive for COVID-19.

2) 'COVID-19 negative' is used for patients who test negative for COVID-19.

3) Patients with pending test results or those who haven't been tested should NOT have a flag marked.

4) **The flag expiration should be marked for 10 days after the test was <u>obtained</u>.**

<u>Note:</u>  An expiration date is entered because a patient's COVID-19 status can change over time.

**I.  <u>Infection Control (IC) Procedures:</u>**

Notification of confirmed COVID-19 cases:

Infection Control promptly notifies Maricopa County Sheriff's Office (MCSO) of suspected and/or  confirmed COVID-19 cases. Information to be communicated includes

MCSO-FENTY017464

patient name, booking number, housing location, and date of symptom onset.

   a) MCSO Transportation is informed that suspected or confirmed patients are not to be transported to court until cleared by CHS IC.

   b) MCSO Transportation is instructed to wear a surgical mask during transportation of patients.

   c) MCSO email notifications.

      1) Custody Region II Deputy Chief

      2) Inmate Medical Services Commander

**J. <u>COVID-19 Exposure Control</u>:**

The CHS Medical Director determines appropriate contact management and exposure control procedures for confirmed COVID-19 cases.

**K. <u>COVID-19 Exposed Patients (close contact)</u>:**

   1) **Close contact** is defined as:

      i. Being within approximately 6 feet of a COVID-19 case for a prolonged period of time (longer than 10 minutes), OR

      ii. Having direct contact with infectious secretions of a COVID-19 case (e.g., being coughed on)

   2) A list of patients with possible exposure to the patient with infectious COVID-19 is compiled by the MCSO Occupational Safety Division Office and the list is forwarded to CHS Infection Control.

   3) Housing units are changed to 'Quarantine' status when COVID-19 cases are identified.

   4) Movement restriction will be implemented for 10 days for asymptomatic contacts of patients who were housed with a positive COVID-19 case.

   5) Patients on movement restriction may seek out medical care as outlined in Standard Operating Procedure J-E-07 (Non-Emergency Health Needs Request and Services).

   6) Infection Control notifies other agencies (e.g., Arizona Department of Corrections [ADC]) of transferred patients who had a positive COVID-19 test prior to transfer.

   7) Infection Control notifies the Maricopa County Department of Public Health of patients who had a positive COVID-19 test and were released to the community.

   8) The COVID-19 protocol is discontinued at the direction of the CHS Medical Director after consultation with Maricopa County Department of Public Health.

   9) Infection Control notifies the Maricopa County Department of Public Health of positive COVID-19 patients that are released from custody, prior to receiving the lab results.

      a) MCSO will mask patient and transport to clinic area.

      b) Patient is then transported to the release area and housed in a single cell until released.

MCSO-FENTY017465

c) Infection Control to contact Maricopa County Public Health.

d) Clinic Nurse notifies Infection Control when COVID-19 positive patients are released  from custody.

**L.  Release to Community:**

Patient education is provided regarding self-quarantine and how to receive test results. Patients released from custody should contact CHS Health Information Management by visiting the CHS Website or by calling 602-876-9168 to request and make arrangements to obtain copies of test results.

1)  Positive COVID-19

a)  Patient is informed of quarantine days remaining until  completion of protocol.

b)  Patient is instructed to remain on home isolation for **10 days**  after their COVID-19 testing **AND** until **24 hours** after their  fever has resolved and symptoms of acute infection are improved.

2)  Under Medical Observation Protocol:

a)  Patient is informed of quarantine days remaining until  completion of protocol.

b)  Patient is instructed to follow-up with their primary care provider if symptoms develop (fever, shortness of breath, cough).

**M. Homeless**:

1)  Infection Control will work with the CHS Community Transitions team on placement options with community partners.

2)  Patient is informed of quarantine days remaining until  completion of protocol.

3)  Patient is instructed to follow-up with a provider if symptoms  develop (fever, shortness of breath, cough).

4)  Patient is instructed to remain in home isolation for **10 days**  after their COVID-19 testing **AND** until **24 hours** after their  fever resolves and symptoms of acute infection are improved.

5)  Community Transition Manager or designee receives the daily list, reviews the list, and identifies those who reported homelessness.

6)  SHIELD is reviewed for possible release dates – will be prioritized by next court/release date.

7)  Community Transitions staff informs eligible patients of services offered and gets consent signed (if patient is agreeable).

8)  Community Transitions staff sets up a courtesy release with the triage transportation line.

9)  Information will be shared with receiving agency with patients' consent.

10) Patients are released with an education form and mask.

MCSO-FENTY017466

**N. <u>Release to Other Agencies</u>:**

    1) Receiving agency is notified of the patient's COVID-19 status.

    2) If the receiving agency accepts the patient and assumes responsibility, then proceed with transfer.

    3) If the receiving agency declines the transfer, then continue protocol onsite that was already established.

**O. <u>Discontinuation of COVID 19 Pandemic Management Plan</u>:**

    1) Infection Control notifies the CHS Medical Director of the status of patients at the end of the incubation period.

    2) The Medical Director or designee approves discontinuation of the COVID-19 Protocol.

    3) Infection Control communicates the discontinuation of the COVID-19 protocol to MCSO and CHS.

**P. <u>Employee exposure:</u>**

    1) An email from the office of the CHS Director is sent to CHS employees regarding a potential contact.

    2) CHS Human Resources is notified of any potential COVID-19 contact immediately.

    3) For Registry employees, CHS Infection Control notifies the Staffing Specialist, and the Staffing Specialist notifies Registries of potential contact.

**Q. <u>COVID 19 VACCINATION</u>:**

    1) In December 2020, the FDA granted Emergency Use Authorization (EUA) for two COVID-19 vaccines. In February 2021, a third vaccine was also given EUA.

      a) The first two vaccines are mRNA for the virus spike protein

         i. Pfizer-BioNTech (Comirnaty)
         ii. Moderna mRNA-1273

      b) Janssen COVID-19 uses an adenovirus type 26 (Ad26) which delivers a piece of viral DNA used to make the spike protein with the adenovirus modified so that it cannot replicate within the human body to cause disease.

      c) Multiple other varying vaccine candidates are currently in clinical trials or approved in foreign countries.

      d) Both currently available mRNA vaccines require a series of 2 injections spaced 3 to 4 weeks apart depending on the manufacturer.

      e) Janssen requires only one dose administration.

      f) Maximum immunity is not expected for five to six weeks following the initial injection.

MCSO-FENTY017467

g) Even with vaccination, it may still be possible to contract less severe disease or spread the virus to others. Breakthrough cases are now seen more frequently with the latest variant, omicron.

h) On November 19, 2021, The CDC endorsed the Advisory Committee on Immunization Practices' (ACIP) expanded recommendations for booster shots to include all adults ages 18 years and older who received a Pfizer-BioNTech or Moderna vaccine at least six months after their second dose. Shortly after, it was recommended that those who had received the Janssen one time dose vaccine could receive a booster two months after the primary vaccine. This can be any of the approved or EUA vaccines.
(https://www.cdc.gov/media/releases/2021/s1119-booster-shots.html, n.d.)

2) Vaccine availability was initially limited due to the expected high demand, manufacturing, storage, and transportation limitations.

3) The CDC prioritized groups to receive vaccination as it rolled out. [i]

a) Residents of correctional facilities are at higher risk given the congregate living situation.

b) It will be the policy of CHS to offer vaccination series to all patients at their initial health assessment.

c) Higher risk individuals due to age or underlying conditions will be prioritized to receive the 1st vaccinations and booster doses. The goal will be to offer vaccination facility wide as supply allows.  The medical director will provide staff with a list of high-risk patients to be prioritized for the vaccine administration.

d) Following completion of high-risk patient immunization, Infection Control will provide lists of housing units to be offered mass vaccination or boosters.

  i. Suggested order would be quarantine cleared housing closely followed by recovered housing and closed cohorts.

  ii. New arrivals can be offered the vaccine at their initial health assessment. Providers are encouraged to offer vaccination to all patients seen for sick calls or other HNRs.

  iii. Patients who initially decline vaccination should be encouraged to submit an HNR to request vaccination or booster dose. They are then admitted to the COVID-19 Vaccine admission queue in TechCare.

**R.  PROCEDURE:**

1) Assess persons 18 years of age and older for vaccination with Moderna mRNA-1273 COVID-19 Vaccine based on the following criteria:

a) Note complete 2-dose COVID-19 vaccination history, regardless of brand. If 2 doses of a same-brand or mixed-brand series have been administered, no additional doses are recommended until sufficient time interval has passed for booster dosing.  *Verification is done through ASIIS or CDC or out of state public health vaccination card.*

MCSO-FENTY017468

1. If the recipient has received 1 previous dose of Moderna COVID-19 Vaccine, a second dose of the same brand should be administered.

2. This vaccine is administered in a 2-dose series. Separate doses by at least 28 days.

3. Booster may be given six months after completing the primary series.

b) Moderna COVID-19 Vaccine may now be administered at the same time as other vaccines. Care should be taken to choose a separate injection site from the other vaccination.

c) Moderna COVID-19 Vaccine should be deferred for at least 90 days for persons who received passive antibody therapy (monoclonal antibodies or convalescent plasma) as part of COVID-19 treatment.

2) Assess persons 12 years of age and older for vaccination with Pfizer-BioNTech COVID-19 Vaccine based on the following criteria:

a) Note complete 2-dose COVID-19 vaccination history, regardless of brand. If 2 doses of a same-brand or mixed-brand series have been administered, no additional doses are recommended until sufficient time interval has passed for booster dosing. Verification is done through ASIIS or CDC or out of state public health vaccination card.

b) If the recipient has received 1 previous dose of Pfizer-BioNTech COVID-19 Vaccine, the second dose of the same brand should be administered.

c) This vaccine is administered in a 2-dose series. Separate doses by at least 21 days. Up to ten weeks after may be optimal.

3) Pfizer-BioNTech COVID-19 Vaccine may now be administered at the same time as other vaccines or within 14 days of a previous vaccination. They should be administered at a separate injection site from the other vaccine.

4) Pfizer-BioNTech COVID-19 Vaccine should be deferred for at least 90 days for persons who received passive antibody therapy (monoclonal antibodies or convalescent plasma) as part of COVID-19 treatment.

a) Booster may be given six months after completing the primary series.

5) Screen for contraindications and precautions to mRNA Vaccines:

a) **Contraindications:**

i. Severe allergic reaction (e.g., anaphylaxis) to a previous dose or component of either mRNA COVID-19 vaccine

ii. Immediate allergic reaction of any severity to a previous dose or component of an mRNA COVID-19 vaccine (including polyethylene glycol [PEG].

iii. Immediate allergic reaction of any severity to polysorbate (due to potential cross-reactive hypersensitivity with the vaccine ingredient PEG)

b) **Precautions:**

MCSO-FENTY017469

      i.   History of an immediate allergic reaction to any other vaccine or injectable therapy (i.e., intramuscular, intravenous, or subcutaneous vaccines or therapies not related to a component of mRNA COVID-19 vaccines or polysorbate)

     ii.   Moderate to severe acute illness. Those patients reporting current fever, chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, or loss of taste or smell should have vaccination deferred.

   iii.   Patients with a bleeding disorder or taking a blood thinner may receive vaccination but should be instructed to hold firm pressure for at least two minutes and **not to rub the area**.

> **Note:** **ACIP recommends the following technique for intramuscular vaccination in patients with bleeding disorders or taking blood thinners: a fine-gauge needle (23-gauge or smaller caliber) should be used for the vaccination, followed by firm pressure on the site, without rubbing, for at least 2 minutes.**

   iv.   Do not vaccinate those who have tested positive for COVID-19 within the past ten days.

6) Assess persons 18 years of age and older for vaccination with Janssen COVID-19 Vaccine based on the following criteria:

   **a) Contraindication:**

      i.   Do not administer the Janssen COVID-19 Vaccine to individuals with a known history of a severe allergic reaction (e.g., anaphylaxis) to any component of the Janssen COVID-19 Vaccine (see Full EUA Prescribing Information).

     ii.   There are no data available on the use of the Janssen COVID-19 Vaccine to complete a vaccination series initiated with another COVID-19 Vaccine, but mixing and matching vaccines is now considered acceptable. Booster may be given two months after the primary injection.

   **b) Precautions:**

      i.   History of an immediate allergic reaction* to any other vaccine or injectable therapy (i.e., intramuscular, intravenous, or subcutaneous vaccines or therapies)

     ii.   This includes persons with a reaction to a vaccine or injectable therapy that contains multiple components, one of which is polysorbate or another vaccine component, but for whom it is unknown which component elicited the immediate allergic reaction.

   iii.   People with a contraindication to either mRNA COVID-19 vaccine have a precaution to Janssen COVID-19 Vaccine.

MCSO-FENTY017470

    iv.   Moderate or severe acute illness

    v.   Provide all recipients with a copy of the current federal Emergency Use Authorization (EUA) Fact Sheet for Recipients and Caregivers

       a)  https://www.fda.gov/media/144637/download for Moderna
       b)  https://www.fda.gov/media/144414/download for Pfizer
       c)  https://www.fda.gov/media/146305/download for Janssen

    vi.   Secure written informed consent.

7) Prepare to administer the vaccine.

    1)  If using Moderna:

       i.   Administer 0.5 mL of Moderna COVID-19 vaccine IM (22-25g. 1-1½" needle) in the deltoid muscle. For booster administer 0.25 mL in the deltoid muscle (OR)

    2)  If using Pfizer:

       i.   Mix Pfizer-BioNTech COVID-19 Vaccine with 0.9% sodium chloride (normal saline, preservative-free) diluent according to the manufacturer's instructions for purple cap or gray cap vials. The gray cap formulation is not to be diluted. Follow manufacturer's guidance for storing/handling mixed vaccine

       ii.  Administer 0.3 mL Pfizer-BioNTech COVID-19 vaccine IM (22-25g. 1-1½" needle) in the deltoid muscle. For booster administer 0.3 mL IM (OR)

    3)  If using Janssen (J&J):

       i.   Dose Preparation: The Janssen COVID-19 Vaccine is a colorless to slightly yellow, clear to very opalescent suspension. Visually inspect the Janssen COVID-19 Vaccine vials for particulate matter and discoloration prior to administration. If either of these conditions exists, do not administer the vaccine.

       ii.  Verify the final dosing volume of 0.5 mL Administer the Janssen COVID-19 Vaccine intramuscularly (22-25g. 1-1½" needle). A booster dose of the Janssen vaccine is the same amount.

       iii. Follow the manufacturer's guidance for storing/handling punctured vaccine vials.

8)  Document each patient's vaccine administration information and follow up in the following place:

       i.   **Techcare and Consent Form:** Record the date the vaccine was administered, the manufacturer and lot number, the vaccination site and route, and the name and title of the person administering

MCSO-FENTY017471

the vaccine.  If vaccine was not given, record the reason(s) for non-receipt of the vaccine (e.g., medical contraindication, patient refusal).

ii. Vaccination record card: Date of vaccination, product name/manufacturer, lot number, and name/location of the administering clinic or healthcare professional. Give to the vaccine recipient.

iii. Arizona State Immunization Information System (ASIIS) entry per protocol.

iv. Additional preparation and administration information is available on the manufacturer's website.

9) Be prepared for management of a medical emergency.

   a) Have the written emergency medical protocol available, as well as equipment and medications.

   b) Vaccination providers should observe patients after vaccination to monitor for the occurrence of immediate adverse reactions:

      i. <u>30 minutes</u>: Persons with a history of an immediate allergic reaction of any severity to a vaccine or injectable therapy and persons with a history of anaphylaxis due to any cause.

      ii. <u>15 minutes</u>: All other persons.

10) Report adverse events to the Vaccine Adverse Event Reporting System (VAERS) utilizing the online form or the downloadable PDF for all adverse reactions to the vaccination and send a copy to Quality Management.

    a) While this vaccine is under Emergency Use Authorization (EUA), healthcare professionals are required to report to VAERS:

       i. Vaccine administration errors (whether associated with an adverse event [AE] or not).

       ii. Serious AEs (irrespective of attribution to vaccination)

       iii. Multisystem inflammatory syndrome (MIS) in adults or children.

       iv. Cases of COVID-19 that result in hospitalization or death.

       v. Any additional AEs and revised safety requirements per the Food and Drug Administration's conditions for use of an authorized vaccine throughout the duration of the EUA.

    b) Healthcare professionals are encouraged to report to VAERS:

MCSO-FENTY017472

      i.   Clinically important adverse events that occur after vaccination, even if you are not sure whether the vaccine caused the adverse event.

     ii.   Complete a Patient Safety Report

---

[I] https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/covid-19-vaccines

[II] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations.html

[III] https://www.cdc.gov/mmwr/volumes/69/wr/mm6949e1.htm

MCSO-FENTY017473

## DEFINITIONS:

***Airborne (Respiratory) Precautions****:* A method of infection control designed to reduce the risk of airborne transmission of infectious agents by dissemination of either airborne droplet nuclei (0.5 microns or smaller in size) of evaporated droplets that may remain suspended in the air for long periods of time, or of dust particles containing the infectious agent.

***Cohort Housing:*** In the context of the COVID-19 pandemic, this is a housing unit where asymptomatic inmates are housed for the first 14 days of incarceration. Cohort housing keeps pre-symptomatic/asymptomatic patients who may be infected with COVID-19 from mixing with the established jail population. Testing is completed based on recommendations from Public Health. **Cohort Housing units are NOT on Movement Restriction.**

***Contact Precautions****:* A method of infection control designed to reduce the risk of transmission of epidemiologically important microorganisms by direct or indirect contact.

***COVID-19:*** A new coronavirus that has not been previously identified and causes a respiratory illness ranging from asymptomatic or mild upper respiratory illness to severe pneumonia, which can be fatal.

***Droplet Precautions****:* A method of infection control designed to reduce the risk of transmission of epidemiologically important microorganisms that can be transmitted by infectious droplets (large particle droplets, 0.5 microns or larger in size).

***Medical Observation Housing:*** In the context of the COVID-19 pandemic, this is a housing unit where Persons Under Investigation for COVID-19 are housed for monitoring of clinical status and for COVID-19 testing. Increased infection control measures have been established by CHS and MCSO for staff members who must come into contact with patients in Medical Observation housing. **Medical Observation Housing units ARE on Movement Restriction.**

***Negative Air Flow (NAF):*** NAF rooms are to be used for isolation of patients on "Airborne Precautions" (used for suspected or confirmed airborne infectious diseases except tuberculosis) or "Special Respiratory Precautions" (used for suspected or confirmed infectious tuberculosis).

***Negative Housing:*** In the context of the COVID-19 pandemic, this is a housing unit where patients are sent after they have had one negative COVID-19 test.  Individuals are sent to a Negative Housing unit after confirmation of a negative COVID-19 test, as well as the absence of fevers or signs of illness. These inmates CANNOT be in close proximity with inmates from Quarantine Cleared Housing units. **Negative Housing units are NOT on Movement Restriction.**

MCSO-FENTY017474

**Reach-Out:** A program administered by Maricopa County Adult Probation that allows for early release from jail on a conditional basis with placement in a residential substance use treatment center.

**'Recovered' Housing:** In the context of the COVID-19 pandemic, this is a housing unit where patients who have tested positive for COVID-19 and have recovered from the infection, based on CDC guidelines, are housed together. Since these individuals have met requirements for recovery from COVID-19 per CDC criteria, they are no longer on movement restriction. **Recovered Housing units are NOT on Movement Restriction.**

**Standard Precautions**: A method of infection control in which blood, body fluids, secretions, excretions (except sweat), non-intact skin, and mucous membranes are considered to be infectious.

**Quarantine Housing:** In the context of the COVID-19 pandemic, this is a housing unit where asymptomatic patients are housed if they have a confirmed exposure to an inmate who tested positive for COVID-19. The duration of the quarantine designation is 14 days from the last known exposure to a positive COVID-19 case. CHS Infection Control works closely with MCSO to communicate the quarantine status and duration of the quarantine for each affected housing unit. **Quarantine Housing units ARE on Movement Restriction.**

**Quarantine Cleared Housing:** In the context of the COVID-19 pandemic, this is a housing unit where asymptomatic patients are housed if they have had 2 or more negative COVID-19 tests at least 14 days apart from each other. CHS Infection Control works closely with MCSO to ensure that inmates from Quarantine Cleared Housing are never in close proximity (i.e. holding tanks, transportation) to inmates from other types of housing units. **Quarantine Cleared Housing units are NOT on Movement Restriction**.

## EVALUATION REVIEW CRITERION

This standard operating procedure is to be reviewed annually

## ATTACHMENTS:

Appendix A: COVID-19 Speed Letter Reference Guide

**ORIGINATED:  03/13/2020:**

| Revision Date | Revision Description | Employee Notification |
|---|---|---|
| 3/27/2020 | Multiple Revisions – Read in Entirety | 03/30/2020 |
| 4/9/2020 | Multiple Revisions – Read in Entirety | 04/10/2020 |
| 5/14/20a | Revisions:<br>References:  New CDC Link 5/2020<br>Procedure:<br>A) Criteria for PUI – d. & e. | 5/14/2020 |

*SOP J-B-02-23 Management Plan for Novel/Coronavirus Disease (COVID-19)*

MCSO-FENTY017475

| | | |
|---|---|---|
| | B) All Inmates – b.<br>C) Early isolation – f.<br>D) Test Results – b. iv., v., c. & d.<br>L) e. ii. 4, iii. 2<br>*Appendix A– COVID-19 Testing Healthcare Provider Guidance* date modification from 3/27/20 to 4/13/20<br>Clinical Features *2nd row, 1st column* (fever [1] "OR" from "AND" | |
| 7/10/20 | **Revisions: Multiple**<br>**See sections noted below:**<br>**A: a; b; c;**<br>**B: c; e;**<br>**C: a; e; f;**<br>**D: a; b; c; d; f;**<br>**E: a;**<br>**F: b;**<br>**H: a;**<br>**J: b; c; g;**<br>**N: e; ii,**<br>**Appendix A removed** | 7/10/20 |
| 9/4/2020 | **Multiple Revisions See sections noted below:**<br>E. Housing Options; 1-j, 2-a, 4-b, 6-b, 7a; b; c; d; e, 8-a; b; c<br>G. Test Results: b<br>N-Release to Community<br>R-Employee exposure<br>***Definitions: New and modified:***<br>Cohort Housing, Medical Observation Housing, Negative Housing, Recovered Housing, Quarantine Housing, Quarantine Cleared Housing<br>NEW:  Appendix A COVID 19 Speed Letter Reference Guide | 9/4/2020 |
| 2/8/2022 | COVID-19 Testing and Mitigation Strategies in Light of Omicron<br>SOP J-B-02-23 MANAGEMENT PLAN FOR NOVEL CORONAVIRUS DISEASE has been revised and updated in consultation with Maricopa PHS and CHS Infection Control.<br>Here is a brief summary of the major changes:<br><br>**ITR Changes:**<br>• Receiving Screening – Any individual identified as a person under Investigation (PUI) based upon the supplemental screening would be offered rapid antigen testing<br>    o Positives -> medical isolation<br>    o Negative -> cohort housing<br>• Cohort Changes: No major changes, earlier testing will be done<br>•Quarantine – period reduced to ten days from time of | 2/9/2022 |

MCSO-FENTY017476

exposure.
- **Cleared or negative housing:**
  - Any individual in a cleared or negative housing unit with PUI symptoms would be tested with rapid antigen or PCR testing and isolated if positive.
  - We would place that unit on quarantine for 10 days but would only test any other further individuals exhibiting symptoms. The entire dorm would not be tested on exposure, only symptomatic patients.
    - The quarantine period would be extended another 10 days from each subsequent symptomatic positive case.
  - We would test the entire dorm only if the quarantine period is extended two or more times. Only if an uncontrolled outbreak is identified within a housing unit would we test the entire unit.
    - All inhabitants would be instructed in mask wearing, and **we would screen the unit for the medically vulnerable individuals for potential testing/treatment resulting from the close exposure.**
- Medical isolation procedures for patients going to MHU on suicide watch have been revised in consult with MHU medical staff
- Patients coming from quarantine housing to ad seg/dis seg will be offered rapid test and if negative will not need medical observation status
- Transport while on quarantine -per MPHS we would not recommend preventing inmates in a quarantined unit from going to essential appointments, including court, as long as they are asymptomatic and are wearing a highly protective mask (N-95 or KN-95).
- The vaccine section has been revised to reflect booster doses

MCSO-FENTY017477

# <u>Appendix A</u>

## COVID-19 Speed Letter Reference Guide

### <u>Admission to Medical Observation:</u>

**A. Medical Patients:**

1) All patients entering Medical Observation should be <u>admitted</u> to the COVID-19 Med-Obs/Isolation queue in Techcare.

2) A speed letter will pop up.

3) Criteria for clinical decision-making are outlined in CHS SOP J-B-02-23 (Management Plan for Novel Coronavirus Disease).

4) Speed letter orders should be written as follows:

    a) **'Medical Observation. Mask Patient'**

        o Applies to:
- Persons Under Investigation for COVID-19
- Preoperative patients
- Extradition inmates
- Reach Out inmates
- Inmates who refuse COVID-19 testing
- Inmates going to restricted housing from a Quarantine house
    - o Disciplinary Restriction
    - o Administrative Restriction

    b) **'Medical Observation. Mask Patient. <span style="color:red">May Double Bunk</span>'**
        o Applies to:
- Confirmed <u>Positive</u> Cases of COVID-19

**B. Mental Health Unit Patients:**

    a) **'Admit to MHU for potential suicide watch with 2 items, <span style="color:blue">Medical Observation, Mask Patient.</span>'**
        o Applies to MHU status patients who are:
- Confirmed Positive Cases of COVID-19
- Persons Under Investigation for COVID-19
- Quarantine patients (upgraded to Med Observation)

    b) **'Admit to MHU for potential suicide watch with 2 items.'**

MCSO-FENTY017478

- o Applies to MHU status patients who are NOT:
  - Confirmed Positive Cases of COVID-19
  - Persons Under Investigation for COVID-19
  - Quarantine patients

## Discharge from Medical Observation:

**Medical Patients:**

1) Patients being released from Medical Observation should be <u>discharged</u> from the COVID-19 Med-Obs/Isolation queue.

2) A speed letter will pop up.

3) Criteria for clinical decision-making are outlined in CHS SOP J-B-02-23 (Management Plan for Novel Coronavirus Disease).

4) Speed letter orders should be written as follows:

   a) **'Discontinue Medical Observation - Recovered'**
   - o Applies to patients who are confirmed to have a positive COVID-19 test and have recovered based on CDC criteria, as outlined in the SOP.

   b) **'Discontinue Medical Observation - Negative'**
   - o Applies to patients with a negative COVID-19 test and have recovered based on CDC criteria, as outlined in the SOP.

   c) **'Discontinue Medical Observation - Cohort Housing'**
   - o Applies to patients who refused testing for the 14 days that they were in Medical Observation housing.

**Mental Health Unit Patients:**

   a) **'Discharge from MHU, still on Medical Observation, Mask Patient'**
   - o Applies to patients leaving the MHU but needing to be housed in Medical Observation.
   - o These patients will <u>remain</u> in the COVID-19 Med-Obs/Isolation queue.

   b) **'Discontinue Medical Observation-Recovered'**
   - o Applies to patients who are confirmed to have a positive COVID-19 test and have recovered based on CDC criteria, as outlined in the SOP.
   - o These patients will <u>remain on MHU status</u> until their psychiatric clinical status changes.

   c) **'Discontinue Medical Observation- Negative'**
   - o Applies to patients with a negative COVID-19 test and have recovered based on CDC criteria, as outlined in the SOP.
   - o These patients will <u>remain on MHU status</u> until their psychiatric clinical status changes.

MCSO-FENTY017479

---

i https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations.html

MCSO-FENTY017480

# ATTACHMENT B

# ATTACHMENT B



# Facts about COVID-19 vaccines

## Vaccines (shots) are one of the tools we have to fight the COVID-19 pandemic.



To stop this pandemic, we need to use all of our prevention tools. Vaccines are one of the most effective tools to protect your health and prevent disease. Vaccines work with your body's natural defenses so **your body will be ready to fight the virus**, if you are exposed (also called immunity). Other steps, like wearing a mask that covers your nose and mouth and staying at least 6 feet away from other people you don't live with, also help stop the spread of COVID-19.

Studies show that COVID-19 **vaccines are very effective** at keeping you from getting COVID-19. Experts also think that getting a COVID-19 vaccine may help keep you from getting seriously ill even if you do get COVID-19. These vaccines cannot give you the disease itself.





**The vaccines are safe**. The U.S. vaccine safety system makes sure that all vaccines are as safe as possible. All the COVID-19 vaccines that are being used have gone through the same safety tests and meet the same standards as any other vaccines produced through the years. A system in place across the entire country that allows CDC to watch for safety issues and make sure the vaccines stay safe.

**Different types of COVID-19 vaccines will be available**. Most of these vaccines are given in two shots, one at a time and spaced apart. The first shot gets your body ready. The second shot is given at least three weeks later to make sure you have full protection. If you are told you need two shots, make sure that you get both of them. The vaccines may work in slightly different ways, but all types of the vaccines will help protect you.



## www.cdc.gov/coronavirus/vaccines

12/23/20

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY000543





The vaccines may cause side effects in some people, like sore muscles, feeling tired, or mild fever. These reactions mean the vaccine is working to help teach your body how to fight COVID-19 if you are exposed. For most people, these side effects will last no longer than a day or two. **Having these types of side effects does NOT mean that you have COVID-19**. If you have questions about your health after your shot, call your doctor, nurse, or clinic. As with any medicine, it is rare but possible to have a serious reaction, such as not being able to breathe. It is very unlikely that this will happen, but if it does, call 911 or go to the nearest emergency room.

**When you get the vaccine, you *and* your healthcare worker will both need to wear masks.**

CDC recommends that during the pandemic, people wear a mask that covers their nose and mouth when in contact with others outside their household, when in healthcare facilities, and when receiving any vaccine, including a COVID-19 vaccine.



**Even after you get your vaccine**, you will need to keep wearing a mask that covers your nose **and** mouth, washing your hands often, and staying at least 6 feet away from other people you do not live with. This gives you and others the best protection from catching the virus. Right now, experts don't know how long the vaccine will protect you, so it's a good idea to continue following the guidelines from CDC and your health department. **We also know not everyone will be able to get vaccinated right away, so it's still important to protect yourself and others.**

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY000544

# ATTACHMENT C

# ATTACHMENT C



# Información sobre las vacunas contra el COVID-19

## Las vacunas son una de las herramientas que tenemos para luchar contra la pandemia del COVID-19.



Para detener esta pandemia, debemos usar todas nuestras herramientas de prevención. Las vacunas son una de las herramientas más eficaces para proteger su salud y prevenir enfermedades. Las vacunas trabajan con las defensas naturales del cuerpo para que **su cuerpo esté preparado para luchar contra el virus** si usted está expuesto (esto también se llama inmunidad). Hay otras medidas que también ayudan a detener la propagación del COVID-19, como ponerse una mascarilla que le cubra la nariz y la boca, y mantenerse al menos a 6 pies o 2 metros de distancia de las personas que no vivan con usted.

Hay estudios que muestran que las **vacunas** contra el COVID-19 **son muy eficaces** para que usted no contraiga la enfermedad. Los expertos también creen que ponerse la vacuna contra el COVID-19 podría ayudar a que usted no se enferme gravemente, incluso si contrae el COVID-19. Estas vacunas no pueden darle la enfermedad.





**Las vacunas son seguras**. El sistema de vacunas de los Estados Unidos se asegura de que todas las vacunas sean lo más seguras posible. Todas las vacunas contra el COVID-19 que se están usando han pasado por las mismas pruebas de seguridad y cumplen con los mismos estándares que cualquier otra vacuna producida a lo largo de los años. Se ha establecido un sistema en todo el país que permite que los CDC estén atentos por si hay problemas de seguridad y verifiquen que las vacunas sigan siendo seguras.

**Habrá diferentes tipos de vacunas contra el COVID-19 disponibles**. La mayoría de estas vacunas se aplican en dos inyecciones, una a la vez y de manera separada. La primera inyección prepara su cuerpo. La segunda inyección se aplica al menos tres semanas después para garantizar que usted tenga protección completa. Si le dicen que necesita dos inyecciones, asegúrese de ponerse las dos. Puede que las vacunas funcionen en maneras levemente distintas, pero todos los tipos de vacuna ayudarán a protegerlo.

## www.cdc.gov/coronavirus-es

12/23/20

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)





Las vacunas pueden causar efectos secundarios en algunas personas, como dolores musculares, cansancio o fiebre baja. Estas reacciones significan que la vacuna está trabajando para enseñarle al cuerpo cómo luchar contra el COVID-19 si usted está expuesto. Para la mayoría de las personas, estos efectos secundarios no durarán más que un día o dos. **Tener estos tipos de efectos secundarios NO significa que usted tenga el COVID-19**. Si tiene preguntas acerca de su salud después de vacunarse, llame a su médico, personal de enfermería o centro médico. Como con otros medicamentos, es raro pero posible tener una reacción grave, como no poder respirar. Es muy poco probable que esto ocurra, pero si ocurre, llame al 911 o vaya a la sala de emergencia más cercana.

**Cuando lo estén vacunando, usted y el trabajador de atención médica tendrán que usar mascarillas.**

Los CDC recomiendan que durante la pandemia las personas se pongan una mascarilla que cubra la nariz y la boca cuando estén en contacto con otras personas que no vivan en su casa, cuando estén en establecimientos de atención médica y cuando se les aplique cualquier vacuna, incluida la vacuna contra el COVID-19.



**Incluso después de ponerse la vacuna**, usted tendrá que seguir usando una mascarilla que le cubra la nariz **y** la boca, lavarse las manos a menudo y mantenerse a 6 pies o 2 metros de distancia de las personas con las que no viva. Esto les dará a usted y a los demás la mejor protección para que no contraigan el virus. En este momento, los expertos no saben por cuánto tiempo lo protegerá la vacuna, por eso es una buena idea que siga cumpliendo con las directrices de los CDC y del departamento de salud de su área. **También sabemos que no todos podrán vacunarse de inmediato, por eso es aún importante que se proteja a sí mismo y a los demás.**

MLS- 321866   CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY000546

# ATTACHMENT D

# ATTACHMENT D



CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

# COVID-19 Vaccines

WHAT TO KNOW ABOUT THEM

DAVID CRUTCHFIELD, M.D., F.A.A.E.M.

MCSO-FENTY004129



*"Knowledge is good."*

- FABER COLLEGE MOTTO

CONFIDENTIAL DOCUMENT PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004130

# COVID-19 Vaccines

In December 2020, the FDA granted Emergency Use Authorization for two COVID-19 vaccines

- Pfizer-BioNTech BNT162b2
  - First to be approved December 11, 2020
  - Approved for ages 16 and older, though testing in progress for 12-17 year olds
  - Efficacy 95% in preventing symptomatic COVID-19 Infection, 7 days after second dose
  - Two doses required, 21 days apart

- Moderna
  - Approved December 18, 2020
  - Age 18 and older
  - Efficacy 94.1%, 14 days after second dose
  - Also, two dosing schedule, 28 days apart

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

# Moderna mRNA-1273 Trial

Randomized, blinded, placebo-controlled trial

30, 420 volunteers- 15,210 each vaccine and placebo group
- 2.2% had evidence of SARS-CoV-2 infection at baseline
- 185 cases symptomatic infection in placebo group
- 11 cases in the vaccine group
- *SEVERE COVID-19 occurred in 30, one fatality, all in placebo group*

- 94% efficacy

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004132

# Trial Vaccine mRNA-1273

Storage 2 degrees to 8 degrees C

Sterile liquid at concentration of 0.2 mg/mL

No dilution required

Doses can be held in syringes for up to 8 hours at room temp prior to administration

IM deltoid 28 days apart in the same arm

Volume 0.5 ml containing 100 micrograms of mRNA-1273

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004133

# Trial End Points

Primary – efficacy in preventing a first occurrence of COVID-19 with onset at least 14 days post second injection

Secondary – prevention of severe COVID-19

- Efficacy at preventing COVID-19 after single dose
- Less restrictive definition – having any symptom and a positive SARS-CoV-2 RT-PCR

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004134

# Severe COVID-19 Definition

RR 30 BPM or more

HR >125 BPM

O2 Sat 93% or less RA

Respiratory distress

Evidence of shock (SBP <90 diastolic <60 or need for vasopressors)

Clinically significant acute renal, hepatic or neuro dysfunction

ICU admission

Death

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)



# Safety

A Deep Dive

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004136

# Adverse Reactions - Solicited



CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

HTTPS://WWW.NEJM.ORG/DOI/FULL/10.1056/NEJMOA2035389



**Figure 2. Solicited Local and Systemic Adverse Events.**

Shown is the percentage of participants who had a solicited local or systemic adverse event within 7 days after injection 1 or injection 2 of either the placebo or the mRNA-1273 vaccine.

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004138

# Safety

Injection site events lasted mean of 2.6 after 1st and 2nd doses

- ◦ Grade 1 or 2
- ◦ Erythema, induration, tenderness resolved over 4-5 days
- ◦ First dose 54.9% vs 42.2% placebo
- ◦ Second dose 79.4% vs 36.5%

HTTPS://WWW.NEJM.ORG/DOI/FULL/10.1056/NEJMOA2035389

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

# Unsolicited Adverse Events

Similar among both groups
- ◦ 3 deaths in placebo
- ◦ 2 in vaccine group
- ◦ Grade 3 AE's in each
  - ◦ 1.3% placebo
  - ◦ 1.5 % vaccine
- ◦ Medically attended AE's
  - ◦ 9.7% placebo
  - ◦ 9% Vaccine
- ◦ Hypersensitivity Reactions
  - ◦ 1.1 % placebo
  - ◦ 1.5% vaccine

HTTPS://WWW.NEJM.ORG/DOI/FULL/10.1056/NEJMOA2035389

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004140

# Unsolicited Adverse Events

Bell's Palsy – 3 in vaccine, 1 placebo

Discontinuation events after first dose
- 0.5% placebo
- 0.3% vaccine

Severe events higher in vaccine group (71) than placebo (28)

HTTPS://WWW.NEJM.ORG/DOI/FULL/10.1056/NEJMOA2035389

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004141

# Efficacy

94.1% Overall

After first dose (14 days) 95.2%
- ◦ 225 cases in placebo group
- ◦ 11 in vaccine group

*Efficacy may wane over time! This was short term study*

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004142

# Post Approval Data –AE's

As of January 10, 2021, a reported 4,041,396 first doses of Moderna COVID-19 vaccine had been administered in the United States

Reports of 1,266 (0.03%) adverse events after receipt of Moderna COVID-19 vaccine were submitted to the Vaccine Adverse Event Reporting System (VAERS).

108 case reports were identified for further review as possible cases of severe allergic reaction, including anaphylaxis

10 cases were determined to be anaphylaxis (a rate of 2.5 anaphylaxis cases per million Moderna COVID-19 vaccine doses administered

- ◦ nine in persons with a documented history of allergies or allergic reactions, five of whom had a previous history of anaphylaxis

HTTPS://WWW.CDC.GOV/MMWR/VOLUMES/70/WR/MM7004E1.HTM?S_CID=MM7004E1_W

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004143

# AE's

median interval from vaccine receipt to symptom onset was 7.5 minutes (range = 1–45 minutes)

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004144

# A New Player

February 27, 2021, the U.S. Food and Drug Administration issued an emergency use authorization

Janssen COVID-19 Vaccine - individuals 18 years of age and older

Janssen Biotech Inc.,
a Janssen Pharmaceutical Company of Johnson & Johnson
- 39,321 participants in the ongoing randomized, placebo-controlled study
- South Africa, certain countries in South America, Mexico, and the U.S.

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004145

# Janssen Vaccine

## Trial Data

- 19,630 vaccine
- 19,691 placebo

## Efficacy

- 67% effective in preventing moderate to severe/critical COVID-19 disease occurring at least 14 days after vaccination
- 66% effective in preventing moderate to severe/critical disease at least 28 days after vaccination
- 77% effective in preventing severe/critical COVID-19 occurring at least 14 days after vaccination
- 85% effective in preventing severe/critical COVID-19 occurring at least 28 days after vaccination

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

# Janssen Vaccine

recombinant, replication-incompetent adenovirus serotype 26 (Ad26) vector vaccine

- encoding the stabilized prefusion spike glycoprotein of SARS-CoV-2

Janssen COVID-19 Vaccine is a suspension for intramuscular injection administered as a single dose (0.5 mL)

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004147

# Safety

43,783 participants
- 21,895 in vaccine group

side effects:
- pain at injection site
- headache, fatigue, muscle aches and nausea
- Most  were mild to moderate in severity and lasted 1-2 days.
- hives reported in five vaccine recipients and 1 placebo recipient in the 7 days following vaccination
- one report of severe hypersensitivity reaction, not classified as anaphylaxis, beginning two days following vaccination

In ongoing clinical study in South Africa, one case of anaphylaxis has been reported following administration of the vaccine

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

MCSO-FENTY004148

# Contraindications to Janssen

Do not administer the Janssen COVID-19 Vaccine to individuals with a known history of a severe allergic reaction (e.g., anaphylaxis) to a previous dose of the Janssen COVID-19 Vaccine or any component of the Janssen COVID-19 Vaccine

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

# WARNINGS

## J&J

---

Appropriate medical treatment to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the Janssen COVID-19 Vaccine

AN ASTUTE GRASP OF THE OBVIOUS
CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

# AE's

**Thromboembolic events:**

*Deep vein thrombosis:* 6 events (2 serious) in vaccine recipients versus 2 events (1 serious) in placebo recipients

*Pulmonary embolism:* 4 events (3 serious) in vaccine recipients versus 1 event (serious) in placebo recipients

*Transverse sinus thrombosis:* 1 event (serious) in vaccine recipients versus 0 in placebo recipients

CONFIDENTIAL DOCUMENT: PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

# AE's

---

Seizures:

4 events (1 serious) in vaccine recipients versus 1 event (0 serious) in placebo recipients

**Tinnitus** (ringing in one or both ears):

6 events (0 serious) in vaccine recipients versus 0 in placebo recipients

*For these events, a causal relationship with the Janssen COVID-19 vaccine cannot be determined. The assessment of causality was confounded by the presence of underlying medical conditions that may have predisposed individuals to these events*

CONFIDENTIAL DOCUMENT: PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 2:20-CV-01192-PHX-SPL (JZB)

# ATTACHMENT E

# ATTACHMENT E

# FACT SHEET FOR RECIPIENTS AND CAREGIVERS
## EMERGENCY USE AUTHORIZATION (EUA) OF
## THE MODERNA COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19) IN INDIVIDUALS 18 YEARS OF AGE AND OLDER

You are being offered the Moderna COVID-19 Vaccine to prevent Coronavirus Disease 2019 (COVID-19) caused by SARS-CoV-2. This Fact Sheet contains information to help you understand the risks and benefits of the Moderna COVID-19 Vaccine, which you may receive because there is currently a pandemic of COVID-19.

The Moderna COVID-19 Vaccine is a vaccine and may prevent you from getting COVID-19. There is no U.S. Food and Drug Administration (FDA) approved vaccine to prevent COVID-19.

Read this Fact Sheet for information about the Moderna COVID-19 Vaccine. Talk to the vaccination provider if you have questions. It is your choice to receive the Moderna COVID-19 Vaccine.

The Moderna COVID-19 Vaccine is administered as a 2-dose series, 1 month apart, into the muscle.

The Moderna COVID-19 Vaccine may not protect everyone.

This Fact Sheet may have been updated. For the most recent Fact Sheet, please visit www.modernatx.com/covid19vaccine-eua.

## WHAT YOU NEED TO KNOW BEFORE YOU GET THIS VACCINE

### WHAT IS COVID-19?
COVID-19 is caused by a coronavirus called SARS-CoV-2. This type of coronavirus has not been seen before. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

### WHAT IS THE MODERNA COVID-19 VACCINE?
The Moderna COVID-19 Vaccine is an unapproved vaccine that may prevent COVID-19. There is no FDA-approved vaccine to prevent COVID-19.

The FDA has authorized the emergency use of the Moderna COVID-19 Vaccine to prevent COVID-19 in individuals 18 years of age and older under an Emergency Use Authorization (EUA).

For more information on EUA, see the "**What is an Emergency Use Authorization (EUA)?**" section at the end of this Fact Sheet.

Revised: Mar/26/2021                                              1

MCSO-FENTY004196

**WHAT SHOULD YOU MENTION TO YOUR VACCINATION PROVIDER BEFORE YOU GET THE MODERNA COVID-19 VACCINE?**
Tell your vaccination provider about all of your medical conditions, including if you:
- have any allergies
- have a fever
- have a bleeding disorder or are on a blood thinner
- are immunocompromised or are on a medicine that affects your immune system
- are pregnant or plan to become pregnant
- are breastfeeding
- have received another COVID-19 vaccine

**WHO SHOULD GET THE MODERNA COVID-19 VACCINE?**
FDA has authorized the emergency use of the Moderna COVID-19 Vaccine in individuals 18 years of age and older.

**WHO SHOULD <u>NOT</u> GET THE MODERNA COVID-19 VACCINE?**
You should not get the Moderna COVID-19 Vaccine if you:
- had a severe allergic reaction after a previous dose of this vaccine
- had a severe allergic reaction to any ingredient of this vaccine

**WHAT ARE THE INGREDIENTS IN THE MODERNA COVID-19 VACCINE?**
The Moderna COVID-19 Vaccine contains the following ingredients: messenger ribonucleic acid (mRNA), lipids (SM-102, polyethylene glycol [PEG] 2000 dimyristoyl glycerol [DMG], cholesterol, and 1,2-distearoyl-sn-glycero-3-phosphocholine [DSPC]), tromethamine, tromethamine hydrochloride, acetic acid, sodium acetate trihydrate, and sucrose.

**HOW IS THE MODERNA COVID-19 VACCINE GIVEN?**
The Moderna COVID-19 Vaccine will be given to you as an injection into the muscle.

The Moderna COVID-19 Vaccine vaccination series is 2 doses given 1 month apart.

If you receive one dose of the Moderna COVID-19 Vaccine, you should receive a second dose of the same vaccine 1 month later to complete the vaccination series.

**HAS THE MODERNA COVID-19 VACCINE BEEN USED BEFORE?**
The Moderna COVID-19 Vaccine is an unapproved vaccine. In clinical trials, approximately 15,400 individuals 18 years of age and older have received at least 1 dose of the Moderna COVID-19 Vaccine.

**WHAT ARE THE BENEFITS OF THE MODERNA COVID-19 VACCINE?**
In an ongoing clinical trial, the Moderna COVID-19 Vaccine has been shown to prevent COVID-19 following 2 doses given 1 month apart. The duration of protection against COVID-19 is currently unknown.

MCSO-FENTY004197

**WHAT ARE THE RISKS OF THE MODERNA COVID-19 VACCINE?**
There is a remote chance that the Moderna COVID-19 Vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose of the Moderna COVID-19 Vaccine. For this reason, your vaccination provider may ask you to stay at the place where you received your vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:
- Difficulty breathing
- Swelling of your face and throat
- A fast heartbeat
- A bad rash all over your body
- Dizziness and weakness

Side effects that have been reported in a clinical trial with the Moderna COVID-19 Vaccine include:
- Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection, swelling (hardness), and redness
- General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, and fever

Side effects that have been reported during post-authorization use of the Moderna COVID-19 Vaccine include:

- Severe allergic reactions

These may not be all the possible side effects of the Moderna COVID-19 Vaccine. Serious and unexpected side effects may occur. The Moderna COVID-19 Vaccine is still being studied in clinical trials.

**WHAT SHOULD I DO ABOUT SIDE EFFECTS?**
If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.

Call the vaccination provider or your healthcare provider if you have any side effects that bother you or do not go away.

Report vaccine side effects to **FDA/CDC Vaccine Adverse Event Reporting System (VAERS)**. The VAERS toll-free number is 1-800-822-7967 or report online to https://vaers.hhs.gov/reportevent.html. Please include "Moderna COVID-19 Vaccine EUA" in the first line of box #18 of the report form.

In addition, you can report side effects to ModernaTX, Inc. at 1-866-MODERNA (1-866-663-3762).

You may also be given an option to enroll in **v-safe. V-safe** is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. **V-safe** asks questions that help CDC monitor the safety of COVID-19 vaccines. **V-safe** also provides second-dose reminders if

MCSO-FENTY004198

needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information on how to sign up, visit: www.cdc.gov/vsafe.

**WHAT IF I DECIDE NOT TO GET THE MODERNA COVID-19 VACCINE?**
It is your choice to receive or not receive the Moderna COVID-19 Vaccine. Should you decide not to receive it, it will not change your standard medical care.

**ARE OTHER CHOICES AVAILABLE FOR PREVENTING COVID-19 BESIDES MODERNA COVID-19 VACCINE?**
Currently, there is no FDA-approved alternative vaccine available for prevention of COVID-19. Other vaccines to prevent COVID-19 may be available under Emergency Use Authorization.

**CAN I RECEIVE THE MODERNA COVID-19 VACCINE WITH OTHER VACCINES?**
There is no information on the use of the Moderna COVID-19 Vaccine with other vaccines.

**WHAT IF I AM PREGNANT OR BREASTFEEDING?**
If you are pregnant or breastfeeding, discuss your options with your healthcare provider.

**WILL THE MODERNA COVID-19 VACCINE GIVE ME COVID-19?**
No. The Moderna COVID-19 Vaccine does not contain SARS-CoV-2 and cannot give you COVID-19.

**KEEP YOUR VACCINATION CARD**
When you receive your first dose, you will get a vaccination card to show you when to return for your second dose of the Moderna COVID-19 Vaccine. Remember to bring your card when you return.

**ADDITIONAL INFORMATION**
If you have questions, visit the website or call the telephone number provided below.

To access the most recent Fact Sheets, please scan the QR code provided below.

| Moderna COVID-19 Vaccine website | Telephone number |
|---|---|
| www.modernatx.com/covid19vaccine-eua  | 1-866-MODERNA (1-866-663-3762) |

MCSO-FENTY004199

**HOW CAN I LEARN MORE?**
- Ask the vaccination provider
- Visit CDC at https://www.cdc.gov/coronavirus/2019-ncov/index.html
- Visit FDA at https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization
- Contact your state or local public health department

**WHERE WILL MY VACCINATION INFORMATION BE RECORDED?**
The vaccination provider may include your vaccination information in your state/local jurisdiction's Immunization Information System (IIS) or other designated system. This will ensure that you receive the same vaccine when you return for the second dose. For more information about IISs, visit: https://www.cdc.gov/vaccines/programs/iis/about.html.

**CAN I BE CHARGED AN ADMINISTRATION FEE FOR RECEIPT OF THE COVID-19 VACCINE?**
No. At this time, the provider cannot charge you for a vaccine dose and you cannot be charged an out-of-pocket vaccine administration fee or any other fee if only receiving a COVID-19 vaccination. However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, HRSA COVID-19 Uninsured Program for non-insured recipients).

**WHERE CAN I REPORT CASES OF SUSPECTED FRAUD?**
Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or TIPS.HHS.GOV.

**WHAT IS THE COUNTERMEASURES INJURY COMPENSATION PROGRAM?**
The Countermeasures Injury Compensation Program (CICP) is a federal program that may help pay for costs of medical care and other specific expenses of certain people who have been seriously injured by certain medicines or vaccines, including this vaccine. Generally, a claim must be submitted to the CICP within one (1) year from the date of receiving the vaccine. To learn more about this program, visit www.hrsa.gov/cicp/ or call 1-855-266-2427.

**WHAT IS AN EMERGENCY USE AUTHORIZATION (EUA)?**
The United States FDA has made the Moderna COVID-19 Vaccine available under an emergency access mechanism called an EUA. The EUA is supported by a Secretary of Health and Human Services (HHS) declaration that circumstances exist to justify the emergency use of drugs and biological products during the COVID-19 pandemic.

The Moderna COVID-19 Vaccine has not undergone the same type of review as an FDA-approved or cleared product. FDA may issue an EUA when certain criteria are met, which includes that there are no adequate, approved, and available alternatives. In addition, the FDA decision is based on the totality of the scientific evidence available showing that the product may be effective to prevent COVID-19 during the COVID-19 pandemic and that the known and potential benefits of the product outweigh the known and potential risks of the product. All of

MCSO-FENTY004200

these criteria must be met to allow for the product to be used during the COVID-19 pandemic.

The EUA for the Moderna COVID-19 Vaccine is in effect for the duration of the COVID-19 EUA declaration justifying emergency use of these products, unless terminated or revoked (after which the products may no longer be used).


Moderna US, Inc.
Cambridge, MA 02139

©2021 ModernaTX, Inc. All rights reserved.
Patent(s): www.modernatx.com/patents
Revised: Mar/26/2021

 Scan to capture that this Fact Sheet was provided to vaccine recipient for the electronic medical records/immunization information systems.

Barcode Date: 04/2021

Revised: Mar/26/2021

6

MCSO-FENTY004201

ATTACHMENT F

ATTACHMENT F

# FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS)
## EMERGENCY USE AUTHORIZATION (EUA) OF
## THE MODERNA COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19)

The U.S. Food and Drug Administration (FDA) has issued an Emergency Use Authorization (EUA) to permit the emergency use of the unapproved product, **MODERNA COVID-19 VACCINE**, for active immunization to prevent COVID-19 in individuals 18 years of age and older.

## SUMMARY OF INSTRUCTIONS FOR COVID-19 VACCINATION PROVIDERS

Vaccination providers enrolled in the federal COVID-19 Vaccination Program must report all vaccine administration errors, all serious adverse events, cases of Multisystem Inflammatory Syndrome (MIS) in adults, and cases of COVID-19 that result in hospitalization or death following administration of the Moderna COVID-19 Vaccine. See "MANDATORY REQUIREMENTS FOR MODERNA COVID-19 VACCINE ADMINISTRATION UNDER EMERGENCY USE AUTHORIZATION" for reporting requirements.

The Moderna COVID-19 Vaccine is a suspension for intramuscular injection administered as a series of two doses (0.5 mL each) 1 month apart.

See this Fact Sheet for instructions for preparation and administration. This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.modernatx.com/covid19vaccine-eua.

For information on clinical trials that are testing the use of the Moderna COVID-19 Vaccine for active immunization against COVID-19, please see www.clinicaltrials.gov.

## DESCRIPTION OF COVID-19

Coronavirus disease 2019 (COVID-19) is an infectious disease caused by the novel coronavirus, SARS-CoV-2, that appeared in late 2019. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have reported a wide range of symptoms, ranging from mild symptoms to severe illness. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle and body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

## DOSAGE AND ADMINISTRATION

### Storage and Handling

The information in this Fact Sheet supersedes the information on the vial and carton labels.

During storage, minimize exposure to room light.

Revised: Mar/31/2021                                                                 1

MCSO-FENTY004225

The Moderna COVID-19 Vaccine multiple-dose vials are stored frozen between -50º to -15ºC (-58º to 5ºF). Store in the original carton to protect from light.

Do not store on dry ice or below -50ºC (-58ºF). Use of dry ice may subject vials to temperatures colder than -50ºC (-58ºF).

Vials may be stored refrigerated between 2° to 8°C (36° to 46°F) for up to 30 days prior to first use.

Vials may be stored between 8° to 25°C (46° to 77°F) for a total of 24 hours.

After the first dose has been withdrawn, the vial should be held between 2° to 25°C (36° to 77°F). Vials should be discarded 12 hours after the first puncture.

Thawed vials can be handled in room light conditions.

Do not refreeze once thawed.

Transportation of Thawed Vials at 2° to 8°C (35° to 46°F)

If transport at -50° to -15°C (-58° to 5°F) is not feasible, available data support transportation of one or more thawed vials for up to 12 hours at 2° to 8°C (35° to 46°F) when shipped using shipping containers which have been qualified to maintain 2° to 8°C (35° to 46°F) and under routine road and air transport conditions with shaking and vibration minimized. Once thawed and transported at 2° to 8°C (35° to 46°F), vials should not be refrozen and should be stored at 2° to 8°C (35° to 46°F) until use.

**Dosing and Schedule**
The Moderna COVID-19 Vaccine is administered intramuscularly as a series of two doses (0.5 mL each) 1 month apart.

There are no data available on the interchangeability of the Moderna COVID-19 Vaccine with other COVID-19 vaccines to complete the vaccination series. Individuals who have received one dose of the Moderna COVID-19 Vaccine should receive a second dose of the Moderna COVID-19 Vaccine to complete the vaccination series.

**Dose Preparation**
- The Moderna COVID-19 Vaccine multiple-dose vials contain a frozen suspension that does not contain a preservative and must be thawed prior to administration.
- Remove the required number of vial(s) from storage and thaw each vial before use following the instructions below.

Revised: Mar/31/2021                                                                    2

MCSO-FENTY004226

| Vial | Thaw in Refrigerator | Thaw at Room Temperature |
|---|---|---|
| **Maximum 11-Dose Vial (range: 10-11 doses)** | Thaw in refrigerated conditions between 2° to 8°C for 2 hours and 30 minutes. Let each vial stand at room temperature for 15 minutes before administering. | Alternatively, thaw at room temperature between 15° to 25°C for 1 hour. |
| **Maximum 15-Dose Vial (range: 13-15 doses)** | Thaw in refrigerated conditions between 2° to 8°C for 3 hours. Let each vial stand at room temperature for 15 minutes before administering. | Alternatively, thaw at room temperature between 15° to 25°C for 1 hour and 30 minutes. |

- After thawing, do not refreeze.
- Swirl vial gently after thawing and between each withdrawal. **Do not shake.** Do not dilute the vaccine.
- The Moderna COVID-19 Vaccine is a white to off-white suspension. It may contain white or translucent product-related particulates. Visually inspect the Moderna COVID-19 Vaccine vials for other particulate matter and/or discoloration prior to administration. If either of these conditions exists, the vaccine should not be administered.
- The Moderna COVID-19 Vaccine is supplied in two multiple-dose vial presentations:
  - A multiple-dose vial containing a maximum of 11 doses: range 10-11 doses (0.5 mL each).
  - A multiple-dose vial containing a maximum of 15 doses: range 13-15 doses (0.5 mL each).
- Depending on the syringes and needles used for each dose, there may not be sufficient volume to extract more than 10 doses from the maximum of 11 doses vial or more than 13 doses from the maximum of 15 doses vial. Irrespective of the type of syringe and needle:
  - Each dose must contain 0.5 mL of vaccine.
  - If the amount of vaccine remaining in the vial cannot provide a full dose of 0.5 mL, discard the vial and contents. Do not pool excess vaccine from multiple vials.
  - Pierce the stopper at a different site each time.
- After the first dose has been withdrawn, the vial should be held between 2° to 25°C (36° to 77°F). Record the date and time of first use on the Moderna COVID-19 Vaccine vial label. Discard vial after 12 hours. Do not refreeze.

**Administration**

Visually inspect each dose of the Moderna COVID-19 Vaccine in the dosing syringe prior to administration. The white to off-white suspension may contain white or translucent product-related particulates. During the visual inspection,

- verify the final dosing volume of 0.5 mL.
- confirm there are no other particulates and that no discoloration is observed.
- do not administer if vaccine is discolored or contains other particulate matter.

MCSO-FENTY004227

Administer the Moderna COVID-19 Vaccine intramuscularly.

**CONTRAINDICATION**
Do not administer the Moderna COVID-19 Vaccine to individuals with a known history of a severe allergic reaction (e.g., anaphylaxis) to any component of the Moderna COVID-19 Vaccine *(see Full EUA Prescribing Information)*.

**WARNINGS**
Appropriate medical treatment to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the Moderna COVID-19 Vaccine.

Monitor Moderna COVID-19 Vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the Moderna COVID-19 Vaccine.

The Moderna COVID-19 Vaccine may not protect all vaccine recipients.

**ADVERSE REACTIONS**
Adverse reactions reported in a clinical trial following administration of the Moderna COVID-19 Vaccine include pain at the injection site, fatigue, headache, myalgia, arthralgia, chills, nausea/vomiting, axillary swelling/tenderness, fever, swelling at the injection site, and erythema at the injection site. *(See Full EUA Prescribing Information)*

Severe allergic reactions, including anaphylaxis, have been reported following administration of the Moderna COVID-19 Vaccine during mass vaccination outside of clinical trials.

Additional adverse reactions, some of which may be serious, may become apparent with more widespread use of the Moderna COVID-19 Vaccine.

**USE WITH OTHER VACCINES**
There is no information on the co-administration of the Moderna COVID-19 Vaccine with other vaccines.

**INFORMATION TO PROVIDE TO VACCINE RECIPIENTS/CAREGIVERS**
As the vaccination provider, you must communicate to the recipient or their caregiver, information consistent with the "Fact Sheet for Recipients and Caregivers" (and provide a copy or direct the individual to the website www.modernatx.com/covid19vaccine-eua to obtain the Fact Sheet) prior to the individual receiving each dose of the Moderna COVID-19 Vaccine, including:
- FDA has authorized the emergency use of the Moderna COVID-19 Vaccine, which is not an FDA-approved vaccine.
- The recipient or their caregiver has the option to accept or refuse the Moderna COVID-19

Revised: Mar/31/2021                                                                                                          4

MCSO-FENTY004228

Vaccine.
- The significant known and potential risks and benefits of the Moderna COVID-19 Vaccine, and the extent to which such risks and benefits are unknown.
- Information about available alternative vaccines and the risks and benefits of those alternatives

For information on clinical trials that are evaluating the use of the Moderna COVID-19 Vaccine to prevent COVID-19, please see www.clinicaltrials.gov.

Provide a vaccination card to the recipient or their caregiver with the date when the recipient needs to return for the second dose of Moderna COVID-19 Vaccine.

Provide the **v-safe** information sheet to vaccine recipients/caregivers and encourage vaccine recipients to participate in **v-safe**. **V-safe** is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. **V-safe** asks questions that help CDC monitor the safety of COVID-19 vaccines. **V-safe** also provides second-dose reminders if needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information, visit: www.cdc.gov/vsafe.

## MANDATORY REQUIREMENTS FOR MODERNA COVID-19 VACCINE ADMINISTRATION UNDER EMERGENCY USE AUTHORIZATION

In order to mitigate the risks of using this unapproved product under EUA and to optimize the potential benefit of the Moderna COVID-19 Vaccine, the following items are required. Use of unapproved Moderna COVID-19 Vaccine for active immunization to prevent COVID-19 under this EUA is limited to the following (all requirements **must** be met):

1. The Moderna COVID-19 Vaccine is authorized for use in individuals 18 years of age and older.

2. The vaccination provider must communicate to the individual receiving the Moderna COVID-19 Vaccine or their caregiver information consistent with the "Fact Sheet for Recipients and Caregivers" prior to the individual receiving the Moderna COVID-19 Vaccine.

3. The vaccination provider must include vaccination information in the state/local jurisdiction's Immunization Information System (IIS) or other designated system.

4. The vaccination provider is responsible for mandatory reporting of the following to the Vaccine Adverse Event Reporting System (VAERS):
   - vaccine administration errors whether or not associated with an adverse event,
   - serious adverse events* (irrespective of attribution to vaccination),
   - cases of Multisystem Inflammatory Syndrome (MIS) in adults, and
   - cases of COVID-19 that result in hospitalization or death.

Complete and submit reports to VAERS online at https://vaers.hhs.gov/reportevent.html.

MCSO-FENTY004229

For further assistance with reporting to VAERS, call 1-800-822-7967. The reports should include the words "Moderna COVID-19 Vaccine EUA" in the description section of the report.

5. The vaccination provider is responsible for responding to FDA requests for information about vaccine administration errors, adverse events, cases of MIS in adults, and cases of COVID-19 that result in hospitalization or death following administration of the Moderna COVID-19 Vaccine to recipients.

   *Serious adverse events are defined as:
   - Death;
   - A life-threatening adverse event;
   - Inpatient hospitalization or prolongation of existing hospitalization;
   - A persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions;
   - A congenital anomaly/birth defect;
   - An important medical event that based on appropriate medical judgement may jeopardize the individual and may require medical or surgical intervention to prevent one of the outcomes listed above.

**OTHER ADVERSE EVENT REPORTING TO VAERS AND MODERNATX, INC.**
Vaccination providers may report to VAERS other adverse events that are not required to be reported using the contact information above.

To the extent feasible, report adverse events to ModernaTX, Inc. using the contact information below or by providing a copy of the VAERS form to ModernaTX, Inc.

| Email | Fax number | Telephone number |
|-------|------------|------------------|
| ModernaPV@modernatx.com | 1-866-599-1342 | 1-866-MODERNA (1-866-663-3762) |

**ADDITIONAL INFORMATION**
For general questions, visit the website or call the telephone number provided below.

To access the most recent Moderna COVID-19 Vaccine Fact Sheets, please scan the QR code or visit the website provided below.

Revised: Mar/31/2021                                                                 6

MCSO-FENTY004230

| Website | Telephone number |
|---|---|
| www.modernatx.com/covid19vaccine-eua  | 1-866-MODERNA (1-866-663-3762) |

**AVAILABLE ALTERNATIVES**
There is no approved alternative vaccine to prevent COVID-19. There may be clinical trials or availability under EUA of other COVID-19 vaccines.

**FEDERAL COVID-19 VACCINATION PROGRAM**
This vaccine is being made available for emergency use exclusively through the CDC COVID-19 Vaccination Program (the Vaccination Program). Healthcare providers must enroll as providers in the Vaccination Program and comply with the provider requirements. Vaccination providers may not charge any fee for the vaccine and may not charge the vaccine recipient any out-of-pocket charge for administration. However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, HRSA COVID-19 Uninsured Program for non-insured recipients). For information regarding provider requirements and enrollment in the CDC COVID-19 Vaccination Program, see https://www.cdc.gov/vaccines/covid-19/provider-enrollment.html.

Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or TIPS.HHS.GOV.

**AUTHORITY FOR ISSUANCE OF THE EUA**
The Secretary of the Department of Health and Human Services (HHS) has declared a public health emergency that justifies the emergency use of drugs and biological products during the COVID-19 Pandemic. In response, the FDA has issued an EUA for the unapproved product, Moderna COVID-19 Vaccine, for active immunization to prevent COVID-19 in individuals 18 years of age and older.

FDA issued this EUA, based on ModernaTX, Inc.'s request and submitted data.

Although limited scientific information is available, based on the totality of the scientific evidence available to date, it is reasonable to believe that the Moderna COVID-19 Vaccine may be effective for the prevention of COVID-19 in individuals as specified in the *Full EUA Prescribing Information*.

This EUA for the Moderna COVID-19 Vaccine will end when the Secretary of HHS determines that the circumstances justifying the EUA no longer exist or when there is a change in the

Revised: Mar/31/2021                                                                                              7

MCSO-FENTY004231

approval status of the product such that an EUA is no longer needed.

For additional information about Emergency Use Authorization, visit FDA at:
https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.

**COUNTERMEASURES INJURY COMPENSATION PROGRAM**
The Countermeasures Injury Compensation Program (CICP) is a federal program that has been created to help pay for related costs of medical care and other specific expenses to compensate people injured after use of certain medical countermeasures. Medical countermeasures are specific vaccines, medications, devices, or other items used to prevent, diagnose, or treat the public during a public health emergency or a security threat. For more information about CICP regarding the vaccines to prevent COVID-19, visit http://www.hrsa.gov/cicp, email cicp@hrsa.gov, or call: 1-855-266-2427.

Moderna US, Inc.
Cambridge, MA 02139

©2021 ModernaTX, Inc. All rights reserved.
Patent(s): www.modernatx.com/patents
Revised: Mar/31/2021

END SHORT VERSION FACT SHEET
Long Version (Full EUA Prescribing Information) Begins On Next Page

MCSO-FENTY004232

**FULL EMERGENCY USE AUTHORIZATION (EUA)**
**PRESCRIBING INFORMATION**

## MODERNA COVID-19 VACCINE

**FULL EUA PRESCRIBING INFORMATION: CONTENTS***
**1 AUTHORIZED USE**
**2 DOSAGE AND ADMINISTRATION**
2.1 Preparation for Administration
2.2 Administration
2.3 Dosing and Schedule
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
5.1 Management of Acute Allergic Reactions
5.2 Altered Immunocompetence
5.3 Limitations of Vaccine Effectiveness
**6 OVERALL SAFETY SUMMARY**
6.1 Clinical Trials Experience
**8 REQUIREMENTS AND INSTRUCTIONS FOR**
  **REPORTING ADVERSE EVENTS AND VACCINE**
  **ADMINISTRATION ERRORS**

**10 DRUG INTERACTIONS**
**11 USE IN SPECIFIC POPULATIONS**
11.1 Pregnancy
11.2 Lactation
11.3 Pediatric Use
11.4 Geriatric Use
**13 DESCRIPTION**
**14 CLINICAL PHARMACOLOGY**
14.1 Mechanism of Action
**18 CLINICAL TRIAL RESULTS AND SUPPORTING DATA**
  **FOR EUA**
**19 HOW SUPPLIED/STORAGE AND HANDLING**
**20 PATIENT COUNSELING INFORMATION**
**21 CONTACT INFORMATION**
*Sections or subsections omitted from the full prescribing
  information are not listed

---

## FULL EMERGENCY USE AUTHORIZATION (EUA) PRESCRIBING INFORMATION

## 1  AUTHORIZED USE

Moderna COVID-19 Vaccine is authorized for use under an Emergency Use Authorization (EUA) for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 18 years of age and older.

## 2  DOSAGE AND ADMINISTRATION

For intramuscular injection only.

### 2.1 Preparation for Administration
- The Moderna COVID-19 Vaccine multiple-dose vials contain a frozen suspension that does not contain a preservative and must be thawed prior to administration.
- Remove the required number of vial(s) from storage and thaw each vial before use following the instructions below.

MCSO-FENTY004233

| Vial | Thaw in Refrigerator | Thaw at Room Temperature |
|---|---|---|
| **Maximum 11-Dose Vial (range: 10-11 doses)** | Thaw in refrigerated conditions between 2° to 8°C for 2 hours and 30 minutes. Let each vial stand at room temperature for 15 minutes before administering. | Alternatively, thaw at room temperature between 15° to 25°C for 1 hour. |
| **Maximum 15-Dose Vial (range: 13-15 doses)** | Thaw in refrigerated conditions between 2° to 8°C for 3 hours. Let each vial stand at room temperature for 15 minutes before administering. | Alternatively, thaw at room temperature between 15° to 25°C for 1 hour and 30 minutes. |

- After thawing, do not refreeze.
- Swirl vial gently after thawing and between each withdrawal. **Do not shake.** Do not dilute the vaccine.
- The Moderna COVID-19 Vaccine is a white to off-white suspension. It may contain white or translucent product-related particulates. Visually inspect the Moderna COVID-19 Vaccine vials for other particulate matter and/or discoloration prior to administration. If either of these conditions exists, the vaccine should not be administered.
- The Moderna COVID-19 Vaccine is supplied in two multiple-dose vial presentations:
  - A multiple-dose vial containing a maximum of 11 doses: range 10-11 doses (0.5 mL each).
  - A multiple-dose vial containing a maximum of 15 doses: range 13-15 doses (0.5 mL each).
- Depending on the syringes and needles used for each dose, there may not be sufficient volume to extract more than 10 doses from the maximum of 11 doses vial or more than 13 doses from the maximum of 15 doses vial. Irrespective of the type of syringe and needle:
  - Each dose must contain 0.5 mL of vaccine.
  - If the amount of vaccine remaining in the vial cannot provide a full dose of 0.5 mL, discard the vial and contents. Do not pool excess vaccine from multiple vials.
  - Pierce the stopper at a different site each time.
- After the first dose has been withdrawn, the vial should be held between 2° to 25°C (36° to 77°F). Record the date and time of first use on the Moderna COVID-19 Vaccine vial label. Discard vial after 12 hours. Do not refreeze.

## 2.2  Administration

Visually inspect each dose of the Moderna COVID-19 Vaccine in the dosing syringe prior to administration. The white to off-white suspension may contain white or translucent product-related particulates. During the visual inspection,
- verify the final dosing volume of 0.5 mL.
- confirm there are no other particulates and that no discoloration is observed.
- do not administer if vaccine is discolored or contains other particulate matter.

MCSO-FENTY004234

Administer the Moderna COVID-19 Vaccine intramuscularly.

**2.3 Dosing and Schedule**
The Moderna COVID-19 Vaccine is administered intramuscularly as a series of two doses (0.5 mL each) 1 month apart.

There are no data available on the interchangeability of the Moderna COVID-19 Vaccine with other COVID-19 vaccines to complete the vaccination series. Individuals who have received one dose of Moderna COVID-19 Vaccine should receive a second dose of Moderna COVID-19 Vaccine to complete the vaccination series.

## 3   DOSAGE FORMS AND STRENGTHS

Moderna COVID-19 Vaccine is a suspension for intramuscular injection. A single dose is 0.5 mL.

## 4   CONTRAINDICATIONS

Do not administer the Moderna COVID-19 Vaccine to individuals with a known history of severe allergic reaction (e.g., anaphylaxis) to any component of the Moderna COVID-19 Vaccine *[see Description (13)]*.

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Management of Acute Allergic Reactions

Appropriate medical treatment to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the Moderna COVID-19 Vaccine.

Monitor Moderna COVID-19 Vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

### 5.2   Altered Immunocompetence
Immunocompromised persons, including individuals receiving immunosuppressive therapy, may have a diminished response to the Moderna COVID-19 Vaccine.

### 5.3   Limitations of Vaccine Effectiveness
The Moderna COVID-19 Vaccine may not protect all vaccine recipients.

## 6   OVERALL SAFETY SUMMARY

**It is MANDATORY for vaccination providers to report to the Vaccine Adverse Event Reporting System (VAERS) all vaccine administration errors, all serious adverse events, cases of Multi-inflammatory Syndrome (MIS) in adults, and hospitalized or fatal cases of**

Revised: Mar/31/2021                                                                                      11

MCSO-FENTY004235

**COVID-19 following vaccination with the Moderna COVID-19 Vaccine. To the extent feasible, provide a copy of the VAERS form to ModernaTX, Inc. Please see the REQUIREMENTS AND INSTRUCTIONS FOR REPORTING ADVERSE EVENTS AND VACCINE ADMINISTRATION ERRORS section for details on reporting to VAERS and ModernaTX, Inc.**

In clinical studies, the adverse reactions in participants 18 years of age and older were pain at the injection site (92.0%), fatigue (70.0%), headache (64.7%), myalgia (61.5%), arthralgia (46.4%), chills (45.4%), nausea/vomiting (23.0%), axillary swelling/tenderness (19.8%), fever (15.5%), swelling at the injection site (14.7%), and erythema at the injection site (10.0%).

Severe allergic reactions, including anaphylaxis, have been reported following administration of the Moderna COVID-19 Vaccine during mass vaccination outside of clinical trials.

**6.1  Clinical Trials Experience**
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a vaccine cannot be directly compared with rates in the clinical trials of another vaccine and may not reflect the rates observed in practice.

Overall, 15,419 participants aged 18 years and older received at least one dose of Moderna COVID-19 Vaccine in three clinical trials (NCT04283461, NCT04405076, and NCT04470427).

The safety of Moderna COVID-19 Vaccine was evaluated in an ongoing Phase 3 randomized, placebo-controlled, observer-blind clinical trial conducted in the United States involving 30,351 participants 18 years of age and older who received at least one dose of Moderna COVID-19 Vaccine (n=15,185) or placebo (n=15,166) (NCT04470427). At the time of vaccination, the mean age of the population was 52 years (range 18-95); 22,831 (75.2%) of participants were 18 to 64 years of age and 7,520 (24.8%) of participants were 65 years of age and older. Overall, 52.7% were male, 47.3% were female, 20.5% were Hispanic or Latino, 79.2% were White, 10.2% were African American, 4.6% were Asian, 0.8% were American Indian or Alaska Native, 0.2% were Native Hawaiian or Pacific Islander, 2.1% were other races, and 2.1% were Multiracial. Demographic characteristics were similar among participants who received Moderna COVID-19 Vaccine and those who received placebo.

Solicited Adverse Reactions

Data on solicited local and systemic adverse reactions and use of antipyretic medication were collected in an electronic diary for 7 days following each injection (i.e., day of vaccination and the next 6 days) among participants receiving Moderna COVID-19 Vaccine (n=15,179) and participants receiving placebo (n=15,163) with at least 1 documented dose. Solicited adverse reactions were reported more frequently among vaccine participants than placebo participants.

The reported number and percentage of the solicited local and systemic adverse reactions by age group and dose are presented in Table 1 and Table 2, respectively.

Revised: Mar/31/2021                                                                                     12

MCSO-FENTY004236

**Table 1: Number and Percentage of Participants With Solicited Local and Systemic Adverse Reactions Within 7 Days\* After Each Dose in Participants 18-64 Years (Solicited Safety Set, Dose 1 and Dose 2)**

| | Moderna COVID-19 Vaccine | | Placebo[a] | |
|---|---|---|---|---|
| | Dose 1 (N=11,406) n (%) | Dose 2 (N=10,985) n (%) | Dose 1 (N=11,407) n (%) | Dose 2 (N=10,918) n (%) |
| **Local Adverse Reactions** | | | | |
| Pain | 9,908 (86.9) | 9,873 (89.9) | 2,177 (19.1) | 2,040 (18.7) |
| Pain, Grade 3[b] | 366 (3.2) | 506 (4.6) | 23 (0.2) | 22 (0.2) |
| Axillary swelling/tenderness | 1,322 (11.6) | 1,775 (16.2) | 567 (5.0) | 470 (4.3) |
| Axillary swelling/tenderness, Grade 3[b] | 37 (0.3) | 46 (0.4) | 13 (0.1) | 11 (0.1) |
| Swelling (hardness) ≥25 mm | 767 (6.7) | 1,389 (12.6) | 34 (0.3) | 36 (0.3) |
| Swelling (hardness), Grade 3[c] | 62 (0.5) | 182 (1.7) | 3 (<0.1) | 4 (<0.1) |
| Erythema (redness) ≥25 mm | 344 (3.0) | 982 (8.9) | 47 (0.4) | 43 (0.4) |
| Erythema (redness), Grade 3[c] | 34 (0.3) | 210 (1.9) | 11 (<0.1) | 12 (0.1) |
| **Systemic Adverse Reactions** | | | | |
| Fatigue | 4,384 (38.4) | 7,430 (67.6) | 3,282 (28.8) | 2,687 (24.6) |
| Fatigue, Grade 3[d] | 120 (1.1) | 1,174 (10.7) | 83 (0.7) | 86 (0.8) |
| Fatigue, Grade 4[e] | 1 (<0.1) | 0 (0) | 0 (0) | 0 (0) |
| Headache | 4,030 (35.3) | 6,898 (62.8) | 3,304 (29.0) | 2,760 (25.3) |
| Headache, Grade 3[f] | 219 (1.9) | 553 (5.0) | 162 (1.4) | 129 (1.2) |
| Myalgia | 2,699 (23.7) | 6,769 (61.6) | 1,628 (14.3) | 1,411 (12.9) |
| Myalgia, Grade 3[d] | 73 (0.6) | 1,113 (10.1) | 38 (0.3) | 42 (0.4) |
| Arthralgia | 1,893 (16.6) | 4,993 (45.5) | 1,327 (11.6) | 1,172 (10.7) |
| Arthralgia, Grade 3[d] | 47 (0.4) | 647 (5.9) | 29 (0.3) | 37 (0.3) |
| Arthralgia, Grade 4[e] | 1 (<0.1) | 0 (0) | 0 (0) | 0 (0) |
| Chills | 1,051 (9.2) | 5,341 (48.6) | 730 (6.4) | 658 (6.0) |

Revised: Mar/31/2021

13

| | Moderna COVID-19 Vaccine | | Placebo[a] | |
|---|---|---|---|---|
| | Dose 1 (N=11,406) n (%) | Dose 2 (N=10,985) n (%) | Dose 1 (N=11,407) n (%) | Dose 2 (N=10,918) n (%) |
| Chills, Grade 3[g] | 17 (0.1) | 164 (1.5) | 8 (<0.1) | 15 (0.1) |
| Nausea/vomiting | 1,068 (9.4) | 2,348 (21.4) | 908 (8.0) | 801 (7.3) |
| Nausea/vomiting, Grade 3[h] | 6 (<0.1) | 10 (<0.1) | 8 (<0.1) | 8 (<0.1) |
| Fever | 105 (0.9) | 1,908 (17.4) | 37 (0.3) | 39 (0.4) |
| Fever, Grade 3[i] | 10 (<0.1) | 184 (1.7) | 1 (<0.1) | 2 (<0.1) |
| Fever, Grade 4[j] | 4 (<0.1) | 12 (0.1) | 4 (<0.1) | 2 (<0.1) |
| Use of antipyretic or pain medication | 2,656 (23.3) | 6,292 (57.3) | 1,523 (13.4) | 1,248 (11.4) |

\* 7 days included day of vaccination and the subsequent 6 days. Events and use of antipyretic or pain medication were collected in the electronic diary (e-diary).

[a] Placebo was a saline solution.

[b] Grade 3 pain and axillary swelling/tenderness: Defined as any use of prescription pain reliever; prevents daily activity.

[c] Grade 3 swelling and erythema: Defined as >100 mm / >10 cm.

[d] Grade 3 fatigue, myalgia, arthralgia: Defined as significant; prevents daily activity.

[e] Grade 4 fatigue, arthralgia: Defined as requires emergency room visit or hospitalization.

[f] Grade 3 headache: Defined as significant; any use of prescription pain reliever or prevents daily activity.

[g] Grade 3 chills: Defined as prevents daily activity and requires medical intervention.

[h] Grade 3 nausea/vomiting: Defined as prevents daily activity, requires outpatient intravenous hydration.

[i] Grade 3 fever: Defined as ≥39.0° – ≤40.0°C / ≥102.1° – ≤104.0°F.

[j] Grade 4 fever: Defined as >40.0°C / >104.0°F.

**Table 2: Number and Percentage of Participants With Solicited Local and Systemic Adverse Reactions Within 7 Days\* After Each Dose in Participants 65 Years and Older (Solicited Safety Set, Dose 1 and Dose 2)**

| | Moderna COVID-19 Vaccine | | Placebo[a] | |
|---|---|---|---|---|
| | Dose 1 (N=3,762) n (%) | Dose 2 (N=3,692) n (%) | Dose 1 (N=3,748) n (%) | Dose 2 (N=3,648) n (%) |
| **Local Adverse Reactions** | | | | |
| Pain | 2,782 (74.0) | 3,070 (83.2) | 481 (12.8) | 437 (12.0) |
| Pain, Grade 3[b] | 50 (1.3) | 98 (2.7) | 32 (0.9) | 18 (0.5) |
| Axillary swelling/tenderness | 231 (6.1) | 315 (8.5) | 155 (4.1) | 97 (2.7) |
| Axillary swelling/tenderness, Grade 3[b] | 12 (0.3) | 21 (0.6) | 14 (0.4) | 8 (0.2) |

MCSO-FENTY004238

| | Moderna COVID-19 Vaccine | | Placebo[a] | |
|---|---|---|---|---|
| | Dose 1 (N=3,762) n (%) | Dose 2 (N=3,692) n (%) | Dose 1 (N=3,748) n (%) | Dose 2 (N=3,648) n (%) |
| Swelling (hardness) ≥25 mm | 165 (4.4) | 400 (10.8) | 18 (0.5) | 13 (0.4) |
| Swelling (hardness), Grade 3[c] | 20 (0.5) | 72 (2.0) | 3 (<0.1) | 7 (0.2) |
| Erythema (redness) ≥25 mm | 86 (2.3) | 275 (7.5) | 20 (0.5) | 13 (0.4) |
| Erythema (redness), Grade 3[c] | 8 (0.2) | 77 (2.1) | 2 (<0.1) | 3 (<0.1) |
| **Systemic Adverse Reactions** | | | | |
| Fatigue | 1,251 (33.3) | 2,152 (58.3) | 851 (22.7) | 716 (19.6) |
| Fatigue, Grade 3[d] | 30 (0.8) | 254 (6.9) | 22 (0.6) | 20 (0.5) |
| Headache | 921 (24.5) | 1,704 (46.2) | 723 (19.3) | 650 (17.8) |
| Headache, Grade 3[e] | 52 (1.4) | 106 (2.9) | 34 (0.9) | 33 (0.9) |
| Myalgia | 742 (19.7) | 1,739 (47.1) | 443 (11.8) | 398 (10.9) |
| Myalgia, Grade 3[d] | 17 (0.5) | 205 (5.6) | 9 (0.2) | 10 (0.3) |
| Arthralgia | 618 (16.4) | 1,291 (35.0) | 456 (12.2) | 397 (10.9) |
| Arthralgia, Grade 3[d] | 13 (0.3) | 123 (3.3) | 8 (0.2) | 7 (0.2) |
| Chills | 202 (5.4) | 1,141 (30.9) | 148 (4.0) | 151 (4.1) |
| Chills, Grade 3[f] | 7 (0.2) | 27 (0.7) | 6 (0.2) | 2 (<0.1) |
| Nausea/vomiting | 194 (5.2) | 437 (11.8) | 166 (4.4) | 133 (3.6) |
| Nausea/vomiting, Grade 3[g] | 4 (0.1) | 10 (0.3) | 4 (0.1) | 3 (<0.1) |
| Nausea/vomiting, Grade 4[h] | 0 (0) | 1 (<0.1) | 0 (0) | 0 (0) |
| Fever | 10 (0.3) | 370 (10.0) | 7 (0.2) | 4 (0.1) |
| Fever, Grade 3[i] | 1 (<0.1) | 18 (0.5) | 1 (<0.1) | 0 (0) |
| Fever, Grade 4[j] | 0 (0) | 1 (<0.1) | 2 (<0.1) | 1 (<0.1) |
| Use of antipyretic or pain medication | 673 (17.9) | 1,546 (41.9) | 477 (12.7) | 329 (9.0) |

\* 7 days included day of vaccination and the subsequent 6 days. Events and use of antipyretic or pain medication were collected in the electronic diary (e-diary).

[a] Placebo was a saline solution.

Revised: Mar/31/2021

15

MCSO-FENTY004239

[b] Grade 3 pain and axillary swelling/tenderness: Defined as any use of prescription pain reliever; prevents daily activity.
[c] Grade 3 swelling and erythema: Defined as >100 mm / >10 cm.
[d] Grade 3 fatigue, myalgia, arthralgia: Defined as significant; prevents daily activity.
[e] Grade 3 headache: Defined as significant; any use of prescription pain reliever or prevents daily activity.
[f] Grade 3 chills: Defined as prevents daily activity and requires medical intervention.
[g] Grade 3 Nausea/vomiting: Defined as prevents daily activity, requires outpatient intravenous hydration.
[h] Grade 4 Nausea/vomiting: Defined as requires emergency room visit or hospitalization for hypotensive shock.
[i] Grade 3 fever: Defined as ≥39.0° – ≤40.0°C / ≥102.1° – ≤104.0°F.
[j] Grade 4 fever: Defined as >40.0°C / >104.0°F.

Solicited local and systemic adverse reactions reported following administration of Moderna COVID-19 Vaccine had a median duration of 1 to 3 days.

Grade 3 solicited local adverse reactions were more frequently reported after Dose 2 than after Dose 1. Solicited systemic adverse reactions were more frequently reported by vaccine recipients after Dose 2 than after Dose 1.

<u>Unsolicited Adverse Events</u>

Participants were monitored for unsolicited adverse events for up to 28 days following each dose and follow-up is ongoing. Serious adverse events and medically attended adverse events will be recorded for the entire study duration of 2 years. As of November 25, 2020, among participants who had received at least 1 dose of vaccine or placebo (vaccine=15,185, placebo=15,166), unsolicited adverse events that occurred within 28 days following each vaccination were reported by 23.9% of participants (n=3,632) who received Moderna COVID-19 Vaccine and 21.6% of participants (n=3,277) who received placebo. In these analyses, 87.9% of study participants had at least 28 days of follow-up after Dose 2.

Lymphadenopathy-related events that were not necessarily captured in the 7-day e-diary were reported by 1.1% of vaccine recipients and 0.6% of placebo recipients. These events included lymphadenopathy, lymphadenitis, lymph node pain, vaccination-site lymphadenopathy, injection-site lymphadenopathy, and axillary mass, which were plausibly related to vaccination. This imbalance is consistent with the imbalance observed for solicited axillary swelling/tenderness in the injected arm.

Hypersensitivity adverse events were reported in 1.5% of vaccine recipients and 1.1% of placebo recipients. Hypersensitivity events in the vaccine group included injection site rash and injection site urticaria, which are likely related to vaccination. Delayed injection site reactions that began >7 days after vaccination were reported in 1.2% of vaccine recipients and 0.4% of placebo recipients. Delayed injection site reactions included pain, erythema, and swelling and are likely related to vaccination.

Throughout the same period, there were three reports of Bell's palsy in the Moderna COVID-19 Vaccine group (one of which was a serious adverse event), which occurred 22, 28, and 32 days after vaccination, and one in the placebo group which occurred 17 days after vaccination. Currently available information on Bell's palsy is insufficient to determine a causal relationship with the vaccine.

Revised: Mar/31/2021                                                                                                      16

MCSO-FENTY004240

There were no other notable patterns or numerical imbalances between treatment groups for specific categories of adverse events (including other neurologic, neuro-inflammatory, and thrombotic events) that would suggest a causal relationship to Moderna COVID-19 Vaccine.

Serious Adverse Events

As of November 25, 2020, serious adverse events were reported by 1.0% (n=147) of participants who received Moderna COVID-19 Vaccine and 1.0% (n=153) of participants who received placebo, one of which was the case of Bell's palsy which occurred 32 days following receipt of vaccine.

In these analyses, 87.9% of study participants had at least 28 days of follow-up after Dose 2, and the median follow-up time for all participants was 9 weeks after Dose 2.

There were two serious adverse events of facial swelling in vaccine recipients with a history of injection of dermatological fillers. The onset of swelling was reported 1 and 2 days, respectively, after vaccination and was likely related to vaccination.

There was one serious adverse event of intractable nausea and vomiting in a participant with prior history of severe headache and nausea requiring hospitalization. This event occurred 1 day after vaccination and was likely related to vaccination.

There were no other notable patterns or imbalances between treatment groups for specific categories of serious adverse events (including neurologic, neuro-inflammatory, and thrombotic events) that would suggest a causal relationship to Moderna COVID-19 Vaccine.

## 8   REQUIREMENTS AND INSTRUCTIONS FOR REPORTING ADVERSE EVENTS AND VACCINE ADMINISTRATION ERRORS

See Overall Safety Summary (Section 6) for additional information.

The vaccination provider enrolled in the federal COVID-19 Vaccination Program is responsible for the MANDATORY reporting of the listed events following Moderna COVID-19 Vaccine to the Vaccine Adverse Event Reporting System (VAERS)
- Vaccine administration errors whether or not associated with an adverse event
- Serious adverse events* (irrespective of attribution to vaccination)
- Cases of multisystem inflammatory syndrome (MIS) in adults
- Cases of COVID-19 that results in hospitalization or death

*Serious Adverse Events are defined as:
- Death;
- A life-threatening adverse event;
- Inpatient hospitalization or prolongation of existing hospitalization;
- A persistent or significant incapacity or substantial disruption of the ability to conduct

MCSO-FENTY004241

normal life functions;

- A congenital anomaly/birth defect;
- An important medical event that based on appropriate medical judgement may jeopardize the individual and may require medical or surgical intervention to prevent one of the outcomes listed above.

Instructions for Reporting to VAERS

The vaccination provider enrolled in the federal COVID-19 Vaccination Program should complete and submit a VAERS form to FDA using one of the following methods:

- Complete and submit the report online: https://vaers.hhs.gov/reportevent.html, or
- If you are unable to submit this form electronically, you may fax it to VAERS at 1-877-721-0366. If you need additional help submitting a report, you may call the VAERS toll-free information line at 1-800-822-7967 or send an email to info@vaers.org.

**IMPORTANT: When reporting adverse events or vaccine administration errors to VAERS, please complete the entire form with detailed information. It is important that the information reported to FDA be as detailed and complete as possible. Information to include:**

- Patient demographics (e.g., patient name, date of birth)
- Pertinent medical history
- Pertinent details regarding admission and course of illness
- Concomitant medications
- Timing of adverse event(s) in relationship to administration of Moderna COVID-19 Vaccine
- Pertinent laboratory and virology information
- Outcome of the event and any additional follow-up information if it is available at the time of the VAERS report. Subsequent reporting of follow-up information should be completed if additional details become available.

The following steps are highlighted to provide the necessary information for safety tracking:

1. In Box 17, provide information on Moderna COVID-19 Vaccine and any other vaccines administered on the same day; and in Box 22, provide information on any other vaccines received within one month prior.
2. In Box 18, description of the event:
   a. Write "Moderna COVID-19 Vaccine EUA" as the first line
   b. Provide a detailed report of vaccine administration error and/or adverse event. It is important to provide detailed information regarding the patient and adverse event/medication error for ongoing safety evaluation of this unapproved vaccine. Please see information to include listed above.
3. Contact information:
   a. In Box 13, provide the name and contact information of the prescribing healthcare provider or institutional designee who is responsible for the report.
   b. In Box 14, provide the name and contact information of the best doctor/healthcare professional to contact about the adverse event.

MCSO-FENTY004242

    c.  In Box 15, provide the address of the facility where vaccine was given (NOT the healthcare provider's office address).

Other Reporting Instructions

Vaccination providers may report to VAERS other adverse events that are not required to be reported using the contact information above.

To the extent feasible, report adverse events to ModernaTX, Inc. using the contact information below or by providing a copy of the VAERS form to ModernaTX, Inc.

| Email | Fax number | Telephone number |
|-------|-----------|------------------|
| ModernaPV@modernatx.com | 1-866-599-1342 | 1-866-MODERNA (1-866-663-3762) |

## 10   DRUG INTERACTIONS

There are no data to assess the concomitant administration of the Moderna COVID-19 Vaccine with other vaccines.

## 11   USE IN SPECIFIC POPULATIONS

### 11.1   Pregnancy

Pregnancy Exposure Registry

There is a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to Moderna COVID-19 Vaccine during pregnancy. Women who are vaccinated with Moderna COVID-19 Vaccine during pregnancy are encouraged to enroll in the registry by calling 1-866-MODERNA (1-866-663-3762).

Risk Summary

All pregnancies have a risk of birth defect, loss, or other adverse outcomes. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively. Available data on Moderna COVID-19 Vaccine administered to pregnant women are insufficient to inform vaccine-associated risks in pregnancy.

In a developmental toxicity study, 0.2 mL of a vaccine formulation containing the same quantity of nucleoside-modified messenger ribonucleic acid (mRNA) (100 mcg) and other ingredients included in a single human dose of Moderna COVID-19 Vaccine was administered to female rats by the intramuscular route on four occasions: 28 and 14 days prior to mating, and on gestation days 1 and 13. No vaccine-related adverse effects on female fertility, fetal development, or postnatal development were reported in the study.

Revised: Mar/31/2021                                                     19

MCSO-FENTY004243

## 11.2   Lactation

<u>Risk Summary</u>

Data are not available to assess the effects of Moderna COVID-19 Vaccine on the breastfed infant or on milk production/excretion.

## 11.3   Pediatric Use

Safety and effectiveness have not been assessed in persons less than 18 years of age. Emergency Use Authorization of Moderna COVID-19 Vaccine does not include use in individuals younger than 18 years of age.

## 11.4   Geriatric Use

Clinical studies of Moderna COVID-19 Vaccine included participants 65 years of age and older receiving vaccine or placebo, and their data contribute to the overall assessment of safety and efficacy. In an ongoing Phase 3 clinical study, 24.8% (n=7,520) of participants were 65 years of age and older and 4.6% (n=1,399) of participants were 75 years of age and older. Vaccine efficacy in participants 65 years of age and older was 86.4% (95% CI 61.4, 95.2) compared to 95.6% (95% CI 90.6, 97.9) in participants 18 to <65 years of age *[see Clinical Trial Results and Supporting Data for EUA (18)]*. Overall, there were no notable differences in the safety profiles observed in participants 65 years of age and older and younger participants *[see Overall Safety Summary (6.1)]*.

## 13   DESCRIPTION

Moderna COVID-19 Vaccine is provided as a white to off-white suspension for intramuscular injection. Each 0.5 mL dose of Moderna COVID-19 Vaccine contains 100 mcg of nucleoside-modified messenger RNA (mRNA) encoding the pre-fusion stabilized Spike glycoprotein (S) of SARS-CoV-2 virus.

Each dose of the Moderna COVID-19 Vaccine contains the following ingredients: a total lipid content of 1.93 mg (SM-102, polyethylene glycol [PEG] 2000 dimyristoyl glycerol [DMG], cholesterol, and 1,2-distearoyl-sn-glycero-3-phosphocholine [DSPC]), 0.31 mg tromethamine, 1.18 mg tromethamine hydrochloride, 0.043 mg acetic acid, 0.20 mg sodium acetate trihydrate, and 43.5 mg sucrose.

Moderna COVID-19 Vaccine does not contain a preservative.

The vial stoppers are not made with natural rubber latex.

MCSO-FENTY004244

## 14   CLINICAL PHARMACOLOGY

### 14.1 Mechanism of Action

The nucleoside-modified mRNA in the Moderna COVID-19 Vaccine is formulated in lipid particles, which enable delivery of the nucleoside-modified mRNA into host cells to allow expression of the SARS-CoV-2 S antigen. The vaccine elicits an immune response to the S antigen, which protects against COVID-19.

## 18   CLINICAL TRIAL RESULTS AND SUPPORTING DATA FOR EUA

A Phase 3 randomized, placebo-controlled, observer-blind clinical trial to evaluate the efficacy, safety, and immunogenicity of the Moderna COVID-19 Vaccine in participants 18 years of age and older is ongoing in the United States (NCT04470427). Randomization was stratified by age and health risk: 18 to <65 years of age without comorbidities (not at risk for progression to severe COVID-19), 18 to <65 years of age with comorbidities (at risk for progression to severe COVID-19), and 65 years of age and older with or without comorbidities. Participants who were immunocompromised and those with a known history of SARS-CoV-2 infection were excluded from the study. Participants with no known history of SARS-CoV-2 infection but with positive laboratory results indicative of infection at study entry were included. The study allowed for the inclusion of participants with stable pre-existing medical conditions, defined as disease not requiring significant change in therapy or hospitalization for worsening disease during the 3 months before enrollment, as well as participants with stable human immunodeficiency virus (HIV) infection. A total of 30,420 participants were randomized equally to receive 2 doses of the Moderna COVID-19 Vaccine or saline placebo 1 month apart. Participants will be followed for efficacy and safety until 24 months after the second dose.

The primary efficacy analysis population (referred to as the Per-Protocol Set) included 28,207 participants who received two doses (at 0 and 1 month) of either Moderna COVID-19 Vaccine (n=14,134) or placebo (n=14,073), and had a negative baseline SARS-CoV-2 status. In the Per-Protocol Set, 47.4% were female, 19.7% were Hispanic or Latino; 79.5% were White, 9.7% were African American, 4.6% were Asian, and 2.1% other races. The median age of participants was 53 years (range 18-95) and 25.3% of participants were 65 years of age and older. Of the study participants in the Per-Protocol Set, 18.5% were at increased risk of severe COVID-19 due to at least one pre-existing medical condition (chronic lung disease, significant cardiac disease, severe obesity, diabetes, liver disease, or HIV infection) regardless of age. Between participants who received Moderna COVID-19 Vaccine and those who received placebo, there were no notable differences in demographics or pre-existing medical conditions.

Efficacy Against COVID-19

COVID-19 was defined based on the following criteria: The participant must have experienced at least two of the following systemic symptoms: fever ($\geq$38ºC), chills, myalgia, headache, sore throat, new olfactory and taste disorder(s); or the participant must have experienced at least one of the following respiratory signs/symptoms: cough, shortness of breath or difficulty breathing, or clinical or radiographical evidence of pneumonia; and the participant must have at least one

Revised: Mar/31/2021

MCSO-FENTY004245

NP swab, nasal swab, or saliva sample (or respiratory sample, if hospitalized) positive for SARS-CoV-2 by RT-PCR. COVID-19 cases were adjudicated by a Clinical Adjudication Committee.

The median length of follow up for efficacy for participants in the study was 9 weeks post Dose 2. There were 11 COVID-19 cases in the Moderna COVID-19 Vaccine group and 185 cases in the placebo group, with a vaccine efficacy of 94.1% (95% confidence interval of 89.3% to 96.8%).

**Table 3: Primary Efficacy Analysis: COVID-19\* in Participants 18 Years of Age and Older Starting 14 Days After Dose 2 per Adjudication Committee Assessments – Per-Protocol Set**

| Moderna COVID-19 Vaccine | | | Placebo | | | |
|---|---|---|---|---|---|---|
| Participants (N) | COVID-19 Cases (n) | Incidence Rate of COVID-19 per 1,000 Person-Years | Participants (N) | COVID-19 Cases (n) | Incidence Rate of COVID-19 per 1,000 Person-Years | % Vaccine Efficacy (95% CI)† |
| 14,134 | 11 | 3.328 | 14,073 | 185 | 56.510 | 94.1 (89.3, 96.8) |

\* COVID-19: symptomatic COVID-19 requiring positive RT-PCR result and at least two systemic symptoms or one respiratory symptom. Cases starting 14 days after Dose 2.
† VE and 95% CI from the stratified Cox proportional hazard model.

The subgroup analyses of vaccine efficacy are presented in Table 4.

**Table 4: Subgroup Analyses of Vaccine Efficacy: COVID-19\* Cases Starting 14 Days After Dose 2 per Adjudication Committee Assessments – Per- Protocol Set**

| Age Subgroup (Years) | Moderna COVID-19 Vaccine | | | Placebo | | | % Vaccine Efficacy (95% CI)* |
|---|---|---|---|---|---|---|---|
| | Participants (N) | COVID-19 Cases (n) | Incidence Rate of COVID-19 per 1,000 Person-Years | Participants (N) | COVID-19 Cases (n) | Incidence Rate of COVID-19 per 1,000 Person-Years | |
| 18 to <65 | 10,551 | 7 | 2.875 | 10,521 | 156 | 64.625 | 95.6 (90.6, 97.9) |
| ≥65 | 3,583 | 4 | 4.595 | 3,552 | 29 | 33.728 | 86.4 (61.4, 95.2) |

\* COVID-19: symptomatic COVID-19 requiring positive RT-PCR result and at least two systemic symptoms or one respiratory symptom. Cases starting 14 days after Dose 2.
† VE and 95% CI from the stratified Cox proportional hazard model.

Severe COVID-19 was defined based on confirmed COVID-19 as per the primary efficacy endpoint case definition, plus any of the following: Clinical signs indicative of severe systemic illness, respiratory rate ≥30 per minute, heart rate ≥125 beats per minute, SpO2 ≤93% on room

Revised: Mar/31/2021

MCSO-FENTY004246

air at sea level or PaO2/FIO2 <300 mm Hg; or respiratory failure or ARDS (defined as needing high-flow oxygen, non-invasive or mechanical ventilation, or ECMO), evidence of shock (systolic blood pressure <90 mmHg, diastolic BP <60 mmHg or requiring vasopressors); or significant acute renal, hepatic, or neurologic dysfunction; or admission to an intensive care unit or death.

Among all participants in the Per-Protocol Set analysis, which included COVID-19 cases confirmed by an adjudication committee, no cases of severe COVID-19 were reported in the Moderna COVID-19 Vaccine group compared with 30 cases reported in the placebo group (incidence rate 9.138 per 1,000 person-years). One PCR-positive case of severe COVID-19 in a vaccine recipient was awaiting adjudication at the time of the analysis.

## 19  HOW SUPPLIED/STORAGE AND HANDLING

Moderna COVID-19 Vaccine Suspension for Intramuscular Injection Multiple-Dose Vials are supplied as follows:

NDC 80777-273-99    Carton of 10 multiple-dose vials, each vial containing a maximum of 11 doses: range 10-11 doses (0.5 mL)

NDC 80777-273-98    Carton of 10 multiple-dose vials, each vial containing a maximum of 15 doses: range 13-15 doses (0.5 mL)

During storage, minimize exposure to room light.

Store frozen between -50º to -15ºC (-58º to 5ºF). Store in the original carton to protect from light.

Do not store on dry ice or below -50ºC (-58ºF). Use of dry ice may subject vials to temperatures colder than -50ºC (-58ºF).

Vials may be stored refrigerated between 2° to 8°C (36° to 46°F) for up to 30 days prior to first use. Do not refreeze.

Vials may be stored between 8° to 25°C (46° to 77°F) for a total of 24 hours.

After the first dose has been withdrawn, the vial should be held between 2° to 25°C (36° to 77°F). Vials should be discarded 12 hours after the first puncture.

Thawed vials can be handled in room light conditions.

Do not refreeze once thawed.

Transportation of Thawed Vials at 2°C to 8°C (35°F to 46°F)

If transport at -50° to -15°C (-58° to 5°F) is not feasible, available data support transportation of one or more thawed vials for up to 12 hours at 2° to 8°C (35° to 46°F) when shipped using

Revised: Mar/31/2021                                                                                          23

MCSO-FENTY004247

shipping containers which have been qualified to maintain 2° to 8°C (35° to 46°F) and under routine road and air transport conditions with shaking and vibration minimized. Once thawed and transported at 2° to 8°C (35° to 46°F), vials should not be refrozen and should be stored at 2° to 8°C (35° to 46°F) until use.

## 20  PATIENT COUNSELING INFORMATION

Advise the recipient or caregiver to read the Fact Sheet for Recipients and Caregivers.

The vaccination provider must include vaccination information in the state/local jurisdiction's Immunization Information System (IIS) or other designated system. Advise recipient or caregiver that more information about IISs can be found at:
https://www.cdc.gov/vaccines/programs/iis/about.html.

## 21  CONTACT INFORMATION

For general questions, send an email or call the telephone number provided below.

| Email | Telephone number |
|---|---|
| medinfo@modernatx.com | 1-866-MODERNA (1-866-663-3762) |

This EUA Prescribing Information may have been updated. For the most resent Full EUA Prescribing Information, please visit www.modernatx.com/covid19vaccine-eua.

Moderna US, Inc.
Cambridge, MA 02139

©2021 ModernaTX, Inc. All rights reserved.
Patent(s): www.modernatx.com/patents
Revised: Mar/31/2021

Revised: Mar/31/2021                                                     24

# ATTACHMENT G

# ATTACHMENT G

**FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE
(VACCINATION PROVIDERS)**

**EMERGENCY USE AUTHORIZATION (EUA) OF
THE JANSSEN COVID-19 VACCINE TO PREVENT CORONAVIRUS
DISEASE 2019 (COVID-19)**

The U.S. Food and Drug Administration (FDA) has issued an Emergency Use Authorization (EUA) to permit the emergency use of the unapproved product, Janssen COVID-19 Vaccine, for active immunization to prevent COVID-19 in individuals 18 years of age and older.

## SUMMARY OF INSTRUCTIONS FOR COVID-19 VACCINATION PROVIDERS

Vaccination providers enrolled in the federal COVID-19 Vaccination Program must report all vaccine administration errors, all serious adverse events, cases of Multisystem Inflammatory Syndrome (MIS) in adults, and cases of COVID-19 that result in hospitalization or death following administration of the Janssen COVID-19 Vaccine. See "MANDATORY REQUIREMENTS FOR THE JANSSEN COVID-19 VACCINE ADMINISTRATION UNDER EMERGENCY USE AUTHORIZATION" for reporting requirements.

The Janssen COVID-19 Vaccine is a suspension for intramuscular injection administered as a **single dose** (0.5 mL).

See this Fact Sheet for instructions for preparation and administration. This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.janssencovid19vaccine.com.

For information on clinical trials that are testing the use of the Janssen COVID-19 Vaccine for active immunization against COVID-19, please see www.clinicaltrials.gov.

## DESCRIPTION OF COVID-19

Coronavirus disease 2019 (COVID-19) is an infectious disease caused by the novel coronavirus, SARS-CoV-2, that appeared in late 2019. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have reported a wide range of symptoms, ranging from mild symptoms to severe illness. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

## DOSAGE AND ADMINISTRATION

**The storage and handling information in this Fact Sheet supersedes the storage and handling information on the carton and vial labels.**

**Storage and Handling**

Storage Prior to First Puncture of the Vaccine Vial

Store unpunctured multi-dose vials of the Janssen COVID-19 Vaccine at 2°C to 8°C (36°F to 46°F) and protect from light. Do not store frozen.

Revised: Mar/19/2021

MCSO-FENTY004202

Unpunctured vials of Janssen COVID-19 Vaccine may be stored between 9°C to 25°C (47°F to 77°F) for up to 12 hours.

The Janssen COVID-19 Vaccine is initially stored frozen by the manufacturer, then shipped at 2°C to 8°C (36°F to 46°F). If vaccine is still frozen upon receipt, thaw at 2°C to 8°C (36°F to 46°F). If needed immediately, thaw at room temperature (maximally 25°C/77°F). At room temperature (maximally 25°C/77°F), a carton of 10 vials will take approximately 2 hours to thaw, and an individual vial will take approximately 1 hour to thaw. Do not refreeze once thawed.

<u>Storage After First Puncture of the Vaccine Vial</u>

After the first dose has been withdrawn, hold the vial between 2° to 8°C (36° to 46°F) for up to 6 hours or at room temperature (maximally 25°C/77°F) for up to 2 hours. Discard the vial if vaccine is not used within these times.

**Dosing and Schedule**

The Janssen COVID-19 Vaccine is administered intramuscularly as a **single dose** (0.5 mL).

There are no data available on the use of the Janssen COVID-19 Vaccine to complete a vaccination series initiated with another COVID-19 Vaccine.

**Dose Preparation**

- The Janssen COVID-19 Vaccine is a colorless to slightly yellow, clear to very opalescent suspension. Visually inspect the Janssen COVID-19 Vaccine vials for particulate matter and discoloration prior to administration. If either of these conditions exists, do not administer the vaccine.

- Before withdrawing each dose of vaccine, carefully mix the contents of the multi-dose vial by swirling gently in an upright position for 10 seconds. **Do not shake**.

- Each dose is 0.5 mL. Each vial contains five doses. Do not pool excess vaccine from multiple vials.

- The Janssen COVID-19 Vaccine does not contain a preservative. Record the date and time of first use on the Janssen COVID-19 Vaccine vial label. After the first dose has been withdrawn, hold the vial between 2° to 8°C (36° to 46°F) for up to 6 hours or at room temperature (maximally 25°C/77°F) for up to 2 hours. Discard if vaccine is not used within these times.

**Administration**

Visually inspect each dose in the dosing syringe prior to administration. The Janssen COVID-19 Vaccine is a colorless to slightly yellow, clear to very opalescent suspension. During the visual inspection,

- verify the final dosing volume of 0.5 mL.

- confirm there are no particulates and that no discoloration is observed.

- do not administer if vaccine is discolored or contains particulate matter.

Revised: Mar/19/2021

2

Administer the Janssen COVID-19 Vaccine intramuscularly.

**CONTRAINDICATION**

Do not administer the Janssen COVID-19 Vaccine to individuals with a known history of a severe allergic reaction (e.g., anaphylaxis) to any component of the Janssen COVID-19 Vaccine *(see Full EUA Prescribing Information)*.

**WARNINGS**

Appropriate medical treatment to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the Janssen COVID-19 Vaccine.

Monitor Janssen COVID-19 Vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the Janssen COVID-19 Vaccine.

The Janssen COVID-19 Vaccine may not protect all vaccinated individuals.

**ADVERSE REACTIONS**

Adverse reactions reported in a clinical trial following administration of the Janssen COVID-19 Vaccine include injection site pain, headache, fatigue, myalgia, nausea, fever, injection site erythema and injection site swelling. In clinical studies, severe allergic reactions, including anaphylaxis, have been reported following the administration of the Janssen COVID-19 Vaccine *(see Full EUA Prescribing Information)*.

Additional adverse reactions, some of which may be serious, may become apparent with more widespread use of the Janssen COVID-19 Vaccine.

**USE WITH OTHER VACCINES**

There is no information on the co-administration of the Janssen COVID-19 Vaccine with other vaccines.

**INFORMATION TO PROVIDE TO VACCINE RECIPIENTS/CAREGIVERS**

As the vaccination provider, you must communicate to the recipient or their caregiver, information consistent with the "Fact Sheet for Recipients and Caregivers" (and provide a copy or direct the individual to the website www.janssencovid19vaccine.com to obtain the Fact Sheet) prior to the individual receiving the Janssen COVID-19 Vaccine, including:

- FDA has authorized the emergency use of the Janssen COVID-19 Vaccine, which is not an FDA approved vaccine.

- The recipient or their caregiver has the option to accept or refuse the Janssen COVID-19 Vaccine.

Revised: Mar/19/2021

3

MCSO-FENTY004204

- The significant known and potential risks and benefits of the Janssen COVID-19 Vaccine, and the extent to which such risks and benefits are unknown.

- Information about available alternative vaccines and the risks and benefits of those alternatives.

For information on clinical trials that are testing the use of the Janssen COVID-19 Vaccine to prevent COVID-19, please see www.clinicaltrials.gov.

Provide a vaccination card to the recipient or their caregiver with the name of the vaccine ("Janssen COVID-19 Vaccine") and date of administration to document vaccination.

Provide the v-safe information sheet to vaccine recipients/caregivers and encourage vaccine recipients to participate in v-safe. V-safe is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. V-safe asks questions that help CDC monitor the safety of COVID-19 vaccines. V-safe also provides live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information, visit: www.cdc.gov/vsafe.

## MANDATORY REQUIREMENTS FOR JANSSEN COVID-19 VACCINE ADMINISTRATION UNDER EMERGENCY USE AUTHORIZATION

In order to mitigate the risks of using this unapproved product under EUA and to optimize the potential benefit of the Janssen COVID-19 Vaccine, the following items are required. Use of unapproved Janssen COVID-19 Vaccine for active immunization to prevent COVID-19 under this EUA is limited to the following (all requirements must be met):

1. The Janssen COVID-19 Vaccine is authorized for use in individuals 18 years of age and older.

2. The vaccination provider must communicate to the individual receiving the Janssen COVID-19 Vaccine or their caregiver, information consistent with the "Fact Sheet for Recipients and Caregivers" prior to the individual receiving the Janssen COVID-19 Vaccine.

3. The vaccination provider must include vaccination information in the state/local jurisdiction's Immunization Information System (IIS) or other designated system.

4. The vaccination provider is responsible for mandatory reporting of the following to the Vaccine Adverse Event Reporting System (VAERS):

   - vaccine administration errors whether or not associated with an adverse event,

   - serious adverse events* (irrespective of attribution to vaccination),

   - cases of Multisystem Inflammatory Syndrome (MIS) in adults, and

   - cases of COVID-19 that result in hospitalization or death.

Revised: Mar/19/2021

4

Complete and submit reports to VAERS online at https://vaers.hhs.gov/reportevent.html. For further assistance with reporting to VAERS, call 1-800-822-7967. The reports should include the words "Janssen COVID-19 Vaccine EUA" in the description section of the report.

5.    The vaccination provider is responsible for responding to FDA requests for information about vaccine administration errors, adverse events, cases of MIS in adults, and cases of COVID-19 that result in hospitalization or death following administration of the Janssen COVID-19 Vaccine to recipients.

*    Serious adverse events are defined as:
   • Death;
   • A life-threatening adverse event;
   • Inpatient hospitalization or prolongation of existing hospitalization;
   • A persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions;
   • A congenital anomaly/birth defect;
   • An important medical event that based on appropriate medical judgement may jeopardize the individual and may require medical or surgical intervention to prevent one of the outcomes listed above.

**OTHER ADVERSE EVENT REPORTING TO VAERS AND JANSSEN BIOTECH, INC.**

Vaccination providers may report to VAERS other adverse events that are not required to be reported using the contact information above.

To the extent feasible, report adverse events to Janssen Biotech, Inc. using the contact information below or by providing a copy of the VAERS form to Janssen Biotech, Inc:

| e-mail | Fax number | Telephone numbers |
|---|---|---|
| JNJvaccineAE@its.jnj.com | 215-293-9955 | US Toll Free: 1-800-565-4008<br>US Toll: (908) 455-9922 |

**ADDITIONAL INFORMATION**

For general questions or to access the most recent Janssen COVID-19 Vaccine Fact Sheets, scan the QR code using your device, visit www.janssencovid19vaccine.com or call the telephone numbers provided below.

| QR Code | Fact Sheets Website | Telephone numbers |
|---|---|---|
|  | www.janssencovid19vaccine.com. | US Toll Free: 1-800-565-4008<br>US Toll: 1-908-455-9922 |

Revised: Mar/19/2021

MCSO-FENTY004206

## AVAILABLE ALTERNATIVES

There is no approved alternative vaccine to prevent COVID-19. There may be clinical trials or availability under EUA of other COVID-19 vaccines.

## FEDERAL COVID-19 VACCINATION PROGRAM

This vaccine is being made available for emergency use exclusively through the CDC COVID-19 Vaccination Program (the Vaccination Program).  Healthcare providers must enroll as providers in the Vaccination Program and comply with the provider requirements.  Vaccination providers may not charge any fee for the vaccine and may not charge the vaccine recipient any out-of-pocket charge for administration.  However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, HRSA COVID-19 Uninsured Program for non-insured recipients).  For information regarding provider requirements and enrollment in the CDC COVID-19 Vaccination Program, see  *https://www.cdc.gov/vaccines/covid-19/provider-enrollment.html*.

Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or TIPS.HHS.GOV.

## AUTHORITY FOR ISSUANCE OF THE EUA

The Secretary of the Department of Health and Human Services (HHS) declared a public health emergency that justifies the emergency use of drugs and biological products during the COVID-19 pandemic. In response, FDA has issued an EUA for the unapproved product, Janssen COVID-19 Vaccine, for active immunization to prevent COVID-19 in individuals 18 years of age and older.

FDA issued this EUA, based on Janssen Biotech, Inc.'s request and submitted data.

Although limited scientific information is available, based on the totality of the scientific evidence available to date, it is reasonable to believe that the Janssen COVID-19 Vaccine may be effective for the prevention of COVID-19 in individuals as specified in the Full EUA Prescribing Information.

This EUA for the Janssen COVID-19 Vaccine will end when the Secretary of HHS determines that the circumstances justifying the EUA no longer exist or when there is a change in the approval status of the product such that an EUA is no longer needed.

For additional information about Emergency Use Authorization visit FDA at: https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.

## THE COUNTERMEASURES INJURY COMPENSATION PROGRAM

The Countermeasures Injury Compensation Program (CICP) is a federal program that has been created to help pay for related costs of medical care and other specific expenses to compensate people injured after use of certain medical countermeasures. Medical countermeasures are specific vaccines, medications, devices, or other items used to prevent, diagnose, or treat the public during

Revised: Mar/19/2021

MCSO-FENTY004207

a public health emergency or a security threat. For more information about CICP, visit www.hrsa.gov/cicp, email cicp@hrsa.gov, or call: 1-855-266-2427.

Manufactured by:
Janssen Biotech, Inc.
a Janssen Pharmaceutical Company of Johnson & Johnson
Horsham, PA 19044, USA



© 2021 Janssen Pharmaceutical Companies

END SHORT VERSION FACT SHEET
Long Version (Full EUA Prescribing Information) Begins On Next Page

Revised: Mar/19/2021

Revised: Mar/19/2021

MCSO-FENTY004208

**FULL EMERGENCY USE AUTHORIZATION (EUA) PRESCRIBING INFORMATION**

**JANSSEN COVID-19 VACCINE**

**FULL EMERGENCY USE AUTHORIZATION (EUA) PRESCRIBING INFORMATION: CONTENTS***

1    AUTHORIZED USE
2    DOSAGE AND ADMINISTRATION
     2.1    Preparation for Administration
     2.2    Administration
     2.3    Dosing and Schedule
3    DOSAGE FORMS AND STRENGTHS
4    CONTRAINDICATIONS
5    WARNINGS AND PRECAUTIONS
     5.1    Management of Acute Allergic Reactions
     5.2    Altered Immunocompetence
     5.3    Limitations of Vaccine Effectiveness
6    OVERALL SAFETY SUMMARY
     6.1    Clinical Trials Experience
8    REQUIREMENTS AND INSTRUCTIONS FOR
     REPORTING ADVERSE EVENTS AND VACCINE
     ADMINISTRATION ERRORS

10   DRUG INTERACTIONS
11   USE IN SPECIFIC POPULATIONS
     11.1   Pregnancy
     11.2   Lactation
     11.3   Pediatric Use
     11.4   Geriatric Use
13   DESCRIPTION
14   CLINICAL PHARMACOLOGY
     14.1   Mechanism of Action
18   CLINICAL TRIAL RESULTS AND SUPPORTING
     DATA FOR EUA
19   HOW SUPPLIED/STORAGE AND HANDLING
20   PATIENT COUNSELING INFORMATION
21   CONTACT INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed.

Revised: Mar/19/2021

MCSO-FENTY004209

**FULL EMERGENCY USE AUTHORIZATION (EUA) PRESCRIBING INFORMATION**

## 1    AUTHORIZED USE

Janssen COVID-19 vaccine is authorized for use under an Emergency Use Authorization (EUA) for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 18 years of age and older.

## 2    DOSAGE AND ADMINISTRATION

For intramuscular injection only.

### 2.1    Preparation for Administration

- The Janssen COVID-19 Vaccine is a colorless to slightly yellow, clear to very opalescent suspension. Visually inspect the Janssen COVID-19 Vaccine vials for particulate matter and discoloration prior to administration. If either of these conditions exists, do not administer the vaccine.

- Before withdrawing each dose of vaccine, carefully mix the contents of the multi-dose vial by swirling gently in an upright position for 10 seconds. **Do not shake**.

- Each dose is 0.5 mL. Each vial contains five doses. Do not pool excess vaccine from multiple vials.

- The Janssen COVID-19 Vaccine does not contain a preservative. Record the date and time of first use on the Janssen COVID-19 Vaccine vial label. After the first dose has been withdrawn, hold the vial between 2° to 8°C (36° to 46°F) for up to 6 hours or at room temperature (maximally 25°C/77°F) for up to 2 hours. Discard if vaccine is not used within these times.

### 2.2    Administration

Visually inspect each dose in the dosing syringe prior to administration. The Janssen COVID-19 Vaccine is a colorless to slightly yellow, clear to very opalescent suspension. During the visual inspection,

- verify the final dosing volume of 0.5 mL.

- confirm there are no particulates and that no discoloration is observed.

- do not administer if vaccine is discolored or contains particulate matter.

Administer the Janssen COVID-19 Vaccine intramuscularly.

### 2.3    Dosing and Schedule

The Janssen COVID-19 Vaccine is administered intramuscularly as a **single dose** (0.5 mL).

There are no data available on the use of the Janssen COVID-19 Vaccine to complete a vaccination series initiated with another COVID-19 Vaccine.

Revised: Mar/19/2021

MCSO-FENTY004210

3      **DOSAGE FORMS AND STRENGTHS**

Janssen COVID-19 Vaccine is a suspension for intramuscular injection. A single dose is 0.5 mL.

4      **CONTRAINDICATIONS**

Do not administer the Janssen COVID-19 Vaccine to individuals with a known history of severe allergic reaction (e.g., anaphylaxis) to any component of the Janssen COVID-19 Vaccine *[see Description (13)]*.

5      **WARNINGS AND PRECAUTIONS**

5.1    **Management of Acute Allergic Reactions**

Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the Janssen COVID-19 Vaccine.

Monitor Janssen COVID-19 Vaccine recipients for the occurrence of immediate adverse reactions according to the Centers for Disease Control and Prevention guidelines (https://www.cdc.gov/vaccines/covid-19/clinical-considerations/managing-anaphylaxis.html).

5.2    **Altered Immunocompetence**

Immunocompromised persons, including individuals receiving immunosuppressant therapy, may have a diminished immune response to the Janssen COVID-19 Vaccine.

5.3    **Limitations of Vaccine Effectiveness**

The Janssen COVID-19 Vaccine may not protect all vaccinated individuals.

6      **OVERALL SAFETY SUMMARY**

**It is MANDATORY for vaccination providers to report to the Vaccine Adverse Event Reporting System (VAERS) all vaccine administration errors, all serious adverse events, cases of Multisystem Inflammatory Syndrome (MIS) in adults, and hospitalized or fatal cases of COVID-19 following vaccination with the Janssen COVID-19 Vaccine. To the extent feasible, provide a copy of the VAERS form to Janssen Biotech, Inc. Please see the REQUIREMENTS AND INSTRUCTIONS FOR REPORTING ADVERSE EVENTS AND VACCINE ADMINISTRATION ERRORS section for details on reporting to VAERS or Janssen Biotech, Inc.**

In study COV3001, the most common local solicited adverse reaction (≥10%) reported was injection site pain (48.6%). The most common systemic adverse reactions (≥10%) were headache (38.9%), fatigue (38.2%), myalgia (33.2%), and nausea (14.2%) (see Tables 1 to 4).

Severe allergic reactions, including one case of anaphylaxis in an ongoing open-label study in South Africa, have been reported following the Janssen COVID-19 vaccine administered in clinical studies.

Revised: Mar/19/2021

MCSO-FENTY004211

## 6.1     Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety of the Janssen COVID-19 Vaccine has been assessed in an ongoing Phase 3 Study (COV3001). A total of 43,783 individuals were enrolled in this study, of whom 21,895 adults aged 18 years and older received the Janssen COVID-19 Vaccine [Full Analysis Set (FAS)]. This study is being conducted in the United States (n=19,302), Brazil (n=7,278), South Africa (n=6,576), Colombia (n=4,248), Argentina (n=2,996), Peru (n=1,771), Chile (n=1,133), Mexico (n=479). In this study, 45.0% were female, 54.9% were male, 58.7% were White, 19.4% were Black or African American, 45.3% were Hispanic or Latino, 3.3% were Asian, 9.5% were American Indian/Alaska Native and 0.2% were Native Hawaiian or other Pacific Islander, 5.6% were from multiple racial groups and 1.4% were unknown races (see Table 5). The median age of individuals was 52.0 years (range: 18-100). There were 4,217 (9.6%) individuals who were SARS-CoV-2 seropositive at baseline and who were included in the study. In the United States, 838 of 19,302 (4.3%) individuals were SARS-CoV-2 seropositive. Demographic characteristics were similar among individuals who received the Janssen COVID-19 Vaccine and those who received saline placebo.

The safety subset includes 6,736 individuals (3,356 from the Janssen COVID-19 Vaccine group, 3,380 from the placebo group). The demographic profile in the safety subset was similar in terms of age and gender compared to the FAS. A larger percentage of individuals in the safety subset were White (83.4%) compared to the FAS (58.7%). Geographically, the safety subset was limited to individuals from the United States (51.4%), Brazil (38.5%) and South Africa (10.2%). Fewer individuals in the safety subset compared to the FAS were SARS-CoV-2 seropositive at baseline, 4.5% vs. 9.6%, and had at least one comorbidity 34.1% vs 40.8%.

Safety monitoring in the clinical study consisted of monitoring for: (1) solicited local and systemic reactions occurring in the 7 days following vaccination in a subset of individuals (safety subset), (2) unsolicited adverse events (AEs) occurring in the 28 days following vaccination in the safety subset, (3) medically-attended AEs (MAAEs) occurring in the 6 months following vaccination in the entire study population (FAS), (4) serious AEs (SAEs) and AEs leading to study discontinuation for the duration of the study in the entire study population.

### *Solicited adverse reactions*

Shown below are the frequencies of solicited local adverse reactions (Tables 1 and 2) and systemic adverse reactions (Tables 3 and 4) reported in adults by age group in the ongoing Phase 3 clinical trial (COV3001) in the 7 days following vaccination.

Revised: Mar/19/2021

MCSO-FENTY004212

**Table 1:**     **Solicited Local Adverse Reactions Reported in the 7 Days Following Vaccination - Individuals 18 to 59 Years of Age**

| Adverse Reactions | Janssen COVID-19 Vaccine N=2,036 n(%) | Placebo N=2,049 n(%) |
|---|---|---|
| **Injection Site Pain** | | |
| Any | 1,193 (58.6) | 357 (17.4) |
| Grade 3[a] | 8 (0.4) | 0 |
| **Injection Site Erythema** | | |
| Any (≥25 mm) | 184 (9.0) | 89 (4.3) |
| Grade 3[b] | 6 (0.3) | 2 (0.1) |
| **Injection Site Swelling** | | |
| Any (≥25 mm) | 142 (7.0) | 32 (1.6) |
| Grade 3[b] | 5 (0.2) | 2 (0.1) |

[a]   Grade 3 injection site pain: Defined as incapacitating symptoms; inability to do work, school, or usual activities; use of narcotic pain reliever.
[b]   Grade 3 injection site swelling and erythema: Defined as >100 mm.

**Table 2:**     **Solicited Local Adverse Reactions Reported in the 7 Days Following Vaccination - Individuals 60 Years of Age and Older**

| Adverse Reactions | Janssen COVID-19 Vaccine N=1,320 n(%) | Placebo N=1,331 n(%) |
|---|---|---|
| **Injection Site Pain** | | |
| Any | 439 (33.3) | 207 (15.6) |
| Grade 3[a] | 3 (0.2) | 2 (0.2) |
| **Injection Site Erythema** | | |
| Any (≥25 mm) | 61 (4.6) | 42 (3.2) |
| Grade 3[b] | 1 (0.1) | 0 |
| **Injection Site Swelling** | | |
| Any (≥25 mm) | 36 (2.7) | 21 (1.6) |
| Grade 3[b] | 2 (0.2) | 0 |

[a]   Grade 3 injection site pain: Defined as incapacitating symptoms; inability to do work, school, or usual activities; use of narcotic pain reliever.
[b]   Grade 3 injection site swelling and erythema: Defined as >100 mm.

**Table 3:**     **Solicited Systemic Adverse Reactions Reported in the 7 Days Following Vaccination - Individuals 18 to 59 Years of Age**

| Adverse Reactions | Janssen COVID-19 Vaccine N=2,036 n(%) | Placebo N=2,049 n(%) |
|---|---|---|
| **Headache** | | |
| Any | 905 (44.4) | 508 (24.8) |
| Grade 3[a] | 18 (0.9) | 5 (0.2) |
| **Fatigue** | | |
| Any | 891 (43.8) | 451 (22.0) |
| Grade 3[b] | 25 (1.2) | 4 (0.2) |
| **Myalgia** | | |
| Any | 796 (39.1) | 248 (12.1) |
| Grade 3[b] | 29 (1.4) | 1 (<0.1) |
| **Nausea** | | |
| Any | 315 (15.5) | 183 (8.9) |
| Grade 3[b] | 3 (0.1) | 3 (0.1) |
| **Fever** [c] | | |
| Any | 261 (12.8) | 14 (0.7) |
| Grade 3 | 7 (0.3) | 0 |
| **Use of antipyretic or pain medication** | 538 (26.4) | 123 (6.0) |

Revised: Mar/19/2021

MCSO-FENTY004213

[a]    Grade 3 headache: Defined as incapacitating symptoms; requires bed rest and/or results in loss of work, school, or cancellation of social activities; use of narcotic pain reliever.
[b]    Grade 3 fatigue, myalgia, nausea: Defined as incapacitating symptoms; requires bed rest and/or results in loss of work, school, or cancellation of social activities; use of narcotic pain reliever.
[c]    Fever of any grade:  Defined as body temperature ≥38  C/100.4  F.  Grade 3 fever: Defined as 39.0  C - 40.0  C (102.1  F - 104.0  F).

**Table 4:        Solicited Systemic Adverse Reactions Reported in the 7 Days Following Vaccination - Individuals 60 Years of Age and Older**

| Adverse Reactions | Janssen COVID-19 Vaccine N=1,320 n(%) | Placebo N=1,331 n(%) |
|---|---|---|
| **Headache** | | |
| Any | 401 (30.4) | 294 (22.1) |
| Grade 3[a] | 5 (0.4) | 4 (0.3) |
| **Fatigue** | | |
| Any | 392 (29.7) | 277 (20.8) |
| Grade 3[b] | 10 (0.8) | 5 (0.4) |
| **Myalgia** | | |
| Any | 317 (24.0) | 182 (13.7) |
| Grade 3[b] | 3 (0.2) | 5 (0.4) |
| **Nausea** | | |
| Any | 162 (12.3) | 144 (10.8) |
| Grade 3[b] | 3 (0.2) | 3 (0.2) |
| **Fever** [c] | | |
| Any | 41 (3.1) | 6 (0.5) |
| Grade 3 | 1 (0.1) | 0 |
| **Use of antipyretic or pain medication** | 130 (9.8) | 68 (5.1) |

[a]    Grade 3 headache: Defined as incapacitating symptoms; requires bed rest and/or results in loss of work, school, or cancellation of social activities; use of narcotic pain reliever
[b]    Grade 3 fatigue, myalgia, nausea: Defined as incapacitating symptoms; requires bed rest and/or results in loss of work, school, or cancellation of social activities; use of narcotic pain reliever.
[c]    Fever of any grade:  Defined as body temperature ≥38  C/100.4  F.  Grade 3 fever: Defined as 39.0  C - 40.0  C (102.1  F - 104.0  F).

Solicited local and systemic adverse reactions reported following administration of the Janssen COVID-19 Vaccine had a median duration of 1 to 2 days.

*Unsolicited adverse events*

Individuals within the safety subset in study COV3001 (N=6,736) were monitored for unsolicited adverse events (AEs) for 28 days following vaccination with 99.9% (N= 6,730) of individuals completing the full 28 days of follow-up. The proportion of individuals who reported one or more unsolicited AEs was similar among those in the Janssen COVID-19 Vaccine group (13.1%) and those in the placebo group (12.0%).

### Serious Adverse Events (SAEs) and other events of interest

In study COV3001, up to a cut-off date of January 22, 2021, 54.6% of individuals had follow-up duration of 8 weeks. The median follow-up duration for all individuals was 58 days. SAEs, excluding those related to confirmed COVID-19, were reported by 0.4% (n=83) of individuals who received the Janssen COVID-19 Vaccine (N= 21,895) and 0.4% (n=96) of individuals who received placebo (N= 21,888).

Additional adverse events of interest, including but not limited to allergic, neurologic, inflammatory, vascular, and autoimmune disorders, were analyzed among all adverse events collected through protocol-specified safety monitoring procedures as well as unsolicited reporting.

Revised: Mar/19/2021

MCSO-FENTY004214

Urticaria (all non-serious) was reported in five vaccinated individuals and 1 individual who received placebo in the 7 days following vaccination. In addition, an SAE of hypersensitivity, not classified as anaphylaxis, was reported in 1 vaccinated individual with urticaria beginning two days following vaccination and angioedema of the lips with no respiratory distress beginning four days following vaccination. The event was likely related to the vaccine.

An SAE of severe pain in the injected arm, not responsive to analgesics, with immediate onset at time of vaccination, and that was ongoing 74 days following vaccination was reported in an individual who received the Janssen COVID-19 Vaccine. An SAE of severe generalized weakness, fever, and headache, with onset on the day following vaccination and resolution three days following vaccination was reported in an individual who received the Janssen COVID-19 Vaccine. Both SAEs are likely related to the vaccine.

Numerical imbalances, with more events in vaccine than placebo recipients, were observed for the following serious and other adverse events of interest in individuals receiving the vaccine or placebo, respectively:

- Thromboembolic events:

  - Deep vein thrombosis: 6 events (2 serious; 5 within 28 days of vaccination) vs. 2 events (1 serious; 2 within 28 days of vaccination).

  - Pulmonary embolism: 4 events (3 serious; 2 within 28 days of vaccination) vs. 1 event (serious and within 28 days of vaccination).

  - Transverse sinus thrombosis: 1 event (serious and within 28 days of vaccination) vs. 0.

- Seizures: 4 events (1 serious; 4 within 28 days of vaccination) vs. 1 event (0 serious and 0 within 28 days following vaccination).

- Tinnitus: 6 events (0 serious; 6 within 28 days of vaccination, including 3 within 2 days of vaccination) vs. 0.

For these events, a causal relationship with the Janssen COVID-19 vaccine cannot be determined. The assessment of causality was confounded by the presence of underlying medical conditions that may have predisposed individuals to these events.

There were no additional notable patterns or numerical imbalances between treatment groups for specific categories of serious adverse events (including neurologic, neuro-inflammatory, and cardiovascular events) that would suggest a causal relationship to the Janssen COVID-19 Vaccine.

# 8   REQUIREMENTS AND INSTRUCTIONS FOR REPORTING ADVERSE EVENTS AND VACCINE ADMINISTRATION ERRORS

See Overall Safety Summary (Section 6) for additional information.

The vaccination provider enrolled in the federal COVID-19 Vaccination Program is responsible for MANDATORY reporting of the listed events following Janssen COVID-19 Vaccine administration to the Vaccine Adverse Event Reporting System (VAERS):

Revised: Mar/19/2021

14

- Vaccine administration errors whether or not associated with an adverse event,

- Serious adverse events* (irrespective of attribution to vaccination),

- Cases of Multisystem Inflammatory Syndrome (MIS) in adults,

- Cases of COVID-19 that result in hospitalization or death.

  * Serious Adverse Events are defined as:
    - Death;
    - A life-threatening adverse event;
    - Inpatient hospitalization or prolongation of existing hospitalization;
    - A persistent or significant incapacity or substantial disruption of the ability to conduct normal life functions;
    - A congenital anomaly/birth defect;
    - An important medical event that based on appropriate medical judgement may jeopardize the individual and may require medical or surgical intervention to prevent one of the outcomes listed above.

<u>Instructions for Reporting to VAERS</u>

The vaccination provider enrolled in the federal COVID-19 Vaccination Program should complete and submit a VAERS form to FDA using one of the following methods:

- Complete and submit the report online: https://vaers.hhs.gov/reportevent.html, or

- If you are unable to submit this form electronically, you may fax it to VAERS at 1-877-721-0366. If you need additional help submitting a report you may call the VAERS toll-free information line at 1-800-822-7967 or send an email to info@vaers.org.

**IMPORTANT: When reporting adverse events or vaccine administration errors to VAERS, please complete the entire form with detailed information. It is important that the information reported to FDA be as detailed and complete as possible. Information to include:**

- Patient demographics, (e.g., patient name, date of birth),

- Pertinent medical history,

- Pertinent details regarding admission and course of illness,

- Concomitant medications,

- Timing of adverse event(s) in relationship to administration of Janssen COVID-19 vaccine,

- Pertinent laboratory and virology information,

- Outcome of the event and any additional follow-up information if it is available at the time of the VAERS report. Subsequent reporting of follow-up information should be completed if additional details become available.

Revised: Mar/19/2021

MCSO-FENTY004216

The following steps are highlighted to provide the necessary information for safety tracking:

1.  In Box 17, provide information on Janssen COVID-19 Vaccine and any other vaccines administered on the same day; and in Box 22, provide information on any other vaccines received within one month prior.

2.  In Box 18, description of the event:

    a.  Write "Janssen COVID-19 Vaccine EUA" as the first line.

    b.  Provide a detailed report of vaccine administration error and/or adverse event. It is important to provide detailed information regarding the patient and adverse event/medication error for ongoing safety evaluation of this unapproved vaccine. Please see information to include listed above.

3.  Contact information:

    a.  In Box 13, provide the name and contact information of the prescribing healthcare provider or institutional designee who is responsible for the report.

    b.  In Box 14, provide the name and contact information of the best doctor/healthcare professional to contact about the adverse event.

    c.  In Box 15, provide the address of the facility where vaccine was given (NOT the healthcare provider's office address).

<u>Other Reporting Instructions</u>

Vaccination providers may report to VAERS other adverse events that are not required to be reported using the contact information above.

To the extent feasible, report adverse events to Janssen Biotech, Inc. using the contact information below or by providing a copy of the VAERS form to Janssen Biotech, Inc:

| e-mail | Fax number | Telephone numbers |
|---|---|---|
| JNJvaccineAE@its.jnj.com | 215-293-9955 | US Toll Free: 1-800-565-4008<br>US Toll: (908) 455-9922 |

## 10   DRUG INTERACTIONS

There are no data to assess the concomitant administration of the Janssen COVID-19 Vaccine with other vaccines.

## 11   USE IN SPECIFIC POPULATIONS

### 11.1   Pregnancy

<u>Pregnancy Exposure Registry</u>

There is a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to Janssen COVID-19 Vaccine during pregnancy. Women who are vaccinated with Janssen COVID-

19 Vaccine during pregnancy are encouraged to enroll in the registry by visiting https://c-viper.pregistry.com.

Risk Summary

All Pregnancies have a risk of birth defect, loss, or other adverse outcomes. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

Available data on Janssen COVID-19 Vaccine administered to pregnant women are insufficient to inform vaccine-associated risks in pregnancy.

In a reproductive developmental toxicity study female rabbits were administered 1 mL of the Janssen COVID-19 Vaccine (a single human dose is 0.5 mL) by intramuscular injection 7 days prior to mating and on Gestation Days 6 and 20 (i.e., one vaccination during early and late gestation, respectively). No vaccine related adverse effects on female fertility, embryo-fetal or postnatal development up to Postnatal Day 28 were observed.

## 11.2   Lactation

Risk Summary

Data are not available to assess the effects of Janssen COVID-19 Vaccine on the breastfed infant or on milk production/excretion.

## 11.3   Pediatric Use

Emergency Use Authorization of the Janssen COVID-19 Vaccine does not include use in individuals younger than 18 years of age.

## 11.4   Geriatric Use

Clinical studies of Janssen COVID-19 Vaccine included individuals 65 years of age and older and their data contributes to the overall assessment of safety and efficacy *[see Overall Safety Summary (6.1) and Clinical Trial Results and Supporting Data for EUA (18)]*. Of the 21,895 individuals who received a single-dose of the Janssen COVID-19 Vaccine in COV3001, 19.5% (n=4,259) were 65 years of age and older and 3.7% (n=809) were 75 years of age and older. No overall differences in safety or efficacy were observed between individuals 65 years of age and older and younger individuals.

## 13   DESCRIPTION

The Janssen COVID-19 Vaccine is a colorless to slightly yellow, clear to very opalescent sterile suspension for intramuscular injection. It contains no visible particulates. The vaccine consists of a replication-incompetent recombinant adenovirus type 26 (Ad26) vector expressing the severe acute respiratory syndrome coronavirus-2 (SARS-CoV-2) spike (S) protein in a stabilized conformation.

The Ad26 vector expressing the SARS-CoV-2 S protein is grown in PER.C6 TetR cells, in media containing amino acids and no animal-derived proteins. After propagation, the vaccine is

Revised: Mar/19/2021

MCSO-FENTY004218

processed through several purification steps, formulated with inactive ingredients and filled into vials.

Each 0.5 mL dose of Janssen COVID-19 Vaccine is formulated to contain $5 \times 10^{10}$ virus particles (VP) and the following inactive ingredients: citric acid monohydrate (0.14 mg), trisodium citrate dihydrate (2.02 mg), ethanol (2.04 mg), 2-hydroxypropyl-β-cyclodextrin (HBCD) (25.50 mg), polysorbate-80 (0.16 mg), sodium chloride (2.19 mg). Each dose may also contain residual amounts of host cell proteins (≤0.15 mcg) and/or host cell DNA (≤3 ng).

Janssen COVID-19 Vaccine does not contain a preservative.

The vial stoppers are not made with natural rubber latex.

## 14   CLINICAL PHARMACOLOGY

### 14.1   Mechanism of Action

The Janssen COVID-19 Vaccine is composed of a recombinant, replication-incompetent human adenovirus type 26 vector that, after entering human cells, expresses the SARS-CoV-2 spike (S) antigen without virus propagation. An immune response elicited to the S antigen protects against COVID-19.

## 18   CLINICAL TRIAL RESULTS AND SUPPORTING DATA FOR EUA

An ongoing, multicenter, randomized, double-blind, placebo-controlled Phase 3 Study (COV3001) (NCT04505722) is being conducted in the United States, South Africa, Brazil, Chile, Argentina, Colombia, Peru and Mexico to assess the efficacy, safety, and immunogenicity of a single-dose of the Janssen COVID-19 Vaccine for the prevention of COVID-19 in adults aged 18 years and older. Randomization was stratified by age (18-59 years, 60 years and older) and presence or absence of comorbidities associated with an increased risk of progression to severe COVID-19. The study allowed for the inclusion of individuals with stable pre-existing medical conditions, defined as disease not requiring significant change in therapy during the 3 months preceding vaccination, as well as individuals with stable human immunodeficiency virus (HIV) infection.

A total of 44,325 individuals were randomized equally to receive Janssen COVID-19 Vaccine or saline placebo. Individuals are planned to be followed for up to 24 months, for assessments of safety and efficacy against COVID-19.

The primary efficacy analysis population of 39,321 individuals (19,630 in the Janssen COVID-19 Vaccine group and 19,691 in the placebo group) included 38,059 SARSCoV-2 seronegative individuals at baseline and 1,262 individuals with an unknown serostatus. Demographic and baseline characteristics were similar among individuals who received the Janssen COVID-19 Vaccine and those who received placebo (see Table 5).

MCSO-FENTY004219

**Table 5:** **Summary of Demographics and Baseline Characteristics - Primary Efficacy Analysis Population**

| | Janssen COVID-19 Vaccine (N=19,630) n (%) | Placebo (N=19,691) n (%) |
|---|---|---|
| **Sex** | | |
| Male | 10,924 (55.6) | 10,910 (55.4) |
| Female | 8,702 (44.3) | 8,777 (44.6) |
| **Age (years)** | | |
| Mean (SD) | 51.1 (15.0) | 51.2 (15.0) |
| Median | 52.0 | 53.0 |
| Min, max | (18; 100) | (18; 94) |
| **Age group** | | |
| ≥18 to 59 years of age | 12,830 (65.4) | 12,881 (65.4) |
| ≥60 years of age | 6,800 (34.6) | 6,810 (34.6) |
| ≥65 years of age | 3,984 (20.3) | 4,018 (20.4) |
| ≥75 years of age | 755 (3.8) | 693 (3.5) |
| **Race[a]** | | |
| White | 12,200 (62.1) | 12,216 (62.0) |
| Black or African American | 3,374 (17.2) | 3,390 (17.2) |
| Asian | 720 (3.7) | 663 (3.4) |
| American Indian/Alaska Native[b] | 1,643 (8.4) | 1,628 (8.3) |
| Native Hawaiian or other Pacific Islander | 54 (0.3) | 45 (0.2) |
| Multiple | 1,036 (5.3) | 1,087 (5.5) |
| Unknown | 262 (1.3) | 272 (1.4) |
| Not reported | 341 (1.7) | 390 (2.0) |
| **Ethnicity** | | |
| Hispanic or Latino | 8,793 (44.8) | 8,936 (45.4) |
| Not Hispanic or Latino | 10,344 (52.7) | 10,259 (52.1) |
| Unknown | 173 (0.9) | 162 (0.8) |
| Not reported | 319 (1.6) | 333 (1.7) |
| **Region** | | |
| Northern America (United States) | 9,185 (46.8) | 9,171 (46.6) |
| Latin America | 7,967 (40.6) | 8,014 (40.7) |
| Southern Africa (South Africa) | 2,478 (12.6) | 2,506 (12.7) |
| **Comorbidities[c]** | | |
| Yes | 7,830 (39.9) | 7,867 (40.0) |
| No | 11,800 (60.1) | 11,824 (60.0) |

[a]  Some individuals could be classified in more than one category.

[b]  Including 175 individuals in the United States, which represents 1% of the population recruited in the United States.

[c]  Number of individuals who have 1 or more comorbidities at baseline that increase the risk of progression to severe/critical COVID-19: Obesity defined as BMI ≥30 kg/m$^2$ (27.5%), hypertension (10.3%), type 2 diabetes (7.2%), stable/well-controlled HIV infection (2.5%), serious heart conditions (2.4%), asthma (1.3%), and in ≤1% of individuals: cancer, cerebrovascular disease, chronic kidney disease, chronic obstructive pulmonary disease, cystic fibrosis, immunocompromised state (weakened immune system) from blood or organ transplant, liver disease, neurologic conditions, pulmonary fibrosis, sickle cell disease, thalassemia and type 1 diabetes, regardless of age.

## Efficacy Against COVID-19

The co-primary endpoints evaluated the first occurrence of moderate to severe/critical COVID-19 with onset of symptoms at least 14 days and at least 28 days after vaccination. Moderate to severe/critical COVID-19 was molecularly confirmed by a central laboratory based on a positive SARS-CoV-2 viral RNA result using a polymerase chain reaction (PCR)-based test.

- Moderate COVID-19 was defined based on the following criteria: the individual must have experienced any one of the following new or worsening signs or symptoms: respiratory rate

Revised: Mar/19/2021

MCSO-FENTY004220

≥20 breaths/minute, abnormal saturation of oxygen (SpO2) but still >93% on room air at sea level, clinical or radiologic evidence of pneumonia, radiologic evidence of deep vein thrombosis (DVT), shortness of breath or difficulty breathing OR any two of the following new or worsening signs or symptoms: fever (≥38.0°C or ≥100.4°F), heart rate ≥90 beats/minute, shaking chills or rigors, sore throat, cough, malaise, headache, muscle pain (myalgia), gastrointestinal symptoms, new or changing olfactory or taste disorders, red or bruised appearing feet or toes.

- Severe/critical COVID-19 was defined based on the following criteria: the individual must have experienced any one of the following at any time during the course of observation: clinical signs at rest indicative of severe systemic illness (respiratory rate ≥30 breaths/minute, heart rate ≥125 beats/minute, oxygen saturation (SpO2) ≤93% on room air at sea level, or partial pressure of oxygen/fraction of inspired oxygen (PaO2/FiO2) <300 mmHg), respiratory failure (defined as needing high-flow oxygen, non-invasive ventilation, mechanical ventilation, or extracorporeal membrane oxygenation [ECMO]), evidence of shock (defined as systolic blood pressure <90 mmHg, diastolic blood pressure <60 mmHg, or requiring vasopressors), significant acute renal, hepatic, or neurologic dysfunction, admission to intensive care unit (ICU), death.

Final determination of severe/critical COVID-19 cases were made by an independent adjudication committee.

The median length of follow up for efficacy for individuals in the study was 8 weeks post-vaccination. Vaccine efficacy for the co-primary endpoints against moderate to severe/critical COVID-19 in individuals who were seronegative or who had an unknown serostatus at baseline was 66.9% (95% CI: 59.0; 73.4) at least 14 days after vaccination and 66.1% (95% CI: 55.0; 74.8) at least 28 days after vaccination (see Table 6).

**Table 6:** **Analyses of Vaccine Efficacy Against Centrally Confirmed Moderate to Severe/Critical COVID-19 – With Onset at Least 14 Days and at Least 28 Days Post-Vaccination - Primary Efficacy Analysis Population**

| Subgroup | Janssen COVID-19 Vaccine N=19,630 | | Placebo N=19,691 | | % Vaccine Efficacy (95% CI) |
|---|---|---|---|---|---|
| | COVID-19 Cases (n) | Person-Years | COVID-19 Cases (n) | Person-Years | |
| **14 days post-vaccination** | | | | | |
| All subjects[a] | 116 | 3116.6 | 348 | 3096.1 | 66.9 (59.0; 73.4) |
| 18 to 59 years of age | 95 | 2106.8 | 260 | 2095.0 | 63.7 (53.9; 71.6) |
| 60 years and older | 21 | 1009.8 | 88 | 1001.2 | 76.3 (61.6; 86.0) |
| **28 days post-vaccination** | | | | | |
| All subjects[a] | 66 | 3102.0 | 193 | 3070.7 | 66.1 (55.0; 74.8)[b] |
| 18 to 59 years of age | 52 | 2097.6 | 152 | 2077.0 | 66.1 (53.3; 75.8) |
| 60 years and older | 14 | 1004.4 | 41 | 993.6 | 66.2 (36.7; 83.0) |

[a]  Co-primary endpoint.
[b]  The adjusted CI implements type I error control for multiple testing and is presented upon meeting the prespecified testing conditions.

Revised: Mar/19/2021

MCSO-FENTY004221

Vaccine efficacy against severe/critical COVID-19 at least 14 days after vaccination was 76.7% (95% CI: 54.6; 89.1) and 85.4% (95% CI: 54.2; 96.9) at least 28 days after vaccination (see Table 7).

**Table 7:** **Analyses of Vaccine Efficacy: Secondary Endpoints of Centrally Confirmed Severe/Critical COVID-19 – in Adults 18 Years of Age and Older With Onset at Least 14 Days and at Least 28 Days Post-Vaccination – Primary Efficacy Analysis Population**

| Subgroup | Janssen COVID-19 Vaccine N=19,630 | | Placebo N=19,691 | | % Vaccine Efficacy (95% CI) |
|---|---|---|---|---|---|
| | COVID-19 Cases (n) | Person-Years | COVID-19 Cases (n) | Person-Years | |
| **14 days post-vaccination** | | | | | |
| Severe/critical | | | | | 76.7 |
| | 14 | 3125.1 | 60 | 3122.0 | (54.6; 89.1)[a] |
| **28 days post-vaccination** | | | | | |
| Severe/critical | | | | | 85.4 |
| | 5 | 3106.2 | 34 | 3082.6 | (54.2; 96.9)[a] |

a   The adjusted CI implements type I error control for multiple testing and is presented upon meeting the prespecified testing conditions.

Among all COVID-19 cases with onset at least 14 days post vaccination, including cases diagnosed by a positive PCR from a local laboratory and still awaiting confirmation at the central laboratory, there were 2 COVID-19 related hospitalizations in the vaccine group (with none after 28 days) and 29 in the placebo group (with 16 after 28 days).

As of the primary analysis cut-off date of January 22, 2021, there were no COVID-19-related deaths reported in Janssen COVID-19 Vaccine recipients compared to 5 COVID-19-related deaths reported in placebo recipients, who were SARS-CoV-2 PCR negative at baseline.

<u>Janssen COVID-19 Vaccine Efficacy in Countries With Different Circulating SARS-CoV-2 Variants.</u>

Exploratory subgroup analyses of vaccine efficacy against moderate to severe/critical COVID-19 and severe/critical COVID-19 for Brazil, South Africa, and the United States were conducted (see Table 8). For the subgroup analyses, all COVID-19 cases accrued up to the primary efficacy analysis data cutoff date, including cases confirmed by the central laboratory and cases with documented positive SARS-CoV-2 PCR from a local laboratory which are still awaiting confirmation by the central laboratory, were included. The concordance rate observed up to the data cut-off date between the PCR results from the local laboratory and the central laboratory was 90.3%.

Revised: Mar/19/2021

MCSO-FENTY004222

**Table 8:**  **Summary of Vaccine Efficacy against Moderate to Severe/Critical and Severe/Critical COVID-19 for Countries With >100 Reported Moderate to Severe/Critical Cases**

| | | Severity | |
|---|---|---|---|
| | | Moderate to Severe/Critical Point estimate (95% CI) | Severe/Critical Point estimate (95% CI) |
| US | at least **14 days** after vaccination | 74.4% (65.0; 81.6) | 78.0% (33.1; 94.6) |
| | at least **28 days** after vaccination | 72.0% (58.2;81.7) | 85.9% (-9.4; 99.7) |
| Brazil | at least **14 days** after vaccination | 66.2% (51.0; 77.1) | 81.9% (17.0; 98.1) |
| | at least **28 days** after vaccination | 68.1% (48.8; 80.7) | 87.6% (7.8; 99.7) |
| South Africa | at least **14 days** after vaccination | 52.0% (30.3; 67.4) | 73.1% (40.0; 89.4) |
| | at least **28 days** after vaccination | 64.0% (41.2; 78.7) | 81.7% (46.2; 95.4) |

Strain sequencing was conducted on available samples with sufficient viral load from centrally confirmed COVID-19 cases (one sequence per case). As of February 12, 2021, samples from 71.7% of central laboratory confirmed primary analysis cases had been sequenced [United States (73.5%), South Africa (66.9%) and Brazil (69.3%)]. In the United States, 96.4% of strains were identified as the Wuhan-H1 variant D614G; in South Africa, 94.5% of strains were identified as the 20H/501Y.V2 variant (B.1.351 lineage); in Brazil, 69.4% of strains were identified to be a variant of the P.2 lineage and 30.6% of strains were identified as the Wuhan-H1 variant D614G. As of February 12, 2021, SARS-CoV-2 variants from the B1.1.7 or P.1 lineages were not found in any of the sequenced samples.

# 19   HOW SUPPLIED/STORAGE AND HANDLING

Janssen COVID-19 Vaccine is supplied in a carton of 10 multi-dose vials (NDC 59676-580-15). A maximum of 5 doses can be withdrawn from the multi-dose vial.

**The storage and handling information in this Fact Sheet supersedes the storage and handling information on the carton and vial labels.**

<u>Storage Prior to First Puncture of the Vaccine Vial</u>

Store unpunctured multi-dose vials of the Janssen COVID-19 Vaccine at 2°C to 8°C (36°F to 46°F) and protect from light. Do not store frozen.

Unpunctured vials of Janssen COVID-19 Vaccine may be stored between 9°C to 25°C (47°F to 77°F) for up to 12 hours.

The Janssen COVID-19 Vaccine is initially stored frozen by the manufacturer, then shipped at 2°C to 8°C (36°F to 46°F). If vaccine is still frozen upon receipt, thaw at 2°C to 8°C (36°F to 46°F). If needed immediately, thaw at room temperature (maximally 25°C/77°F). At room temperature (maximally 25°C/77°F), a carton of 10 vials will take approximately 2 hours to thaw, and an individual vial will take approximately 1 hour to thaw. Do not refreeze once thawed.

<u>Storage After First Puncture of the Vaccine Vial</u>

After the first dose has been withdrawn, hold the vial between 2° to 8°C (36° to 46°F) for up to 6 hours or at room temperature (maximally 25°C/77°F) for up to 2 hours. Discard the vial if vaccine is not used within these times.

Revised: Mar/19/2021

MCSO-FENTY004223

## 20    PATIENT COUNSELING INFORMATION

Advise the recipient or caregiver to read the Fact Sheet for Recipients and Caregivers.

The vaccination provider must include vaccination information in the state/local jurisdiction's Immunization Information System (IIS) or other designated system. Advise recipient or caregiver that more information about IISs can be found at: https://www.cdc.gov/vaccines/programs/iis/about.html.

## 21    CONTACT INFORMATION

For general questions or to access the most recent Janssen COVID-19 Vaccine Fact Sheets, scan the QR code using your device, visit www.janssencovid19vaccine.com or call the telephone numbers provided below.

| QR Code | Fact Sheets Website | Telephone numbers |
|---------|---------------------|-------------------|
|         | www.janssencovid19vaccine.com. | US Toll Free: 1-800-565-4008<br>US Toll: 1-908-455-9922 |

This Full EUA Prescribing Information may have been updated. For the most recent Full EUA Prescribing Information, please see www.janssencovid19vaccine.com.

Manufactured by:
Janssen Biotech, Inc.
a Janssen Pharmaceutical Company of Johnson & Johnson
Horsham, PA 19044, USA



Revised: Mar/19/2021
© 2021 Janssen Pharmaceutical Companies

MCSO-FENTY004224

# ATTACHMENT H

# ATTACHMENT H

**FACT SHEET FOR RECIPIENTS AND CAREGIVERS**

**EMERGENCY USE AUTHORIZATION (EUA) OF
THE PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS
DISEASE 2019 (COVID-19)
IN INDIVIDUALS 16 YEARS OF AGE AND OLDER**

You are being offered the Pfizer-BioNTech COVID-19 Vaccine to prevent Coronavirus Disease 2019 (COVID-19) caused by SARS-CoV-2. This Fact Sheet contains information to help you understand the risks and benefits of the Pfizer-BioNTech COVID-19 Vaccine, which you may receive because there is currently a pandemic of COVID-19.

The Pfizer-BioNTech COVID-19 Vaccine is a vaccine and may prevent you from getting COVID-19. There is no U.S. Food and Drug Administration (FDA) approved vaccine to prevent COVID-19.

Read this Fact Sheet for information about the Pfizer-BioNTech COVID-19 Vaccine. Talk to the vaccination provider if you have questions. It is your choice to receive the Pfizer-BioNTech COVID-19 Vaccine.

The Pfizer-BioNTech COVID-19 Vaccine is administered as a 2-dose series, 3 weeks apart, into the muscle.

The Pfizer-BioNTech COVID-19 Vaccine may not protect everyone.

This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.cvdvaccine.com.

**WHAT YOU NEED TO KNOW BEFORE YOU GET THIS VACCINE**

**WHAT IS COVID-19?**
COVID-19 disease is caused by a coronavirus called SARS-CoV-2. This type of coronavirus has not been seen before. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

**WHAT IS THE PFIZER-BIONTECH COVID-19 VACCINE?**
The Pfizer-BioNTech COVID-19 Vaccine is an unapproved vaccine that may prevent COVID-19. There is no FDA-approved vaccine to prevent COVID-19.

Revised: 06 April 2021

MCSO-FENTY004189

The FDA has authorized the emergency use of the Pfizer-BioNTech COVID-19 Vaccine to prevent COVID-19 in individuals 16 years of age and older under an Emergency Use Authorization (EUA).

For more information on EUA, see the "**What is an Emergency Use Authorization (EUA)?**" section at the end of this Fact Sheet.

**WHAT SHOULD YOU MENTION TO YOUR VACCINATION PROVIDER BEFORE YOU GET THE PFIZER-BIONTECH COVID-19 VACCINE?**
**Tell the vaccination provider about all of your medical conditions, including if you:**
- have any allergies
- have a fever
- have a bleeding disorder or are on a blood thinner
- are immunocompromised or are on a medicine that affects your immune system
- are pregnant or plan to become pregnant
- are breastfeeding
- have received another COVID-19 vaccine

**WHO SHOULD GET THE PFIZER-BIONTECH COVID-19 VACCINE?**
FDA has authorized the emergency use of the Pfizer-BioNTech COVID-19 Vaccine in individuals 16 years of age and older.

**WHO SHOULD <u>NOT</u> GET THE PFIZER-BIONTECH COVID-19 VACCINE?**
You should not get the Pfizer-BioNTech COVID-19 Vaccine if you:
- had a severe allergic reaction after a previous dose of this vaccine
- had a severe allergic reaction to any ingredient of this vaccine.

**WHAT ARE THE INGREDIENTS IN THE PFIZER-BIONTECH COVID-19 VACCINE?**
The Pfizer-BioNTech COVID-19 Vaccine includes the following ingredients: mRNA, lipids ((4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 2 [(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 1,2-Distearoyl-sn-glycero-3-phosphocholine, and cholesterol), potassium chloride, monobasic potassium phosphate, sodium chloride, dibasic sodium phosphate dihydrate, and sucrose.

**HOW IS THE PFIZER-BIONTECH COVID-19 VACCINE GIVEN?**
The Pfizer-BioNTech COVID-19 Vaccine will be given to you as an injection into the muscle.

The Pfizer-BioNTech COVID-19 Vaccine vaccination series is 2 doses given 3 weeks apart.

If you receive one dose of the Pfizer-BioNTech COVID-19 Vaccine, you should receive a second dose of this same vaccine 3 weeks later to complete the vaccination series.

Revised: 06 April 2021

MCSO-FENTY004190

**HAS THE PFIZER-BIONTECH COVID-19 VACCINE BEEN USED BEFORE?**
The Pfizer-BioNTech COVID-19 Vaccine is an unapproved vaccine. In clinical trials, approximately 20,000 individuals 16 years of age and older have received at least 1 dose of the Pfizer-BioNTech COVID-19 Vaccine.

**WHAT ARE THE BENEFITS OF THE PFIZER-BIONTECH COVID-19 VACCINE?**
In an ongoing clinical trial, the Pfizer-BioNTech COVID-19 Vaccine has been shown to prevent COVID-19 following 2 doses given 3 weeks apart. The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF THE PFIZER-BIONTECH COVID-19 VACCINE?**
There is a remote chance that the Pfizer-BioNTech COVID-19 Vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose of the Pfizer-BioNTech COVID-19 Vaccine. For this reason, your vaccination provider may ask you to stay at the place where you received your vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:

- Difficulty breathing
- Swelling of your face and throat
- A fast heartbeat
- A bad rash all over your body
- Dizziness and weakness

Side effects that have been reported with the Pfizer-BioNTech COVID-19 Vaccine include:

- severe allergic reactions
- non-severe allergic reactions such as rash, itching, hives, or swelling of the face
- injection site pain
- tiredness
- headache
- muscle pain
- chills
- joint pain
- fever
- injection site swelling
- injection site redness
- nausea
- feeling unwell
- swollen lymph nodes (lymphadenopathy)
-
- diarrhea
- vomiting
- arm pain

Revised: 06 April 2021

MCSO-FENTY004191

These may not be all the possible side effects of the Pfizer-BioNTech COVID-19 Vaccine. Serious and unexpected side effects may occur. Pfizer-BioNTech COVID-19 Vaccine is still being studied in clinical trials.

**WHAT SHOULD I DO ABOUT SIDE EFFECTS?**
If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.

Call the vaccination provider or your healthcare provider if you have any side effects that bother you or do not go away.

Report vaccine side effects to FDA/CDC Vaccine Adverse Event Reporting System (VAERS). The VAERS toll-free number is 1-800-822-7967 or report online to https://vaers.hhs.gov/reportevent.html. Please include "Pfizer-BioNTech COVID-19 Vaccine EUA" in the first line of box #18 of the report form.

In addition, you can report side effects to Pfizer Inc. at the contact information provided below.

| Website | Fax number | Telephone number |
|---|---|---|
| www.pfizersafetyreporting.com | 1-866-635-8337 | 1-800-438-1985 |

You may also be given an option to enroll in v-safe. V-safe is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. V-safe asks questions that help CDC monitor the safety of COVID-19 vaccines. V-safe also provides second-dose reminders if needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information on how to sign up, visit: www.cdc.gov/vsafe.

**WHAT IF I DECIDE NOT TO GET THE PFIZER-BIONTECH COVID-19 VACCINE?**
It is your choice to receive or not receive the Pfizer-BioNTech COVID-19 Vaccine. Should you decide not to receive it, it will not change your standard medical care.

**ARE OTHER CHOICES AVAILABLE FOR PREVENTING COVID-19 BESIDES PFIZER-BIONTECH COVID-19 VACCINE?**
Currently, there is no approved alternative vaccine available for prevention of COVID-19. Other vaccines to prevent COVID-19 may be available under Emergency Use Authorization.

**CAN I RECEIVE THE PFIZER-BIONTECH COVID-19 VACCINE WITH OTHER VACCINES?**
There is no information on the use of the Pfizer-BioNTech COVID-19 Vaccine with other vaccines.

Revised: 06 April 2021

MCSO-FENTY004192

**WHAT IF I AM PREGNANT OR BREASTFEEDING?**
If you are pregnant or breastfeeding, discuss your options with your healthcare provider.

**WILL THE PFIZER-BIONTECH COVID-19 VACCINE GIVE ME COVID-19?**
No. The Pfizer-BioNTech COVID-19 Vaccine does not contain SARS-CoV-2 and cannot give you COVID-19.

**KEEP YOUR VACCINATION CARD**
When you get your first dose, you will get a vaccination card to show you when to return for your second dose of Pfizer-BioNTech COVID-19 Vaccine. Remember to bring your card when you return.

**ADDITIONAL INFORMATION**
If you have questions, visit the website or call the telephone number provided below.

To access the most recent Fact Sheets, please scan the QR code provided below.

| Global website | Telephone number |
|---|---|
| www.cvdvaccine.com | 1-877-829-2619 (1-877-VAX-CO19) |

**HOW CAN I LEARN MORE?**
- Ask the vaccination provider.
- Visit CDC at https://www.cdc.gov/coronavirus/2019-ncov/index.html.
- Visit FDA at https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.
- Contact your local or state public health department.

**WHERE WILL MY VACCINATION INFORMATION BE RECORDED?**
The vaccination provider may include your vaccination information in your state/local jurisdiction's Immunization Information System (IIS) or other designated system. This will ensure that you receive the same vaccine when you return for the second dose. For more information about IISs visit: https://www.cdc.gov/vaccines/programs/iis/about.html.

**CAN I BE CHARGED AN ADMINISTRATION FEE FOR RECEIPT OF THE COVID-19 VACCINE?**

No.  At this time, the provider cannot charge you for a vaccine dose and you cannot be charged an out-of-pocket vaccine administration fee or any other fee if only receiving a COVID-19 vaccination.  However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, Health Resources

Revised: 06 April 2021

MCSO-FENTY004193

& Services Administration [HRSA] COVID-19 Uninsured Program for non-insured recipients).

**WHERE CAN I REPORT CASES OF SUSPECTED FRAUD?**

Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or https://TIPS.HHS.GOV.

**WHAT IS THE COUNTERMEASURES INJURY COMPENSATION PROGRAM?**

The Countermeasures Injury Compensation Program (CICP) is a federal program that may help pay for costs of medical care and other specific expenses of certain people who have been seriously injured by certain medicines or vaccines, including this vaccine. Generally, a claim must be submitted to the CICP within one (1) year from the date of receiving the vaccine. To learn more about this program, visit www.hrsa.gov/cicp/ or call 1-855-266-2427.

**WHAT IS AN EMERGENCY USE AUTHORIZATION (EUA)?**

The United States FDA has made the Pfizer-BioNTech COVID-19 Vaccine available under an emergency access mechanism called an EUA. The EUA is supported by a Secretary of Health and Human Services (HHS) declaration that circumstances exist to justify the emergency use of drugs and biological products during the COVID-19 pandemic.

The Pfizer-BioNTech COVID-19 Vaccine has not undergone the same type of review as an FDA-approved or cleared product. FDA may issue an EUA when certain criteria are met, which includes that there are no adequate, approved, available alternatives. In addition, the FDA decision is based on the totality of scientific evidence available showing that the product may be effective to prevent COVID-19 during the COVID-19 pandemic and that the known and potential benefits of the product outweigh the known and potential risks of the product. All of these criteria must be met to allow for the product to be used in the treatment of patients during the COVID-19 pandemic.

The EUA for the Pfizer-BioNTech COVID-19 Vaccine is in effect for the duration of the COVID-19 EUA declaration justifying emergency use of these products, unless terminated or revoked (after which the products may no longer be used).

Revised: 06 April 2021

MCSO-FENTY004194



Manufactured by
Pfizer Inc., New York, NY 10017

BIONTECH
Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany

LAB-1451-3.2
Revised: 06 April 2021



Scan to capture that this Fact Sheet was provided to vaccine recipient for the electronic medical records/immunization information systems.

Barcode Date: 12/2020

MCSO-FENTY004195

# ATTACHMENT I

# ATTACHMENT I





# What Clinicians Need to Know About the Pfizer-BioNTech COVID-19 Vaccine

**Amanda Cohn, MD**
**Sarah Mbaeyi, MD, MPH**

**December 13, 2020**



MCSO-FENTY004153

# Pfizer-BioNTech COVID-19 Vaccine



2

MCSO-FENTY004154

# Pfizer-BioNTech COVID-19 vaccine

- Lipid nanoparticle-formulated mRNA vaccine encoding the spike protein
  - Spike protein: facilitates entry of virus into cells

- Vaccination induces antibodies that can block entry of SARS-CoV-2 into cells, thereby preventing infection

- FDA issued an Emergency Use Authorization on December 13, 2020 for use in persons aged ≥16 years



**Spike protein**

3

# Explaining mRNA COVID-19 vaccines

- mRNA vaccines take advantage of the process that cells use to make proteins in order to trigger an immune response
  - Like all vaccines, COVID-19 mRNA vaccines have been **rigorously tested** for safety before being authorized for use in the United States
  - mRNA technology is **new, but not unknown**. They have been studied for more than a decade
  - mRNA vaccines **do not contain a live virus** and do not carry a risk of causing disease in the vaccinated person
  - mRNA from the vaccine never enters the nucleus of the cell and **does not affect or interact with a person's DNA**

4

MCSO-FENTY004156

# Nucleic acid vaccines



*Nature.* Vol 580. April 30, 2020. https://media.nature.com/original/magazine-assets/d41586-020-01221-y/d41586-020-01221-y.pdf

5

MCSO-FENTY004157

# Advisory Committee on Immunization Practices (ACIP) Recommendations



6

MCSO-FENTY004158

# ACIP recommendations for use of COVID-19 vaccines

- On December 12, 2020, ACIP recommended use of the Pfizer-BioNTech COVID-19 vaccine in persons 16 years of age and older under the FDA's Emergency Use Authorization

- ACIP recommends that when a COVID-19 vaccine is authorized by FDA and recommended by ACIP, that 1) health care personnel and 2) residents of long-term care facilities be offered vaccination in the initial phase of the COVID-19 vaccination program

7

MCSO-FENTY004159

# Vaccine Administration



8

MCSO-FENTY004160

# Administration

- 2-dose series administered intramuscularly 3 weeks apart

- Administration of 2nd dose within 4-day grace period (e.g., day 17-21) considered valid

- If >21 days since 1st dose, 2nd dose should be administered at earliest opportunity (but no doses need to be repeated)

- Both doses are necessary for protection; efficacy of a single dose has not been systematically evaluated

9

MCSO-FENTY004161

# Interchangeability with other COVID-19 vaccine products

- Pfizer-BioNTech COVID-19 vaccine not interchangeable with other COVID-19 vaccine products
  - Safety and efficacy of a mixed series has not been evaluated

- Persons initiating series with Pfizer-BioNTech COVID-19 vaccine should complete series with same product

- If two doses of different mRNA COVID-19 vaccine products inadvertently administered, no additional doses of either vaccine recommended at this time
  - Recommendations may be updated as further information becomes available or additional vaccine types authorized

10

MCSO-FENTY004162

# Coadministration with other vaccines

- Pfizer-BioNTech COVID-19 vaccine should be administered alone with a minimum interval of 14 days before or after administration with any other vaccines
  - Due to lack of data on safety and efficacy of the vaccine administered simultaneously with other vaccines

- If Pfizer-BioNTech COVID-19 vaccine is inadvertently administered within 14 days of another vaccine, doses do not need to be repeated for either vaccine

11

MCSO-FENTY004163

# Vaccination of Persons with Prior SARS-CoV-2 Infection or Exposure



T2

MCSO-FENTY004164

# Persons with a history of SARS-CoV-2 infection

- Vaccination should be offered to persons regardless of history of prior symptomatic or asymptomatic SARS-CoV-2 infection
  - Data from phase 2/3 clinical trials suggest vaccination safe and likely efficacious in these persons

- Viral or serologic testing for acute or prior infection, respectively, is not recommended for the purpose of vaccine decision-making

13

MCSO-FENTY004165

# Persons with known current SARS-CoV-2 infection

- Vaccination should be deferred until recovery from acute illness (if person had symptoms) *and* criteria have been met to discontinue isolation

- No minimal interval between infection and vaccination

- However, current evidence suggests reinfection uncommon in the 90 days after initial infection, and thus persons with documented acute infection in the preceding 90 days may defer vaccination until the end of this period, if desired

https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-in-home-patients.html
https://www.cdc.gov/coronavirus/2019-ncov/hcp/duration-isolation.html

14

MCSO-FENTY004166

# Persons who previously received passive antibody therapy for COVID-19

- Currently no data on safety or efficacy of COVID-19 vaccination in persons who received monoclonal antibodies or convalescent plasma as part of COVID-19 treatment

- Vaccination should be deferred for at least 90 days to avoid interference of the treatment with vaccine-induced immune responses
  - Based on estimated half-life of therapies and evidence suggesting reinfection is uncommon within 90 days of initial infection

15

MCSO-FENTY004167

# Persons with a <u>known</u> SARS-CoV-2 exposure

- **Community or outpatient setting:**
  - Defer vaccination until <u>quarantine period</u> has ended to avoid exposing healthcare personnel (HCP) or other persons during vaccination visit

- **Residents of congregate healthcare settings (e.g., long-term care facilities):**
  - May be vaccinated, as likely would not result in additional exposures. HCP are already in close contact with residents and should employ appropriate <u>infection prevention and control procedures</u>

- **Residents of other congregate settings (e.g., correctional facilities, homeless shelters)**
  - May be vaccinated, in order to avoid delays and missed opportunities for vaccination
  - Where feasible, precautions should be taken to limit mixing of these individuals with other residents or non-essential staff

https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/quarantine.html
https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-recommendations.html

16

MCSO-FENTY004168

# Vaccination of Special Populations



17

MCSO-FENTY004169

# Persons with underlying medical conditions

- Vaccine may be administered to persons with underlying medical conditions who have no contraindications to vaccination

- Phase 2/3 clinical trials demonstrate similar safety and efficacy profiles in persons with underlying medical conditions, including those that place them at increased risk for severe COVID-19, compared to persons without comorbidities

https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html

18

MCSO-FENTY004170

# Immunocompromised persons

- Persons with HIV infection, other immunocompromising conditions, or who take immunosuppressive medications or therapies might be at increased risk for severe COVID-19

- Data not currently available to establish safety and efficacy of vaccine in these groups

- These individuals may still receive COVID-19 vaccine unless otherwise contraindicated

- Individuals should be counseled about:
  - Unknown vaccine safety and efficacy profiles in immunocompromised persons
  - Potential for reduced immune responses
  - Need to continue to follow all current guidance to protect themselves against COVID-19

https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html

19

MCSO-FENTY004171

# Pregnant women

- There are no data on the safety of COVID-19 vaccines in pregnant women
  - Animal developmental and reproductive toxicity (DART) studies are ongoing
  - Studies in humans are ongoing and more planned

- mRNA vaccines and pregnancy
  - Not live vaccines
  - They are degraded quickly by normal cellular processes and don't enter the nucleus of the cell

- COVID-19 and pregnancy
  - Increased risk of severe illness (ICU admission, mechanical ventilation and death)
  - Might be an increased risk of adverse pregnancy outcomes, such as preterm birth

- If a woman is part of a group (e.g., healthcare personnel) who is recommended to receive a COVID-19 vaccine and is pregnant, she may choose to be vaccinated. A discussion with her healthcare provider can help her make an informed decision.

https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/pregnancy-breastfeeding.html

20

MCSO-FENTY004172

# Pregnant women

- Considerations for vaccination:
  - level of COVID-19 community transmission (risk of acquisition)
  - her personal risk of contracting COVID-19 (by occupation or other activities)
  - the risks of COVID-19 to her and potential risks to the fetus
  - the efficacy of the vaccine
  - the known side effects of the vaccine
  - the lack of data about the vaccine during pregnancy

- Pregnant women who experience fever following vaccination should be counseled to take acetaminophen as fever has been associated with adverse pregnancy outcomes

- Routine testing for pregnancy prior to receipt of a COVID-19 vaccine is not recommended.

21

MCSO-FENTY004173

# Breastfeeding/Lactating women

- There are no data on the safety of COVID-19 vaccines in lactating women or the effects of mRNA vaccines on the breastfed infant or milk production/excretion

- mRNA vaccines are not considered live virus vaccines and are not thought to be a risk to the breastfeeding infant

- If a lactating woman is part of a group (e.g., healthcare personnel) who is recommended to receive a COVID-19 vaccine, she may choose to be vaccinated

22

MCSO-FENTY004174

# Patient Vaccine Counseling



23

MCSO-FENTY004175

# Reactogenicity

- Before vaccination, providers should counsel vaccine recipients about expected local and systemic post-vaccination symptoms

- Unless a person develops a contraindication to vaccination, they should be encouraged to complete the series even if they develop post-vaccination symptoms in order to optimize protection against COVID-19

- Antipyretic or analgesic medications may be taken for treatment of post-vaccination symptoms
  - Routine prophylaxis for the purposes of preventing symptoms is not recommended at this time, due to lack of information on impact of use on vaccine-induced antibody responses

24

MCSO-FENTY004176

# Vaccine efficacy

- Two doses required to achieve high efficacy
  - Efficacy after 2nd dose: 95.0% (95% CI: 90.3%, 97.6%)

- Patients should be counseled on importance of completing the 2-dose series in order to optimize protection

25

MCSO-FENTY004177

# Public health recommendations for vaccinated persons

- Protection from vaccine is not immediate; vaccine is a 2-dose series and will take 1 to 2 weeks following the second dose to be considered fully vaccinated

- No vaccine is 100% effective

- Given the currently limited information on how well the vaccine works in the general population; how much it may reduce disease, severity, or transmission; and how long protection lasts, vaccinated persons should continue to follow all current guidance to protect themselves and others, including:
  - Wearing a mask
  - Staying at least 6 feet away from others
  - Avoiding crowds
  - Washing hands often
  - Following CDC travel guidance
  - Following quarantine guidance after an exposure to someone with COVID-19
  - Following any applicable workplace or school guidance

https://www.cdc.gov/coronavirus/2019-ncov/index.html

26

MCSO-FENTY004178

# Contraindications and Precautions



27

MCSO-FENTY004179

# Contraindications and precautions

- Package insert:
  - Severe allergic reaction (e.g., anaphylaxis) to any component of the Pfizer-BioNTech COVID-19 vaccine is a contraindication to vaccination
  - Appropriate medical treatment used to manage immediate allergic reactions must be immediately available in the event an acute anaphylactic reaction occurs following administration of the vaccine

- Because of reports of anaphylactic reactions in persons vaccinated outside of clinical trials, the additional following guidance is proposed:
  - A severe allergic reaction to any vaccine or injectable therapy (intramuscular, intravenous, or subcutaneous) is a precaution to vaccination at this time
  - Vaccine providers should observe patients after vaccination to monitor for the occurrence of immediate adverse reactions:
    - Persons with a history of anaphylaxis: 30 minutes
    - All other persons: 15 mins

28

MCSO-FENTY004180

# Algorithm for the triage of persons presenting for Pfizer-COVID-19 vaccine

| | PROCEED WITH VACCINATION | PRECAUTION TO VACCINATION | CONTRAINDICATION TO VACCINATION |
|---|---|---|---|
| **CONDITIONS** | **CONDITIONS**<br>•Immunocompromising conditions<br>•Pregnancy<br>•Lactation<br><br>**ACTIONS**<br>•Additional counseling*<br>•15-minute observation period | **CONDITIONS**<br>•Moderate/severe acute illness<br><br><br>**ACTIONS**<br>•Risk assessment<br>•Potential deferral of vaccination<br>•15-minute observation period if vaccinated | **CONDITIONS**<br>•None<br><br><br>**ACTIONS**<br>•N/A |
| **ALLERGIES** | **ALLERGIES**<br>•History of food, pet, insect, venom, environmental, latex, etc., allergies<br>•History of allergy to oral medications (including the oral equivalent of an injectable medication)<br>•Non-serious allergy to vaccines or other injectables (e.g., no anaphylaxis)<br>•Family history of anaphylaxis<br><br>**ACTIONS**<br>•15-minute observation period | **ALLERGIES**<br>•History of severe allergic reaction (e.g., anaphylaxis) to another vaccine (not including Pfizer-BioNTech vaccine)<br>•History of severe allergic reaction (e.g., anaphylaxis) to an injectable medication<br><br>**ACTIONS:**<br>•Risk assessment<br>•Potential deferral of vaccination<br>•30-minute observation period if vaccinated | **ALLERGIES**<br>•History of severe allergic reaction (e.g., anaphylaxis) to any component of the Pfizer-BioNTech vaccine<br><br><br>**ACTIONS**<br>•Do not vaccinate |

* See Special Populations section for information on patient counseling in these group

29

MCSO-FENTY004181

# Interpretation of SARS-CoV-2 Test Results in Vaccinated Persons



30

MCSO-FENTY004182

# SARS-CoV-2 tests

▪ **Viral tests:** Prior receipt of the Pfizer-BioNTech COVID-19 vaccine will not affect the results of SARS-CoV-2 nucleic acid amplification or antigen tests

▪ **Antibody tests:**
 – Currently available antibody tests for SARS-CoV-2 assess IgM and/or IgG to spike or nucleocapsid proteins
 – Pfizer-BioNTech COVID-19 vaccine contains mRNA that encodes the spike protein; thus, a positive test for spike protein IgM/IgG could indicate either prior infection or vaccination
 – To evaluate for evidence of prior infection in an individual with a history of Pfizer-BioNTech COVID-19 vaccination, a test specifically evaluating IgM/IgG to the nucleocapsid protein should be used

https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/eua-authorized-serology-test-performance

31

MCSO-FENTY004183

# Clinical Resources



32

MCSO-FENTY004184

# COVID-19 vaccine communication resources

- Engaging in Effective COVID-19 Vaccine Conversations
  - https://www.cdc.gov/vaccines/covid-19/hcp/engaging-patients.htm
- Toolkit for Medical Centers, Clinics, and Clinicians
  - https://www.cdc.gov/vaccines/covid-19/health-systems-communication-toolkit.html
- More toolkits coming soon
  - Long-term care facilities
  - Health departments
  - Community-based organizations
  - Employers of essential workers






33

# Infection prevention and control recommendations for persons with post-vaccination symptoms

- Healthcare personnel

- Long-term care facility residents

Infection prevention and control considerations for residents of long-term care facilities with systemic signs and symptoms following COVID-19 vaccination

*Note: Strategies are needed by long-term care facilities to appropriately evaluate and manage post-vaccination signs and symptoms among their residents.  The approach described in this document is intended to balance:*

- *the risk of unnecessary testing and implementation of Transmission-Based Precautions for*

*transmissible infectious*

*applied to patients in other nding of signs and nd might change as*

Infection prevention and control considerations for healthcare personnel with systemic signs and symptoms following COVID-19 vaccination

*Note: Strategies are needed for healthcare facilities to appropriately evaluate and manage post-vaccination signs and symptoms among healthcare personnel (HCP). The approach described in this document is intended to reduce the risks for disruptions in care and pathogen (e.g., SARS-CoV-2) transmission resulting from:*

- *unnecessarily excluding HCP with only post-vaccination signs and symptoms from work, and*
- *inadvertently allowing HCP with SARS-CoV-2 or another transmissible infection to work.*

*These considerations are based on the current understanding of signs and symptoms following COVID-19 vaccination, including timing and duration, and might change as experience with the vaccine accumulates.*

**Overview**

Systemic signs and symptoms, such as fever, fatigue, headache, chills, myalgia, and arthralgia, can occur following COVID-19 vaccination. Preliminary data from mRNA COVID-19 vaccine trials indicate that most systemic post-vaccination signs and symptoms are mild to moderate in severity, occur within the first three days of vaccination (the day of vaccination and following two days, with most occurring the day after vaccination), resolve within 1-2 days of onset, and are more frequent and severe following the second dose and among younger persons compared to those who are older (>55 years). Cough, shortness of breath, rhinorrhea, sore throat, or loss of taste or smell are **not** consistent with post-vaccination symptoms, and instead may be symptoms of SARS-CoV-2 or another infection.

Because systemic post-vaccination signs and symptoms might be challenging to distinguish from signs and symptoms of COVID-19 or other infectious diseases, HCP with postvaccination signs and symptoms

ia, and arthralgia, can occur ine trials indicate that most ity, occur within the first h most occurring the day nd severe following the (>55 years). Cough, consistent with post-

MCSO-FENTY004186

# FDA EUA resources

- FDA COVID-19 EUA
  - https://www.fda.gov/media/144412/download


- FDA COVID-19 Information
  - https://www.fda.gov/emergency-preparedness-and-response/counterterrorism-and-emerging-threats/coronavirus-disease-2019-covid-19

- FDA EUA Guidance
  - https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization#covid19euas

35

MCSO-FENTY004187



For more information, contact CDC
1-800-CDC-INFO (232-4636)
TTY:  1-888-232-6348   www.cdc.gov

# Thank you

The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the Centers for Disease Control and Prevention.



MCSO-FENTY004188

# ATTACHMENT J

# ATTACHMENT J

8/3/2021 11:49:11 AM MST

MARICOPA COUNTY
CORRECTIONAL HEALTH SERVICES
234 North Central Ave.
Phoenix, AZ 85004

**INFORMED REFUSAL- General** - Completed by: PA-C Med; CS113 on 6/23/2021 9:27:05 AM MST

| | | |
|---|---|---|
| Patient: FENTY, JASON PHILLIP | #: T471000 | Lang: |
| DOB: 972 (Age 49) | Sex: Ma e | Race: W |
| Housing: LBJF1 13B1301 | SSN#: **HIDDEN** | Type: |
| Status: ACTIVE | Booking Date: 7/1/2018 12:34:00 PM MST | Release: |

**Select Appointment Type:**

◉ Med ca

○ Denta

○ Menta  Hea th

○ Te emed c ne

○ Med cat on

1. Recommended procedure/test/treatment/med cat on:

J&J Cov d Vacc nnat on

2. Potent a  benef ts of the procedure/test/treatment/med cat on  nc ude:

prevent on of COVID nfect on

3. Assoc ated r sks/consequences of refus ng the recommended test/procedure/treatment/med cat on:

nab  ty to vacc nate for COVID

**By signing this document, I acknowledge that (1) my medical condition has been evaluated and explained to me. (2) I understand the benefits of the recommendation and the risks associated with refusing. (3) I have had an opportunity to discuss any and all questions related to the recommendation. In spite of my understanding, I refuse.**

Pat ent S gnature

☐ Pat ent Refused to S gn:

FENTY, JASON PHILLIP T471000

# ATTACHMENT K

# ATTACHMENT K



## COVID-19 Vaccination Consent Form
### Correctional Health Services

4 - 3

| Last Name: Scroggins | First Name Anthony | Today's Date: 4-28-21 |
|---|---|---|

| Date of Birth: | Gender: ☑ M  ☐ F | Booking number: 604640 |
|---|---|---|

### SCREENING FOR VACCINATION ELIGIBILITY

| | | |
|---|---|---|
| 1. Are you pregnant?   If yes, consult with Provider | ☐ Yes | ☑ No |
| 2. Are you currently breastfeeding?   If yes, consult with Provider | ☐ Yes | ☑ No |
| 3. Have you had a severe allergic reaction (e.g., anaphylaxis, trouble breathing) to any vaccine or injectable therapy, or a history of anaphylaxis due to any cause?   If yes, consult first with a Provider | ☑ Yes | ☐ No |
| 4. Have you had a severe allergic reaction (e.g., anaphylaxis, trouble breathing) to any component of a COVID-19 vaccine, including lipid nanoparticles or polyethylene glycol (PEG)?   If yes, DO NOT VACCINATE | ☐ Yes | ☑ No |
| 5. Have you received any other vaccine within the past 14 days or are scheduled to receive any vaccine in the next 14 days?   If yes, DO NOT VACCINATE | ☐ Yes | ☑ No |
| 6. Have you received convalescent plasma or monoclonal/polyclonal antibody infusions for COVID-19 within the past 90 days?   If yes, DO NOT VACCINATE | ☐ Yes | ☑ No |
| 7. Are you between the ages of 16 and 17?   If yes, DO NOT VACCINATE WITH MODERNA | ☐ Yes | ☑ No |
| 8. Are you currently sick? For example, are you currently experiencing fever, chills, cough, shortness of breath, difficulty breathing, fatigue, muscle or body aches, loss of taste or smell?   If yes, DO NOT VACCINATE | ☐ Yes | ☑ No |
| 9. Do you have a bleeding disorder or are you taking a blood thinner?   If yes, apply pressure to the injection site for 2 minutes. | ☐ Yes | ☑ No |
| 10. If this is your second dose, when was the date of your first dose? Do Not Vaccinate if less than 17 days ago for Pfizer, or less than 24 days ago for Moderna. | / | / |
| 11. If this is your second dose, which vaccine did you receive (Pfizer, Moderna, etc.)? | | |

### CONSENT/DECLINATION FOR VACCINATION

I have reviewed my answers to the questions above with the vaccinator. If I experience any adverse reactions after leaving, I will notify CHS medical staff. I have viewed the Emergency Use Authorization Fact Sheet provided to me. I understand the benefits and risks of the vaccine.

☑ Consent: _Anthony L Scroggins_  Patient's Signature   _____ CHS Staff Signature   4-28-21 Date

The Emergency Use Authorization COVID-19 vaccination was discussed with me. All my questions were answered. I understand the risk and benefits of receiving the vaccine. However, I declined vaccination.

☐ I Declined: _____ Patient's Signature , _____ CHS Staff Signature _____ Witness Signature. _____ Date

### FOR ADMINISTRATIVE USE ONLY

| Manufacture (MVX) | Vaccination Date: | IM Injection Site: | Lot No. | Expiration Date: |
|---|---|---|---|---|
| ☐ Moderna<br>☐ Pfizer<br>☑ Janssen (J & J)<br>☐ Other | 4/29/21 | ☐ R Deltoid  ☑ L Deltoid | 202A21A | 10/23/21 |

Scroggins, Anthony Lamar T604640