Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Hesman, Bar No. 028874
Kevin L. Nguyen, Bar No. 027870
Anne M. Orcutt, Bar No. 029387
Eden G. Cohen, Bar No. 034529
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
knguyen@strucklove.com
aorcutt@strucklove.com
ecohen@strucklove.com

*Attorneys for Defendants-Respondents Sheriff Paul Penzone and Maricopa County*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Fenty, et al., | NO. 2:20-cv-01192-PHX-SPL (JZB) |
| Plaintiffs-Petitioners, | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (DKT. 287)** |
| v. | |
| Sheriff Paul Penzone, et al., | |
| Defendants-Respondents. | |

Defendants Maricopa County and Sheriff Penzone submit this Notice of Supplemental Authority of this District Court's recent decision in *Harb v. Penzone*, No. CV 21-01032-PHX-MTL (ESW), 2022 WL 17177675 (D. Ariz. Nov. 23, 2022), dismissing as a matter of law similar conditions of confinement claims that alleged the Maricopa County Sheriff's Office's ("MCSO") COVID-19 policies violated the Fourteenth Amendment. This decision is new authority in support of Defendants' Motion for Summary Judgment:

    1.    In Defendants' Motion for Summary Judgment (Dkt. 294) at page 42, line 1, addition of the following legal citation after *Fraihat*, 16 F.4th at 641: *Harb*

*v. Penzone*, No. CV 21-01032-PHX-MTL (ESW), 2022 WL 17177675, *12 (D. Ariz. Nov. 23, 2022) ("[T]he situation at MCSO in the early months of the pandemic in 2020 were more akin to those the Ninth Circuit considered in *Fraihat*, which reflected 'a mobilized effort to address ... the seriousness and pervasiveness of COVID-19.'  For example, in the very first days of the pandemic in March 2020, MCSO suspended access to the jails by all but essential personnel and visitors, such as attorneys; consulted with CHS on addressing COVID-19; followed CDC Guidance as it evolved; reduced inmate populations; stocked additional PPE and cleaning supplies; distributed masks and cleaning supplies to prisoners and made those items available upon request; instituted enhanced sanitation and cleaning protocols; required officers to wear PPE and required inmates to wear masks when outside their housing units; posted advisories and educational flyers about COVID-19 both electronically and in print for prisoners and staff; instituted screening protocols for personnel and inmates entering the jail; cohorted inmates; and isolated prisoners with COVID-19.  As in *Fraihat*, these measures do not show a 'reckless disregard of the very health risks it forthrightly identified and directly sought to mitigate.'")

2. In Defendants' Reply in Support of Motion for Summary Judgment (Dkt. 341) at page 19, line 3, addition of the following legal citation after the signal, *See, e.g.*: *Harb v. Penzone*, No. CV 21-01032-PHX-MTL (ESW), 2022 WL 17177675, *12 (D. Ariz. Nov. 23, 2022) ("MCSO's policy followed CDC Guidance, MCSO coordinated with CHS, and MCSO implemented many measures to reduce the risk of inmates and staff contracting COVID-19 … And, to the extent any individual officers or staff members did not follow MCSO's directives concerning COVID-19 protocols, Plaintiff's municipal liability claim must rest on the actions of MCSO, and not the actions of the employees of MCSO.").

| | |
|---|---|
| 1 | |
| 2 | DATED this 30th day of November, 2022. |
| 3 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 4 | |
| 5 | By /s/ Kevin L. Nguyen |

DATED this 30th day of November, 2022.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Kevin L. Nguyen
 Daniel P. Struck
 Rachel Love
 Nicholas D. Acedo
 Ashlee B. Hesman
 Kevin L. Nguyen
 Anne M. Orcutt
 Eden G. Cohen
 3100 West Ray Road, Suite 300
 Chandler, Arizona 85226

*Attorneys for Defendants-Respondents Sheriff Paul Penzone and Maricopa County*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Allison Ozurovich | allie.ozurovich@dechert.com |
| Benjamin M. Sadun | benjamin.sadun@dechert.com |
| Brian Raphel | brian.raphel@dechert.com |
| Jared G. Keenan | jkeenan@acluaz.org |
| Lawrence J. Wulkan | larry.wulkan@zwfirm.com |
| Olga Akselrod | oakselrod@aclu.org |
| Patrick Andriola | pat.andriola@dechert.com |
| Shari R. Lahlou | shari.lahlou@dechert.com |
| Timothy Ly | timothy.ly@dechert.com |
| Corene T Kendrick | ckendrick@aclu.org |
| Kyle Virgien | kvirgien@aclu.org |
| Aditi Shah | ashah@aclu.org |
| Benjamin Rundall | rundall@honorlawgroup.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

/s/ S. Berry